UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *

v. * Cr. No. ~~GLR~~ RDB-21-054

MEDARD ULYSSE *

Defendant *
*

For: MEDARD ULYSSE *

**WAIVER OF PRESENCE IN COURT FOR GUILTY PLEA**

Defendant, Medard Ulysse, having been advised fully of his rights to be present in court for his rearraignment hereby WAIVES his right to be present in court. The Court is asked by the defendant to hold the hearing virtually for the following reasons. Mr. Ulysse lives in Georgia and lacks the funds to be able to travel to Baltimore for a hearing. He will not have sufficient funds until October 7, 2022, at which time it will be too close to the trail date for a guilty plea hearing to be set. As a result, Mr. Ulysse expressly requests that the hearing be held virtually so that he can participate from Georgia. Mr. Ulysse also WAIVES any right he may have to appeal his request or that the hearing is held without his presence in court. This waiver is made knowingly and voluntarily and after the full advice of his counsel.

Medard Ulysse/RB
Medard Ulysse, Defendant

Respectfully submitted,

_______/s/ R Bardos
Richard Bardos
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202

(410) 332 0850

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th of September, 2022, a copy of the foregoing was served electronically by ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201 and all defense counsel.

_____/s/ R Bardos ___________________
Richard Bardos