```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
2                      NORTHERN DIVISION

3   UNITED STATES OF AMERICA,)
              Plaintiff,     )
4                            )
              vs.            )  CRIMINAL CASE NO. RDB-21-00054
5                            )
    EGHOSASERE AVBORAYE-     )
6   IGBENIDION,              )
          Defendant.         )
7   _____)

8

9                       Monday, June 12, 2023
                          Courtroom 5D
10                        Baltimore, Maryland

11                          JURY TRIAL
           EXCERPT OF DAVID GREEN AND MCARNOLD CHARLEMAGNE
12
         BEFORE:  THE HONORABLE RICHARD D. BENNETT, Senior Judge
13

14  For the Plaintiff:

15      Sean Delaney, Esquire
        Christine Goo, Esquire
16      Assistant United States Attorneys

17

18  For the Defendant:

19      Alfred Guillaume, Esquire
        CJA Counsel

20

21

22

23

24

25          (Computer-aided transcription of stenotype notes)
```

```
 1                    P R O C E E D I N G S

 2

        (DAVID GREEN,  duly sworn.)
 3

 4          THE CLERK:  And while speaking clearly into the

 5  microphone, can you please state your full name and spell your

 6  last name.

 7          THE WITNESS:  David Green.  Last name G-r-e-e-n.

 8          THE CLERK:  Thank you.

 9                      DIRECT EXAMINATION

10  BY MR. DELANEY:

11      Q.   Good morning, sir.  You've already told us your name,

12  can you tell the members of the jury where you from?

13      A.   Florida.  Miami, Florida.

14      Q.   Born and raised?

15      A.   Yes.

16      Q.   I'd like to put up on the screen what's been marked as

17  Government's Exhibit No. 10.

18          MR. DELANEY:  Court's indulgence, briefly.

19  BY MR. DELANEY:

20      Q.   I'd like to draw your attention specifically to

21  paragraph 1 -- well, actually, first off, what are we looking at

22  here?

23      A.   Sealed Supplement via a plea agreement.

24      Q.   This is a copy of your plea agreement?

25      A.   Yes.
```

1      Q.    Okay.  And on page 1 of Government's Exhibit No. 10,

2  I'd like for you to read paragraph 1.

3      A.    The Defendant agrees to plead guilty to Count One of

4  the Indictment, which charges the Defendant with conspiracy to

5  commit mail fraud, in violation of 18 U.S.C. 1349.  The

6  Defendant admits that the Defendant is, in fact, guilty of the

7  offense or offenses and will so advise the Court.

8      Q.    I'd like to move forward to page 11 of this document,

9  Government's Exhibit No. 1.  Do you recognize your signature on

10 that page?

11     A.    Yes, I do.

12     Q.    Okay.  Now, skipping forward to page 12.  Do you

13 recognize this as a Sealed Supplement to your plea agreement?

14     A.    Yes, I do.

15     Q.    Okay.  What do you understand this to be?

16     A.    My plea agreement for me to provide truthful

17 information.

18     Q.    Let's go ahead and read it.  Reading paragraph 1 and

19 1A for us.  Can you go ahead and read this for us?

20     A.    The Defendant agrees to cooperate with this Office on

21 the following terms and conditions:

22          The Defendant shall fully and truthfully respond to

23 all questions put to the Defendant by federal law enforcement

24 authorities and other designated law enforcement officers.  The

25 Defendant shall fully and truthfully disclose to the Government

1    all information with respect to the Defendant's activities and

2    the activities of others concerning all matters as to which the

3    Government may inquire.

4         Q.   And we can stop there.  And turn to the next page.

5              Paragraph D up at the top of this page of Government's

6    Exhibit 10.  Can you read that?

7         A.   The Defendant shall testify fully and truthfully

8    before grand juries and at any trial and other court proceeding

9    with respect to any matters about which this office may require

10   the Defendant's testimony.

11        Q.   Okay.  And now, under Immunity, paragraph 2, I'll go

12   ahead and read and you tell me if I read it accurately.

13             In order to permit the Defendant to make disclosures

14   to the Government under this agreement, any information and

15   documents that the Defendant fully and truthfully discloses to

16   the Government, during the course of cooperation, pursuant to

17   this Agreement, will not be used against the defendant, directly

18   or indirectly, by this Office in any federal criminal case

19   except as set forth below.

20             What do you understand this to mean?

21        A.   That I have to be truthful and that anything that I

22   say can't be used against me for, like, any other charges.

23        Q.   Okay.  And now moving forward below, under Obligations

24   of the United States Attorney's Office, tell me if I'm reading

25   this portion accurately.

1              If we can highlight three and four, Mr. Kerrigan.

2    Thank you very much.  Sorry.

3              If the Defendant fully complies with all of the terms

4    of this agreement and this Sealed Supplement, then in connection

5    with the Defendant's sentencing, this office will inform the

6    Probation Office and the Court of the nature and extent of the

7    Defendant's cooperation; and all other information with respect

8    to the Defendant's background, character, and conduct which this

9    office deems relevant to sentencing, including the conduct that

10   is the subject of any counts of the indictment that this office

11   has agreed to dismiss at sentencing.

12             If this office determines that the defendant has

13   provided substantial assistance in an investigation or

14   prosecution of others, and if the Defendant has fully complied

15   with all obligations under this agreement, and this Sealed

16   Supplement, this office may make a motion, pursuant to USSG

17   Section 5K1.1 and/or 18 U.S.C. section 3353(e), if appropriate,

18   requesting if the Court --

19             And then it continues on the next page.  If we can

20   highlight just the first few lines.

21             -- sentence the Defendant in light of the advisory

22   factors set forth in Section 5K1.1(a)(1) through (5), and

23   requesting a downward departure.

24             And then if we can skip forward to Remedies and

25   Breaches and highlight up to 6-2.

```
 1              First off, sir, did I read that accurately?

 2    A.    Yes.

 3    Q.    And if you can read for us paragraph 6.

 4    A.    The Defendant will be in breach of this sealed

 5  supplement if any of the following occurs:

 6              If the Defendant commits any further crimes, if the

 7  Defendant has knowingly withheld information, given false,

 8  incomplete, or misleading testimony or information, falsely

 9  implicated an innocent person in the commission of a crime,

10  exaggerate the involvement of any person in the commission of a

11  crime in order to appear cooperative, or falsely minimize the

12  involvement of any person, including the defendant, in the

13  commission of a crime.

14    Q.    And if we can go ahead and skip forward two more

15  pages.  Yep.

16              Do you recognize your signature on this document?

17    A.    Yes, I do.

18    Q.    Okay.  Why don't you go ahead and tell the members of

19  the jury, what is your understanding of what you get out of your

20  testimony here today?  What's your deal with the Government?

21    A.    That my -- me cooperating would just be considered.

22  There's nothing promised.

23    Q.    Can you pull the microphone a little bit closer?  It's

24  a little hard to hear.

25    A.    That my cooperation will be considered but nothing was
```

 1    promised to me.

 2        Q.    And when will that cooperation be considered?

 3        A.    After this -- or during my sentencing.

 4        Q.    And who is it that makes the ultimate determination of

 5    whether or not you have cooperated to get some benefit?

 6        A.    The judge.

 7        Q.    And if you are not truthful in your testimony today,

 8    what is your understanding of your deal with the government?

 9        A.    I'd be -- it would be considered a breach.

10        Q.    Okay.  Now that we've been through all of that, can

11    you go ahead and tell the members of the jury, in your own

12    words, what your crime was?

13        A.    It was the charge of conspiracy to commit mail fraud,

14    and it was a scheme to defraud elderly people.

15        Q.    And what did you do?

16        A.    I picked up packages containing money.

17        Q.    And did you work with others to do so?

18        A.    Yes.

19        Q.    Okay.  Prior to getting involved in this crime, where

20    were you working?

21        A.    I was doing event security.

22        Q.    And how did that job pay?

23        A.    Not very well.

24        Q.    Where were you living?

25        A.    At the time she was my girlfriend, but currently the

1    mother of my son.

2         Q.   Okay.  Do you recall approximately when you got

3    involved in this crime?

4         A.   Maybe August 2018.

5         Q.   Okay.  And how did you get involved in this crime?

6         A.   I don't -- I don't understand.

7         Q.   Tell us how you got involved.  Tell us how you became

8    a member of the conspiracy to which you pleaded guilty.

9         A.   Okay.  It started with me loaning money to Eghosah.

10   And when it became time for me to collect the money, I was

11   offered an opportunity by Eghosah to collect packages to make

12   the money back, and then some.

13        Q.   You used the name Eghosah.  Does the individual have a

14   full name, do you know?

15        A.   Yes.

16        Q.   Can you tell it to us?

17        A.   Eghosah Avboraye.

18        Q.   And do you recognize him in the courtroom?

19        A.   Yes.

20        Q.   Can you let us know either by where he's sitting or

21   what he's wearing, can you identify him?

22        A.   Yes.  He's right here.

23             MR. DELANEY:  Let the record reflect that defendant

24   has -- the witness has pointed to the defendant.

25             THE COURT:  The record will reflect that the witness

```
 1   has identified the defendant, Mr. Igbinedion.

 2   BY MR. DELANEY:

 3        Q.   Now, I think, and let me know if I got this wrong, you

 4   referred to him as Eghosah?

 5        A.   Yes.

 6        Q.   That's what you called him?

 7        A.   Yes.

 8        Q.   Okay.  And did you know him by any other nicknames?

 9        A.   Ghost.

10        Q.   Okay.  Anything else?

11        A.   Or people called him Ego.

12        Q.   How long did you know Eghosah?

13        A.   Since childhood.

14        Q.   Okay.  Did you guys grow up together?

15        A.   Yes.

16        Q.   Where did you live?

17        A.   Miramar, Florida.

18        Q.   How close did you live?

19        A.   Relatively close.  Two streets away.

20        Q.   Do you remember the street names?

21        A.   I lived on Arcadia and he lived on Acapulco.

22        Q.   When you first spoke to investigators, prior to

23   pleading guilty in this case, were you completely truthful about

24   Eghosah's involvement in the scheme?

25        A.   No.
```

1    Q.   How so?

2    A.   I minimized his role.

3    Q.   How did you do that?

4    A.   By leaving him out of how I got involved in the first

5    place.

6        Q.   Okay.  Did you indicate to investigators that he was

7    involved?

8    A.   Excuse me?

9        Q.   Did you -- did you tell investigators that he was

10   involved in the scheme at all?

11   A.   Yes.

12       Q.   Why did you minimize his involvement at the beginning

13   of the scheme?

14   A.   I was protecting someone I considered a friend.  Or

15   trying to.

16       Q.   You testified previously that someone had loaned you

17   money and that precipitated your involvement in this scheme; is

18   that right?

19   A.   Yes.

20       Q.   Or I'm sorry, was it someone had loaned you money or

21   you loaned --

22   A.   I loaned someone money.

23       Q.   Okay.  Can you tell us what happened?

24   A.   As far as?

25       Q.   Who did you loan money to?

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1      A.    Eghosah.

2      Q.    How much?

3      A.    $700.

4      Q.    And did he pay you back promptly?

5      A.    No.

6      Q.    What happened?

7      A.    When it came time, when I was asking for the money

8   back, I was then offered the opportunity to make the money back

9   and then some.

10     Q.    Who offered the opportunity to you?

11     A.    Eghosah.

12     Q.    And what was the opportunity?

13     A.    To pick up packages.

14     Q.    And where would you be picking up packages?

15     A.    Well, it started in Florida.

16     Q.    Okay.  Were you asked to give addresses for the

17  packages to be delivered?

18          MR. GUILLAUME:  Objection.

19          THE COURT:  Overruled.

20          THE WITNESS:  Yes.

21  BY MR. DELANEY:

22     Q.    Who asked you to do so?

23     A.    Eghosah.

24     Q.    Were you told what was in the packages?

25     A.    No.

1    Q.    Did you ask?

2    A.    No.

3    Q.    Why not?

4    A.    Because I knew it wasn't completely above board.

5    Q.    Did you provide addresses?

6    A.    Yes.

7    Q.    To whom did you provide them?

8    A.    Excuse me?

9    Q.    Who did you give them to?

10   A.    Eghosah.

11   Q.    And what addresses did you give him?

12   A.    My grandmother's and the two surroundings neighbors.

13   Q.    Can you tell us what your grandmother's address is?

14   A.    ███████████████████████, Miami Gardens, Florida.

15   Q.    And you said you also gave the two neighboring

16   addresses?

17   A.    Yes.

18   Q.    Why did you give those addresses?

19   A.    Because both of them were deceased recently and the

20   houses were empty.

21   Q.    Why would empty -- why did you choose empty houses

22   with deceased residents?

23   A.    So it would be convincing enough for the delivery

24   driver to drop off the packages.

25   Q.    After you provided the addresses what happened next?

1    A.    I was then told when the packages would arrive.

2    Q.    Who told you this?

3    A.    Eghosah.

4    Q.    What specifically were you told?

5    A.    That it would be coming -- the packages would be

6    delivered to my neighbor's house.

7    Q.    What about the other two addresses?

8    A.    It hadn't worked out.

9    Q.    Were you told to whom the packages would be addressed?

10   A.    I don't remember.

11   Q.    Okay.  Did Eghosah tell you what you had to do when

12   the packages arrived?

13   A.    Yes.

14   Q.    And what did he tell you?

15   A.    To not open them and to let him know when they were --

16   when it arrived.

17   Q.    Were you told when they would arrive?

18   A.    Yes.

19   Q.    How close in time was it to -- how close in time was

20   the delivery time to when you were told it would be delivered?

21   A.    A day.

22   Q.    Can you tell us about that package delivery?

23   A.    As in when it was like the --

24   Q.    What happened on the day of delivery?

25   A.    The delivery driver -- I was sitting on my porch.

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1      Q.    On whose porch?

2      A.    My grandmother's porch.

3      Q.    Was that the porch where the package would be

4  delivered?

5      A.    No.

6      Q.    Why did you sit on your grandmother's porch?

7      A.    To just to avoid, like, trespassing that way.

8      Q.    Okay.  Okay.  What happened?

9      A.    The delivery driver came, left the package on the

10  porch.  When he left I walked over and then took the package off

11  of the porch.

12     Q.    Okay.  What did you do next?

13     A.    Then I called Eghosah to let him know that I had

14  gotten the package.

15     Q.    And what, if anything, did he say?

16     A.    I -- I don't remember honestly.

17     Q.    Okay.  So after you called Eghosah to tell him that

18  you had retrieved the package, what happened next?

19     A.    I had received a phone call from somebody named Zo.

20     Q.    Had you ever me Zo before?

21     A.    No.

22     Q.    Over time did you come to learn Zo's full name?

23     A.    Yes.

24     Q.    What is it?

25     A.    Charlemagne.

1    Q.    Charlemagne?

2    A.    Yes.

3    Q.    Did you know whether that was his first or last name?

4    A.    No.

5    Q.    Okay.  When Zo called you can you describe for us the

6    conversation?

7    A.    Zo asked me if the package had arrived.  I had told

8    him yes, and then he said he'd come over.

9    Q.    And what happened next?

10   A.    He arrived at my grandmother's house and then -- he

11   then made a phone call.

12   Q.    Did you learn who he called?

13   A.    Eventually, yes, I did.

14   Q.    And what was the name of the person he called?

15   A.    Jay.

16   Q.    Jay?

17   A.    Yes.

18   Q.    Did you ever learn Jay's full name?

19   A.    No.

20   Q.    I'd like to put up on the screen what's been marked as

21   Government's Exhibit No. 11.  Do you recognize this individual?

22   A.    Yes.

23   Q.    Who do you recognize this to be?

24   A.    Jay.

25   Q.    Okay.  So what happened next?

```
 1         A.   After that phone call Zo had left and told me that Jay
 2    would come pick up the package.
 3         Q.   And what happened after that?
 4         A.   About after the sun had went down, nighttime, Jay had
 5    arrived at my grandmother's house.
 6         Q.   How did you know he arrived?
 7         A.   He had called me.
 8         Q.   Okay.  And what happened when he arrived?
 9         A.   I went outside with the package and then got inside
10    his vehicle.
11         Q.   What was his vehicle?
12         A.   A Range Rover.
13         Q.   What happened when you got inside his vehicle?
14         A.   I handed him the package and then he handed me $50.
15         Q.   Okay.  Was that how much money you expected to receive
16    that day?
17         A.   No.
18         Q.   What did you text to receive that day?
19         A.   $100.
20         Q.   Okay.  Did you question him?
21         A.   No.
22         Q.   Why not?
23         A.   Because I kind of just didn't want to make him mad or
24    anything or --
25         Q.   Okay.  After -- after you gave him the package did you
```

1    have any further conversations with him that you can remember?

2         A.    Not that I can remember, no.

3         Q.    Okay.  As time went on did you have further

4    conversations about picking up packages?  Yes?

5         A.    Yes.

6         Q.    With whom?

7         A.    I'm drawing a blank.  I don't remember now, sorry.

8         Q.    Just got to remind you to keep your voice up.  You're

9    trailing off a little bit, so I want to make sure that everybody

10   with hear you, okay?

11        A.    Okay.

12        Q.    Did you speak with Eghosah after this day about

13   picking up more packages?

14        A.    Yes.

15        Q.    Tell us what you discussed.

16        A.    That we -- we would pick up packages in other -- in

17   another state.

18        Q.    Okay.  And how would that work?  How would you get to

19   other states?

20        A.    Oh, well, I eventually -- about a day or two later I

21   was asked by Eghosah to send a picture of my ID.

22        Q.    To whom?

23        A.    To him.  To Eghosah.

24        Q.    And then what happened?

25        A.    And then we, now we, but I later found out that a

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

```
 1    flight was booked to Baltimore.
 2         Q.    Do you know who booked that flight?
 3         A.    Not really, no.
 4         Q.    Did you talk with Eghosah about why you were going to
 5    fly somewhere?
 6         A.    Yes.
 7         Q.    What, if anything, did he tell you?
 8         A.    That we'd be picking up packages in Baltimore.
 9         Q.    Did you agree to take a trip to Baltimore to pick up
10    packages?
11         A.    Yes.
12         Q.    Okay.  Did you learn from your experience why you
13    needed to go to Baltimore to do this?  Why you couldn't do it in
14    Florida?
15         A.    Yes, I had my -- I had my own -- I had reasons why,
16    yes.
17         Q.    What reasons were those?
18         A.    Well, being from Florida, a lot of those -- things
19    like that kind of are difficult to do.
20         Q.    It's difficult to do in Florida?
21         A.    Yes.
22         Q.    Why is it difficult to do in Florida?
23               MR. GUILLAUME:  Objection.  Relevance.
24               THE COURT:  Sustained.  Sustained.
25    BY MR. DELANEY:
```

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1      Q.    Putting up on the screen what's been marked as

2   Government's Exhibit 12.  Do you recognize this?

3      A.    Yes.

4      Q.    What is it?

5      A.    A flight record.

6      Q.    And if we can just put the first two boxes, blow those

7   up for us to look at.  What is the date of this flight?

8      A.    September 17 -- September 17th, 2018.

9      Q.    Looking down at the bottom, under the box that says

10  flight information and date, can you read that for us?

11     A.    The 18th of September 2018.

12     Q.    And the departure?

13     A.    Miami.

14     Q.    And arrive?

15     A.    BWI.

16     Q.    Okay.  And who are the passengers on this flight?

17     A.    Me and Eghosah.

18     Q.    Do you remember that flight?

19     A.    Yes.

20     Q.    Okay.  What happened when you arrived at BWI?

21     A.    Eghosah made a phone call.

22     Q.    Do you know who he called?

23     A.    Not initially.

24     Q.    Did you learn who he called?

25     A.    Yes.

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1      Q.    Who did he call?

2      A.    Jay.

3      Q.    A what happened next?

4      A.    I was informed that we won't be going to Baltimore,

5  we'd be going to Washington, D.C. instead.

6      Q.    Who informed you of that?

7      A.    Eghosah.

8      Q.    Okay.  And then what happened?

9      A.    We got into an Uber and is went to an Airbnb in

10  Washington, D.C.

11      Q.    Putting up on the screen what's been marked as

12  Government's Exhibit 13.  Do you recognize this?

13      A.    Yes.

14      Q.    And what do you recognize it to be?

15      A.    The Airbnb that we arrived to in D.C.

16      Q.    Approximately how long did you stay at this location?

17      A.    Maybe three days to a week.

18      Q.    Okay.  So you testified that you and Eghosah took an

19  Uber to this location?

20      A.    Yes.

21      Q.    And was anyone there when you arrived?

22      A.    Yes.

23      Q.    Who?

24      A.    A young lady by the name of Amaya and another young

25  man by the name of Keion.

```
 1        Q.    Do you remember either of their last names?
 2        A.    Amaya's last name was English and Keion's last name
 3   was Smith.
 4        Q.    Okay.  And was anyone else there?
 5        A.    No.
 6        Q.    Did anyone else arrive during your time there?
 7        A.    Yes.
 8        Q.    Who?
 9        A.    Jay.
10        Q.    Okay.  Can you tell us what happened after you arrived
11   at the Airbnb?
12        A.    Jay came and picked up me and Eghosah and then we just
13   went to get something to eat.
14        Q.    Okay.  Who paid?
15        A.    I can't remember, it was either Eghosah or Jay.
16        Q.    Okay.  Then what happened?
17        A.    Jay then drove me and Eghosah back to the Airbnb.
18        Q.    Okay.
19        A.    And then we were informed that we have to wake up
20   early in the morning.
21        Q.    Who informed you of this?
22        A.    Amaya.
23        Q.    Okay.  So did you, in fact, go to bed?
24        A.    Yeah.  Well --
25        Q.    What happened the next morning?
```

```
 1        A.    We woke up pretty early in the morning, and then we

 2   were -- me and Eghosah were dropped off by Amaya to the

 3   addresses where packages would be picked up at.  Would be

 4   delivered to.

 5        Q.    Were you given information about the delivery?

 6        A.    Information as in?

 7        Q.    Did you know when the packages were supposed to

 8   arrive?

 9        A.    When?

10        Q.    Yeah.

11        A.    No.

12        Q.    Okay.  Had you ever been to Baltimore before?

13        A.    No.

14        Q.    Did you know where you were?

15        A.    No.

16        Q.    Okay.  Going to put up on the screen what's been

17   marked as Government's Exhibit 15.  Do you recognize -- if we

18   can blow up the phone numbers -- do you recognize the phone

19   numbers on this?

20        A.    Yes.

21        Q.    Whose phone numbers are they?

22        A.    One is my son's mother's phone number, and the other

23   one is mine.

24        Q.    That's your phone number?

25        A.    Well, yeah.
```

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1    Q.    What's your son's mother's name?

2    A.    Tequila but it says Teki, which is her nickname.

3    Q.    Teki?  Okay.  If we can move to page 2.

4          Drawing your attention to -- direct your attention to

5    the bottom of the screen.  If you can -- do you see, you have a

6    text there at 9:18 p.m. UTC time?

7    A.    Yes.

8    Q.    Can you read it to us?

9    A.    It says:  She good, me and Ghost on dusbone and it's

10   taking some damn long.

11   Q.    When you say Ghose who are you he referring to?

12   A.    Eghosah.

13   Q.    And you say -- the print says disbone.  What is that?

14   A.    A typo.

15   Q.    Okay.  Let's skip forward to the next page.  Right in

16   the middle of the page -- sorry, Mr. Kerrigan.  If we can flip

17   to the next page.

18         MR. DELANEY:  Court's indulgence.  One moment, the

19   screen is frozen, I think.  I switched to the document camera.

20   It'll be easier to explain what you're saying.  Putting up the

21   third page of this and zooming in on the middle of the page.

22         Do you see the text, your text there that I'm pointing

23   to, can you just read that to us?

24   A.    I pressed B instead of the space.

25   Q.    So, this one is what you went to say --

```
 1        A.    Yes.

 2        Q.    -- not this bone?

 3              Then putting up the next page of text --

 4              THE COURT:  These are all part of Government Exhibit

 5   15, correct?

 6              MR. DELANEY:  This is Government Exhibit 15.  Thank

 7   you, Your Honor.

 8   BY MR. DELANEY:

 9        Q.    Can you read the text that Teki sends to you?

10        A.    So who you been with all day?

11        Q.    And your response?

12        A.    Ghose.

13        Q.    And who are you referring to when you say this?

14        A.    Eghosah.

15        Q.    Okay.  If we can switch back to the -- thank you,

16   Mr. Kerrigan.

17              When you first traveled to Baltimore, did you have any

18   idea how long on you would be there for?

19        A.    No.

20        Q.    Did you ask?

21        A.    No.

22        Q.    Why did you go?

23        A.    I was -- I was what people would consider down bad.  I

24   was broke and desperate.

25        Q.    All right.  Let's go back to that first day.  Were you
```

1  given specific instructions as to what you were supposed to do

2  when a package arrived?

3       A.   Yes.

4       Q.   What were the instructions?  Well, who gave you those

5  instructions?

6       A.   Amaya.

7       Q.   What were those instructions?

8       A.   To not inform anyone why we were there.  To not wait

9  directly on the address where the package would be delivered.

10 And, ultimately, just stay out of sight.

11      Q.   Okay.  So when you're dropped off at this location,

12 how did you stay out of sight?

13      A.   Just kind of went a few houses down.  Didn't speak to

14 anyone.  I just --

15      Q.   Just stood there?

16      A.   Sort of, kind of.  Walked around, sat.  Just --

17      Q.   Did a package ultimately arrive?

18      A.   Yes.

19      Q.   When the package arrived were you by yourself?

20      A.   No.

21      Q.   Who was there with you?

22      A.   Eghosah.

23      Q.   When did he arrive?

24      A.   Maybe -- I don't remember honestly.  Maybe an hour,

25 maybe sometime before my package came.

1    Q.   Do you know if he had retrieved a package?

2    A.   Yes.

3    Q.   Had he?

4    A.   Yes.

5    Q.   Okay.  So what happened when the package arrived?

6    A.   Oh, I waited for the delivery driver to leave and then

7    I walked up to the house where the package was delivered and

8    picked up the package and placed it in my bag.

9    Q.   What happened after that?

10   A.   We informed, I can't remember if it was Jay or Amaya

11   that we have got the package.  And then we were -- we went back

12   to the Airbnb.

13   Q.   To whom did you give the packages?

14   A.   Amaya.

15   Q.   Did you see the packages opened?

16   A.   No.

17   Q.   During the time you were in that first Airbnb did you

18   open any packages?

19   A.   No.

20   Q.   Did you observe anyone open any packages?

21   A.   No.

22   Q.   Are you aware of if those packages were opened in the

23   Airbnb?

24   A.   At some point, yes, they were.

25   Q.   How do you know that?

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION                    27

```
1         A.    There was one day where Jay came and he went into the
2   master bedroom of the Airbnb and walked out with a trash bag
3   full of scraps from the packages.
4         Q.    What happened on the second day you were in the
5   Airbnb?
6         A.    Same thing.  Woke up early in the morning, this time
7   Jay picked up me and Eghosah to go to drop us off to the
8   addresses.
9         Q.    Do you remember what he was driving?
10        A.    A Mercedes Benz.
11        Q.    Was there anything different about this package pick
12   up operation from the one the day before?
13        A.    Yeah, slightly.
14        Q.    What was different?
15        A.    The package, the address that the package was being
16   delivered to that I was at was occupied.
17        Q.    It was occupied?
18        A.    Yes.
19        Q.    How do you know it was occupied?
20        A.    Because when I got there it looked like somebody had
21   -- it was furnished.
22        Q.    So what --
23        A.    And a couple eventually walked out.
24        Q.    So what did you do?
25        A.    Prior to them walking out I asked Eghosah what should
```

1  I do.

2      Q.   How did you ask him this?

3      A.   I said, hey, there's somebody living here, what do I

4  do?

5      Q.   What, if anything, did he say?

6      A.   That if they come out tell them that you had important

7  documents sent and the address was messed up.

8      Q.   Okay.  So what did you do?

9      A.   I -- when the couple eventually came up I told them

10 I'm sorry, I apologized and I said that there was a package

11 being delivered here but it was a mistake, and it was important

12 documents.  And I told them it was college transcripts, school

13 transcripts.

14     Q.   Okay.  And what, if any, response did the couple have?

15          MR. GUILLAUME:  Objection.

16          THE COURT:  Sustained.

17 BY MR. DELANEY:

18     Q.   What happened after you spoke to the couple and told

19 them that you were looking for a package with important

20 documents?  What happened next?

21     A.   Nothing.  They told me it was fine.

22          MR. GUILLAUME:  Objection.

23          THE COURT:  Objection is sustained.  You can --

24 questions that are in furtherance of the conspiracy are not

25 hearsay.  To the extent that other statements are offered they

1   should not be offered.  He doesn't need to say what people said
2   to them unless it's in furtherance of the conspiracy.  A
3   response such as that from a person at the address is not in
4   furtherance of the conspiracy so the objection is sustained.
5            MR. DELANEY:  Thank you, Your Honor.
6   BY MR. DELANEY:
7        Q.   Did the couple remain at residence after you spoke
8   with them?
9        A.   No.
10       Q.   Okay.  After they left what did you do?
11       A.   I proceeded to wait like a house or two down.
12       Q.   And ultimately did the package arrive?
13       A.   Yes.
14       Q.   What happened?
15       A.   The delivery driver dropped it off on the like a
16   stair, the stairway in front of the door, and I walked over and
17   picked it up and placed it in my bag.
18       Q.   What happened next?
19       A.   I informed Eghosah and then -- that's all I can
20   remember really.
21       Q.   I believe you testified on moment ago that you stayed
22   in D.C. somewhere from three days to a week --
23       A.   Right.
24       Q.   -- is that right?
25       A.   Correct.

 1       Q.   Did you pick up packages the entire time you were
 2   there?
 3       A.   No, not the entire time I was there, no.
 4       Q.   Okay.
 5       A.   Just the -- like the first day and the second day.
 6       Q.   Okay.  And where did you give the package the second
 7   day?
 8       A.   We gave it to Jay.
 9       Q.   Okay.  Were you paid for this time you spent in D.C.?
10       A.   Not initially.
11       Q.   Okay.  Were you ultimately paid for it?
12       A.   Yes.
13       Q.   How did you get paid for your work picking up
14   packages?
15       A.   Based off of how many packages we picked up and the
16   addresses we provided.
17       Q.   We haven't spoken about providing addresses before.
18   Actually, I'll get to that question later.
19            Who was it that paid you?
20       A.   Jay.
21       Q.   How did Jay pay you?
22       A.   In cash.
23       Q.   Where were you when Jay paid you?
24       A.   Well, the -- that first time we met at a supermarket
25   called Giant, in their parking lot.

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1     Q.   Did he pay you regularly?

2     A.   Not -- I wouldn't say regularly.  He paid us when he

3   felt like it.

4     Q.   After you stayed in D.C. did you go somewhere else?

5     A.   Yes.

6     Q.   Where did you go?

7     A.   After D.C. we went to Philadelphia.

8     Q.   Did you go anywhere before Philadelphia?

9     A.   To pick up packages, no.

10    Q.   How did you get to Philadelphia?

11    A.   We drove.

12    Q.   Who is we?

13    A.   Me, Eghosah, a guy named Cam, Cameron, and that's all

14  -- that's who I can remember right now.

15    Q.   Were you told to go to Philadelphia or were you given

16  a choice?

17    A.   We were given a choice.

18    Q.   What was your choice?

19    A.   Philadelphia, New Jersey, New York or Baltimore.

20    Q.   While you were in Philadelphia who was the source of

21  information for where packages would be picked up?

22    A.   Jay.

23    Q.   And who did Jay communicate the information to?

24    A.   Eghosah.

25    Q.   How was it communicated to you?

 1        A.   I'm not -- I don't understand.

 2        Q.   I'll rephrase.  Did you come to learn how Ego --

 3   Eghosah received the information from Jay?

 4        A.   Yeah, through a messenger app.

 5        Q.   What was the messenger app called?

 6        A.   Wickr.

 7        Q.   Wickr?

 8        A.   Yes.

 9        Q.   W-i-c --

10        A.   K-R.

11        Q.   Okay.  Is Wickr the same as a normal text message?

12        A.   No.

13        Q.   How does it differ?

14        A.   On the Wickr app the messages are -- they delete

15   themselves after a certain amount of time.

16        Q.   Can we put up on the screen Government's Exhibit No.

17   20.  Oh, I got it.

18             And do you recognize the two phone numbers that are a

19   party to this conversation?

20        A.   Yes.

21        Q.   Whose are they?

22        A.   Yes, I do.

23        Q.   Whose are they?  I'm sorry, whose are they?

24        A.   One is my phone number and the other one is Eghosah's.

25        Q.   If we can pull back.  Can you read to us what is said

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

```
1   first by the number ending in 5821 that you've identified as
2   Eghosah's?
3        A.   Send me Jay Wick name and yours.
4        Q.   What do you understand Jay Wick name to be?
5        A.   I believe it said Peimee.  It was supposed to be pay
6   me.
7        Q.   Okay.  If we can blow up the rest of the.  Is that
8   what Jay -- and do you see a text there -- oh, I have a dot.  Do
9   you see a text there from you?
10       A.   Yes.
11       Q.   Do you understand -- what do you say?
12       A.   Ultimately, meant to put pay me but it says Peimee.
13       Q.   How should have it been spelled?
14       A.   P-e-i-m-e-e.
15       Q.   And was that the name of Jay's Wickr name?
16       A.   Yes.
17       Q.   And below that, is that your Wickr name?
18       A.   Yes.
19       Q.   Okay.  While you were in Philadelphia did you collect
20   additional packages?
21       A.   Yes.
22       Q.   Did Eghosah?
23       A.   Yes.
24       Q.   Was Amaya English there with you?
25       A.   No.
```

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1    Q.   Did Jay stay there with you?

2    A.   No.

3    Q.   Where did you stay?

4    A.   At a hotel.

5    Q.   Okay.  Who was responsible for collecting the packages

6  when you picked them up?

7    A.   Eghosah.

8    Q.   What did you observe, if anything, Eghosah do with the

9  packages when he picked them up from you?

10    A.   Just held on to them.

11    Q.   Did you observe him give packages to anyone else?

12    A.   No.

13    Q.   At this point in time in Philadelphia who gave you

14  money to pay you for your services?

15    A.   Eghosah.

16    Q.   Now, we've alluded to this before.  Were you asked at

17  some point in time to find addresses?

18    A.   Yes.

19    Q.   Who asked you to find addresses?

20    A.   Jay.

21    Q.   Was anyone else asked to find addresses?

22    A.   Yes.

23    Q.   Who?

24    A.   Pretty much all the parties involved at the time; me,

25  Eghosah, Cam.

```
 1          Q.    Okay.  How did you -- what was the purpose of the
 2   addresses?
 3          A.    For packages to be delivered.
 4          Q.    How did you find addresses?
 5          A.    We drove around looking for --
 6          Q.    When you say we?
 7          A.    Me, Eghosah, Cameron drove around looking for vacant
 8   homes that looked convincing enough for packages to be delivered
 9   to.
10          Q.    Were there any other ways in which you found
11   addresses?
12          A.    Eventually Zillow was used.
13          Q.    How was Zillow used?
14          A.    Through filtering houses for sale.
15          Q.    And who came up with that idea?
16          A.    I don't know who came up with the idea.  I know the
17   idea was presented to me through Eghosah.
18          Q.    Put up on the screen Government's Exhibit No. 16.  And
19   if we can just blow up the entire box.  Do you recognize these
20   notes?
21          A.    Yes.
22          Q.    Whose notes are these?
23          A.    Mine.
24          Q.    And we see a created and modified date.  Why don't you
25   just tell us, what was the last modified date of these notes?
```

 1        A.    November 18th, 2018.

 2        Q.    And what was the purpose of these notes?

 3        A.    To -- to keep record of addresses for packages to be

 4   delivered to that we eventually would send to Jay.

 5        Q.    And without reading all of the individual addresses,

 6   can you give us the location, city and state, of each of those

 7   addresses?

 8        A.    Philadelphia.

 9        Q.    We can remove that.  Thank you very much,

10   Mr. Kerrigan.

11              After Philadelphia, where did you go next?

12        A.    New Jersey.

13        Q.    Did you meet anybody new in New Jersey?

14        A.    Yes.

15        Q.    Who did you meet?

16        A.    Drawing a blank on the names.  Oh.

17        Q.    Take your time.

18        A.    Keiarah and a young man named Sooraji.

19        Q.    Okay.  Do you know Keiarah's last name?

20        A.    No.

21        Q.    Okay.  Was Keiarah a member of the group that was

22   picking up packages?

23        A.    Yes.

24        Q.    What was her role?

25        A.    Just to pick up packages.

1      Q.   Okay.  Did Keiarah have any relationships beyond

2   picking up packages with anyone who was a member of the group?

3      A.   Eventually, yes.

4      Q.   What was the relationship and to whom?

5      A.   It was, I believe, a romantic relationship with

6   Eghosah.

7      Q.   And you also mentioned somebody by the name of

8   Sooraji?

9      A.   Yes.

10      Q.   What was your understanding of how he got involved?

11      A.   That Jay brought him in.

12      Q.   And about how long was Sooraji there for?

13      A.   Roughly a month.

14      Q.   Did he work out very well?

15      A.   No.

16      Q.   Did he ultimately return back where he came from?

17      A.   Yes.

18      Q.   Did you have an opportunity to meet Zo at some point

19   in time?

20      A.   Yes.

21      Q.   Where were you when you met Zo?

22      A.   New Jersey.

23      Q.   And tell us about meeting Zo.

24      A.   I can't remember the details, but just he was there

25   and he was kind of a stand-in for Jay.

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1    Q.    What do you mean by stand-in?

2    A.    Well, he was the one who at some point, for a short

3 time, gave us the information of where things -- packages would

4 be delivered to.

5    Q.    Got it.  Over time were additional people given the

6 ability -- were additional people given the responsibility of

7 opening packages?

8    A.    Yes.

9    Q.    Who was the first person you remember getting the

10 ability to open packages?

11    A.    Amaya.

12    Q.    And after Amaya?

13    A.    Eghosah.  But before Amaya it was Zo actually.

14    Q.    Okay.  So is it correct to say that Jay was able to

15 open packages?

16    A.    Yes.

17    Q.    And over time Zo and Amaya?

18    A.    Yes.

19    Q.    What about after that?

20    A.    Eventually Eghosah and then me.

21    Q.    How do you know that Eghosah was able to open

22 packages?

23    A.    I had to record a video of him doing it.

24    Q.    Who asked you to record it?

25    A.    Eghosah.

1     Q.    Can you give -- were you given any instructions as to

2   how you were to record it?

3     A.    Yes.  The camera had to be placed above the package

4   and to leave the face of Eghosah out of it, or the person

5   counting.

6     Q.    And was this the point in time where you learned what

7   was in the packages?

8     A.    Yes.

9     Q.    And what was in the package?

10     A.    Money.

11     Q.    When you say money, what do you mean money?  Checks?

12     A.    Cash.

13     Q.    And how was the cash packaged?

14     A.    In various ways.  Sometimes they were in magazines,

15   sometime they were in bank envelopes, sometimes they were

16   stuffed in newspaper.

17     Q.    And how many times do you think you recorded Eghosah

18   opening packages?

19     A.    Anywhere between five to ten times.

20     Q.    And I believe you testified that you were ultimately

21   allowed to open packages as well?

22     A.    Yes.

23     Q.    Who told you you could do that?

24     A.    Jay.

25     Q.    When you opened packages did you record videos?

```
1      A.    Yes.

2      Q.    Why?

3      A.    To keep track of the amount of money that was in the

4  package so -- and to kind of insure that no one was stealing

5  money.

6      Q.    I want to put up on the scene Government's Exhibit 29.

7  Now this is a video.  Have you previously reviewed Government's

8  Exhibit 29?

9      A.    Yes.

10      Q.    And do you -- do you -- who took the video?

11      A.    It's -- I mean, I took it myself.

12      Q.    Okay.  Let's go ahead and play it.  We can stop as we

13  go.

14      (A video was played during which the following occurred:)

15          MR. DELANEY:  Let's go ahead and pause it right there.

16  BY MR. DELANEY:

17      Q.    Do you remember where you were when you took this

18  video?

19      A.    A fast food restaurant.

20      Q.    And where is the camera?

21      A.    Well, that is a baby changing station and that's the

22  platform that you place the baby on.  The camera was placed on

23  -- like on top of the whole thing.

24      Q.    Okay.  Let's go ahead and watch it.  And is there a

25  continuation of that video?
```

```
 1        A.    Yes.
 2        Q.    Pulling up Government's Exhibit 30.  If we can play
 3   the video.  Okay.
 4              What would you do with videos -- did you take other
 5   videos beyond that one?
 6        A.    Yes.
 7        Q.    What would you do with videos like that?
 8        A.    Send it to Jay.
 9        Q.    How would you send it to Jay?
10        A.    Via Wickr.
11        Q.    Do you remember the amounts that you would find in
12   packages when you open and counted the cash?
13        A.    They ranged from about 5,000 to 10,000.
14        Q.    What was the biggest one you remember counting?
15        A.    About 20,000.
16        Q.    How long were you away from home the first time you
17   traveled?
18        A.    A couple months.
19        Q.    Sorry, just can't hear you.
20        A.    A couple months.
21        Q.    Okay.  And over time did you make more trips?
22        A.    Yes.
23        Q.    Okay.  You originally flew in September of 2018.
24   Moving forward to the winter, do you remember additional people
25   who got involved in the -- in the package pick up business?
```

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1        A.    No, I can't remember the names.

2        Q.    Okay.  Do you know an individual by the name of

3    Leevensky Lambert?

4        A.    Oh, yes.  Yes.

5        Q.    Was he involved?

6        A.    Yes.

7        Q.    How do you remember meeting -- how do you remember him

8    getting involved?

9        A.    I don't remember how, but I remember him being there

10   because I know him personally.

11       Q.    Okay.  Did you pick up packages with him?

12       A.    Yes.

13       Q.    Okay.  Did you ever come to learn what happened to all

14   that cash?

15       A.    Yes.

16       Q.    How did you learn this?

17       A.    Through -- there was trips taken to New York.

18       Q.    Who took trips to New York?

19       A.    At first it started with, from my knowledge it was

20   Eghosah.

21       Q.    How do you know that?

22       A.    Because I was sent -- or I was asked to pick him up

23   from New York.

24       Q.    Where did you pick him up?  Can you describe it for

25   us?

1        A.    It was a lot of jewelry stores around in New York,

2   downtown Manhattan area.  It was a high-rise building.

3        Q.    And what was -- what was your understanding of why

4   Eghosah was going to New York?

5        A.    To drop off a large sum of money, a large lump sum of

6   money.

7        Q.    How do you know this?

8        A.    Because I eventually started doing drops myself.

9        Q.    How was the package -- or how was the money carried?

10       A.    It was prepackaged by Jay and then placed in a back

11  pack that I had.

12       Q.    Okay.  Did you observe Eghosah carrying bags like

13  yours?

14       A.    Yes.

15       Q.    So can you describe for us the drop when you did it?

16  I'm sorry, I'm going to withdraw that question.

17             Did you ever make a drop with Eghosah?

18       A.    Yes.

19       Q.    Tell us what happened.

20       A.    We went to the high-rise building and then we went to

21  the 13th floor.  Yeah, the 13th floor.  And then there was a

22  small office.  And then there was -- we'd meet a guy there and

23  he'd take the money out and place it in a money counter.

24       Q.    Okay.  And then what would happen?

25       A.    The money would then be counted and then a phone call

 1    was made to Jay by the person who counted the money.  And from

 2    my understanding it was to confirm the amount that was counted.

 3         Q.   So did the person to whom you gave the money have an

 4    understanding of how much money should be there?

 5         A.   Yes.

 6         Q.   And was the purpose of the phone call to communicate

 7    whether it matched?

 8         A.   Yes.

 9         Q.   How many times did you go with Eghosah to drop off

10    money?

11         A.   Not many times.  Maybe twice.

12         Q.   How many times did you travel with Eghosah to drop off

13    money, whether or not you went in with him or not?

14         A.   Maybe five, 10, almost a dozen times maybe.

15         Q.   How many times did you personally drop off money?

16         A.   About ten times.

17         Q.   What --

18         A.   Between five and ten times.

19         Q.   Understood.  When you dropped off money or were

20    present when money was dropped off, did you observe the count?

21         A.   A couple times I did, yes.

22         Q.   What observation did you make as to much money was

23    counted?

24         A.   Six figure amounts.  One time it was about 300,000.

25    One time it was about 170,000.

```
 1              MR. DELANEY:  Court's indulgence.
 2    BY MR. DELANEY:
 3        Q.   I'd like to go ahead and put up on the screen --
 4    sorry.  I'm going to put up on the screen what's been marked as
 5    Government's Exhibit 28.  Do you recognize the telephone number
 6    on this?
 7        A.   Yes.  Yes, I do.
 8        Q.   Whose telephone number is that?
 9        A.   Eghosah.
10        Q.   Is that the contact you gave him in your phone?
11        A.   Yes.
12        Q.   What is it?
13        A.   E with an asterisk.
14        Q.   I'd like to move to page 5.  And if we can highlight
15    the blue text in the middle of the page.
16             Do you recognize on March 25th, 2019, what -- what
17    that address is?
18        A.   Yes.
19        Q.   55 West 47th Street, Suite 620 in New York, New York?
20        A.   Yes.
21        Q.   What is it?
22        A.   That is the building -- that was the building near the
23    high-rise building we had to go to.
24        Q.   Why do you say near?
25        A.   Because -- I don't know, the Suite 620 is throwing me
```

1    off because we went to the 13th floor.  That's just my

2    observation of it.

3        Q.    Okay.  But this address is close to the building you

4    went for the drop?

5        A.    Yes.

6        Q.    And can you describe the businesses around that area?

7        A.    Jewelry stores.

8        Q.    Okay.  We can go ahead and remove that.

9              All right.  Let's put up Government's Exhibit 18,

10   please.  All right.  If we can just expand that.

11             Do you recognize these notes?

12       A.    Yes.

13       Q.    And can you tell us the date of modification?  Last

14   date of modification?

15       A.    January 4, 2019.

16       Q.    Are these your notes?

17       A.    Yes.

18       Q.    What are they?

19             THE COURT:  What exhibit is up right now?

20             MR. DELANEY:  Government's Exhibit 18.

21             THE COURT:  18?  Yes.  Thank you.

22             MR. DELANEY:  Thank you, Your Honor.

23   BY MR. DELANEY:

24       Q.    What are these notes?

25       A.    Addresses.

```
 1        Q.    Where?

 2        A.    In Washington, D.C.

 3        Q.    What's the purpose of these addresses?

 4        A.    Those addresses were for -- to be provided so packages

 5   could be delivered to them.

 6        Q.    Did you communicate these addresses to anyone else?

 7        A.    Yes.

 8        Q.    To whom did you communicate them?

 9        A.    Jay.

10        Q.    Let's put up Government's Exhibit 19.  If we can

11   expand this.  Thank you, Mr. Kerrigan.

12              Do you recognize these notes?

13        A.    Yes.

14        Q.    Whose notes are they?

15        A.    They're my notes.

16        Q.    And what is the last date these notes were modified?

17        A.    January 7, 2019.

18        Q.    And what are we looking at here?

19        A.    Addresses in Baltimore, Maryland.

20        Q.    I'm going to draw your attention specifically to the

21   one I'm pointing to right there, 417.  Can you read that address

22   to us?

23        A.    417 Southway, Baltimore, Maryland.

24        Q.    Okay.  And two below that, can you read us that

25   address?
```

```
 1        A.    216 North Chester Street, Baltimore, Maryland.

 2        Q.    And the one below that?

 3        A.    314 Southway Baltimore, Maryland.

 4        Q.    Okay.  Did you transmit these addresses to anyone?

 5        A.    Excuse me?

 6        Q.    Did you send these addresses to anyone?

 7        A.    Yes.

 8        Q.    Who did you send them to?

 9        A.    I sent these to Jay.

10        Q.    Why?

11        A.    So that way we could have packages delivered to them.

12        Q.    If we could put up Government's Exhibit 21 on the

13   screen.

14              Whose notes are these?

15        A.    My notes.

16        Q.    When are they last modified?

17        A.    January 19th, 2019.

18        Q.    And what does this list show, in January?

19        A.    Just a list of pick ups by individuals.

20        Q.    What kind of pick ups?

21        A.    Of package pick ups.

22        Q.    Why are you listing pick ups in your notes?

23        A.    To keep track of the packages picked up for everyone

24   so that they can pet paid.

25        Q.    So who can get paid?
```

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1     A.    The individuals, Mike, Ego, Keion, and myself.

2     Q.    I think you told us about Keion before.  Who is Mike?

3     A.    That's Mikey who you mentioned earlier.

4     Q.    What Mikey's real name, full name?

5     A.    Leevensky.

6     Q.    Okay.  And then if we can blow up this one.  No, not

7   when I circle it.  No, you can't do it anymore.  Can you see

8   this one and read this one to us?

9     A.    Ego, five pick ups total.

10    Q.    Keep going.

11    A.    Thursday, 2801 Maryland Avenue; Friday, 3016 Kenyon

12  Ave and 2802 Maryland Ave.  Saturday, two packs at 716 Melville

13  Avenue.

14    Q.    And that's on Saturday?

15    A.    Yes.

16    Q.    I see.  So Thursday there's a notation under Keion,

17  three pickups.  Can you read that address to us?

18    A.    That Thursday?

19    Q.    Yep.

20    A.    Thursday, 761 Melville.

21    Q.    Thank you.  Putting up Government's Exhibit No. 22.

22          Do you recognize who are the participants to this

23  conversation?

24    A.    I recognize my number but not the 305 number.

25    Q.    You recognize the number ending in 0771?

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

```
 1        A.    Yes, that's mine.

 2        Q.    That's your phone number?

 3        A.    Yes.

 4        Q.    You don't recognize whose number that is --

 5        A.    No.

 6        Q.    -- ending in 9557 though; is that right?

 7        A.    No, I don't know that number.  I don't remember that

 8   number.

 9        Q.    Pulling back out.  Do you recognize the sum and

10   substance of the conversation?  Have you reviewed it previously?

11        A.    From mine on down?

12        Q.    Uh-huh.

13        A.    Yours on the truck right now.

14        Q.    Have you reviewed this before?

15        A.    No.

16        Q.    Let's go ahead and skip forward to page 2.  And if we

17   can blow up the text in the middle of page that I've circled.

18   Do you recall sending that text?

19        A.    Yes.

20        Q.    Okay.  Do you remember who you sent it to?

21        A.    No.  Not right now, no.  I can't remember.

22        Q.    Tell us what you remember about sending that text.

23        A.    That it looks like this address, somebody was living

24   there, and I was telling whomever this is to make the excuse

25   that their grandmother messed up, that she was supposed to send
```

 1   it to 3208 Longview Ave and not Lake Ave and to let them know

 2   that you're not from there.

 3        Q.   Did you come up with that excuse yourself?

 4        A.   At that specific time, yes.

 5        Q.   Okay.  You testified at that specific time.  Had you

 6   heard that excuse used prior to that time?

 7        A.   Yes.

 8        Q.   Who used it?

 9        A.   Eghosah.

10        Q.   Let's put up Government's Exhibit --

11             MR. DELANEY:  Court's indulgence.

12             Yeah, let's go ahead and put up Government's Exhibit

13   23 again.  Oh, no, this is the first time we put it up.  Putting

14   up Government's Exhibit 23.  And if we can look at the

15   participants.  Again, we see your telephone number.  Do you

16   recognize the other number?

17        A.   Yes, I do.

18        Q.   Whose number -- I'm sorry for speaking over you,

19   that's my fault.  Whose number is that?

20        A.   Eghosah.

21        Q.   Okay.  We can blow it back up again, and just the

22   conversation.  Mr. Kerrigan, can you blow up the whole thing?

23             What do you say?

24        A.   Send ya ID.

25        Q.   And what's the response?

1        A.     Eghosah -- Eghosasere Avboraye.

2        Q.     Okay.  And then if we can click forward to the second

3   page of Government's Exhibit 23.  If we blow up the attachment.

4   Just the attachment.  If you can blow up that page first.  Thank

5   you.

6               Does there appear to be an attachment to it?

7        A.     Yes.

8        Q.     Okay.  And who is sending that attachment?

9        A.     Eghosah.

10       Q.     And if we can clip now to Government's Exhibit 23A.

11  Does this appear to be a copy of the attachment sent?

12       A.     Yes.

13       Q.     What does it appear to be?

14       A.     Eghosah's ID card.

15       Q.     Take that down.

16              Do you recall a time where you learned that some

17  members of the conspiracy had been arrested in Florida?

18       A.     Yes.

19       Q.     Where were you when you learned that this occurred?

20       A.     I was in Baltimore at that time.

21       Q.     Let's put up Government's Exhibit 25.  Actually,

22  before we do 25 let's just do 24.  Government's Exhibit 24.  Do

23  you see the date of modification on this?

24       A.     Yes.

25       Q.     When is it?

1    A.   February 9th, 2019.

2    Q.   And what is it that we're looking at here?

3    A.   Addresses from Philadelphia.

4    Q.   And did you communicate those addresses to anyone?

5    A.   Yes.

6    Q.   To whom?

7    A.   Jay.

8    Q.   Okay.  Now we can go to Government's Exhibit 25.

9         If we can look at the top, who are the participants to

10   this conversation?

11   A.   Me and I believe that's Keiarah's number.

12   Q.   Okay.

13        THE COURT:  You have to keep your voice up please, and

14   speak clearly into the microphone, please.

15        THE WITNESS:  I believe that was Keiarah's number.

16   BY MR. DELANEY:

17   Q.   Okay.  If we can go back to the conversation now.  If

18   you can read to us what is the person you believe to be Keiarah

19   say?

20   A.   You speaking to Ego today?

21   Q.   And your response?

22   A.   I did, but he been MIA since about 11.

23   Q.   And what did she say?

24   A.   Yeah, that's pretty much like all day.  Um was he

25   okay?  Do you know?

1    Q.   And your response?

2    A.   I've been hitting up but no answer.

3    Q.   Turning to the second page.  And then we'll just focus

4  in on the bottom two text boxes.  What does Keiarah say?

5    A.   Call me.

6    Q.   And your response?

7    A.   They locked up.

8    Q.   And the date on this?

9    A.   February 9th, 2019.

10   Q.   Okay.  Turning to page 3.  And if we can blow up

11 starting here and going down to here.  Thank you, Mr. Kerrigan.

12        What does Keiarah say?

13   A.   He needs you.  Call his big brother.

14   Q.   Who is big brother?

15   A.   It was a joke at the time, but we were talking about

16 Jay.

17   Q.   And your response?

18   A.   My phone was dead when they called.

19   Q.   And what does Keiarah say?

20   A.   People, can you please just call his Milk Dud big

21 brother and let him know.

22   Q.   Who is Milk Dud big brother?

23   A.   Jay.

24   Q.   Let's go ahead and put up Government's Exhibit 11.  Is

25 that the person you identified before as Jay?

1       A.      Yes.

2       Q.      Did he goes by Milk Dud?

3       A.      He didn't go by Milk Dud that's just what we called

4  him.

5       Q.      Would you have called him Milk Dud?

6       A.      No.

7       Q.      Why not?

8       A.      He wouldn't have liked it.

9       Q.      Let's go back to Government Exhibit 25, and page 4.

10  And if we can go down to the bottom of the page and just blow it

11  up from there.

12          What does Keiarah say?

13      A.      Imma look it all up but it's all Keion fault.  I been

14  talking to Ghose.  Keion is a gook.

15      Q.      And let's just -- what do you say at the bottom of

16  page there at 11:39 p.m. UTC time?

17      A.      How was Keion fault, LOL.

18      Q.      Okay.  Who is Keion if you can remind us?

19      A.      He was somebody else involved in the scheme.

20      Q.      Okay.  Let's turn to page 5.  And is -- well, let's

21  start at the top.  Let's blow up the first half of it.

22          What does Keiarah say?  And if you can just read the

23  three texts that Keiarah writes.

24      A.      He was nervous and his mouth ran like water.  They

25  literally was asleep in the back and had nothing to worry about.

1    You know how they get to asking questions and digging like they
2    always do.  Like they did us in Jersey with Zo.  Just digging
3    and nervous.  Nervous as Keion was just saying shit that pretty
4    much recanted what Ego and Mikey said.  So it looks like a big
5    fat-ass mess.  Keion just never dealt with feds because they
6    scared him and it worked.
7         Q.    There's a reference here to "like they did us in
8    Jersey with Zo."  What is this in reference to?
9         A.    A traffic stop.
10        Q.    Who was the party to the traffic stop?
11        A.    Me.  Me, Zo, and Keiarah.
12        Q.    And what happened?  Was anybody else there?
13        A.    I can't remember.
14        Q.    Okay.  What happened?
15        A.    We were stopped by the police for a traffic violation
16   and they kind of made a big deal.  They had the dogs and
17   everything on us, I remember that day.  And there was a few
18   officers involved looking for -- I believe drugs because they
19   called the drug dog.
20        Q.    What were you doing when were you driving?
21        A.    I forget what we were doing, but we had packages on us
22   at that moment.
23        Q.    If can do the bottom of page 5 of Government's Exhibit
24   25.
25              What did you say?

1      A.   He should have stuck to the I don't know.

2      Q.   What does that mean?

3      A.   It means just any time you don't know what to say to

4 the police just say I don't know.

5      Q.   Okay.  What does she say at the bottom of the page at

6 11:58?

7      A.   He start talking shit about being in a hotel brought

8 Ghose name it, and everything Keion said is opposite of Mikey

9 and Ghose.  Whose story match.

10     Q.   Turning then to page 6.  At the top of the page what

11 is that link?

12     A.   I think it was the an arrest record.

13     Q.   Okay.  And the next date, just look at the remaining

14 text on this page.  All of them, if we can fit them in.

15          Can you read it or do you want me to make it bigger?

16     A.   No, that's fine, I can read it.

17     Q.   What does Keiarah say?

18     A.   I found that, and it's odd Keion ain't being charged

19 with nothing at all.  Just got off the phone with Ghose, bail

20 hearing at 9 a.m.  He has those three charges and they came up

21 with that based off what Keion said.  Mind you, police found him

22 sleeping.

23     Q.   And you say?

24     A.   So you're telling me that Keion is snitching.

25     Q.   And Keiarah.

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1      A.    In other words, but I don't know, it's just odd he has

2  no charges, and Ego says I should know what that mean.  He the

3  only one the feds seen nervous as hell.  They probably got in

4  his head.

5      Q.    Okay.  And then what do you say?

6      A.    That's crazy.  I'm pissed, because Jay left me as

7  well.  I fuck with Keion, but bruh, idiot.  I told him before,

8  any situation with the cops you tell them I don't know,

9  especially if there was no drugs and he wasn't driving.

10     Q.    Okay.  Page 7 just the text at the top of page.

11          THE COURT:  Mr. Delaney, how many more texts are we

12  going to look at with respect to this dialogue between Keion and

13  the witness?

14          MR. DELANEY:  This texts and the two more pages.

15          THE COURT:  All right.  This is getting a little

16  cumulative now and we have to move on for case management.  We

17  have another minute on this, we move on, Mr. Delaney.

18          MR. DELANEY:  Thank you very much, Your Honor.

19  BY MR. DELANEY:

20     Q.    Let's go ahead and skip forward to page -- I think

21  it's page 10.  Actually, let's go to page 11.  At the top of the

22  page, what are we looking at here?

23     A.    A news article.  A link to a news article.

24     Q.    Do you remember seeing news articles?

25     A.    Yes.

1    Q.   Okay.  And did you watch the news articles?

2    A.   Yes.  I read them briefly, yes.

3    Q.   What did you learn from the news articles you watched?

4    A.   That Mike, Ego, and Keion were arrested in connection

5    with a grandparents scheme, elderly scheme.

6    Q.   Okay.  And let's go down to the text below this.  And

7    one more.  I'm sorry, Mr. Kerrigan.  Those three and we'll be

8    done.

9              THE COURT:  What exhibits are you on now?

10             MR. DELANEY:  We're still on Government Exhibit 25.

11             THE COURT:  We have another minute on this, Mr.

12   Delaney.  We're winding this up.

13             MR. DELANEY:  Thank you, Your Honor.

14   BY MR. DELANEY:

15   Q.   Page 11.  What does Keiarah say?

16   A.   Released.  He called me.

17   Q.   And what do you say?

18   A.   Yeah, Jay told me.

19   Q.   Okay.  We can remove Government's Exhibit 25.

20             After Eghosah was released did you discuss what

21   happened with him?

22   A.   Yes.

23   Q.   What, if any, conversations did you have with him

24   about what happened?

25             THE COURT:  I'm sorry, clarify.  With whom is he

1    speaking now?

2              MR. DELANEY:  Eghosah.

3              THE COURT:  Okay.  But with the defendant Eghosah.

4    It's important to clarify this now.

5              MR. DELANEY:  Thank you very much, Your Honor.

6    BY MR. DELANEY:

7

8         Q.   What, if anything, did he say?

9         A.   He said that Eghosah said that he was in the backseat

10   sleeping and Mikey got out of the vehicle to retrieve a package

11   and the police surrounded them.

12        Q.   Okay.  Did you discuss what you'd learned from the

13   news stories with Jay?

14        A.   Yes.

15        Q.   Tell us about that conversation.

16        A.   When I brought to Jay's attention the article, I asked

17   him if this was the same thing.  Was this related to what we're

18   doing up north here.

19        Q.   And what did you mean by this?

20        A.   The picking up of packages.

21        Q.   Specifically packages from where?

22        A.   Elderly people.

23        Q.   What was Jay's reaction?

24        A.   He nor denied or confirmed, he just brushed me off and

25   told me not to worry.

```
1        Q.   After that conversation did you have another
2   conversation with Jay about it?
3        A.   Yes.
4             THE COURT:  Mr. Delaney.  Mr. Delaney, what are the
5   conversations after the arrest having to do with the furtherance
6   of the conspiracy for which the charges were brought?
7   BY MR. DELANEY:
8        Q.   After the arrest that you've testified to did you
9   continue to pick up packages as part of this scheme?
10       A.   Yes.
11       Q.   Did Eghosah continue to pick up packages as part of
12  this scheme?
13       A.   Yes.
14       Q.   After you'd first asked Jay -- you've already
15  testified that there was a second conversation with Jay about
16  what you'd learned from the news stories; is that correct?
17       A.   Yes.
18       Q.   Who else -- was anyone else present for that
19  conversation?
20       A.   Yes.
21       Q.   Who?
22       A.   Eghosah.
23       Q.   Tell us about that conversation.
24       A.   I then asked -- I asked again, to Jay, is this
25  connected to the packages we've been picking up.  And then he
```

1   then confirmed yes, this is the -- this is -- the same thing

2   that went on there is what we're doing up here.

3        Q.   Did you have an opportunity to observe Eghosah's

4   reaction to Jay as confirmation?

5        A.   Yes.

6        Q.   What did you observe about his reaction?

7        A.   That he wasn't surprised.

8        Q.   What makes you say that?

9        A.   Just body language, facial expression.  Almost like he

10  had known.

11       Q.   Subsequent to this conversation with Jay and Eghosah,

12  did you have further conversations with Eghosah about where the

13  money came from?

14       A.   Yes.

15       Q.   Tell us about those conversations.

16       A.   Eghosah basically informed me that this scheme has

17  been going on for sometime and that it's possibly older than me

18  and him.

19       Q.   After this conversation did you continue to remain a

20  member of the conspiracy?

21       A.   Yes.

22       Q.   Why?

23       A.   Because I was broke still.

24       Q.   To your knowledge, did Eghosah continue to remain a

25  member of the conspiracy?

```
1        A.    Yes.

2        Q.    What if any changes were made to the operation after

3   this Florida arrest?

4        A.    We were in -- I was instructed to remove labels from

5   packages when we retrieved them.

6        Q.    Who instructed you?

7        A.    Eghosah.

8        Q.    Any other changes made?

9        A.    We were not to smoke in cars and we were not to keep

10  more than one package on our persons at a time.

11       Q.    And who made those -- who made those changes?

12       A.    It was Jay and Eghosah, they -- was kind of both.

13       Q.    Let's put up Government's Exhibit 27.  Who are the

14  participants to this conversation?

15       A.    Me and Eghosah.

16       Q.    If we can pull back out.

17             The conversation itself, when does it take place?

18             Blow up the whole conversation.  Thank you.

19       A.    March 11, 2019.

20       Q.    Okay.  Is this after those conversations we just

21  described between you, Jay, and Eghosah?

22       A.    Yes.

23       Q.    Okay.  And is there an attachment at March 11th?

24       A.    Yes.

25       Q.    Can we put up Government's Exhibit 27A.
```

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1              Does this appear to be that attachment?

2     A.    Yes.

3     Q.    What is it?

4     A.    A money order from Western Union.

5     Q.    Okay.  In fact, let's go back and put up Government's

6  Exhibit 28 again.  And turn to page 5.

7              This address we discussed earlier in New York, who

8  texts that address to you?

9     A.    Eghosah.

10    Q.    What's the date?

11    A.    March 25th, 2019.

12    Q.    Your response?

13    A.    On my way.

14    Q.    And then if we can click to page 6.  And what does

15  Eghosah say to you?

16    A.    Yo, I'm up here.

17    Q.    You pull off that exhibit.  I just want to quickly

18  make reference to a couple additional exhibits.  Government's

19  Exhibit 31.

20              What is this?

21    A.    This is a list of addresses.

22    Q.    Who created it?

23    A.    Me.

24    Q.    Where was it sent?  Were they sent anywhere?

25    A.    Yes.

EXCERPT OF DAVID GREEN - DIRECT EXAMINATION

1    Q.    Where?

2    A.    To Jay.

3    Q.    Where were these addresses located?

4    A.    Lancaster, Pennsylvania.

5    Q.    Exhibit 32.  Are these addresses from your notes as

6  well?

7    A.    Yes.

8    Q.    Where are they located?

9    A.    Delaware.  Newark, Delaware.

10   Q.    Exhibit 36.  What is this?

11   A.    Oh, this is a tracking of pick ups.  A list of pick

12 ups.

13   Q.    And Exhibit 37.  What is this?

14   A.    Another list of pick ups.

15   Q.    At some point in time were you arrested?

16   A.    Yes.

17   Q.    Where were you when you were arrested?

18   A.    New Castle, Delaware.

19   Q.    What were you doing when you were arrested?

20   A.    Picking up a package.  Picking up packages.

21   Q.    And at that point in time were you charged federally?

22   A.    No.

23   Q.    Were you charged?

24   A.    Yes.

25   Q.    Locally there?

```
 1        A.    Yes.

 2        Q.    Were you later charged federally?

 3        A.    Yes.

 4        Q.    And did you make a determination to plead guilty and

 5  cooperate?

 6        A.    Yes.

 7        Q.    Why?

 8        A.    Because -- just have responsibility.

 9        Q.    To whom?

10        A.    To family and myself.

11              MR. DELANEY:  Court's indulgence.

12  BY MR. DELANEY:

13        Q.    Just for the benefit of the record, you identified

14  lists on Government's Exhibit 32, 36, and 37 --

15        A.    Yes.

16        Q.    -- of notes you kept on your phone?

17        A.    Yes.

18        Q.    Do you know what you did, if anything, with those

19  notes?

20        A.    I sent them over to Jay.

21        Q.    Thank you.

22              MR. DELANEY:  No further questions at this time Your

23  Honor.

24              THE COURT:  Thank you, Mr. Delaney.

25              Mr. Guillaume, would you like a little break before
```

1   you start your cross-examination?

2           MR. GUILLAUME:  That would be fine, Your Honor.  Thank

3   you.

4           THE COURT:  All right.  We'll take a little bit of a

5   break.  You should not discuss your testimony with anyone, Mr.

6   Green, when you go out in the hallway, you stay by yourself.

7           And we'll take a ten-minute recess and we'll continue

8   on.  We'll probably break for lunch 1:15, 1:20 or something.

9   We're going to take a late morning recess just before noon, so

10  we'll take a ten-minute recess.  Thank you.

11          THE CLERK:  All rise.  The Court stands in recess.

12      (Jury out at 11:52 a.m.)

13      (Recess from 11:53-12:18 p.m.)

14          THE COURT:  Go ahead and bring the jury back in.

15  Thank you.

16          By the way, counsel, Government Exhibit No. 10 is the

17  plea agreement as to Mr. Green.

18          MR. DELANEY:  Yes.

19          THE COURT:  Included in that plea agreement is a

20  stipulation and a statement of facts which does not necessarily

21  come in.  So I just want to clarify that.  I'll deal with that

22  later, in case, Mr. Guillaume, you're going to make reference to

23  it, the stipulation of facts and the statement of facts does not

24  come into evidence because of hearsay implications.  So you're

25  free to cross-examine all you want but that won't be coming into

```
 1   evidence.
 2           MR. GUILLAUME:  I didn't plan to talk about the
 3   statement of facts.
 4           THE COURT:  I assume you all understand that but I
 5   just want to make sure.
 6           MR. DELANEY:  Thank you, Your Honor.
 7           THE COURT:  So all those exhibits which were
 8   referenced are in evidence, with the exception of Government's
 9   Exhibit 10 that's limited in that fashion.
10           MR. DELANEY:  Thank you.
11       (Jury entered courtroom at 12:20 p.m.)
12           THE COURT:  Thank you all very much.  And we're ready
13   to proceed here with the cross-examination of the witness.
14           You may be seated, Mr. Green.
15           Mr. Guillaume, cross-examination sir.
16           MR. GUILLAUME:  Thank you.  Thank you, Your Honor.
17                         CROSS-EXAMINATION
18   BY MR. GUILLAUME:
19       Q.   Good morning, sir.
20       A.   Good morning.
21       Q.   So, sir, I want to focus a little bit on what you said
22   a moment ago.  I'm going to go a little out of order so forgive
23   me, but I want to focus first on something you mentioned a
24   moment ago.  You -- would have been February of 2019 when my
25   client was arrested in Florida; is that correct?
```

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1        A.    Yes.

2        Q.    Okay.  And at that time you were living in Baltimore,

3   right?

4        A.    I wasn't living there but I was there in Baltimore.

5        Q.    Okay.  You weren't living in Baltimore at all?

6        A.    I wasn't living there, no.

7        Q.    Okay.  So okay, I'll come back to that in a second.

8   But prior to that February date, the early February of 2019, you

9   were unaware that the packages you were picking up involved an

10  elderly scam; is that correct?

11       A.    Yes.

12       Q.    You had never discussed that with anyone, including my

13  client, correct?

14       A.    No.

15       Q.    No?

16       A.    No, I didn't discuss it with him.  No.

17       Q.    Right.  Didn't discuss it with him, didn't discuss it

18  with Jay, didn't discuss it with Amaya, correct?

19       A.    Correct.

20       Q.    So you were, as far as you knew the money could have

21  come from any source to that point, correct?

22       A.    Yes.

23       Q.    And you -- when they were arrested -- he was arrested

24  with two other people; is that right?

25       A.    Yes.

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

```
1      Q.   Both of whom you know, correct?

2      A.   Yes.

3      Q.   Laveensky Lambert is one?

4      A.   Yes.

5      Q.   Also known as Mikey?

6      A.   Correct.

7      Q.   And Keion Smith, correct?

8      A.   Yes.

9      Q.   Keion Smith is from Baltimore, right?

10     A.   Yes, he is.

11     Q.   Right.  And he had traveled to Florida at some point

12 presumably, correct?

13     A.   Yes.

14     Q.   Okay.  He wasn't living there, right?

15     A.   No.

16     Q.   All right.  And you are from Florida but were staying

17 in a variety of places including Baltimore; is that correct?

18     A.   Yes.

19     Q.   Okay.  Now, you've referenced a conversation that you

20 had with Jay regarding what you had read in the newspaper; is

21 that right?

22     A.   Yes.

23     Q.   And this newspaper was in Florida, correct?

24     A.   Yes.

25     Q.   So you read an online version of that?
```

1      A.   Yes, I did.  Yes.

2      Q.   Right.  And at some point my client was detained.  He

3  was actually locked up as a result of that, right, initially.

4      A.   Yes.

5      Q.   Then he was released at some point thereafter?

6      A.   Yes.

7      Q.   So we're talking February of 2019.  Do you remember if

8  it was within the month of February or was it in March or after

9  when he was released, do you remember?

10      A.   I believe it to be February, yes.

11      Q.   Sometime later after the arrest date?

12      A.   Yes.

13      Q.   Okay.  And you testified that you were still working

14  in the package operation at that time, right?

15      A.   Yes.

16      Q.   February -- in February of 2019, I want to be

17  specific.  And your testimony was that my client, according to

18  you, was also working in that operation, correct?

19      A.   Yes.

20      Q.   Okay.  Now, at some point you have a conversation.

21  You actually testified that you had two conversations with Jay,

22  right?

23      A.   Two --

24      Q.   Two separate conversations regarding what you had read

25  based on your -- the Florida arrest and based on your reading of

1    those newspaper articles, right?

2        A.    Yes.

3        Q.    First time Jay, you said, brushed you off; is that

4    right?

5        A.    Correct.

6        Q.    Second time you said Jay confirmed that the Florida

7    arrests were related to an elderly scheme is what -- the term

8    I'm going to use; is that right?

9        A.    Yes.

10       Q.    That was the first time you had heard it?

11       A.    The first time he had confirmed, yes.

12       Q.    And my client, you said, was present during that

13   conversation, right?

14       A.    Yes.

15       Q.    And he didn't -- my client didn't say anything, but

16   you said based on his body language you interpreted that he

17   knew; is that correct?

18       A.    Yes.

19       Q.    But he didn't say anything out of his mouth, correct?

20       A.    Correct.

21       Q.    Okay.  And you guys had been friends very long time;

22   is that right?

23       A.    Yes.

24       Q.    In fact, you grew up together.

25       A.    Yes.

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION                73

```
 1        Q.    You knew his family?  His brothers and sisters?

 2        A.    Yes.

 3        Q.    And you knew his mother.

 4        A.    Yes.

 5        Q.    Okay.  You guys lived -- went to high school together.

 6        A.    Yes.

 7        Q.    And lived very close to one another growing up.

 8        A.    Yes, we did.

 9        Q.    Okay.  Matter of fact, you had a hand in introducing

10   him to his wife; is that right?  Through a mutual friend.

11        A.    You're saying -- I'm sorry.

12        Q.    Did you have a hand in introducing my client to his

13   current wife?

14        A.    No.

15        Q.    Through a mutual friend of yours?

16        A.    No, I didn't have a hand in that.

17        Q.    Okay.  But you do know her.  You do know his wife

18   though, right?

19        A.    Yes.

20        Q.    Now, you know, at some point around this time frame

21   you -- and you were friends with him -- let's be clear.  You

22   were friends with him, him being my client, you were friends

23   with him throughout.  You've never stopped being friends, right?

24        A.    No, we never stopped being friends.

25        Q.    Okay.  Current situation set aside, but you were -- at
```

1   that time you were friends and you've known him his whole life,

2   or pretty much most of his life, right?

3        A.   Yes.  Yes.

4        Q.   Right.  So you were aware that he got married, right?

5   He has a wife, yes?

6        A.   Yes.  Yes.

7        Q.   Right.  So he married a woman, yes?

8        A.   Yes.

9        Q.   Okay.  And he was living with that woman in Chester,

10  Pennsylvania at some point, right?

11       A.   Yes.

12       Q.   Okay.  And you were aware of this.

13       A.   Correct.

14       Q.   Okay.  And did you -- I think you've gone by the house

15  before, right?

16       A.   Yes, I have.

17       Q.   He actually moved from Florida to live in this part of

18  the country, right?

19       A.   Yes.

20       Q.   Okay.  Because his wife was not from Florida, is she?

21       A.   No.

22       Q.   She's from Baltimore, right?  Or Maryland.

23       A.   Not sure.  I know she's from this area, yes.

24       Q.   Okay.  And you're not from here so you're not

25  necessarily familiar with all the different areas, right?

 1       A.    Correct.

 2       Q.    Okay.  And you're aware that at one point my client

 3  was working with Peloton and tried to recruit you to work with

 4  Peloton, or recruit you to work at Peloton with him around the

 5  same time frame; is that right?

 6       A.    I'm sorry, Peleton.

 7       Q.    Pele ton the company.  Have you heard of it?

 8       A.    Yes.  The workout witness machines, yeah.

 9       Q.    Right.  Were you aware that my client was working for

10  Pele ton at one point?

11       A.    At some point, yes.

12       Q.    Right.  Would it have been around this time, this time

13  frame we've been discussing that you talked about previously on

14  direct examination?

15       A.    Is this the February date?

16       Q.    Not necessarily the February date, but in the general

17  timeframe that we've been referencing.  I guess September 2018

18  to February 2019 dates have been specifically discussed, in the

19  victim -- March 2019 thereafter.  Those have been the dates that

20  have been discussed.

21       A.    I don't remember honestly.  I don't remember where he

22  was working at.  As far as the time frames, I don't remember.

23       Q.    But you do know --

24       A.    I remember him working at Pele ton, yes.

25       Q.    That was my question.  It's been awhile.

```
 1              Sir, at some point in March of 2019, you were
 2   arrested; is that correct?
 3        A.   Yes.
 4        Q.   Okay.  And that was in the state of Delaware, right?
 5        A.   Yes, it was.
 6        Q.   Okay.  You were arrested.  You were not alone when
 7   were you arrested, correct?
 8        A.   No, I was not.
 9        Q.   You were -- you've already testified that you were
10   working package pick ups, right?
11        A.   Yes.
12        Q.   And at this time you were aware that -- of the source
13   of the money in the packages, right?
14        A.   Yes.
15        Q.   Okay.  And you were actually working with another
16   person named Kyrie Oliver; is that right?
17        A.   Yes.
18        Q.   Kyrie Oliver, at the time, was a juvenile, right?
19        A.   Yes, he was.
20        Q.   And he's from Baltimore, right?
21        A.   Correct.
22        Q.   He actually is a relative of a woman you were dating
23   in Baltimore, right?
24        A.   Yes.
25        Q.   And her name is Norel; is that correct?
```

1      A.    Yes.

2      Q.    And you actually not only were you dating her you were

3  living with her; is that right?

4      A.    Yeah.  Yes.

5      Q.    Right.  So you recruited her relative, Mr. Oliver, who

6  was a juvenile at the time in 2019, to help you with your

7  package pick ups; is that right?

8      A.    Yes.

9      Q.    And at that time, in March of 2019, a lot of people

10 you had previously worked with were not working in the package

11 pick up operation anymore; is that correct?

12     A.    I'm sorry, say again.

13     Q.    So a lot of the people, in March of 2019 when you were

14 arrested in Delaware with Mr. Oliver.

15     A.    Right.

16     Q.    A lot of people who you had previously worked with,

17 that you had mentioned, you said my client was working with but

18 I'll leave that for another set of questions.  I'm talking about

19 Mr. Lambert, Mr. Smith, Keion Smith, those folks were not -- no

20 longer working with you; is that correct?

21     A.    No.  Yeah, that's correct.

22     Q.    Okay.  Now, you were working under the direction of

23 Jay; is that correct?

24     A.    Yes.

25     Q.    And Jay's not -- Jay's not his real name; is that

1    right?

2         A.    Yeah, that's not his real name.

3         Q.    You didn't -- at the time did you know what his real

4    name was in March of 2019?

5         A.    I never ever found out what his real name was.

6         Q.    But you -- it's been referenced in your direct

7    testimony the name Medard Ulysse, does that sound familiar?

8         A.    Who?

9         Q.    Medard Ulysses?

10        A.    I've only heard that name up until just now.

11        Q.    And who do you understand that name to be?

12        A.    I don't know whose name that is.

13        Q.    Okay.  Could I see Government's Exhibit 4.

14              MR. GUILLAUME:  Court's brief indulgence.

15   BY MR. GUILLAUME:

16        Q.    Showing you for the record what's been previously

17   admitted as Government Exhibit No. 11.  This, in fact, is the

18   person you referred to as Jay.  You identified him a couple

19   times; is that right?

20        A.    Yes.

21        Q.    And there was testimony a moment ago about a nickname,

22   Milk Dud head or something like that.

23        A.    Yes.

24        Q.    That was the name that was called -- people called him

25   behind his back.

1        A.    Correct.

2        Q.    Okay.  And the one of the reasons would be for calling

3   him behind his back is because you learned through your time

4   with Jay he had a very violent temper; is that correct?

5        A.    Yes.

6        Q.    He physically abused people, correct?

7        A.    Not that I witnessed, but yes.

8        Q.    Okay.  You heard about stories of him hurting people;

9   is that correct?

10        A.    Correct.

11        Q.    In fact, you testified, I believe, that when you met

12   with him you didn't complain about getting shortchanged on the

13   money you were owed because you didn't want any problems; is

14   that right?

15        A.    Correct.

16        Q.    Is it fair to say that Jay is a very intimidating

17   person?

18        A.    Yes.

19        Q.    In fact, he beat Charlemagne or Zo; isn't that

20   correct?

21        A.    I didn't witness that.

22        Q.    Okay.  You were not there for that.

23        A.    I was not there for that.

24        Q.    Did you just hear about it?

25        A.    Yes.

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1          MR. GUILLAUME:  You can take the exhibit down.  Thank

2   you.

3   BY MR. GUILLAUME:

4      Q.   And Jay was the person who was running this

5   organization; is that right?

6      A.   Yes.

7      Q.   Okay.  He made payments to people that were working

8   under him?

9      A.   Yes.

10     Q.   Such as yourself?

11     A.   Correct.

12     Q.   My client, and anyone else; is that correct?

13     A.   Yes.

14     Q.   Okay.  And he paid in cash, right?

15     A.   Yes, he did.

16     Q.   Okay.  So I want to talk a minute, going back to the

17  timeline of your arrest and everything.  I want you to refocus

18  back on March 2019 when you were arrested in Delaware.

19          The circumstances of that arrest were that you were

20  trying to get a package from a home and the homeowner -- you and

21  the homeowner had some sort of interaction; is that fair to say?

22     A.   Yes.

23     Q.   And then the homeowner called police and the police

24  showed up.  The police showed up to the scene.

25     A.   Yes.

```
 1        Q.    And you were subsequently arrested.

 2        A.    Yes.

 3        Q.    Okay.  You gave a statement to the police at the time

 4   that wasn't true, right?  About what was in the contents of the

 5   package and that it was your package?

 6        A.    Yes.

 7        Q.    Okay.

 8        A.    Correct.

 9        Q.    But that wasn't true, was it?

10        A.    It was not true.

11        Q.    Okay.  And then you were arrested on the scene; is

12   that right?

13        A.    Yes.

14        Q.    And were brought to jail in Delaware.

15        A.    Yes.

16        Q.    Okay.  I'd like to draw your attention to Government's

17   39, please.

18              MR. GUILLAUME:  Court's brief indulgence.

19              THE COURT:  Certainly.

20   BY MR. GUILLAUME:

21        Q.    Sir, if you could just listen to this call.  I'm going

22   to ask you to listen to a few seconds of it.  I'm going to stop

23   and then I'm going to ask you some more questions and then I'm

24   asking to ask you about it again, okay?

25              Could I have Government's 39, please.
```

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

```
1        (Phone call was played.)
2   BY MR. GUILLAUME:
3        Q.   Sir, do you recognize the voices of that recording?
4        A.   Yes.
5        Q.   Who -- who is talking?
6        A.   Me and the mother of my son.
7        Q.   Okay.  And her name is -- you've already said Tequila,
8   right?
9        A.   Yes.
10       Q.   If we could continue with Government's 39 for a few
11  moments.
12       (Phone call played.)
13       Q.   Sir, that's, in fact, the call was made the day were
14  you arrested; is that true?
15       A.   Yes.
16       Q.   Okay.  And you're looking for someone to bail you out
17  of jail, right?
18       A.   Yes.
19       Q.   It's fair to say you did not like being there.
20       A.   Yes.
21       Q.   Where you were at the time.
22       A.   Correct.
23       Q.   And you asked your girlfriend, whose I guess the
24  mother of your child.
25       A.   Correct.
```

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1    Q.   You asked her to call my client; is that correct?

2    A.   Yes.

3    Q.   Because he's your friend, right?

4    A.   Yes.

5    Q.   You've known him a long time.

6    A.   Yes.

7    Q.   Right.  And you trust him.

8    A.   At the time, yes.

9    Q.   Now, sir, your girlfriend at that time did not know

10   you had this other relationship in Baltimore with Ms. Norel, did

11   she?

12   A.   No.

13   Q.   And she -- does she know now?

14   A.   Yes.

15   Q.   Okay.  So you're not with Ms. Norel anymore you're

16   with your child's mother?

17   A.   No.  Neither.

18   Q.   Okay.  So you were in a relationship, long distance,

19   but had another relationship at the same time during that time;

20   is that correct?

21   A.   Yes.

22   Q.   And you would stay in on the East Coast, Northeast --

23   I'm going to refer to Maryland on up as the Northeast,

24   Mid-Atlantic, for weeks and months at a time during -- from that

25   timeframe of say September 2018 to March of 2019 when that call

```
 1   was made; is that correct?

 2        A.   Correct.

 3        Q.   Okay.  And, in fact, you were released from custody in

 4   Delaware; is that right?

 5        A.   Yes.

 6        Q.   And there was -- as Mr. Delaney said a moment ago, it

 7   was a state charge, right?

 8        A.   Yes, it was.

 9        Q.   You were not charged federally?

10        A.   I wasn't.

11        Q.   But eventually you were charged federally; is that

12   correct?

13        A.   Yes, I was.

14        Q.   Do you remember the timing of that?  Would that have

15   been December of 2019 when you got -- learned you had a warrant

16   for your arrest in federal court?

17        A.   Yes.

18        Q.   Okay.  Do you remember being notified by the FBI that

19   you had to turn yourself in?

20        A.   Yes.

21        Q.   And that would have -- I know you probably don't

22   remember the approximate date, but you didn't turn yourself in

23   immediately, did you.

24        A.   Say again.

25        Q.   I know you probably don't remember the exact date of
```

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1    when that call was or when you received that information about

2    your arrest, but you did not turn yourself in immediately,

3    correct?

4        A.    Correct.

5        Q.    I want to say at least three to four days passed

6    before you actually turned yourself in, right?

7        A.    Yes.

8        Q.    And that's not because the FBI said you could take

9    that long, that's just how long it took you to turn yourself in;

10    is that right?

11        A.    Yes.

12        Q.    So you are arrested eventually, and you have federal

13    charges.  You haven't been convicted of anything at that point,

14    you haven't pled guilty to anything at that point immediately

15    after, the month or so after you got charged federally, right?

16        A.    Can you rephrase?

17        Q.    Yes, that was a poorly phrased question.  I'm going to

18    take it step by step.

19            When you got charged federally, the charges stemmed

20    from what you did in this part of the country; is that correct?

21    As well as in other parts but primarily here, correct?

22        A.    And you're talking about federal charge?

23        Q.    Here in Maryland.  I'm sorry.

24        A.    Yes.

25        Q.    Okay.  So presumably you were -- you had a lawyer

1   representing you on those federal charges in Maryland, right?

2       A.   I'm not understanding.

3       Q.   Did you get a lawyer once you got the charges in

4   federal court?

5       A.   In this -- I'm just trying to understand the time.

6   Are you talking about after I was arrested federally in Florida?

7       Q.   Right.

8       A.   Because I turned myself in in Florida.

9       Q.   Right.

10      A.   And after a certain amount of time I was transferred

11  up here.

12      Q.   Right.  And you got a lawyer when you got here, right?

13      A.   Yes.

14      Q.   You've always had a lawyer representing you since

15  you've been in federal court in Maryland.  I know were you

16  physically located in Florida at the time of the arrest warrant,

17  but you were brought back here, as you said, and you always had

18  a lawyer at all stages, correct?

19      A.   As far as the federal charges, yes.

20      Q.   Right.  Only talking about the federal charges.

21      A.   Okay.

22      Q.   Right.  And sometimes, shortly thereafter, you decided

23  to speak with the government, the prosecutor in this case; is

24  that correct?

25      A.   Yes.

1        Q.    Okay.  You spoke with them a number of times, right?

2        A.    Yes.

3        Q.    First time would have been March of 2020; does that

4   sound about right?

5        A.    Yes.

6        Q.    Okay.  And at that meeting you -- I'm presuming your

7   lawyer attended the meeting, is that correct, with you?

8        A.    Yes.

9        Q.    And you gave information about yours and other peoples

10  involvement in the package pick up case, correct?

11       A.    Yes.

12       Q.    Okay.  And, in fact, you Mr. Delaney asked you about

13  what's called a minimization.  You said you minimized my

14  client's role, or weren't completely truthful about his

15  participation during that first meeting, or during a meeting.  I

16  don't know if it was the first or the second, but at some point

17  that is true, correct?

18       A.    You're asking me if during the first meeting or the

19  meetings that -- where I minimized his involvement?

20       Q.    Correct.

21       A.    Yeah, I did.  Yes.

22       Q.    Okay.  Because at that time my client was not charged

23  with any federal crime, correct?

24       A.    Correct.

25       Q.    Okay.

1    A.    Not to my knowledge, but yeah.

2    Q.    Not to your knowledge at that time.  In fact, you had

3  maintained communication with him after you got arrested, right?

4    A.    Yeah.

5    Q.    Federally.

6    A.    For a short time, yes.

7    Q.    And you let him know, hey, I have this charges and

8  here's what I'm considering doing.  You had these discussions

9  with him, correct?

10    A.    Honestly I don't remember.  I'm trying to figure out

11  what you're asking me.  You're asking me if I had conversations

12  about what I would do?

13    Q.    Let me ask it to you this way.  Without saying what

14  you were going to do or not going to do, after you received your

15  federal charges in Maryland you still talked to my client, your

16  friend, right?

17    A.    Yes.

18    Q.    Okay.  And you met with the government in March of

19  2020, and then you met with them again a few months later, would

20  that have been October of that same year?  October of 2020, does

21  that sound right?

22    A.    Yes.

23    Q.    Okay.  And you gave information both times as to yours

24  and other people's involvement.

25    A.    Correct.

1      Q.   And when asked on direct examination about why you did

2  certain things, why you pled guilty, I think that was the

3  question, or a similar type of question, your response was you

4  owed it to your family; is that right?

5      A.   And myself, yes.

6      Q.   Right, and yourself.  Because obviously, Mr. Green,

7  you don't want to go to jail for any long period of time or any

8  time; is that correct?

9      A.   You could say that, yes.

10      Q.   All right.  And some time thereafter you entered into

11  an agreement to plead guilty, right?

12      A.   Yes.

13      Q.   Now, you've -- again, you've had a lawyer the entire

14  time, there's been no break with you and your lawyer.  You've

15  been represented since those -- during those meetings and since,

16  correct?

17      A.   Yes.

18      Q.   So you had the advice of counsel at every stage,

19  right?

20      A.   Yes.

21      Q.   Right.  So you pled guilty to certain crime as we saw,

22  and I'll reference your plea agreement in a moment, but you

23  also, in addition to pleading guilty, agree to cooperate with

24  the government; is that right?

25      A.   Yes.

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1      Q.   Become a government witness, correct?

2      A.   Yes.

3      Q.   And as Mr. Delaney pointed out to you, there's certain

4  requirements that had to be met.  Most importantly that have you

5  to tell the truth, right?

6      A.   Yes.

7      Q.   Right.  And your understanding as you testified to, is

8  that the judge determines what, if any, sentence reduction

9  you'll receive, right?

10     A.   Yes.

11     Q.   And -- but the judge can't do anything without the

12 government approval; is that correct?  Is that your

13 understanding?  The government has to make the recommendation.

14     A.   Correct.  Yes.

15     Q.   Okay.  And Mr. Green, you met the government in an

16 interview setting approximately three on four times.  Does that

17 sound about right?

18     A.   Yes.

19     Q.   Okay.  Recently, in preparation for this case I'm

20 sure, and then back -- back in 2020?

21     A.   Yes.

22     Q.   Okay.  And you did not testify in front of a grand

23 jury; is that correct?

24     A.   No, I did not.

25     Q.   Okay.  So once you were arrested in March of 2019 in

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

```
 1    Delaware, you have a few months before you're charged federally,
 2    you're not incarcerated during that time, correct?
 3         A.   Correct.
 4         Q.   You're back living in Florida, right?
 5         A.   Yes.
 6         Q.   Did you ever return back up north after that time?
 7         A.   After I was arrested?
 8         Q.   Right.
 9         A.   No.
10         Q.   You stayed down in Florida?
11         A.   I stayed down in Florida.
12         Q.   And while you're in Florida are you working?
13         A.   Yes.
14         Q.   Okay.  And then you get a call from the FBI saying
15    that there's been a warrant -- there is a warrant for your
16    arrest; is that right?
17         A.   Yes.
18         Q.   Now, if we can pull up --
19              MR. GUILLAUME:  Court's brief indulgence.
20    BY MR. GUILLAUME:
21         Q.   -- Government's Exhibit No. 10.  Okay.
22              Sir, I'm showing you for the record what's marked as
23    Government's Exhibit 10.  And you recognize this document?
24         A.   Yes.
25         Q.   This, in fact, is the plea agreement that you entered
```

1    into with the government, correct?

2         A.   Yes.

3         Q.   It's got a lot of different pages.  This is the cover

4    page, right?

5         A.   Yes.

6         Q.   And I'd like to go to the second page, please.

7    Mr. Kerrigan, can you, on the count in that box there, can you

8    enlarge that, please?  For the count, the statute and

9    everything.

10            This document explains a number of things.  One of

11   which is the potential maximum prison time you will face in this

12   case; is that correct?

13        A.   Correct.

14        Q.   And sir, what is your understanding as to the maximum

15   time by law that could be imposed in this case?

16        A.   Twenty years.

17        Q.   Okay.  And that's noticed right here in the agreement;

18   is that correct?

19        A.   Yes.

20        Q.   Okay.  Thank you.  You can take that down.  Thank you.

21            Sir, I want to talk to you about your trips that

22   you've testified to and get into a little bit more detail if I

23   could.  Your first time traveling to this area was in September

24   of 2018, correct?

25        A.   Yes.

1      Q.    And you flew to BWI but you did not work in Baltimore,

2  you worked in D.C.; is that right?

3      A.    That's right.

4      Q.    Okay.  And actually, I'm sorry, before we talk about

5  that I want to just clarify something.  That first package that

6  you did in Florida, that you testified about in your

7  grandmother's neighborhood.

8      A.    Yes.  What about it?

9      Q.    That day, when you got that package and you didn't get

10 the money that you were supposed to, you met with Zo and then

11 Jay as well, right?  Or just with Jay?

12     A.    Are you asking me if that day when I received the

13 package if I met with Zo and Jay.  Yes, I met Zo earlier and Jay

14 later, yes.

15     Q.    And the purpose of meeting Zo was to just tell him

16 that it had been completed?

17     A.    Wait.  Yeah, from him my understanding he wanted to

18 confirm the package.

19     Q.    Okay.  So Zo was -- was Zo on the same level as Jay?

20     A.    From what I observed, yes.

21     Q.    So Zo and Jay wasn't like you, my client, or other

22 people like Keion and Lambert, right?

23     A.    Right.

24     Q.    Zo was on a different level.  So I'm sorry.  Going

25 back to -- going back to the trip to D.C.  And that's when you

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1   met for the first time Amaya English; is that right?

2        A.    Yes.

3        Q.    And she actually, you learned, was Jay's girlfriend;

4   is that right?

5        A.    Yes.

6        Q.    And he was very protective of her, wasn't he?

7        A.    Yes, I could say that.  Yes.

8        Q.    He didn't like her talking to other men, things like

9   that.  Controlling is the word I'm going to use, would you agree

10  to that?

11       A.    Yeah, I could agree to that.

12       Q.    But Amaya was the one giving out orders in D.C.; is

13  that correct?

14       A.    Yes.

15       Q.    She gave instructions to both you and my client,

16  right?

17       A.    Yes.

18       Q.    And you were to inform Amaya or Jay when you picked up

19  packages, correct?

20       A.    Yes.

21       Q.    Okay.  And my client did the same, right?

22       A.    Yes.

23       Q.    Okay.  And I just want to get into a little bit about

24  this application you talked about, Wickr.  It's an application

25  that could be downloaded on a phone, like on a smart phone; is

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

```
 1    that right?
 2         A.   Yes.
 3         Q.   But it's a secure application, is it not?
 4         A.   Meaning?
 5         Q.   Secure meaning that it's encrypted.  Do you known
 6    whether it's encrypted?
 7         A.   No.
 8         Q.   Well, I'll ask you this question this way.  What did
 9    you understand Wickr's capabilities to be and why did you use
10    it?
11         A.   Initially, I didn't -- I never heard of it.  I was
12    told to use it by Eghosah because that after a certain amount of
13    time the messages would delete themselves.
14         Q.   And did you, in fact, use it?
15         A.   Yes, I did.
16         Q.   And was that true, did the messages delete themselves
17    that you sent?
18         A.   Yes, they did.
19         Q.   When you were charged in this case and began
20    cooperating with the government, did you ever voluntarily turn
21    your phone over at any time to them, to the government?
22         A.   Yes.
23         Q.   And going back to the D.C., the time you were here in
24    D.C.  You said you're here three to seven days, more or less
25    that first time?
```

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1      A.    Yes.

2      Q.    And how much money did you make, can you remember?

3      A.    After leaving D.C. I received $1,500.  Just before

4  leaving D.C.  I received $1,500.

5      Q.    From Jay?

6      A.    From Jay.

7      Q.    Okay.  And he gave that to you personally, put the

8  money in your hand.

9      A.    Yes.

10     Q.    Okay.  And then you continued to work up until the

11 time that you were arrested in Delaware, right?

12     A.    Yes.

13     Q.    Now, when you were -- when you would come back from

14 Florida you would stay for varying times; is that correct?  From

15 a month to a week, it just depends, right?

16     A.    Yes.

17     Q.    And my client wasn't always with you; is that right?

18 He wasn't always here the same time you were here.

19     A.    Correct.

20     Q.    And the typical work week for you when you were

21 working, what was it?

22     A.    Are you --

23     Q.    What days would you work?

24     A.    Are you referring to the packages?

25     Q.    Correct.

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1      A.    Tuesday to Saturday, if I'm remembering correctly.

2      Q.    Okay.  So basically Tuesday to Saturday is then you

3  did the bulk of the work?

4      A.    Right.

5      Q.    And you said there were times when my client was not

6  with you, you guys weren't together.  You were working and he --

7  you were working somewhere, he could be wherever, you don't know

8  where he is; is that right?

9      A.    Yes.

10     Q.    Okay.  You testified about going to New York.  How

11  many times total would you say you went to New York?

12     A.    In general, just going to New York?

13     Q.    Going to New York as part of this operation.  Sorry,

14  let me be very specific.

15     A.    I want to say anywhere from like -- anywhere between 5

16  to 10 times.

17     Q.    And are these times that you went into different

18  buildings those five to ten times, or just that you were present

19  in New York in connection with this, one way are the other?

20     A.    The latter.

21     Q.    The latter being you weren't always going inside the

22  building?

23     A.    I didn't always go inside the building, no.

24     Q.    How many times did you go inside the building during

25  those ten times?

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1       A.    Maybe five times.  Four or five times.

2       Q.    And isn't it true that you always go into the building

3  by yourself, never with someone else; is that right?

4       A.    No, it wasn't always like that.

5       Q.    Sometimes you went in --

6       A.    Sometimes I would go in by myself, sometimes I was

7  accompanying someone else.

8       Q.    Okay.  And going back to this, there's rules that you

9  became aware of pretty early on when you started working this

10 operation, right?

11      A.    Yes.

12      Q.    That you had to follow.

13      A.    Yes.

14      Q.    Now, you've written a lot of notes, and those are

15 notes that were written in your personal phone; is that right?

16      A.    Yes.

17      Q.    And you wrote those notes to yourself, so essentially

18 you could keep track of monies that you were owed?

19      A.    Yes.

20      Q.    Okay.  And some of those notes you wrote were

21 addresses that you were scouting out to provide to Jay, right?

22      A.    Yes.

23      Q.    Now, Jay would take addresses -- actually, Jay paid

24 people more money if they could gave him addresses to use; is

25 that right?

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1    A.    Yes.

2    Q.    Okay.  And so anybody could do it but -- and it was

3    always given -- the information was always given to Jay.  Any of

4    the workers could do it is what I'm saying.

5    A.    Yes.

6    Q.    And during your time with this package pick up stuff,

7    there were lots of different people who would come and go, some

8    of whom you knew and some of whom you didn't know; is that

9    correct?

10    A.    Yes.

11    Q.    And during the actual pick ups of packages, isn't it

12    true that Jay sometimes would sent multiple people to the same

13    location to have coverage for that particular package?

14    A.    I don't understand what -- sorry.  You're asking me --

15    Q.    I'll rephrase the question.  I'll ask it a different

16    way.  When you received information from Jay about where to

17    go --

18    A.    Right.

19    Q.    -- to your knowledge, do you know if Jay would provide

20    that information it, that same pick up information to multiple

21    different persons?

22    A.    By saying -- you mean the same address?

23    Q.    The same address, correct.

24    A.    No.  To my knowledge, no, I don't remember.

25    Q.    So it was one person, as far as you know, one person

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

 1    for each location?

 2         A.    Yes.

 3         Q.    Okay.  And there were times when you -- there were

 4    times though when were you not by yourself, is that correct,

 5    when you picked up packages?

 6         A.    Yes.

 7         Q.    Now, going back to kind of the structure of things,

 8    there was a rule that you learned early on that was not to open

 9    the packages correct?

10         A.    Correct.

11         Q.    And that came from Jay and Amaya, right?

12         A.    Yes.

13         Q.    And Zo -- did Zo also let that be known to you as

14    well?

15         A.    Yes.

16         Q.    So you didn't -- you obeyed that order, right?

17         A.    Yes.

18         Q.    And you never saw anyone of the people on your level

19    disobeying the order, particularly my client, right?

20         A.    Yes.

21         Q.    Now, the packages that came, when you first got

22    involved with this, they were in varying sizes, correct?  Some

23    small, some large?

24         A.    Yes.

25         Q.    And they all weighed -- they would weigh presumably

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

 1    different amounts, like the actual weight of the packages.

 2        A.    Yes.

 3        Q.    And you also turned those packages over to Jay; is

 4    that right?

 5        A.    I wouldn't always to Jay, but for the most part, Jay.

 6    Amaya.

 7        Q.    Now, you never called anyone pretending to be somebody

 8    else, did you?

 9        A.    No, I did not.

10        Q.    You never witnessed my client calling anyone,

11    pretending to be anybody else?

12        A.    No, I did not.

13        Q.    Did you ever see anybody calling and pretending to be

14    anybody else that you worked ed with at the time?

15        A.    No, I did not.

16        Q.    Okay.  And when you communicated with Jay would it be

17    regular text message, Wickr, or both?

18        A.    Wickr.

19        Q.    Okay.  So always on Wickr with Jay.

20        A.    Always on Wickr with Jay.

21        Q.    But when you communicated with my client wasn't with

22    exclusively through Wickr; is that right?

23        A.    Correct.

24        Q.    Because you guys have known each other for a really

25    long time, correct?

1      A.   Correct.

2      Q.   Okay.  And during the course of your time working,

3  isn't it true that you came to understand that Jay had people

4  above him; is that correct?

5      A.   It wasn't confirmed, it was more of a theory, but we

6  kind of just -- drew that conclusion, yes.

7      Q.   The workers drew that conclusion.  Or you drew that

8  conclusion.

9      A.   Yeah.

10     Q.   Okay.

11          MR. GUILLAUME:  Court's brief indulgence.

12          THE COURT:  Take your time.

13  BY MR. GUILLAUME:

14     Q.   Sir, are you aware of when my client was, in fact,

15  charged federally in connection with this case, if you're aware?

16     A.   No.  I don't know when.  I don't know when.  Is that

17  what you're asking me?

18     Q.   You don't know when?

19     A.   I don't know the when.

20     Q.   Okay.  But you know it was after you were, correct?

21     A.   Yes.

22     Q.   Okay.  And sir, I just want to make one thing very

23  clear, I want to understand.  None of the other people that were

24  in the home, or the places that you stayed during the course of

25  your employment with the this operation, none of those other

 1    people talked about the source of -- or what was in the

 2    packages, and if they did know money was there the source of the

 3    money.  So that's actually two different questions there but --

 4        A.   Okay.  So no one spoke about it.

 5        Q.   Nobody.

 6        A.   Nobody spoke about it.

 7        Q.   So you were shown a message -- I think is Government's

 8    Exhibit 28.  If you could pull that up, please -- of an address.

 9    Is this the one with the address in New York?  25, I'm sorry.

10    Mr. Kerrigan, can we highlight the address in the blue, please.

11    Oops.

12             Sir, this is something that you were shown on direct

13    examination --

14             THE COURT:  What exhibit is this?

15             MR. GUILLAUME:  I'm sorry.  This is Government Exhibit

16    28.

17             THE COURT:  All right.  Thank you.

18    BY MR. GUILLAUME:

19        Q.   This is an address that was shown to you by

20    Mr. Delaney a few moments ago and you mentioned that the suite

21    number was, I belive the word you used, throwing you off or

22    threw you off?

23        A.   Yes.

24        Q.   Okay.  You testified that you went to the 13th floor

25    of a building in New York?

EXCERPT OF DAVID GREEN - CROSS-EXAMINATION

1    A.    Yes.

2    Q.    And that was always the same location?

3    A.    Yes, it was always the 13th floor.

4    Q.    Okay.  And this location here is not the location; is

5  that correct?

6    A.    Yeah.  I believe -- correct.

7    Q.    It's not.  Okay.  And the suite number is definitely

8  not on the 13th floor, according to what's listed here; is that

9  right?

10    A.    Correct.

11    Q.    Thank you.  I don't need to see it anymore.  Thank

12  you.

13          Sir, how soon did you start opening packages in this

14  operation?  If you started in September, when is the first time

15  you're opening a package and doing like you did -- that we saw

16  in the video?  When does that happen?

17    A.    I don't remember the actual date or time, the specific

18  time.

19    Q.    Would it have been immediately upon working, or would

20  it have been working a few months or --

21    A.    It was a couple months.

22    Q.    It was a couple as in two or--

23    A.    Yeah, two months.  Two maybe.

24    Q.    And sir, just a couple more questions.  With respect

25  to the trip that you testified to about in Philadelphia and New

1    Jersey, the Philadelphia trip, do you remember if Raven was

2    present during that trip?  An individual by the name of Raven?

3    She also working in -- working during that trip as part of this

4    package scheme?

5         A.    That name sounds a familiar.

6         Q.    Is Raven a friend of yours?

7         A.    No.

8         Q.    In New Jersey there's Mr. Delaney mentioned someone by

9    the name Sooraji.  And you said that you understood that Jay had

10   brought that person into the -- into the package organization;

11   is that right?

12        A.    Yes.

13        Q.    Okay.  But Sooraji did not work out; is that right?

14        A.    Yes.

15        Q.    He didn't work out because he you didn't get along

16   with lots of people; is that correct?

17        A.    Correct.

18        Q.    Including you and including my client, right?

19        A.    Yes.

20        Q.    In New Jersey you talked about the fact that

21   Charlemagne or Zo took over for Jay; is that correct?

22        A.    Correct.

23        Q.    All right.  And that Jay was missing for awhile; is

24   that right?

25        A.    He was -- Jay -- this is -- I'm a little confused on

1    the timeframe in which you're asking it.

2        Q.   I'll withdraw that question and just say -- ask it

3    this way.  And this will my last question, or one of my last

4    questions, it's not my last.

5            THE COURT:  It's always dangerous to say that, Mr.

6    Guillaume.

7            MR. GUILLAUME:  Yes, that's why I corrected myself.

8    BY MR. GUILLAUME:

9        Q.   With respect to Charlemagne taking over, I want you to

10   just -- I just want to narrow in on the fact that what that

11   means.  That means, I'm assuming, that you then reported to him

12   as opposed to Jay, and he took over the things like paying

13   people and that sort of stuff; is that right?

14       A.   Yes.

15       Q.   Okay.  Thank you.

16           MR. GUILLAUME:  No further questions.

17           THE COURT:  Thank you very much, Mr. Guillaume.

18           Any redirect are, Mr. Delaney?

19           MR. DELANEY:  Yes, Your Honor.  And I think we can

20   finish it before the lunch break.

21           THE COURT:  That's fine.

22                       REDIRECT EXAMINATION

23   BY MR. DELANEY:

24       Q.   Mr. Green, you were asked on cross-examination if you

25   wanted to go to jail.  The answer to that is?

1    A.    No.

2    Q.    No.  Does the government make the decision if you go

3  to jail or not at the end of this?

4    A.    No, they don't.

5    Q.    Who make the determination?

6    A.    The judge.

7    Q.    You were asked, as far as you know, whether the money

8  prior to February 2019, if the money in the package could have

9  come from, quote, any source.  And you testified on direct that

10  you didn't ask what was in the package, right?

11    A.    Correct.

12    Q.    Why?

13    A.    Because I knew it wasn't legal.  It wasn't aboveboard.

14    Q.    And this you were given instructions prior to February

15  2019 about the contents of the package, right?

16    A.    Yes.

17    Q.    Prior to you being given the ability to open the

18  package, what were the instructions given to the people about

19  the contents of the package?

20    A.    To not open the package.

21    Q.    You testified on direct that you and Eghosah were

22  ultimately allowed to open the package; is that right?

23    A.    Yes.

24    Q.    What about Keion?  Did Keion get to open the package?

25    A.    No.

1      Q.    What about Sooraji?  Did Sooraji get to open the

2   package?

3      A.    No.

4      Q.    What about Mikey Lambert, did he?

5      A.    No.

6      Q.    You were asked a question about when Eghosah was

7   released from custody, whether it was February or March to get

8   the timing down, right?

9      A.    Right.

10      Q.    Let's go to Government's Exhibit 25, page 11.  Pulling

11   up this.  The statement from that, I believe you testified, is

12   from Keiarah.  What is it?

13      A.    Released.  He called me.

14      Q.    And your response?

15      A.    Yeah, Jay told me.

16      Q.    The date?

17      A.    February 10th, 2019.

18      Q.    Thank you.

19            Putting up Government's Exhibit 27.

20            Is that a communication between you and Ghose?

21            Turning to page 2.

22            What are these series of numbers and letters?

23      A.    A tracking number.

24      Q.    And the date?

25      A.    March 23rd, 2019.

1     Q.   Thank you.  You were asked some questions about where

2  Ghose's wife was from; is that right?

3     A.   I'm sorry, excuse me?

4     Q.   You were asked about some questions about where the

5  defendant's wife was from?

6     A.   Yes.

7     Q.   And you testified that she was from the area --

8     A.   Yes.

9     Q.   -- generally?

10         When you traveled with the defendant to the

11  Baltimore-D.C. area, did you travel here to visit his wife or

12  then girlfriend?

13     A.   No.

14     Q.   What was the purpose of your travels with the

15  defendant to this area?

16     A.   To retrieve packages.  To continue to retrieve

17  packages.

18     Q.   Government's Exhibit 28, page 5.  Let's look at the --

19  let's look at the date of these conversations.  What is the

20  date?

21     A.   March 25th, 2019.

22     Q.   Do you know what happened the day after this?  Do you

23  remember?

24     A.   I believe this is the time I was arrested.

25     Q.   Okay.  What -- what were you texting about here the

EXCERPT OF DAVID GREEN -   REDIRECT EXAMINATION

```
 1   day before you were arrested with the defendant?  Regardless of

 2   the specific location, what was this -- what were these text

 3   about?

 4        A.   A drop.

 5        Q.   What kind of drop?

 6        A.   The drop for -- the drop of the money.

 7        Q.   The money from the scheme?

 8        A.   The money from the scheme, yes.

 9             MR. DELANEY:  Nothing further, Your Honor.

10             THE COURT:  Thank you very much, Mr. Delaney.  There's

11   no recross, is there Mr. Guillaume?

12             MR. GUILLAUME:  Court's brief indulgence, Your Honor.

13             THE COURT:  Okay.  Sure.

14             MR. GUILLAUME:  No further questions.  Thank you.

15             THE COURT:  All right.  Thank you very much.

16             Mr. Green, you may step down, sir.  You should not

17   discuss your testimony with anyone until this trial concludes in

18   the event you're called back to the witness stand.  And there is

19   a sequestration order.  So you should not be discussing your

20   testimony with anyone until this case is over.

21             THE WITNESS:  Okay.

22             THE COURT:  Thank you very much.  You're excused.

23             THE WITNESS:  Thank you.

24        (Mr. Green was excused at 1:09 p.m.)

25             THE COURT:  With that, we'll take our lunch recess.
```

EXCERPT OF DAVID GREEN -  REDIRECT EXAMINATION

1    It's now ten after one.  We'll break for lunch until ten minutes

2    after two, and we'll start promptly with the third government

3    witness promptly ten after two.

4              Thank you very much.

5              THE CLERK:  All rise.  This Court stands in recess.

6        (Jury out at 1:09 p.m.)

7        (RECESS was taken at 1:10 - 2:21 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1              THE COURT:  Thank you all for our quick break here in

2    the afternoon.  And we'll be going right up to five o'clock. But

3    at five o'clock on the dime we'll stop at five o'clock.

4              With that, you all may be seated.  And Ms. Goo, the

5    next government witness.

6              MS. GOO:  Yes, Your Honor. The government calls to the

7    stand McArnold Charlemagne.

8              THE COURT:  All right.

9              Mr. Charlemagne, if you'll come over here to be sworn.

10        (MCARNOLD CHARLEMAGNE, duly sworn.)

11             THE CLERK:  Speaking clearly into the microphone can

12   you please state your full name and spell your last name for the

13   record.

14             THE WITNESS:  My name is McArnold Charlemagne.

15   Charlemagne, C-h-a-r-l-e-m-a-g-n-e.

16             THE CLERK:  Thank you.

17             THE COURT:  Thank you, Mr. Charlemagne.  If you'll

18   keep your voice up and speak clearly into the microphone for

19   purposes of the court reporter, Ms. McPherson.

20             And Ms. Goo, you may proceed.

21             MS. GOO:  Thank you, Your Honor.

22                      DIRECT EXAMINATION

23   BY MS. GOO:

24        Q.   Good afternoon, Mr. Charlemagne.

25        A.   Good afternoon.

1     Q.    Mr. Charlemagne, and again if you just keep your voice

2   up and speak slowly that would be that would help tremendously.

3     A.    Yes.  Yes.

4     Q.    Thank you.  Now, Mr. Charlemagne, where do you

5   currently live?

6     A.    2240 --

7     Q.    No, no.  Just the city and state that you live.

8     A.    Miramar, Florida.

9           THE COURT:  I beg your pardon, what did you say?

10          THE WITNESS:  Miramar, Florida.  The state Florida.

11          THE COURT:  Okay.  Thank you.

12          THE WITNESS:  Yes.

13  BY MS. GOO:

14    Q.    How long have you lived in Florida for?

15    A.    Almost 20 years.

16    Q.    Did there come a point in time in which you became

17  involved in a package scheme?

18    A.    Yes.

19    Q.    And as a result of your participation in that scheme,

20  were you charged federally here in the United States District

21  Court in the District of Maryland?

22    A.    Yes.

23    Q.    And are you represented by Mr. Paul Kramer?

24    A.    Yes.

25    Q.    And is -- as a part of your case did there come a

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

```
 1   point in time in which you reached a plea agreement?
 2        A.   Yes.
 3        Q.   So did you plead guilty to the charges here in this
 4   courthouse?
 5        A.   Yes, I did.  Yes.
 6        Q.   If we could bring up Government's Exhibit 55.
 7             So Mr. Charlemagne, directing your attention to the
 8   screen in front of you, Government's Exhibit 55.  Have you seen
 9   this document before?
10        A.   Yes.
11        Q.   And what is it?
12        A.   It's my guilty plea basically, yes.
13        Q.   Okay.  So if we could zoom in to paragraph 1.
14             And Mr. Charlemagne, if you could just read that first
15   paragraph.
16        A.   The Defendant agrees to plead guilty to Count One of
17   the Indictment, which charge the Defendant with conspiracy to
18   commit mail fraud, in violation of 18 U.S.C. 1349.
19        Q.   Okay.  And you can stop there for now.
20             So Mr. Charlemagne, you pled guilty to the conspiracy
21   to commit mail fraud; is that correct?
22        A.   Yes.
23        Q.   If we could turn to page 9 of the document.  And I'm
24   sorry, one page back please.  All right.  Now, on page -- and I
25   apologize, that's page 8.  Do you see the signature in the
```

 1  middle?

 2      A.   Yes.

 3      Q.   And whose signature is that?

 4      A.   That's my signature.

 5      Q.   Okay.  And the signature below that is whose?

 6      A.   Mr. Kramer.  Paul Kramer, yes.

 7      Q.   And so you've had an opportunity to review this

 8  agreement with Mr. Kramer; is that correct?

 9      A.   Yes.

10      Q.   Okay.  And if we could go to -- I believe it's page 10

11  of this.  Page 11, please.  12.  Okay.

12           Now, directing your attention to page 12 of this

13  exhibit title Sealed Supplement to Plea Agreement.  Have you had

14  a chance to review this sealed supplement with Mr. Kramer as

15  well?

16      A.   Yes.

17      Q.   And does this summarize, essentially, your cooperation

18  with the government?

19      A.   Yes.

20      Q.   And what is your understanding as to what you're

21  required to do pursuant to this agreement?

22      A.   To tell the truth about what I've done.

23      Q.   Okay.

24      A.   Yes.

25      Q.   And is it your understanding that you're to cooperate

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1    fully with federal law enforcement in terms of telling the
2    truth?

3         A.    Yes.

4         Q.    Okay.  Now, we've talked a bit about this agreement
5    previously, correct?

6         A.    Yes.

7         Q.    And in that conversation has there been any specific
8    promise made to you about a specific sentence recommendation
9    that I or Mr. Delaney is going to make at the conclusion of your
10   case?

11        A.    No.

12        Q.    Have you been sentenced yet in your case?

13        A.    No.

14        Q.    Okay.  And what is your understanding as to who will
15   determine your sentence?

16        A.    I guess -- I don't know if it's this judge, but the
17   judge.  The judge, yeah.

18        Q.    Okay.  All right.  And what is your understanding as
19   to what the government, so me and Mr. Delaney, what we're going
20   to do at the conclusion of your testimony?

21        A.    I'm sorry?

22        Q.    So once you're done testifying in this case --

23        A.    Yes.

24        Q.    -- what is your understanding as to what me and Mr.
25   Delaney are going to do for you?

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

```
 1        A.    I don't -- I mean, I guess -- I mean, I don't know.  I
 2   don't know basically.
 3        Q.    Okay.  Is it your understanding that perhaps we're
 4   going to share that information with the judge?
 5        A.    Yes.
 6        Q.    About what you did.
 7        A.    Yes.  Yes.
 8        Q.    To detail whatever cooperation you provided.
 9        A.    Yes.  I would hope, yes.
10        Q.    All right.  But again, no specific promise has been
11   made to you --
12        A.    No.
13        Q.    -- about what the sentence recommendation is going to
14   be, correct?
15        A.    No.  No.
16        Q.    Now, let's talk about your involvement in that scheme.
17   How did you -- who introduced you to this package scheme?
18        A.    Jay, but his name is Ulysse Medard, yes.
19        Q.    Okay.  And if we could show Government's Exhibit 11.
20              Do you recognize the person in Government's Exhibit
21   11?
22        A.    Yes.
23        Q.    Who is that?
24        A.    That's Jay.  That's -- yeah, Jay.  Ulysse Medard, yes.
25        Q.    And did you later learn that his name is -- I believe
```

 1  you said Ulysse Medard?

 2       A.   Yes.  Ulysse Medard, yes.

 3       Q.   When did you meet him?

 4       A.   Oh, I would say end of 2018.  2018.  The year '18,

 5  yes.

 6       Q.   2018 or was it --

 7       A.   Yes.

 8       Q.   Was it possibly 2017?  I can show you a document to

 9  hopefully refresh your recollection.

10       A.   Please.  Please, yeah.  Please.  I want to say -- no,

11  end of 2017, yes.  2017, yes.

12       Q.   Where did you meet him?

13       A.   In Miami.

14       Q.   What did he tell you about an opportunity or the

15  scheme?

16       A.   We was -- to help him basically with picking up

17  packages.

18       Q.   And again, the he is who?

19       A.   He is the --

20       Q.   Sorry.  The he that you're talking about, about

21  picking up the packages, who is the he?

22       A.   I'm talking as far as Jay.

23       Q.   Okay.

24       A.   Yes.

25       Q.   So Jay was giving this -- was asking you to help him

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1    in picking up packages?

2         A.    Yes.

3         Q.    Okay.  What did he -- and where were you going to have

4    to do this?

5         A.    We started in Miami.

6         Q.    Okay.  And what happened for the very first package in

7    Miami?

8         A.    I waited, it did not came, and he paid me.

9         Q.    And I'm sorry?

10        A.    He paid me.  Like he gave me money, yes.

11        Q.    Okay.  And this was Jay that paid you.

12        A.    Yes, for the first one.

13        Q.    So even though the package didn't arrive --

14        A.    Yes.

15        Q.    -- Jay gave you money.

16        A.    Yes.

17        Q.    How much money did Jay give you?

18        A.    100.

19        Q.    Now, we're gonna get more details about the package

20   operation, but before we go there, was there a point in time in

21   which you were also involved with wire transfers?

22        A.    Yes.

23        Q.    Okay.  And could you just talk briefly about what Jay

24   asked you to do with regard to wire transfers?

25        A.    He would ask me to give him the account number and

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

```
 1    basically the information from my account.  And then he would

 2    wire the money afterwards.

 3         Q.   Okay.  And did you have a bank account in January of

 4    2018 with TD Bank?

 5         A.   Yes.

 6         Q.   Showing you Government's Exhibit 63.  And if we could

 7    zoom in on the bottom portion titled Other Credits.

 8              Now, Mr. Charlemagne, do you recognize Government's

 9    Exhibit with 33?

10         A.   Yes.

11         Q.   So what is it?

12         A.   It's wire incoming Stanley Collins, 38,000.

13         Q.   And whose account is this?

14         A.   That's mine.

15         Q.   Okay.  Now, at the very -- so in this portion that's

16    been -- that's larger on the screen, January 17th, again, could

17    you just read that line into the record?

18         A.   The first January 17?

19         Q.   Yes.

20         A.   Wire incoming, Stanley Collins.

21         Q.   And what was the amount?

22         A.   Amount?  38,000.

23         Q.   Did you know Stanley Collins?

24         A.   No.

25         Q.   And did this wire occur after you had given your
```

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1  information to Jay?

2      A.    Yes.

3      Q.    What did you do with the funds from this wire that

4  came into your account?

5      A.    I withdrew it and I give it to him.

6      Q.    Did you receive anything from Jay after having done

7  this?

8      A.    Yes.  Yes.

9      Q.    What did you receive?

10     A.    I don't remember the amount, but he gave me something,

11 I would say, as part of it.  I don't remember the amount but

12 yes.

13     Q.    Okay.  But you got something for the wire going into

14 your account?

15     A.    Yes.  Yes.

16     Q.    Approximately how many times was your account used for

17 this purpose?

18     A.    Two more times.  And then I use only the friend of

19 mine to -- yes, so I would say three total.

20     Q.    What if anything happened to your bank account?

21     A.    Afterward, a couple days later, or even weeks, it got

22 I would say locked, frozen.  It doesn't work anymore.

23     Q.    So were you allowed to use your account at that point?

24     A.    After that, no, I can't.  It's closed.

25     Q.    And just to be clear, you also provided the name of --

```
 1   did you provide the account of another friend was it you said?

 2        A.    Yes.

 3        Q.    Okay.  And how long -- or how many times did Jay use

 4   your other friend's account, if you recall?

 5        A.    I would say one time, because it was a business

 6   account.  Yes.

 7        Q.    I'm sorry?

 8        A.    One time.  One time.  It was a business account.

 9        Q.    Okay.  You said business account?

10        A.    Yes.

11        Q.    All right.  Now, so you're doing the package pick up

12   the one time, and then there's the wire transfers now a couple

13   of times.

14        A.    Yes.

15        Q.    And how long, just in general, did you work with Jay

16   for?

17        A.    Beginning of 2019.

18        Q.    Through the beginning of 2019?

19        A.    Yes.

20        Q.    Okay.  So from the end of 2017 through the beginning

21   of 2019?

22        A.    I have taken a break in between, and then -- because

23   the last time was in beginning of 2019, yes.

24        Q.    Okay.  So would it be fair to say a little bit more

25   than a year?
```

EXCERPT OF MCARNOLD CHARLEMAGNE – DIRECT EXAMINATION

1    A.   Yes.  Yes.

2    Q.   So in the year or so that you're working with Jay, how

3    much of that was the wire transfers and how much of it was the

4    packages through the mail?

5    A.   I'm --

6    Q.   Let me ask a different question.  Was most of the work

7    that you did with Jay the picking up the packages through the

8    mail?

9    A.   Yes.  Through the mail, yes.

10   Q.   All right.  Now, did you travel to other cities to

11   pick up packages?

12   A.   Yes.

13   Q.   Where did you travel to?

14   A.   Traveled to Maryland, New Jersey.  Yes.

15   Q.   Okay.

16   A.   And Washington, D.C. also.  Say again?

17   Q.   I'm sorry, what was that?

18   A.   Washington, D.C.  Yes.

19   Q.   All right.  Now, what was the first -- did you travel

20   with Jay?

21   A.   The first time we went to D.C.  We drove to D.C.

22   Q.   And whose car did you take?

23   A.   Jay's car.

24   Q.   What kind of car was it?

25   A.   It's a BMW X7 I believe.

1      Q.   Okay.

2      A.   It's a white one.

3      Q.   So just pausing there for a second.  Did Jay have more

4   than one vehicle in the different cities?

5      A.   When we travel, the first time, I think the first time

6   I think he has one car the first time, yeah.

7      Q.   But in the course of the time that you new him and

8   worked with him, did he have different types of vehicles?

9      A.   Oh, yes.  Yes.  I was allowed to have -- like every

10  members, we were allowed to have one car.  I remember I have

11  one, I don't know if I can say member's name, but everyone was

12  allowed to have one car, yes.

13     Q.   Okay.  And did Jay drive expensive cars?

14     A.   Yes.  Yes.  He had a Benz something.  I don't remember

15  which one.  He had a gray Benz I believe, yes.

16     Q.   And when you say Benz, are you referring to Mercedes

17  Benz?

18     A.   Yes, Mercedes Benz, yes.

19     Q.   Now, when you were in the D.C.-Baltimore area, how

20  much would you get for picking up a package?

21     A.   From 50 to $100.

22     Q.   And where did you stay when you were in the

23  Baltimore-D.C. area that first trip?

24     A.   The most of -- Motel 6 most of the time, yes.

25     Q.   Okay.  Showing you Government's Exhibit 137.  If we

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

```
 1   could go to first page 8.  I direct your attention to page 8 of
 2   Government Exhibit 137.  Do you see the name of the customer at
 3   the top?
 4        A.   Name you said?
 5        Q.   Yes.  Under the -- where it says guest folio.
 6        A.   Oh, yes.  Yes.  Yes.  Sorry.  Yes.
 7        Q.   And whose name is that?
 8        A.   That's my name.
 9        Q.   Who's Andre?
10        A.   That's my middle name, and Charlemagne, yes, is my
11   last name.
12        Q.   What is the check-in and check-out date for this day?
13        A.   April 24th check-in. Check-out April 25th.
14        Q.   And who were you with when you stayed at the Motel 6
15   at this time?
16        A.   I guess me, I think Ego.
17        Q.   Let me ask a different question.  Were you traveling
18   with Jay at this point in time?
19        A.   Yes.  Yes.
20        Q.   Okay.  All right.  If we go to the page 9.  Okay.  And
21   were there -- so actually, if we could actually go back to page
22   8.
23             Mr. Charlemagne, do you see what the room number is?
24             If you could zoom that it in.
25        A.   You mean the 437?
```

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1      Q.   Yes, so Room 437, okay.  So that's for April 24th to

2   April 25th?

3      A.   Yes.

4      Q.   And if we go to the next page.  And what is the room

5   number on page 9?

6      A.   439.

7      Q.   So those are different rooms.

8      A.   Yes.

9      Q.   Did you reserve rooms for Jay under your name?

10      A.   Not for Jay but for other people, yes.

11      Q.   For other people?

12      A.   Yes.

13      Q.   Now, if we go to the next page.  So this is page 10.

14   Again, if you can read the name into the record.

15      A.   My name, Andre Charlemagne, yes.

16      Q.   And what's the check-in and check-out date?

17      A.   April 27 check-in, and April 28 check-out.

18      Q.   And again, turning to the next page after that.  And

19   again, if you could just read the room number in.

20      A.   329.

21      Q.   Okay.  So Mr. Charlemagne, is it again, two rooms for

22   the same date?

23      A.   Yes.  Yes.

24      Q.   So is it fair to assume that you rented a room for

25   somebody else that was working with you?

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1    A.    Yes.

2    Q.    Now, did there come a point in time in which you did

3  meet someone by the name of Ego or Ghost?

4    A.    Yes.  Ego, yes.

5    Q.    And what do you recall about how you first met him?

6    A.    They sent a package to his place, to his house.

7    Q.    Okay.

8    A.    Then he gave it to his friend and there was some money

9  missing.  And then Ego went and take care of it.  And then he

10  bring the money back to Jay.  And then -- yes.

11    Q.    Okay.  So how did you learn about this whole thing

12  about the package going to Ego's house and there was money

13  missing?  Who gave you that information?

14    A.    Okay.  Jay sat with me, I don't remember the amount

15  but there was one thousand or two thousand missing.  And then

16  Ego went in, I guess -- I think -- I don't assume, but somebody

17  took the money from the package.  Ego then went and get the

18  money from that somebody.  And then he gave the package to us

19  and that's how Jay knows about Ego and he was selling me about

20  Ego, yes.

21    Q.    And so when -- again, this information you're getting

22  about this was from Jay?

23    A.    Yes.  Yes.  Yes.

24    Q.    Did Jay tell you about anything else Ego did once he

25  discovered that money was missing from the package?

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1      A.    He, I would say pushed up -- he has a interaction,

2  like severe interaction with his mom.  Because that's how -- I

3  believe the mom, I believe, took a part of the money.  And Ego

4  has like, I would say rough up his mom to get the money and

5  bring it to Jay.

6      Q.    When Jay was giving you this information about Ego,

7  how did Jay respond to the fact that Ego roughed up his own

8  mother to get the money back?

9      A.    It's like he showed some kind of -- he will do

10 everything for the operation.  It's like a trust thing.  It's

11 like, you know what, he doesn't know us but he's willing to do

12 that for us.  That's what we kind put it through to me.

13     Q.    And is that when Ego started working with all of you?

14     A.    Yes.  I would say the following day, even the same

15 week he start working for us, yes.

16     Q.    Showing you Government's Exhibit 57.  Do you recognize

17 this photo?

18     A.    Yes.

19     Q.    And what is this a picture of?

20     A.    It's a confirmation for the package.

21     Q.    Now, if we could just zoom in on the receiver

22 information.

23     A.    Yes.

24     Q.    Now do you recognize that address?

25     A.    2645 -- yes.

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1      Q.    And what address is that?

2      A.    That's Ego's.

3      Q.    And can you zoom back out.  And can you just read the

4   name of sender there?

5      A.    Say again?  The sender?

6      Q.    Read the name of the sender.

7      A.    Martha Spark.

8      Q.    And now if we could pull up Exhibit 56 at the same

9   time as 57.  Okay.

10          And directing your attention to name of the shipper.

11  So it's the second row, if you could read that, please.

12     A.    Martha Sparks, yes.

13     Q.    And could you read the tracking number from

14  Government's Exhibit 57?  So that's the screenshot, or the

15  picture of phone, could you read that tracking number?

16     A.    780834240315.

17     Q.    And is that the same tracking number that's listed for

18  -- in the FedEx shipping information?  If you could read the

19  FedEx that's right in front of you.

20     A.    Yes.  780834240315.  Yes.  It is, yes.

21     Q.    And what is the date of the delivery?  So that's going

22  to be the -- circling it right for you now.

23     A.    May 7, 2018.

24     Q.    Okay.  And again, what is the address?

25     A.    2645 Acapulco Drive.

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

```
 1        Q.    And again, whose address is that?

 2        A.    That's Ego's address.

 3        Q.    So is this the package that was delivered to Ego's

 4   house?

 5        A.    Yes.

 6        Q.    So after the package gets delivered to Ego's house,

 7   that's, you said, when Ego started working with all of you?

 8        A.    The following day he starts -- we talk to him and he

 9   start working with us, yes.  Yes.

10        Q.    Did you -- and when you first started working with

11   Ego, was it in Florida or was it somewhere else?

12        A.    I can't recall.  But --

13        Q.    Actually --

14        A.    I can't recall, but I know --

15        Q.    That's fine.  I'm going to direct your attention to

16   Government's Exhibit 58A.  And if we could zoom in on the

17   passenger information and the flight information.

18        A.    Yeah, that's mine.  That's mine, my name.

19        Q.    And if you could just read in the flight information.

20   So the date that this flight departed?

21        A.    May 9, 2018.

22        Q.    Okay.  And --

23        A.    Miami to --

24        Q.    And it was departing from where?

25        A.    From Miami to Baltimore, to BWI.
```

1      Q.    Okay.  All right.  And I'm going to fast forward a

2  little bit for you.  If we could pull up Exhibit 58.  So this is

3  -- that was your flight up to Baltimore; is that correct?

4      A.    Yes.

5      Q.    And again, I'm just going to just zoom in on the

6  flight information and passenger information.  First, if you

7  could read the flight information, the date that the flight

8  left.

9      A.    May 15, 2018.

10     Q.    And it was departing from where?

11     A.    From D.C. Air, that's Reagan thing to Miami airport,

12  yes.

13     Q.    And who are the passenger on this flight?

14     A.    Ulysse Medard.  That's Ego.  Christopher, that's

15  somebody that was working with us.  And the last one is me,

16  McArnold, yes.

17     Q.    So were all four of you in the D.C.-Baltimore area

18  working between that period of time prior to this flight

19  leaving?

20     A.    Yes.  Yes.

21     Q.    Where did you stay again when were you up in Baltimore

22  this time?

23     A.    I'm sure it's Motel 6.

24     Q.    Showing you Government's Exhibit 137, page 12, okay.

25  Again, and who is the person that's associated with this

1   specific reservation?

2        A.    That's mine.  Mine.  Yes.

3        Q.    And what's the check-in and check-out date?

4        A.    May 11, 2018, and May 13, 2018.

5        Q.    So what were you, Ego, Jay and Chris doing on this

6   trip?

7        A.    Picking up packages.

8        Q.    Do you know how many?

9        A.    Total or for the week?

10       Q.    Like on average per day.

11       A.    Per day?  Each person, depending on the amount of

12   person with a pick up, on or two packages.  So that week I say

13   if I pick up ten packages and Ego would pick up ten or so, then

14   Amaya, I believe, like there's a lot of people.  So I would say

15   about 30 to 40 packages that week, yes.

16       Q.    So that's for everybody that's involved.

17       A.    It can be more.  Because there's some weeks where

18   everybody is picking up packages so it goes over a hundred, yes.

19       Q.    Okay.  So let me ask you this question.  Who were you

20   working with on this trip in addition to Ego, Jay, and Chris?

21       A.    So many names I don't remember.  I know the Chris guy,

22   yes.  I forgot that name.

23       Q.    And you mentioned --

24       A.    And Amaya.

25       Q.    And who was Amaya?

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1    A.   I would say that's Jay's girlfriend.  I mean, she's
2  like one of us in a way.
3    Q.   And did you -- let me just stop with Amaya for a
4  second.  Did you work more with Amaya during the time that you
5  were working with Jay?
6    A.   Say again.
7    Q.   Did you work a lot with Amaya during the time that you
8  were working with Jay?
9    A.   Yes.  Yes.
10    Q.   So you got to know her very well?
11    A.   Yes, I know her fairly well.
12    Q.   Well, in terms of -- now let's focus on you.  Again,
13  you, Ego, and Chris and Amaya.
14    A.   Yes.
15    Q.   You mentioned that you guys were picking up packages.
16    A.   Yes.
17    Q.   Was there anything else were you doing other than
18  picking up packages?
19    A.   At the end of the week, on the weekend, we would be
20  assigned to basically get addresses, location.  So for the next
21  week, that's when the package would come.  Would go to that
22  location.
23    Q.   Could you explain a little bit what do you mean by
24  that?
25    A.   Okay.  So on the week -- the week we get the packages,

1    we get them.  And on the weekend, I would say from Friday we

2    start picking up -- we start looking for empty location for the

3    package to be -- to get there.  And also, if we know somebody at

4    that location, we would kind of, like, incentivize that, can we

5    use your location for the package to get there.

6        Q.    How would you incentivize that?

7        A.    Depending if it's somebody's friend, we be allowed to

8    give you some money.  So let's say, Jay gave us 100, either it's

9    people living in that area, they'll give part of their money to

10   that person giving the location.

11       Q.    So is the person who is scouting that address, they

12   will give a portion of their money to the person who the package

13   is being delivered to?

14       A.    Yes.  Yes.

15       Q.    Okay.  And who was scouting addresses?  Was it --

16       A.    Everybody.  I would say everybody.  Me, Ego, Amaya.

17   Like everybody.  Because we need that to make more money, I

18   would say, because we have -- because Jay would take -- everyone

19   has to give us ten addresses.

20       Q.    And how often would you have to give ten addresses?

21       A.    He ask us for every week and every weekend.  So we

22   tried to do that every weekend.

23       Q.    Okay.  And before we get too much further down the

24   line, I haven't asked you this question.  So what are you

25   supposed to do -- how are you getting the information about the

1    packages at this point?

2        A.    The screenshot you showed me, that's what Jay would

3    send to us and we have to send it.  We would know the tracking

4    number and then we wait at that location basically.

5        Q.    And how would he send you the photograph that we had

6    up?  With the tracking information and the address.

7        A.    There's an app called Wickr.  Like he would send it to

8    us.  And also we have -- we communicate via What's App to, you

9    know, this is where you're going and things like that.

10       Q.    And Mr. Charlemagne, if you could keep your voice up a

11   little bit.  Thank you.  Thank you.

12       A.    Sorry.

13       Q.    Now, when a package arrived what were you responsible

14   for doing?

15       A.    I would go to the driver, show them the tracking and

16   stuff like that, pick up the package.  If the package gets to

17   the location, like we incentivize before, he or she will give us

18   the package and then we get the packet and go back to Jay.

19       Q.    If the package was being delivered to an address that

20   was unoccupied, so kind of like a vacant address, what would you

21   do in that situation?

22       A.    I would stand in front of house.  And since I have the

23   tracking I would present it to the FedEx, present it to them and

24   show them to them and they don't ask question and they gave it

25   to us.

1    Q.    Once you get the package, what did you did with the

2  package?

3    A.    Beginning, I get the package and then I'll go to one

4  of the location and then I'll open the package and do the money

5  on the package and then it I can confirm it with Jay basically.

6    Q.    Okay.  So there was a point -- did you -- how soon

7  into your work with Jay did you start opening packages?

8    A.    They have a time, but I would say when he start

9  trusting me, because it's money we talking about.  So he would

10  let me open the packages and then start counting them.

11    Q.    How many -- was that something that happened often

12  where somebody was trusted and allowed to count the money or --

13    A.    Yes.  Yes.

14    Q.    Who was allowed to open the money?

15    A.    I was allowed.  Amaya was allowed.  Ego was allowed.

16  Yes.  Those are the people like Jay trust.  There was somebody

17  in Miami but it's like mostly when Jay's in Miami but not all

18  the time.  I forgot his name, but yes.

19    Q.    So when you -- in terms of the places where you were

20  running the package scheme --

21    A.    Yes.

22    Q.    -- could -- what cities again did you go to?

23    A.    D.C. area, Maryland, because not only Baltimore, we go

24  to a lot outside Baltimore, and we also went Jersey.  That's

25  what I know.  I don't know when I left if they went there still.

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION                137

```
 1        Q.    And also Miami?

 2        A.    Miami, yes.  Miami.

 3        Q.    And just showing you Government's Exhibit 64.  Were in

 4   Baltimore in June of 2018, as well?

 5        A.    Yes.  I believe so, yes.  I don't see anything.

 6        Q.    So Government's Exhibit 64.  I'm actually going to

 7   start with the fourth page of that exhibit.

 8              Do you see something here where it mentions a name on

 9   the card?

10        A.    That's my name.

11        Q.    Okay.  And did you pay for motel rooms for other

12   people that you were working with?

13        A.    Yes.  Yes.

14        Q.    And showing you the guest information.  What is the

15   name of the guest at the Motel 6?

16        A.    That's Ego's.  That's Ego's name, yes.

17        Q.    And what is the check-in and check-out date?

18        A.    June 1st check-in, June 2nd check-out.

19        Q.    Did there come a point in which you learned that the

20   packages that you were picking up were part of a fraud scheme?

21        A.    The first time I was aware of it, it's -- it was

22   actually at Ego's spot.  Somebody sent the package to that --

23   the address Ego was assigned to.  That lady get the package, and

24   usually the sender sometimes leave their phone number and she

25   had her phone number.  That lady called the sender, and I don't
```

 1   know what they discussed, but that lady for the location of the
 2   package now, she was mad at Ego.  And she was like, oh, what are
 3   you are guys doing, blah --
 4           MR. GUILLAUME:  Objection.
 5           THE COURT:  Sustained.
 6           MR. DELANEY:  Actually, Your Honor --
 7           THE COURT:  Sustained.
 8   BY MS. GOO:
 9       Q.   Mr. Charlemagne, where did you learn this information
10   from?
11       A.   From Ego.
12           MS. GOO:  Your Honor, may I ask to re-ask the question
13   again?
14           THE COURT:  If it's in furtherance -- if the
15   discussion is in furtherance of the conspiracy it's admissible.
16   Otherwise, in terms of statements that are not in terms of
17   furtherance of conspiracy, it's not admissible.  So rephrase the
18   question, I don't know what the answer is going to be.
19           MS. GOO:  Yes, Your Honor.
20           THE COURT:  Exclamation as to one member of a
21   conspiracy do not amount to statements that are in furtherance
22   of the conspiracy.
23           MS. GOO:  But as to intent, Your Honor, in regard to
24   the conspiracy.
25           THE COURT:  Well, that's a separate matter, but it's

```
 1  not in furtherance of the conspiracy.

 2          MS. GOO:  Yes, Your Honor.

 3  BY MS. GOO:

 4      Q.   Mr. Charlemagne --

 5          MS. GOO:  Court's -- actually, brief indulgence.

 6          THE COURT:  You may rephrase the question with respect

 7  to comments that were made with respect to indications of

 8  knowledge, okay, but it's not in furtherance of the conspiracy.

 9          MS. GOO:  But, Your Honor, if it is a statement by the

10  defendant himself --

11          THE COURT:  That's correct, in terms of a statement by

12  the defendant in terms of his mental state of mind you're

13  permitted to ask that question, that's correct.

14  BY MS. GOO:

15      Q.   Mr. Charlemagne, what did Ego tell you?

16      A.   The lady of that location was --

17          THE COURT:  First, it would be helpful if you put the

18  date on this, and some time reference, Ms. Goo, if the witness

19  is able to do that.  You asked when he became aware of the fraud

20  scheme.  It's a fair question, the jurors would like to know

21  when did this occur.  What is the date that this occurred.

22  BY MS. GOO:

23      Q.   Mr. Charlemagne, do you recall, generally speaking,

24  when this occurred?

25      A.   The actual date?
```

1      Q.   Do you know the actual date?

2      A.   No.

3      Q.   Do you recall when, in relation to Ego's -- beginning

4  of his participation in May of 2018, when in relation to that

5  you had this conversation with him?

6      A.   I don't know a date per se, but I would say --

7      Q.   If you could give us some kind of general timeframe.

8  If you --

9      A.   I would say between June -- June to --

10         THE COURT:  June of what year, sir?  June of what

11  year, please.

12         THE WITNESS:  June of 2018 to September 2018 I would

13  say.  Yes.

14         THE COURT:  All right.  You may continue.

15         MS. GOO:  Thank you.

16  BY MS. GOO:

17     Q.   So again, Mr. Charlemagne, as to that conversation

18  that you had with Ego, sometime in between June and September of

19  2018, which I think we can safely call perhaps the summer of

20  2018.

21     A.   Yes.

22     Q.   Would that be accurate?

23     A.   Yes.  You can say that, yes.

24     Q.   Would it be -- what did he tell you?

25     A.   Basically the lady, she was mad at him because when

1    the lady -- okay.  The lady's talk to the sender and the sender,

2    I don't know what the sender said, the sender said, but she was

3    mad as to why we were doing that and why he was kind of -- he

4    was part of that basically.  She got mad at Ego.  And Ego

5    explained that to me.

6         Q.   Okay.  Did Ego tell you how he responded to the woman

7    who had received the package?

8         A.   Yes.  I would paraphrase.  It's more like, let it go

9    and then just get the package.  Because it's like he did not

10   want to further the explanation to that, you know, to the lady

11   that -- location basically, yes.

12        Q.   So that he didn't want to continue the conversation

13   further; is that fair to say?

14        A.   Yeah.  Yeah.  Because he knows, because when he comes

15   to me, he's like oh, this is what they doing.  And then we have

16   a like -- an understanding.  Oh, this is how they get those

17   things, because this was a mystery for us how the money comes

18   basically.  So that's how he comes to me.  And I'm like oh,

19   okay.  And then basically, yeah.

20        Q.   So Ego comes to have this conversation with you

21   correct?

22        A.   Yes.  Yes.

23        Q.   And did the two of you discuss it at some length?

24        A.   Yes.  At that time, because when he comes, because I

25   remember we were waiting and then he comes to me and he talk to

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

 1  me about that and I am like oh, okay.  And we have a clear
 2  understanding.  Like that's what happened for this package, yes.
 3      Q.   What was the conclusion of this discussion between you
 4  and Ego?
 5      A.   My understanding, I don't know as far as Ego, that
 6  they have to convince whoever the sender is, to send the money
 7  basically.
 8      Q.   Okay.  And what were you doing?  What was happening
 9  with these people that were sending the money?
10      A.   At that -- ma'am, I'm sorry, what do you mean?
11      Q.   Okay.  I'm sorry.  Let me ask the question a different
12  way.  What were you -- what was your understanding as to what
13  was occurring to cause the people to send the money?
14      A.   Whoever convincing, like some -- they have to convince
15  the other party, the sender, to send the money.  That's my
16  understanding.
17      Q.   Okay.  And how were they doing that, if you know?
18      A.   I would say I know afterward when I'm reading about
19  it, but that's in the detail.  But I knew it's like they
20  convince that other party to send them money, yes.
21      Q.   Okay.  So they're doing something to convince people?
22      A.   Doing something to convince, yes.
23      Q.   All right.  Now over time --
24           THE COURT:  Just so the record is clear, Ms. Goo, with
25  the earlier evidentiary ruling, that was admissible under 8033

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

```
 1   in terms of the state of mind of the defendant.  It was not a
 2   statement in the furtherance of conspiracy under 801(d)(2)(e)
 3   and it was admitted for that reason.
 4   BY MS. GOO:
 5       Q.   Now, in terms of your involvement with the conspiracy
 6   and the package scheme did you get more responsibility over
 7   time?
 8       A.   Yes.
 9       Q.   Okay.  And what did -- what kind of extra
10   responsibility did you get?
11       A.   One of the responsibility was like basically to bring
12   the money to the other party, that I would say the caller
13   people.  That's what I would say.  So they would -- yes.
14       Q.   And I'm sorry, I didn't understand what you said.  The
15   which people?
16       A.   The -- the --
17       Q.   No.  You can use the word that you said, I couldn't
18   hear what that word was.
19       A.   I said caller, like the people that convince the other
20   party, yes.
21       Q.   Caller.  Okay.
22       A.   So we would go ahead and get the money.  On Sunday I,
23   they give me the total amount, and then I get the bag and I
24   bring it to them.  And they would count it, he confirm with his
25   people and then I confirm it with Jay, and then I leave.
```

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1     Q.   Okay.  So let's -- we're going to spend a little bit

2  of time talking about that.  Before we get into kind of the

3  money that you had to transport.

4     A.   Yes.

5     Q.   You're talking about these caller people.  So if you

6  were --

7     A.   No caller.  Caller.

8     Q.   Right.  The caller people, right?

9     A.   Yes.

10     Q.   In terms of where everybody was in terms of a

11  hierarchy of the scheme, where are the caller people in relation

12  to where you are?

13     A.   Okay.  I would say them; Jay, because he's like

14  responsible for everything; and then it was I at first.  Then I

15  would say Amaya and then Ego came second.  I would say in like

16  -- because Amaya, Ego, and I were the same level basically,

17  because we would do everything I do, Ego would do it.  He would

18  open the packet, the same thing with Amaya.  And then everybody

19  else.  Meaning, in Baltimore the people we hired, we -- we get.

20  So they would be at the bottom, because they don't know really

21  what's inside of the package.  The responsibility is pick up

22  package, bring it to us.  That's it.

23     Q.   So would it be fair to characterize your

24  responsibility as kind of like a manager role?

25     A.   You can say that, yes.

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1      Q.    Okay.  So again, in terms of who was in the manager

2    position, who was that over time?

3      A.    I, Ego, Amaya.

4      Q.    Okay.  Now, when packages were picked up --

5      A.    Yes.

6      Q.    -- did you ever receive packages from the people that

7    were working for you?

8      A.    They would bring me the package, yes.

9      Q.    Okay.  What did you do with the packages when you

10   received it?

11     A.    I would go to the room, my room I would say.  I open

12   the package, I would take a video and then I start counting the

13   money in the package.  And then once I know it's the quantity

14   that was told, that was like confirmed, and I -- I would say I

15   accept it basically, and I do that for every single package,

16   yes.

17     Q.    So you would count the money that was in the package.

18     A.    Yes.

19     Q.    And what number did you compare it to?  How did you

20   get that information?

21     A.    The screenshot you have earlier, we had those

22   screenshot with the amount on top basically.

23     Q.    What happened if the amount that you received through

24   the message was different than what was in the package?

25     A.    That's why we have recording.  We video, we record the

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1  package because at the beginning it happened.  When I -- let's
2  say they said nine thousand, right, and I have eight thousand.
3  And I'm like, there's one thousand missing.  They may think I
4  have something to do with it, so the best thing to do is we
5  record on the video when I'm opening the package.  So now if
6  anything missing they can see I did not take the money.  So I
7  would count the money and tell them this is what is, and then I
8  said okay, it's confirm.  If it not I said this is what it is so
9  it is missing either five hundred, one thousand, yes.
10         Q.    Who did you send those videos too?
11         A.    I would send it to Jay.
12         Q.    Did you observe Amaya opening packages?
13         A.    Yes.
14         Q.    And taking the video?
15         A.    Yes.
16         Q.    Did you ever observe Ego opening packages?
17         A.    Yes.
18         Q.    And what did you see him do when he was opening?
19         A.    Opening the package up, counting, confirm it, and then
20  yes, the same thing as I do, yes.
21         Q.    Approximately how many times did you open the
22  packages, if you can recall?
23         A.    For every single package.  So for all of them.
24         Q.    So do you have a ballpark figure as to how many you
25  opened?

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1    A.   I would say if I was responsible, like if -- I don't

2  know.

3    Q.   Like -- okay.

4    A.   One hundred, two hundred.  It's a lot, yes.  A lot of

5  packages.

6    Q.   What was the average amount of money that was in a

7  package?

8    A.   Some of them I would say 9,000.  8,000, 9,000.

9    Q.   What is the most amount of money that you saw in a

10  package?

11    A.   I opened one with 40,000.

12    Q.   How many times did you see Ego hoping a package?

13    A.   Every day.  All the time.  Like when he was when he

14  was at the same level.  Because at the beginning, no, but when

15  he was at same level yes, every day, because he's like me.

16    Q.   How long -- at what point, if you recall, not

17  necessarily a specific date but a general period of time, when

18  was Ego at the same level as you?

19    A.   Pretty soon.  Pretty soon.  Because I can't give a

20  date or time because it's -- it's so long.  But the things I

21  would say, Ego and I we're from Miami, so we Jay's people all

22  the way, because everybody else is like outsider because they

23  are from other cities.  Meaning if they're from D.C., they're

24  from D.C., or from Maryland they are from Maryland.  But Amaya

25  is different because she has some kind of thing with Jay

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1    basically.  I don't know if you understand.

2         Q.    So you don't know how many times you saw -- you don't

3    know when Ego became a manager.

4         A.    Very soon.  I would say very soon.

5         Q.    I think we used like the beginning of May 2018 as the

6    beginning time in which he started.

7         A.    So --

8         Q.    So using that as a reference point, how far into or

9    how long was he with it before he became a manager as well?

10        A.    I would say June or July.

11        Q.    Okay.  Of what year?

12        A.    2018.  2018.  Yes.

13        Q.    Now, let's -- we're going to talk an a little bit

14   about Amaya.  What was Amaya responsible for when were you in

15   the Baltimore and D.C. area?

16        A.    Okay.  Since that's her state, that's her city, she

17   knows more people than everybody else so she would -- I would

18   say, kind of -- how could I say.  You know when you hire

19   somebody you can vouch for that person.  You can say, okay, this

20   is -- he's good.  So she would be responsible of that.  She

21   would also have all the same responsibility as I, opening

22   package, do everything.  Sometimes we use storage.  We put our

23   name on the storage, so when we get the money -- so let's say,

24   we in this area and we don't want to go to the Motel 8, or Motel

25   9 to leave the package, we would put the money, the packages in

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1  the storage.  There's so much we have done, like yes.  That was
2  Amaya basically yes.
3      Q.   So was Amaya also in charge of directing people to
4  certain addresses?
5      A.   Yes.  Yes.
6      Q.   Showing you Government's Exhibit 59.  First focusing
7  on the participants of the conversation.  Who was this a
8  communication between?
9      A.   That's between Amaya and I.  Amaya and I.
10     Q.   Okay.  If we could show the messages.  And if you
11  could, just starting with the message dated July 11th, 2018, at
12  5:35 a.m.  And going down just the last three messages, if we
13  could show those.
14     A.   Okay.
15     Q.   If you could just read the first message.
16     A.   Kilo 29 White Avenue, you, as I.  3032 Aran Avenue.
17  Ego.  2210 North Calvert Street.  First one was D Lo.
18     Q.   And who is this message from?
19     A.   From Amaya.
20     Q.   To who?
21     A.   To me.  To I.
22     Q.   Okay.  And what is this information in the --
23     A.   It's the location we have to go for the packages.
24     Q.   So whose D Lo?
25     A.   I think it's -- I believe it's DiAngelo something.  I

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

1   forgot his name.

2      Q.   And was that somebody who was working with you here in

3   the Baltimore area?

4      A.   Yes.

5      Q.   So what was D Lo supposed to do a 2914 White Avenue?

6      A.   To go pick up packages.  That's his spot.

7      Q.   And the second line, you?

8      A.   That's me.  I have to go to that location to pick up

9   the package in that location.

10     Q.   And to the best of your knowledge, did you go and pick

11  up a package there?

12     A.   Yes.  If it's not coming, but yes, that's when I go

13  there.  I wait for the package and I pick it up, yes.

14     Q.   Okay.  And the last line is for who?

15     A.   Ego.  2210 North Calvert Street.  Yes.

16     Q.   Okay.  And again, what was your understanding as to

17  Ego's responsibility as to that address?

18     A.   To pick up packages.  Yes.

19          MS. GOO:  Your Honor, I have another set of texts

20  messages and a bit more to go in my outline.

21          THE COURT:  It's time to stop now.  It's five o'clock,

22  we're going to stop on the dime.  We'll get started again -- you

23  all were on time today, great, and hopefully we don't have any

24  preliminary matters, but sometimes we have to expedite matters.

25          We'll see you all tomorrow and we'll plan to start

EXCERPT OF MCARNOLD CHARLEMAGNE - DIRECT EXAMINATION

```
 1    promptly at 9:30.  I'll stay up here on the bench with
 2    scheduling matters for counsel, and you all are excused for the
 3    day.
 4            And Mr. Charlemagne, you'll be coming back to the
 5    witness stand tomorrow.  You should not discuss your testimony
 6    with anyone between now and when you come back on the witness
 7    stand tomorrow.  Not counsel, no one, okay.  You just stay to
 8    yourself.  We'll see you tomorrow on the witness stand at 9:30
 9    tomorrow morning.
10            THE WITNESS:  9:30.  Thank you.
11            THE COURT:  Thank you very much.  You're excused as
12    well, sir.
13            THE WITNESS:  Thank you.
14
15        (Witness excused.)
16        (Jury excused at 5:00 p.m.)
17            THE COURT:  Okay, with that, in terms of scheduling
18    here -- you all may be seated for a moment, Mr. Delaney.
19            Tell me, after you finish Mr. Charlemagne, give me the
20    order of the witnesses so Mr. Guillaume knows who's coming next
21    and in what order.  The order is very important.  So who will be
22    witness number six, Mr. Delaney?
23            MR. DELANEY:  After Mr. Charlemagne finishes testimony
24    we expect to play the testimony of Francis William.
25            THE COURT:  Witness number six will be?
```

1          MR. DELANEY:  The video testimony of Francis Williams.

2          THE COURT:  Hold on one second, please.  Okay.

3          MR. DELANEY:  Then Sooraji Paliwal.

4          THE COURT:  He will be a witness appearing in court.

5          MR. DELANEY:  Correct.  Witness number 7.

6          THE COURT:  Then.

7          MR. DELANEY:  Then Aaron St. Juste will be witness

8    number 8.

9          THE COURT:  Okay.

10          MR. DELANEY:  Then the video testimony of Lloyd

11    Harkey.

12          THE COURT:  Hold on one second, please.  And that

13    would be witness number 9 right.

14          MR. DELANEY:  Uh-huh.

15          THE COURT:  Okay.

16          MR. DELANEY:  Then in person testimony from Amaya

17    English.

18          THE COURT:  Witness number 10.

19          MR. DELANEY:  I'm sorry, I've been corrected by

20    counsel.

21          Correct, Your Honor.  Before witness Amaya English we

22    will call witness Norman Shifflet.

23          THE COURT:  Norman Shifflet.  Is, I see, a detective.

24    Norman Shifflet from the Baltimore Police Department will be

25    witness 10.

1           MR. DELANEY:  That's right, Your Honor.

2           THE COURT:  And then Amaya English will be witness 11.

3           MR. DELANEY:  If there's time, yes.

4           THE COURT:  So Mr. Guillaume is aware and my is aware,

5  after we finish with Mr. Charlie main we'll have the video of

6  Francis witness yes, ma'ams to be followed by the testimony of

7  Sooraji pal wall number 7 Aaron Saint Juste, witness number 8;

8  Lloyd Harkey, a video, witness number 9; Detective Norman

9  Shifflet Baltimore Police Department, witness 10; and then Amaya

10 English, witness number 11.

11          All right.  Are there any other matters for me to

12 address this afternoon or to anticipate for tomorrow morning

13 according to the Government?

14          MR. DELANEY:  No.

15          THE COURT:  Mug anything else from your point of you.

16          MR. GUILLAUME:  No, Your Honor.

17          THE COURT:  With that this court stands adjourned for

18 the day.  Thank you very much.

19          (The proceedings concluded at 5:03 p.m.)

20

21

22

23

24

25

1      CERTIFICATE OF OFFICIAL REPORTER

2          I, Kassandra L. McPherson, Registered Professional
Reporter, in and for the United States District Court for the
3 District of Maryland, do hereby certify, pursuant to 28 U.S.C. §
753, that the foregoing is a true and correct transcript of the
4 stenographically-reported proceedings held in the above-entitled
matter and that the transcript page format is in conformance
5 with the regulations of the Judicial Conference of the United
States.

6                      Dated this 13th day of June 2023.

7                      -S-

8          _____
           KASSANDRA L. MCPHERSON, RPR
           FEDERAL OFFICIAL COURT REPORTER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,500** [2] - 96:3, 96:4
**$100** [2] - 16:19, 124:21
**$50** [1] - 16:14
**$700** [1] - 11:3

## '

**'18** [1] - 118:4

## 0

**0771** [1] - 49:25

## 1

**1** [6] - 2:21, 3:1, 3:2, 3:9, 3:18, 114:13
**10** [15] - 2:17, 3:1, 4:6, 44:14, 58:21, 67:16, 68:9, 91:21, 91:23, 97:16, 115:10, 126:13, 152:18, 152:25, 153:9
**10,000** [1] - 41:13
**100** [2] - 119:18, 134:8
**10th** [1] - 108:17
**11** [15] - 3:8, 15:21, 53:22, 54:24, 58:21, 59:15, 63:19, 78:17, 108:10, 115:11, 117:19, 117:21, 132:4, 153:2, 153:10
**11:39** [1] - 55:16
**11:52** [1] - 67:12
**11:53-12:18** [1] - 67:13
**11:58** [1] - 57:6
**11th** [2] - 63:23, 149:11
**12** [6] - 1:9, 3:12, 19:2, 115:11, 115:12, 131:24
**12:20** [1] - 68:11
**13** [2] - 20:12, 132:4
**1349** [2] - 3:5, 114:18
**137** [3] - 124:25, 125:2, 131:24
**13th** [7] - 43:21,

46:1, 103:24, 104:3, 104:8, 154:6
**15** [4] - 22:17, 24:5, 24:6, 131:9
**16** [1] - 35:18
**17** [2] - 19:8, 120:18
**170,000** [1] - 44:25
**17th** [2] - 19:8, 120:16
**18** [6] - 3:5, 5:17, 46:9, 46:20, 46:21, 114:18
**18th** [2] - 19:11, 36:1
**19** [1] - 47:10
**19th** [1] - 48:17
**1:09** [2] - 110:24, 111:6
**1:10** [1] - 111:7
**1:15** [1] - 67:8
**1:20** [1] - 67:8
**1A** [1] - 3:19
**1st** [1] - 137:18

## 2

**2** [4] - 4:11, 23:3, 50:16, 108:21
**20** [2] - 32:17, 113:15
**20,000** [1] - 41:15
**2017** [4] - 118:8, 118:11, 122:20
**2018** [27] - 8:4, 19:8, 19:11, 36:1, 41:23, 75:17, 83:25, 92:24, 118:4, 118:6, 120:4, 129:23, 130:21, 131:9, 132:4, 137:4, 140:4, 140:12, 140:19, 140:20, 148:5, 148:12, 149:11
**2019** [32] - 45:16, 46:15, 47:17, 48:17, 53:1, 54:9, 63:19, 64:11, 68:24, 69:8, 71:7, 71:16, 75:18, 75:19, 76:1, 77:6, 77:9, 77:13, 78:4, 80:18, 83:25,

84:15, 90:25, 107:8, 107:15, 108:17, 108:25, 109:21, 122:17, 122:18, 122:21, 122:23
**2020** [4] - 87:3, 88:19, 88:20, 90:20
**2023** [2] - 1:9, 154:6
**21** [1] - 48:12
**216** [1] - 48:1
**22** [1] - 49:21
**2210** [2] - 149:17, 150:15
**2240** [1] - 113:6
**23** [3] - 51:13, 51:14, 52:3
**23A** [1] - 52:10
**23rd** [1] - 108:25
**24** [2] - 52:22
**24th** [2] - 125:13, 126:1
**25** [9] - 52:21, 52:22, 53:8, 55:9, 56:24, 59:10, 59:19, 103:9, 108:10
**25th** [5] - 45:16, 64:11, 109:21, 125:13, 126:2
**2645** [2] - 128:25, 129:25
**27** [3] - 63:13, 108:19, 126:17
**27A** [1] - 63:25
**28** [7] - 45:5, 64:6, 103:8, 103:16, 109:18, 126:17, 154:3
**2801** [2] - 49:11
**2802** [1] - 49:12
**29** [3] - 40:6, 40:8, 149:16
**2914** [1] - 150:5
**2:21** [1] - 111:7
**2nd** [1] - 137:18

## 3

**3** [1] - 54:10
**30** [2] - 41:2, 132:15
**300,000** [1] - 44:24
**3016** [1] - 49:11
**3032** [1] - 149:16
**305** [1] - 49:24
**31** [1] - 64:19

**314** [1] - 48:3
**32** [2] - 65:5, 66:14
**3208** [1] - 51:1
**329** [1] - 126:20
**33** [1] - 120:9
**3353(e** [1] - 5:17
**36** [2] - 65:10, 66:14
**37** [2] - 65:13, 66:14
**38,000** [2] - 120:12, 120:22
**39** [3] - 81:17, 81:25, 82:10

## 4

**4** [3] - 46:15, 55:9, 78:13
**40** [1] - 132:15
**40,000** [1] - 147:11
**417** [2] - 47:21, 47:23
**437** [2] - 125:25, 126:1
**439** [1] - 126:6
**47th** [1] - 45:19

## 5

**5** [7] - 5:22, 45:14, 55:20, 56:23, 64:6, 97:15, 109:18
**5,000** [1] - 41:13
**50** [1] - 124:21
**55** [3] - 45:19, 114:6, 114:8
**56** [1] - 129:8
**57** [3] - 128:16, 129:9, 129:14
**58** [1] - 131:2
**5821** [1] - 33:1
**58A** [1] - 130:16
**59** [1] - 149:6
**5:00** [1] - 151:16
**5:03** [1] - 153:19
**5:35** [1] - 149:12
**5D** [1] - 1:9
**5K1.1** [1] - 5:17
**5K1.1(a)(1** [1] - 5:22

## 6

**6** [7] - 6:3, 57:10, 64:14, 124:24, 125:14, 131:23,

137:15
**6-2** [1] - 5:25
**620** [2] - 45:19, 45:25
**63** [1] - 120:6
**64** [2] - 137:3, 137:6

## 7

**7** [5] - 47:17, 58:10, 129:23, 152:5, 153:7
**716** [1] - 49:12
**753** [1] - 154:3
**761** [1] - 49:20
**780834240315** [2] - 129:16, 129:20

## 8

**8** [7] - 114:25, 125:1, 125:22, 148:24, 152:8, 153:7
**8,000** [1] - 147:8
**801(d)(2)(e** [1] - 143:2
**8033** [1] - 142:25

## 9

**9** [8] - 57:20, 114:23, 125:20, 126:5, 130:21, 148:25, 152:13, 153:8
**9,000** [2] - 147:8
**9557** [1] - 50:6
**9:18** [1] - 23:6
**9:30** [3] - 151:1, 151:8, 151:10
**9th** [2] - 53:1, 54:9

## A

**a.m** [3] - 57:20, 67:12, 149:12
**Aaron** [2] - 152:7, 153:7
**ability** [3] - 38:6, 38:10, 107:17
**able** - 38:14, 38:21, 139:19
**above-entitled** [1] - 154:4
**aboveboard** [1] - 107:13
**abused** [1] - 79:6
**Acapulco** [2] -

137:15
**accept** [1] - 145:15
**accompanying** [1] - 98:7
**according** [3] - 71:17, 104:8, 153:13
**account** [14] - 119:25, 120:1, 120:3, 120:13, 121:4, 121:14, 121:16, 121:20, 121:23, 122:1, 122:4, 122:6, 122:9, 122:9
**accurate** [1] - 140:22
**accurately** [3] - 4:12, 4:25, 6:1
**activities** [2] - 4:1, 4:2
**actual** [5] - 99:11, 101:1, 104:17, 139:25, 140:1
**addition** [2] - 89:23, 132:20
**additional** [5] - 33:20, 38:5, 38:6, 41:24, 64:18
**address** [31] - 12:13, 25:9, 27:15, 28:7, 29:3, 45:17, 46:3, 47:21, 47:25, 49:17, 50:23, 64:7, 64:8, 99:22, 99:23, 103:8, 103:9, 103:10, 103:19, 128:24, 129:1, 129:24, 130:1, 130:2, 134:11, 135:6, 135:19, 135:20, 137:23, 150:17, 153:12
**addressed** [1] - 13:9
**addresses** [40] - 11:16, 12:5, 12:11, 12:16, 12:18, 12:25, 13:7, 22:3, 27:8, 30:16, 30:17, 34:17, 34:19, 34:21, 35:2, 35:4, 35:11, 36:3, 36:5, 36:7,

46:25, 47:3,
47:4, 47:6,
47:19, 48:4,
48:6, 53:3, 53:4,
64:21, 65:3,
65:5, 98:21,
98:23, 98:24,
133:20, 134:15,
134:19, 134:20,
149:4
**adjourned** [1] -
153:17
**admissible** [3] -
138:15, 138:17,
142:25
**admits** [1] - 3:6
**admitted** [2] -
78:17, 143:3
**advice** [1] - 89:18
**advise** [1] - 3:7
**advisory** [1] -
5:21
**afternoon** [4] -
112:2, 112:24,
112:25, 153:12
**afterwards** [1] -
120:2
**ago** [6] - 29:21,
68:22, 68:24,
78:21, 84:6,
103:20
**agree** [4] - 18:9,
89:23, 94:9,
94:11
**agreed** [1] - 5:11
**agreement** [17] -
2:23, 2:24, 3:13,
3:16, 4:14, 5:4,
5:15, 67:17,
67:19, 89:11,
89:22, 91:25,
92:17, 114:1,
115:8, 115:21,
116:4
**Agreement** [2] -
4:17, 115:13
**agrees** [3] - 3:3,
3:20, 114:16
**ahead** [17] - 3:18,
3:19, 4:12, 6:14,
6:18, 7:11,
40:12, 40:15,
40:24, 45:3,
46:8, 50:16,
51:12, 54:24,
58:20, 67:14,
143:22
**aided** [1] - 1:25
**ain't** [1] - 57:18
**Air** [1] - 131:11

**Airbnb** [9] - 20:9,
20:15, 21:11,
21:17, 26:12,
26:17, 26:23,
27:2, 27:5
**airport** [1] -
131:11
**Alfred** [1] - 1:18
**allowed** [12] -
39:21, 107:22,
121:23, 124:9,
124:10, 124:12,
134:7, 136:12,
136:14, 136:15
**alluded** [1] -
34:16
**almost** [3] -
44:14, 62:9,
113:15
**alone** [1] - 76:6
**Amaya** [43] -
20:24, 21:22,
22:2, 25:6,
26:10, 26:14,
33:24, 38:11,
38:12, 38:13,
38:17, 69:18,
94:1, 94:12,
94:18, 100:11,
101:6, 132:14,
132:24, 132:25,
133:3, 133:4,
133:7, 133:13,
134:16, 136:15,
144:15, 144:16,
144:18, 145:3,
146:12, 147:24,
148:14, 149:2,
149:3, 149:9,
149:19, 152:16,
152:21, 153:2,
153:9
**Amaya's** [1] - 21:2
**AMERICA** [1] -
1:3
**amount** [17] -
32:15, 40:3,
44:2, 86:10,
95:12, 120:21,
120:22, 121:10,
121:11, 127:14,
132:11, 138:21,
143:23, 145:22,
145:23, 147:6,
147:9
**amounts** [3] -
41:11, 44:24,
101:1
**AND** [1] - 1:11
**Andre** [2] - 125:9,

126:15
**answer** [3] - 54:2,
106:25, 138:18
**anticipate** [1] -
153:12
**apologize** [1] -
114:25
**apologized** [1] -
28:10
**app** [4] - 32:4,
32:5, 32:14,
135:7
**App** [1] - 135:8
**appear** [5] - 6:11,
52:6, 52:11,
52:13, 64:1
**appearing** [1] -
152:4
**application** [3] -
94:24, 95:3
**appropriate** [1] -
5:17
**approval** [1] -
90:12
**approximate** [1] -
84:22
**April** [6] - 125:13,
126:1, 126:2,
126:17
**Aran** [1] - 149:16
**Arcadia** [1] - 9:21
**area** [15] - 43:2,
46:6, 74:23,
92:23, 109:7,
109:11, 109:15,
124:19, 124:23,
131:17, 134:9,
136:23, 148:15,
148:24, 150:3
**areas** [1] - 74:25
**arrest** [12] - 57:12,
61:5, 61:8, 63:3,
71:11, 71:25,
80:17, 80:19,
84:16, 85:2,
86:16, 91:16
**arrested** [24] -
52:17, 59:4,
65:15, 65:17,
65:19, 68:25,
69:23, 76:2,
76:6, 76:7,
77:14, 80:18,
81:1, 81:11,
82:14, 85:12,
86:6, 88:3,
90:25, 91:7,
96:11, 109:24,
110:1
**arrests** [1] - 72:7

**arrive** [9] - 13:1,
13:17, 19:14,
21:6, 22:8,
25:17, 25:23,
29:12, 119:13
**arrived** [15] -
13:12, 13:16,
15:7, 15:10,
16:5, 16:6, 16:8,
19:20, 20:15,
20:21, 21:10,
25:2, 25:19,
26:5, 135:13
**article** - 58:23,
60:16
**articles** [4] -
58:24, 59:1,
59:3, 72:1
**aside** [1] - 73:25
**asleep** [1] - 55:25
**ass** [1] - 56:5
**assigned** [2] -
133:20, 137:23
**assistance** [1] -
5:13
**Assistant** [1] -
1:16
**associated** [1] -
131:25
**assume** [3] - 68:4,
126:24, 127:16
**assuming** [1] -
106:11
**asterisk** [1] -
45:13
**Atlantic** [1] -
83:24
**attachment** [7] -
52:3, 52:4, 52:6,
52:8, 52:11,
62:23, 64:1
**attended** [1] -
87:7
**attention** [11] -
2:20, 23:4,
47:20, 60:16,
81:16, 114:7,
115:12, 125:1,
129:10, 130:15
**Attorney's** [1] -
4:24
**Attorneys** [1] -
1:16
**August** [1] - 8:4
**authorities** [1] -
3:24
**AVBORAYE** [1] -
1:5
**Avboraye** [2] -
8:17, 52:1

**Ave** [4] - 49:12,
51:1
**Avenue** [5] -
49:11, 49:13,
149:16, 150:5
**average** [2] -
132:10, 147:6
**avoid** [1] - 14:7
**aware** [13] -
26:22, 74:4,
74:12, 75:2,
75:9, 76:12,
98:9, 102:14,
102:15, 137:21,
139:19, 153:4
**awhile** [2] - 75:25,
105:23

## B

**baby** [2] - 40:21,
40:22
**background** [1] -
5:8
**backseat** [1] -
60:9
**bad** [1] - 24:23
**bag** [4] - 26:8,
27:2, 29:17,
143:23
**bags** [1] - 43:12
**bail** [2] - 57:19,
82:16
**ballpark** [1] -
146:24
**Baltimore** [37] -
1:10, 18:1, 18:8,
18:9, 18:13,
20:4, 22:12,
24:17, 31:19,
47:19, 47:23,
48:1, 48:3,
52:20, 69:2,
69:4, 69:5, 70:9,
70:17, 74:22,
76:20, 76:23,
83:10, 93:1,
109:11, 124:23,
130:25, 131:3,
131:21, 136:23,
136:24, 137:4,
144:19, 148:15,
150:3, 152:24,
153:9
**Baltimore-D.C** [2]
- 109:11, 124:23
**Bank** [1] - 120:4
**bank** [3] - 39:15,
120:3, 121:20
**based** [5] - 30:15,

57:21, 71:25,
72:16
**beat** [1] - 79:19
**became** [7] - 8:7,
8:10, 98:9,
113:16, 139:19,
148:3, 148:9
**become** [1] - 90:1
**bed** [1] - 21:23
**bedroom** [1] -
27:2
**BEFORE** [1] -
1:12
**beg** [1] - 113:9
**began** [1] - 95:19
**beginning** [11] -
10:12, 122:17,
122:18, 122:20,
122:23, 136:3,
140:3, 146:1,
147:14, 148:5,
148:6
**behind** [2] -
78:25, 79:3
**belive** [1] - 103:21
**below** [7] - 4:19,
4:23, 33:17,
47:24, 48:2,
59:6, 115:5
**bench** [1] - 151:1
**benefit** [2] - 7:5,
66:13
**BENNETT** [1] -
1:12
**Benz** [6] - 27:10,
124:14, 124:15,
124:16, 124:17,
124:18
**best** [2] - 146:4,
150:10
**between** [14] -
39:19, 44:18,
58:12, 63:21,
97:15, 108:20,
122:22, 131:18,
140:9, 140:18,
142:3, 149:8,
149:9, 151:6
**beyond** [2] - 37:1,
41:5
**big** [6] - 54:13,
54:14, 54:20,
54:22, 56:4,
56:16
**bigger** [1] - 57:15
**biggest** [1] -
41:14
**bit** [14] - 6:23,
17:9, 67:4,
68:21, 92:22,

94:23, 116:4, 122:24, 131:2, 133:23, 135:11, 144:1, 148:13, 150:20

**blah** [1] - 138:3

**blank** [2] - 17:7, 36:16

**blow** [14] - 19:6, 22:18, 33:7, 35:19, 49:6, 50:17, 51:21, 51:22, 52:3, 52:4, 54:10, 55:10, 55:21, 63:18

**blue** [2] - 45:15, 103:10

**BMW** [1] - 123:25

**board** [1] - 12:4

**body** [2] - 62:9, 72:16

**bone** [1] - 24:2

**booked** [2] - 18:1, 18:2

**born** [1] - 2:14

**bottom** [9] - 19:9, 23:5, 54:4, 55:10, 55:15, 56:23, 57:5, 120:7, 144:20

**box** [3] - 19:9, 35:19, 92:7

**boxes** [2] - 19:6, 54:4

**breach** [2] - 6:4, 7:9

**Breaches** [1] - 5:25

**break** [8] - 66:25, 67:5, 67:8, 89:14, 106:20, 111:1, 112:1, 122:22

**brief** [6] - 78:14, 81:18, 91:19, 102:11, 110:12, 139:5

**briefly** [3] - 2:18, 59:2, 119:23

**bring** [8] - 67:14, 114:6, 127:10, 128:5, 143:11, 143:24, 144:22, 145:8

**broke** [2] - 24:24, 62:23

**brother** [4] - 54:13, 54:14, 54:21, 54:22

**brothers** [1] - 73:1

**brought** [7] - 37:11, 57:7, 60:16, 61:6, 81:14, 86:17, 105:10

**bruh** [1] - 58:7

**brushed** [2] - 60:24, 72:3

**building** [11] - 43:2, 43:20, 45:22, 45:23, 46:3, 97:22, 97:23, 97:24, 98:2, 103:25

**buildings** [1] - 97:18

**bulk** [1] - 97:3

**business** [4] - 41:25, 122:5, 122:8, 122:9

**businesses** [1] - 46:6

**BWI** [4] - 19:15, 19:20, 93:1, 130:25

**BY** [35] - 2:10, 2:19, 9:2, 11:21, 18:25, 24:8, 28:17, 29:6, 40:16, 45:2, 46:23, 53:16, 58:19, 59:14, 60:6, 61:7, 66:12, 68:18, 78:15, 80:3, 81:20, 82:2, 91:20, 102:13, 103:18, 106:8, 106:23, 112:23, 113:13, 138:8, 139:3, 139:14, 139:22, 140:16, 143:4

## C

**C-h-a-r-l-e-m-a-g-n-e** [1] - 112:15

**caller** [8] - 143:12, 143:19, 143:21, 144:5, 144:7, 144:8, 144:11

**Calvert** [2] - 149:17, 150:15

**Cam** [2] - 31:13, 34:25

**camera** [4] - 23:19, 39:3,

40:20, 40:22

**Cameron** [2] - 31:13, 35:7

**capabilities** [1] - 95:9

**car** [6] - 123:22, 123:23, 123:24, 124:6, 124:10, 124:12

**card** [2] - 52:14, 137:9

**care** [1] - 127:9

**carried** [1] - 43:9

**carrying** [1] - 43:12

**cars** [2] - 63:9, 124:13

**case** [6] - 4:18, 9:23, 58:16, 67:22, 86:23, 87:10, 90:19, 92:12, 92:15, 95:19, 102:15, 110:20, 113:25, 116:10, 116:12, 116:22

**CASE** [1] - 1:4

**cash** [6] - 30:22, 39:12, 39:13, 41:12, 42:14, 80:14

**Castle** [1] - 65:18

**certain** [7] - 32:15, 86:10, 89:2, 89:21, 90:3, 95:12, 149:4

**certainly** [1] - 81:19

**CERTIFICATE** [1] - 154:1

**certify** [1] - 154:3

**chance** [1] - 115:14

**changes** [3] - 63:2, 63:8, 63:11

**changing** [1] - 40:21

**character** [1] - 5:8

**characterize** [1] - 144:23

**charge** [5] - 7:13, 84:7, 85:22, 114:17, 149:3

**charged** [13] - 57:18, 65:21, 65:23, 66:2, 84:9, 84:11, 85:15, 85:19,

87:22, 91:1, 95:19, 102:15, 113:20

**charges** [14] - 3:4, 4:22, 57:20, 58:2, 61:6, 85:13, 85:19, 86:1, 86:3, 86:19, 86:20, 88:7, 88:15, 114:3

**Charlemagne** [29] - 14:25, 15:1, 79:19, 105:21, 106:9, 112:7, 112:9, 112:14, 112:17, 112:24, 113:1, 113:4, 114:7, 114:14, 114:20, 120:8, 125:10, 125:23, 126:15, 126:21, 135:10, 138:9, 139:4, 139:15, 139:23, 140:17, 151:4, 151:19, 151:23

**charlemagne** [1] - 112:15

**CHARLEMAGNE** [2] - 1:11, 112:10

**Charlie** [1] - 153:5

**check** [14] - 125:12, 125:13, 126:16, 126:17, 132:3, 137:17, 137:18

**check-in** [7] - 125:12, 125:13, 126:16, 126:17, 132:3, 137:17, 137:18

**check-out** [7] - 125:12, 125:13, 126:16, 126:17, 132:3, 137:17, 137:18

**checks** [1] - 39:11

**Chester** [2] - 48:1, 74:9

**child** [1] - 82:24

**child's** [1] - 83:16

**childhood** [1] - 9:13

**choice** [3] - 31:16, 31:17, 31:18

**choose** [1] - 12:21

**Chris** [4] - 132:5,

132:20, 132:21, 133:13

**Christine** [1] - 1:15

**Christopher** [1] - 131:14

**circle** [1] - 49:7

**circled** [1] - 50:17

**circling** [1] - 129:22

**circumstances** [1] - 80:19

**cities** [1] - 123:10, 124:4, 136:22, 147:23

**city** [3] - 36:6, 113:7, 148:16

**CJA** [1] - 1:19

**clarify** [4] - 59:25, 60:4, 67:21, 93:5

**clear** [5] - 73:21, 102:23, 121:25, 142:1, 142:24

**clearly** [4] - 2:4, 53:14, 112:11, 112:18

**CLERK** [6] - 2:4, 2:8, 67:11, 111:5, 112:11, 112:16

**click** [2] - 52:2, 64:14

**client** [25] - 68:25, 69:13, 71:2, 71:17, 72:12, 72:15, 73:12, 73:22, 75:2, 75:9, 77:17, 80:12, 83:1, 87:22, 88:15, 93:21, 94:15, 94:21, 96:17, 97:5, 100:19, 101:10, 101:21, 102:14, 105:18

**client's** [1] - 87:14

**clip** [1] - 52:10

**close** [6] - 9:18, 9:19, 13:19, 46:3, 73:7

**closed** [1] - 121:24

**closer** [1] - 6:23

**Coast** [1] - 83:22

**collect** [3] - 8:10, 8:11, 33:19

**collecting** [1] - 34:5

**college** [1] - 28:12

**Collins** [3] - 120:12, 120:20, 120:23

**coming** [5] - 13:5, 67:25, 150:12, 151:4, 151:20

**comments** [1] - 139:7

**commission** [3] - 6:9, 6:10, 6:13

**commit** [4] - 3:5, 7:13, 114:18, 114:21

**commits** [1] - 6:6

**communicate** [6] - 31:23, 44:6, 47:6, 47:8, 53:4, 135:8

**communicated** [3] - 31:25, 101:16, 101:21

**communication** [3] - 88:3, 108:20, 149:8

**company** [1] - 75:7

**compare** [1] - 145:19

**complain** [1] - 79:12

**completed** [1] - 93:16

**completely** [3] - 9:23, 12:4, 87:14

**complied** [1] - 5:14

**complies** [1] - 5:3

**Computer** [1] - 1:25

**Computer-aided** [1] - 1:25

**concerning** [1] - 4:2

**concluded** [1] - 153:19

**concludes** [1] - 110:17

**conclusion** [6] - 102:6, 102:7, 102:8, 116:9, 116:20, 142:3

**conditions** [1] - 3:21

**conduct** [2] - 5:8, 5:9

**Conference** [1] - 154:5

**confirm** [7] - 44:2, 93:18, 136:5,

143:24, 143:25, 146:8, 146:19
**confirmation** [2] - 62:4, 128:20
**confirmed** [6] - 60:24, 62:1, 72:6, 72:11, 102:5, 145:14
**conformance** [1] - 154:4
**confused** [1] - 105:25
**connected** [1] - 61:25
**connection** [4] - 5:4, 59:4, 97:19, 102:15
**consider** [1] - 24:23
**considered** [5] - 6:21, 6:25, 7:2, 7:9, 10:14
**considering** [1] - 88:8
**conspiracy** [21] - 3:4, 7:13, 8:8, 28:24, 29:2, 29:4, 52:17, 61:6, 62:20, 62:25, 114:17, 114:20, 138:15, 138:17, 138:21, 138:22, 138:24, 139:1, 139:8, 143:2, 143:5
**contact** [1] - 45:10
**containing** [1] - 7:16
**contents** [3] - 81:4, 107:15, 107:19
**continuation** [1] - 40:25
**continue** [9] - 61:9, 61:11, 62:19, 62:24, 67:7, 82:10, 109:16, 140:14, 141:12
**continued** [1] - 96:10
**continues** [1] - 5:19
**controlling** [1] - 94:9
**conversation** [27] - 15:6, 32:19, 49:23, 50:10, 51:22, 53:10,

53:17, 60:15, 61:1, 61:2, 61:15, 61:19, 61:23, 62:11, 62:19, 63:14, 63:17, 63:18, 70:19, 71:20, 72:13, 116:7, 140:5, 140:17, 141:12, 141:20, 149:7
**conversations** [11] - 17:1, 17:4, 59:23, 61:5, 62:12, 62:15, 63:20, 71:21, 71:24, 88:11, 109:19
**convicted** [1] - 85:13
**convince** [6] - 142:6, 142:14, 142:20, 142:21, 142:22, 143:19
**convincing** [3] - 12:23, 35:8, 142:14
**cooperate** [4] - 3:20, 66:5, 89:23, 115:25
**cooperated** [1] - 7:5
**cooperating** [2] - 6:21, 95:20
**cooperation** [6] - 4:16, 5:7, 6:25, 7:2, 115:17, 117:8
**cooperative** [1] - 6:11
**cops** [1] - 58:8
**copy** [2] - 2:24, 52:11
**correct** [110] - 24:5, 29:25, 38:14, 61:16, 68:25, 69:10, 69:13, 69:18, 69:19, 69:21, 70:1, 70:6, 70:7, 70:12, 70:17, 70:23, 71:18, 72:5, 72:17, 72:19, 72:20, 74:13, 75:1, 76:2, 76:7, 76:21, 76:25, 77:11, 77:20, 77:21, 77:23, 79:1, 79:4, 79:6,

79:9, 79:10, 79:15, 79:20, 80:11, 80:12, 81:8, 82:22, 82:25, 83:1, 83:20, 84:1, 84:2, 84:12, 85:3, 85:4, 85:20, 85:21, 86:18, 86:24, 87:7, 87:10, 87:17, 87:20, 87:23, 87:24, 88:9, 88:25, 89:8, 89:16, 90:1, 90:12, 90:14, 90:23, 91:2, 91:3, 92:1, 92:12, 92:13, 92:18, 92:24, 94:13, 94:19, 96:14, 96:19, 96:25, 99:9, 99:23, 100:4, 100:9, 100:10, 100:22, 101:23, 101:25, 102:1, 102:4, 102:20, 104:5, 104:6, 104:10, 105:16, 105:17, 105:21, 105:22, 107:11, 114:21, 115:8, 116:5, 117:14, 131:3, 139:11, 139:13, 141:21, 152:5, 152:21, 154:3
**corrected** [2] - 106:7, 152:19
**correctly** [1] - 97:1
**Counsel** [1] - 1:19
**counsel** [5] - 67:16, 89:18, 151:2, 151:7, 152:20
**count** [7] - 44:20, 92:7, 92:8, 136:12, 143:24, 145:17, 146:7
**Count** [2] - 3:3, 114:16
**counted** [5] - 41:12, 43:25, 44:1, 44:2, 44:23
**counter** [1] - 43:23
**counting** [5] -

39:5, 41:14, 136:10, 145:12, 146:19
**country** [2] - 74:18, 85:20
**counts** [1] - 5:10
**couple** [15] - 27:23, 28:9, 28:14, 28:18, 29:7, 41:18, 41:20, 44:21, 64:18, 78:18, 104:21, 104:22, 104:24, 121:21, 122:12
**course** [4] - 4:16, 102:2, 102:24, 124:7
**COURT** [69] - 1:1, 8:25, 11:19, 18:24, 24:4, 28:16, 28:23, 46:19, 46:21, 53:13, 58:11, 58:15, 59:9, 59:11, 59:25, 60:3, 61:4, 66:24, 67:4, 67:14, 67:19, 68:4, 68:7, 68:12, 81:19, 102:12, 103:14, 103:17, 106:5, 106:17, 106:21, 110:10, 110:13, 110:15, 110:22, 110:25, 112:1, 112:8, 112:17, 113:9, 113:11, 138:5, 138:7, 138:14, 138:20, 138:25, 139:6, 139:11, 139:17, 140:10, 140:14, 142:24, 150:21, 151:11, 151:17, 151:25, 152:2, 152:4, 152:6, 152:9, 152:12, 152:15, 152:18, 152:23, 153:2, 153:4, 153:15, 153:17, 154:8
**Court** [7] - 3:7, 5:6, 5:18, 67:11, 111:5, 113:21, 154:2
**court** [7] - 4:8, 84:16, 86:4, 86:15, 112:19,

152:4, 153:17
**court's** [6] - 78:14, 81:18, 91:19, 102:11, 110:12, 139:5
**Court's** [5] - 2:18, 23:18, 45:1, 51:11, 66:11
**courthouse** [1] - 114:4
**courtroom** [2] - 8:18, 68:11
**Courtroom** [1] - 1:9
**cover** [1] - 92:3
**coverage** [1] - 99:13
**crazy** [1] - 58:6
**created** [2] - 35:24, 64:22
**Credits** [1] - 120:7
**crime** [9] - 6:9, 6:11, 6:13, 7:12, 7:19, 8:3, 8:5, 87:23, 89:21
**crimes** [1] - 6:6
**CRIMINAL** [1] - 1:4
**criminal** [1] - 4:18
**CROSS** [1] - 68:17
**cross** [5] - 67:1, 67:25, 68:13, 68:15, 106:24
**CROSS-EXAMINATION** [1] - 68:17
**cross-examination** [4] - 67:1, 68:13, 68:15, 106:24
**cross-examine** [1] - 67:25
**cumulative** [1] - 58:16
**current** [2] - 73:13, 73:25
**custody** [2] - 84:3, 108:7
**customer** [1] - 125:2

**D**

**D.C** [26] - 20:5, 20:10, 20:15, 29:22, 30:9, 31:4, 31:7, 47:2, 93:2, 93:25, 94:12, 95:23,

95:24, 96:3, 96:4, 109:11, 123:16, 123:18, 123:21, 124:23, 131:11, 136:23, 147:23, 147:24, 148:15
**D.C.-Baltimore** [2] - 124:19, 131:17
**damn** [1] - 23:10
**dangerous** [1] - 106:5
**date** [37] - 19:7, 19:10, 35:24, 35:25, 46:13, 46:14, 47:16, 52:23, 54:8, 57:13, 64:10, 69:8, 71:11, 75:15, 75:16, 84:22, 84:25, 104:17, 108:16, 108:24, 109:19, 109:20, 125:12, 126:16, 126:22, 129:21, 130:20, 131:7, 132:3, 137:17, 139:18, 139:21, 139:25, 140:1, 140:6, 147:17, 147:20
**dated** [1] - 149:11
**Dated** [1] - 154:6
**dates** [2] - 75:18, 75:19
**dating** [2] - 76:22, 77:2
**David** [1] - 2:7
**DAVID** [2] - 1:11, 2:2
**days** [6] - 20:17, 29:22, 85:5, 95:24, 96:23, 121:21
**dead** [1] - 54:18
**deal** [4] - 6:20, 7:8, 56:16, 67:21
**dealt** [1] - 56:5
**deceased** [2] - 12:19, 12:22
**December** [1] - 84:15
**decided** [1] - 86:22
**decision** [1] - 107:2
**deems** [1] - 5:9
**Defendant** [21] -

1:6, 1:17, 3:3, 3:4, 3:6, 3:20, 3:22, 3:23, 3:25, 4:7, 4:13, 4:15, 5:3, 5:14, 5:21, 6:4, 6:6, 6:7, 114:16, 114:17

**defendant** [13] - 4:17, 5:12, 6:12, 8:23, 8:24, 9:1, 60:3, 109:10, 109:15, 110:1, 139:10, 139:12, 143:1

**Defendant's** [5] - 4:1, 4:10, 5:5, 5:7, 5:8

**defendant's** [1] - 109:5

**definitely** [1] - 104:7

**defraud** [1] - 7:14

**DELANEY** [54] - 2:10, 2:18, 2:19, 8:23, 9:2, 11:21, 18:25, 23:18, 24:6, 24:8, 28:17, 29:5, 29:6, 40:15, 40:16, 45:1, 45:2, 46:20, 46:22, 46:23, 51:11, 53:16, 58:14, 58:18, 58:19, 59:10, 59:13, 59:14, 60:2, 60:5, 60:6, 61:7, 66:11, 66:12, 66:22, 67:18, 68:6, 68:10, 106:19, 106:23, 110:9, 138:6, 151:23, 152:1, 152:3, 152:5, 152:7, 152:10, 152:14, 152:16, 152:19, 153:1, 153:3, 153:14

**Delaney** [19] - 1:15, 58:11, 58:17, 59:12, 61:4, 66:24, 84:6, 87:12, 90:3, 103:20, 105:8, 106:18, 110:10, 116:9, 116:19, 116:25, 151:18, 151:22

**Delaware** [10] -

65:9, 65:18, 76:4, 77:14, 80:18, 81:14, 84:4, 91:1, 96:11

**delete** [3] - 32:14, 95:13, 95:16

**delivered** [19] - 11:17, 13:6, 13:20, 14:4, 22:4, 25:9, 26:7, 27:16, 28:11, 35:3, 35:8, 36:4, 38:4, 47:5, 48:11, 130:3, 130:6, 134:13, 135:19

**delivery** [10] - 12:23, 13:20, 13:22, 13:24, 13:25, 14:9, 22:5, 26:6, 29:15, 129:21

**denied** [1] - 60:24

**departed** [1] - 130:20

**departing** [2] - 130:24, 131:10

**Department** [2] - 152:24, 153:9

**departure** [2] - 5:23, 19:12

**describe** [4] - 15:5, 42:24, 43:15, 46:6

**described** [1] - 63:21

**designated** [1] - 3:24

**desperate** [1] - 24:24

**detail** [3] - 92:22, 117:8, 142:19

**details** [2] - 37:24, 119:19

**detained** [1] - 71:2

**detective** [1] - 152:23

**Detective** [1] - 153:8

**determination** [3] - 7:4, 66:4, 107:5

**determine** [1] - 116:15

**determines** [2] - 5:12, 90:8

**dialogue** [1] - 58:12

**DiAngelo** [1] - 149:25

**differ** [1] - 32:13

**different** [19] - 27:11, 27:14, 74:25, 92:3, 93:24, 97:17, 99:7, 99:15, 99:21, 101:1, 103:3, 123:6, 124:4, 124:8, 125:17, 126:7, 142:11, 145:24, 147:25

**difficult** [3] - 18:19, 18:20, 18:22

**digging** [2] - 56:1, 56:2

**dime** [2] - 112:3, 150:22

**DIRECT** [2] - 2:9, 112:22

**direct** [9] - 23:4, 75:14, 78:6, 89:1, 103:12, 107:9, 107:21, 125:1, 130:15

**directing** [4] - 114:7, 115:12, 129:10, 149:3

**direction** [1] - 77:22

**directly** [2] - 4:17, 25:9

**disbone** [1] - 23:13

**disclose** [1] - 3:25

**discloses** [1] - 4:15

**disclosures** [1] - 4:13

**discovered** [1] - 127:25

**discuss** [10] - 59:20, 60:12, 67:5, 69:16, 69:17, 69:18, 110:17, 141:23, 151:5

**discussed** [6] - 17:15, 64:7, 69:12, 75:18, 75:20, 138:1

**discussing** [2] - 75:13, 110:19

**discussion** [2] - 138:15, 142:3

**discussions** [1] - 88:8

**dismiss** [1] - 5:11

**disobeying** [1] - 100:19

**distance** [1] - 83:18

**District** [4] - 113:20, 113:21, 154:2, 154:3

**DISTRICT** [2] - 1:1, 1:1

**DIVISION** [1] - 1:2

**document** [8] - 3:8, 6:16, 23:19, 91:23, 92:10, 114:9, 114:23, 118:8

**documents** [4] - 4:15, 28:7, 28:12, 28:20

**dog** [1] - 56:19

**dogs** [1] - 56:16

**done** [5] - 59:8, 115:22, 116:22, 121:6, 149:1

**door** [1] - 29:16

**dot** [1] - 33:8

**down** [18] - 16:4, 19:9, 24:23, 25:13, 29:11, 50:11, 52:15, 54:11, 55:10, 59:6, 80:1, 91:10, 91:11, 92:20, 108:8, 110:16, 134:23, 149:12

**downloaded** [1] - 94:25

**downtown** [1] - 43:2

**downward** [1] - 5:23

**dozen** [1] - 44:14

**draw** [3] - 2:20, 47:20, 81:16

**drawing** [3] - 17:7, 23:4, 36:16

**drew** [3] - 102:6, 102:7

**drive** [1] - 124:13

**Drive** [1] - 129:25

**driver** [6] - 12:24, 13:25, 14:9, 26:6, 29:15, 135:15

**driving** [3] - 27:9, 56:20, 58:9

**drop** [13] - 12:24, 27:7, 43:5,

43:15, 43:17, 44:9, 44:12, 44:15, 46:4, 110:4, 110:5, 110:6

**dropped** [5] - 22:2, 25:11, 29:15, 44:19, 44:20

**drops** [1] - 43:8

**drove** [5] - 21:17, 31:11, 35:5, 35:7, 123:21

**drug** [1] - 56:19

**drugs** [2] - 56:18, 58:9

**Dud** [6] - 54:20, 54:22, 55:2, 55:3, 55:5, 78:22

**duly** [2] - 2:2, 112:10

**during** [22] - 4:16, 7:3, 21:6, 26:17, 40:14, 72:12, 83:19, 83:24, 87:15, 87:18, 89:15, 91:2, 97:24, 99:6, 99:11, 102:2, 102:24, 105:2, 105:3, 133:4, 133:7

**dusbone** [1] - 23:9

---

## E

**early** [6] - 21:20, 22:1, 27:6, 69:8, 98:9, 100:8

**easier** [1] - 23:20

**East** [1] - 83:22

**eat** [1] - 21:13

**ed** [1] - 101:14

**Eghosah** [79] - 8:9, 8:11, 8:13, 8:17, 9:4, 9:12, 11:1, 11:11, 11:23, 12:10, 13:3, 13:11, 14:13, 14:17, 17:12, 17:21, 17:23, 18:4, 19:17, 19:21, 20:7, 20:18, 21:12, 21:15, 21:17, 22:2, 23:12, 24:14, 25:22, 27:7,

27:25, 29:19, 31:13, 31:24, 32:3, 33:22, 34:7, 34:8, 34:15, 34:25, 35:7, 35:17, 37:6, 38:13, 38:20, 38:21, 38:25, 39:4, 39:17, 42:20, 43:4, 43:12, 43:17, 44:9, 44:12, 45:9, 51:9, 51:20, 52:1, 52:9, 59:20, 60:2, 60:3, 60:9, 61:11, 61:22, 62:11, 62:12, 62:16, 62:24, 63:7, 63:12, 63:15, 63:21, 64:9, 64:15, 95:12, 107:21, 108:6

**Eghosah's** [5] - 9:24, 32:24, 33:2, 52:14, 62:3

**Eghosasere** [1] - 52:1

**EGHOSASERE** [1] - 1:5

**Ego** [52] - 9:11, 32:2, 49:1, 49:9, 53:20, 56:4, 58:2, 59:4, 125:16, 127:3, 127:4, 127:9, 127:16, 127:17, 127:19, 127:20, 127:24, 128:3, 128:6, 128:7, 128:13, 130:7, 130:11, 131:14, 132:5, 132:13, 132:20, 133:13, 134:16, 136:15, 137:23, 138:2, 138:11, 139:15, 140:18, 141:4, 141:6, 141:20, 142:4, 142:5, 144:15, 144:16, 144:17, 145:3, 146:16, 147:12, 147:18, 147:21, 148:3, 149:17, 150:15

**Ego's** [10] -

127:12, 129:2,
130:2, 130:3,
130:6, 137:16,
137:22, 140:3,
150:17
**eight** [1] - 146:2
**either** [5] - 8:20,
21:1, 21:15,
134:8, 146:9
**elderly** [5] - 7:14,
59:5, 60:22,
69:10, 72:7
**employment** [1] -
102:25
**empty** [4] - 12:20,
12:21, 134:2
**encrypted** [2] -
95:5, 95:6
**end** [5] - 107:3,
118:4, 118:11,
122:20, 133:19
**ending** [3] - 33:1,
49:25, 50:6
**enforcement** [3] -
3:23, 3:24,
116:1
**English** [7] - 21:2,
33:24, 94:1,
152:17, 152:21,
153:2, 153:10
**enlarge** [1] - 92:8
**entered** [3] -
68:11, 89:10,
91:25
**entire** [4] - 30:1,
30:3, 35:19,
89:13
**entitled** [1] -
154:4
**envelopes** [1] -
39:15
**especially** [1] -
58:9
**Esquire** [3] - 1:15,
1:15, 1:18
**essentially** [2] -
98:17, 115:17
**event** [2] - 7:21,
110:18
**eventually** [11] -
15:13, 17:20,
27:23, 28:9,
35:12, 36:4,
37:3, 38:20,
43:8, 84:11,
85:12
**evidence** [3] -
67:24, 68:1,
68:8
**evidentiary** [1] -

142:25
**exact** [1] - 84:25
**exaggerate** [1] -
6:10
**examination** [7] -
67:1, 68:13,
68:15, 75:14,
89:1, 103:13,
106:24
**EXAMINATION**
[4] - 2:9, 68:17,
106:22, 112:22
**examine** [1] -
67:25
**except** [1] - 4:19
**exception** [1] -
68:8
**EXCERPT** [1] -
1:11
**exclamation** [1] -
138:20
**exclusively** [1] -
101:22
**excuse** [7] - 10:8,
12:8, 48:5,
50:24, 51:3,
51:6, 109:3
**excused** [6] -
110:22, 110:24,
151:2, 151:11,
151:15, 151:16
**exhibit** [7] -
46:19, 64:17,
65:10, 80:1,
103:14, 115:13,
137:7
**Exhibit** [69] -
2:17, 3:1, 3:9,
4:6, 15:21, 19:2,
20:12, 22:17,
24:4, 24:6,
32:16, 35:18,
40:6, 40:8, 41:2,
45:5, 46:9,
46:20, 47:10,
48:12, 49:21,
51:10, 51:12,
51:14, 52:3,
52:10, 52:21,
52:22, 53:8,
54:24, 55:9,
56:23, 59:10,
59:19, 63:13,
63:25, 64:6,
64:19, 65:5,
65:13, 66:14,
67:16, 68:9,
78:13, 78:17,
91:21, 91:23,
103:8, 103:15,

108:10, 108:19,
109:18, 114:6,
114:8, 117:19,
117:20, 120:6,
120:9, 124:25,
125:2, 128:16,
129:8, 129:14,
130:16, 131:2,
131:24, 137:3,
137:6, 149:6
**exhibits** [3] -
59:9, 64:18,
68:7
**expand** [2] -
46:10, 47:11
**expect** [1] -
151:24
**expected** [1] -
16:15
**expedite** [1] -
150:24
**expensive** [1] -
124:13
**experience** [1] -
18:12
**explain** [2] -
23:20, 133:23
**explained** [1] -
141:5
**explains** [1] -
92:10
**explanation** [1] -
141:10
**expression** [1] -
62:9
**extent** [2] - 5:6,
28:25
**extra** [1] - 143:9

**F**

**face** [2] - 39:4,
92:11
**facial** [1] - 62:9
**fact** [16] - 3:6,
21:23, 64:5,
72:24, 73:9,
78:17, 79:11,
79:19, 82:13,
84:3, 87:12,
88:2, 91:25,
95:14, 102:14,
105:20, 106:10,
128:7
**factors** [1] - 5:22
**facts** [4] - 67:20,
67:23, 68:3
**fair** [8] - 79:16,
80:21, 82:19,
122:24, 126:24,

139:20, 141:13,
144:23
**fairly** [1] - 133:11
**false** [1] - 6:7
**falsely** [2] - 6:8,
6:11
**familiar** [3] -
74:25, 78:7,
105:5
**family** [3] - 66:10,
73:1, 89:4
**far** [9] - 10:24,
69:20, 75:22,
86:19, 99:25,
107:7, 118:22,
142:5, 148:8
**fashion** [1] - 68:9
**fast** [2] - 40:19,
131:1
**fat** [1] - 56:5
**fat-ass** [1] - 56:5
**fault** [3] - 51:19,
55:13, 55:17
**FBI** [3] - 84:18,
85:8, 91:14
**February** [17] -
53:1, 54:9,
68:24, 69:8,
71:7, 71:8,
71:10, 71:16,
75:15, 75:16,
75:18, 107:8,
107:14, 108:7,
108:17
**FEDERAL** [1] -
154:8
**federal** [13] - 3:23,
4:18, 84:16,
85:12, 85:22,
86:1, 86:4,
86:15, 86:19,
86:20, 87:23,
88:15, 116:1
**federally** [11] -
65:21, 66:2,
84:9, 84:11,
85:15, 85:19,
86:6, 88:5, 91:1,
102:15, 113:20
**FedEx** [3] -
129:18, 129:19,
135:23
**feds** [2] - 56:5,
58:3
**felt** [1] - 31:3
**few** [9] - 5:20,
25:13, 56:17,
81:22, 82:10,
88:19, 91:1,
103:20, 104:20

**figure** [3] - 44:24,
88:10, 146:24
**filtering** [1] -
35:14
**fine** [5] - 28:21,
57:16, 67:2,
106:21, 130:15
**finish** [1] -
106:20, 151:19,
153:5
**finishes** [1] -
151:23
**first** [54] - 2:21,
5:20, 6:1, 9:22,
10:4, 15:3, 19:6,
24:17, 24:25,
26:17, 30:5,
30:24, 33:1,
38:9, 41:16,
42:19, 51:13,
52:4, 55:21,
61:14, 68:23,
72:3, 72:10,
72:11, 87:3,
87:15, 87:16,
87:18, 92:23,
93:5, 94:1,
95:25, 100:21,
104:14, 114:14,
119:6, 119:12,
120:18, 123:19,
123:21, 124:5,
124:6, 124:23,
125:1, 127:5,
130:10, 131:6,
137:21, 139:17,
144:14, 149:6,
149:15, 149:17
**fit** [1] - 57:14
**five** [12] - 39:19,
44:14, 44:18,
49:9, 97:18,
98:1, 112:2,
112:3, 146:9,
150:21
**flew** [2] - 41:23,
93:1
**flight** [16] - 18:1,
18:2, 19:5, 19:7,
19:10, 19:16,
19:18, 130:17,
130:19, 130:20,
131:3, 131:6,
131:7, 131:13,
131:18
**flip** [1] - 23:16
**floor** [6] - 43:21,
46:1, 103:24,
104:3, 104:8
**Florida** [33] -

2:13, 9:17,
11:15, 12:14,
18:14, 18:18,
18:20, 18:22,
52:17, 63:3,
68:25, 70:11,
70:16, 70:23,
71:25, 72:6,
74:17, 74:20,
86:6, 86:8,
86:16, 91:4,
91:10, 91:11,
91:12, 93:6,
96:14, 113:8,
113:10, 113:14,
130:11
**fly** [1] - 18:5
**focus** [4] - 54:3,
68:21, 68:23,
133:12
**focusing** [1] -
149:6
**folio** [1] - 125:5
**folks** [1] - 77:19
**follow** [1] - 98:12
**followed** [1] -
153:6
**following** [5] -
3:21, 6:5, 40:14,
128:14, 130:8
**food** [1] - 40:19
**FOR** [1] - 1:1
**foregoing** [1] -
154:3
**forget** [1] - 56:21
**forgive** [1] - 68:22
**forgot** [3] -
132:22, 136:18,
150:1
**format** [1] - 154:4
**forth** [2] - 4:19,
5:22
**forward** [11] - 3:8,
3:12, 4:23, 5:24,
6:14, 23:15,
41:24, 50:16,
52:2, 58:20,
131:1
**four** [5] - 5:1,
85:5, 90:16,
98:1, 131:17
**fourth** [1] - 137:7
**frame** [3] - 73:20,
75:5, 75:13
**frames** [1] - 75:22
**Francis** [3] -
151:24, 152:1,
153:6
**fraud** [6] - 3:5,
7:13, 114:18,

114:21, 137:20, 139:19

**free** [1] - 67:25
**Friday** [2] - 49:11, 134:1
**friend** [10] - 10:14, 73:10, 73:15, 83:3, 88:16, 105:6, 121:18, 122:1, 127:8, 134:7
**friend's** [1] - 122:4
**friends** [7] - 72:21, 73:21, 73:22, 73:23, 73:24, 74:1
**front** [5] - 29:16, 90:22, 114:8, 129:19, 135:22
**frozen** [2] - 23:19, 121:22
**fuck** [1] - 58:7
**full** [7] - 2:5, 8:14, 14:22, 15:18, 27:3, 49:4, 112:12
**fully** [7] - 3:22, 3:25, 4:7, 4:15, 5:3, 5:14, 116:1
**funds** [1] - 121:3
**furnished** [1] - 27:21
**furtherance** [11] - 28:24, 29:2, 29:4, 61:5, 138:14, 138:15, 138:17, 138:21, 139:1, 139:8, 143:2

### G

**G-r-e-e-n** [1] - 2:7
**Gardens** [1] - 12:14
**general** [5] - 75:16, 97:12, 122:15, 140:7, 147:17
**generally** [2] - 109:9, 139:23
**Ghose** [7] - 23:11, 24:12, 55:14, 57:8, 57:9, 57:19, 108:20
**Ghose's** [1] - 109:2
**Ghost** [3] - 9:9, 23:9, 127:3

**Giant** [1] - 30:25
**girlfriend** [6] - 7:25, 82:23, 83:9, 94:3, 109:12, 133:1
**given** [14] - 6:7, 22:5, 25:1, 31:15, 31:17, 38:5, 38:6, 39:1, 99:3, 107:14, 107:17, 107:18, 120:25
**gonna** [1] - 119:19
**Goo** [5] - 1:15, 112:4, 112:20, 139:18, 142:24
**GOO** [18] - 112:6, 112:21, 112:23, 113:13, 138:8, 138:12, 138:19, 138:23, 139:2, 139:3, 139:5, 139:9, 139:14, 139:22, 140:15, 140:16, 143:4, 150:19
**gook** [1] - 55:14
**Government** [14] - 3:25, 4:3, 4:14, 4:16, 6:20, 24:4, 24:6, 55:9, 59:10, 67:16, 78:17, 103:15, 125:2, 153:13
**government** [17] - 7:8, 86:23, 88:18, 89:24, 90:1, 90:12, 90:13, 90:15, 92:1, 95:20, 95:21, 107:2, 111:2, 112:5, 112:6, 115:18, 116:19
**Government's** [60] - 2:17, 3:1, 3:9, 4:5, 15:21, 19:2, 20:12, 22:17, 32:16, 35:18, 40:6, 40:7, 41:2, 45:5, 46:9, 46:20, 47:10, 48:12, 49:21, 51:10, 51:12, 51:14, 52:3, 52:10, 52:21, 52:22, 53:8, 54:24, 56:23, 59:19,

63:13, 63:25, 64:5, 64:18, 66:14, 68:8, 78:13, 81:16, 81:25, 82:10, 91:21, 91:23, 103:7, 108:10, 108:19, 109:18, 114:6, 114:8, 117:19, 117:20, 120:6, 120:8, 124:25, 128:16, 129:14, 130:16, 131:24, 137:3, 137:6, 149:6
**grand** [2] - 4:8, 90:22
**grandmother** [1] - 50:25
**grandmother's** [7] - 12:12, 12:13, 14:2, 14:6, 15:10, 16:5, 93:7
**grandparents** [1] - 59:5
**gray** [1] - 124:15
**great** [1] - 150:23
**green** [6] - 67:17, 68:14, 89:6, 90:15, 106:24, 110:16
**Green** [3] - 2:7, 67:6, 110:24
**GREEN** [2] - 1:11, 2:2
**grew** [1] - 72:24
**group** [2] - 36:21, 37:2
**grow** [1] - 9:14
**growing** [1] - 73:7
**guess** [6] - 75:17, 82:23, 116:16, 117:1, 125:16, 127:16
**guest** [3] - 125:5, 137:14, 137:15
**GUILLAUME** [28] - 11:18, 18:23, 28:15, 28:22, 67:2, 68:2, 68:16, 68:18, 78:14, 78:15, 80:1, 80:3, 81:18, 81:20, 82:2, 91:19, 91:20, 102:11, 102:13, 103:15, 103:18, 106:7, 106:8, 106:16,

110:12, 110:14, 138:4, 153:16
**Guillaume** [9] - 1:18, 66:25, 67:22, 68:15, 106:6, 106:17, 110:11, 151:20, 153:4
**guilty** [14] - 3:3, 3:6, 8:8, 9:23, 66:4, 85:14, 89:2, 89:11, 89:21, 89:23, 114:3, 114:12, 114:16, 114:20
**guy** [3] - 31:13, 43:22, 132:21
**guys** [7] - 9:14, 72:21, 73:5, 97:6, 101:24, 133:15, 138:3

### H

**half** [1] - 55:21
**hallway** [1] - 67:6
**hand** [4] - 73:9, 73:12, 73:16, 96:8
**handed** [2] - 16:14
**hard** [1] - 6:24
**Harkey** [2] - 152:11, 153:8
**head** [2] - 58:4, 78:22
**hear** [5] - 6:24, 17:10, 41:19, 79:24, 143:18
**heard** [6] - 51:6, 72:10, 75:7, 78:10, 79:8, 95:11
**hearing** [1] - 57:20
**hearsay** [2] - 28:25, 67:24
**held** [2] - 34:10, 154:4
**hell** [1] - 58:3
**help** [4] - 77:6, 113:2, 118:16, 118:25
**helpful** [1] - 139:17
**hereby** [1] - 154:3
**hierarchy** [1] - 144:11
**high** [4] - 43:2, 43:20, 45:23,

73:5
**high-rise** [3] - 43:2, 43:20, 45:23
**highlight** [5] - 5:1, 5:20, 5:25, 45:14, 103:10
**himself** [1] - 139:10
**hire** [1] - 148:18
**hired** [1] - 144:19
**hitting** [1] - 54:2
**hold** [2] - 152:2, 152:12
**home** [3] - 41:16, 80:20, 102:24
**homeowner** [3] - 80:20, 80:21, 80:23
**homes** [1] - 35:8
**honestly** [4] - 14:16, 25:24, 75:21, 88:10
**Honor** [25] - 24:7, 29:5, 46:22, 58:18, 59:13, 60:5, 66:23, 67:2, 68:6, 68:16, 106:19, 110:9, 110:12, 112:6, 112:21, 138:6, 138:12, 138:19, 138:23, 139:2, 139:9, 150:19, 152:21, 153:1, 153:16
**HONORABLE** [1] - 1:12
**hope** [1] - 117:9
**hopefully** [2] - 118:9, 150:23
**hoping** [1] - 147:12
**hotel** [2] - 34:4, 57:7
**hour** [1] - 25:24
**house** [11] - 13:6, 15:10, 16:5, 26:7, 29:11, 74:14, 127:6, 127:12, 130:4, 130:6, 135:22
**houses** [4] - 12:20, 12:21, 25:13, 35:14
**hundred** [4] - 132:18, 146:9, 147:4
**hurting** [1] - 79:8

### I

**ID** [3] - 17:21, 51:24, 52:14
**idea** [4] - 24:18, 35:15, 35:16, 35:17
**identified** [5] - 9:1, 33:1, 54:25, 66:13, 78:18
**identify** [1] - 8:21
**idiot** [1] - 58:7
**IGBENIDION** [1] - 1:6
**Igbenidion** [1] - 9:1
**Imma** [1] - 55:13
**immediately** [4] - 84:23, 85:2, 85:14, 104:19
**Immunity** [1] - 4:11
**implicated** [1] - 6:9
**implications** [1] - 67:24
**important** [5] - 28:6, 28:11, 28:19, 60:4, 151:21
**importantly** [1] - 90:4
**imposed** [1] - 92:15
**IN** [1] - 1:1
**incarcerated** [1] - 91:2
**incentivize** [3] - 134:4, 134:6, 135:17
**included** [1] - 67:19
**including** [6] - 5:9, 6:12, 69:12, 70:17, 105:18
**incoming** [2] - 120:12, 120:20
**incomplete** [1] - 6:8
**indicate** [1] - 10:6
**indications** [1] - 139:7
**Indictment** [2] - 3:4, 114:17
**indictment** [1] - 5:10
**indirectly** [1] - 4:18
**individual** [5] - 8:13, 15:21,

36:5, 42:2,
105:2
**individuals** [2] -
48:19, 49:1
**indulgence** [11] -
2:18, 23:18,
45:1, 51:11,
66:11, 78:14,
81:18, 91:19,
102:11, 110:12,
139:5
**inform** [3] - 5:5,
25:8, 94:18
**information** [40] -
3:17, 4:1, 4:14,
5:7, 6:7, 6:8,
19:10, 22:5,
22:6, 31:21,
31:23, 32:3,
38:3, 85:1, 87:9,
88:23, 99:3,
99:16, 99:20,
117:4, 120:1,
121:1, 127:13,
127:21, 128:6,
128:22, 129:18,
130:17, 130:19,
131:6, 131:7,
134:25, 135:6,
137:14, 138:9,
145:20, 149:22
**informed** [7] -
20:4, 20:6,
21:19, 21:21,
26:10, 29:19,
62:16
**innocent** [1] - 6:9
**inquire** [1] - 4:3
**inside** [6] - 16:9,
16:13, 97:21,
97:23, 97:24,
144:21
**instead** [2] - 20:5,
23:24
**instructed** [2] -
63:4, 63:6
**instructions** [8] -
25:1, 25:4, 25:5,
25:7, 39:1,
94:15, 107:14,
107:18
**insure** [1] - 40:4
**intent** [1] - 138:23
**interaction** [3] -
80:21, 128:1,
128:2
**interpreted** [1] -
72:16
**interview** [1] -
90:16

**intimidating** [1] -
79:16
**introduced** [1] -
117:17
**introducing** [2] -
73:9, 73:12
**investigation** [1] -
5:13
**investigators** [3] -
9:22, 10:6, 10:9
**involved** [19] -
7:19, 8:3, 8:5,
8:7, 10:4, 10:7,
10:10, 34:24,
37:10, 41:25,
42:5, 42:8,
55:19, 56:18,
69:9, 100:22,
113:17, 119:21,
132:16
**involvement** [10] -
6:10, 6:12, 9:24,
10:12, 10:17,
87:10, 87:19,
88:24, 117:16,
143:5
**it'll** [1] - 23:20
**itself** [1] - 63:17

## J

**jail** [5] - 81:14,
82:17, 89:7,
106:25, 107:3
**January** [7] -
46:15, 47:17,
48:17, 48:18,
120:3, 120:16,
120:18
**Jay** [137] - 15:15,
15:16, 15:24,
16:1, 16:4, 20:2,
21:9, 21:12,
21:15, 21:17,
26:10, 27:1,
27:7, 30:8,
30:20, 30:21,
30:23, 31:22,
31:23, 32:3,
33:3, 33:4, 33:8,
34:1, 34:20,
36:4, 37:11,
37:25, 38:14,
39:24, 41:8,
41:9, 43:10,
44:1, 47:9, 48:9,
53:7, 54:16,
54:23, 54:25,
58:6, 59:18,
60:13, 61:2,

61:14, 61:15,
61:24, 62:4,
62:11, 63:12,
63:21, 65:2,
66:20, 69:18,
70:20, 71:21,
72:3, 72:6,
77:23, 78:18,
79:4, 79:16,
80:4, 93:11,
93:13, 93:19,
93:21, 94:18,
96:5, 96:6,
98:21, 98:23,
99:3, 99:12,
99:16, 99:19,
100:11, 101:3,
101:5, 101:16,
101:19, 101:20,
102:3, 105:9,
105:21, 105:23,
105:25, 106:12,
108:15, 117:18,
117:24, 118:22,
118:25, 119:11,
119:15, 119:17,
119:23, 121:1,
121:6, 122:3,
122:15, 123:2,
123:7, 123:20,
124:3, 124:13,
125:18, 126:9,
126:10, 127:10,
127:14, 127:19,
127:22, 127:24,
128:5, 128:6,
128:7, 132:5,
132:20, 133:5,
133:8, 134:8,
134:18, 135:2,
135:18, 136:5,
136:7, 136:16,
143:25, 144:13,
146:11, 147:25
**Jay's** [11] - 15:18,
33:15, 60:16,
60:23, 77:25,
94:3, 123:23,
133:1, 136:17,
147:21
**Jersey** [11] -
31:19, 36:12,
36:13, 37:22,
56:2, 56:8,
105:1, 105:8,
105:20, 123:14,
136:24
**jewelry** [2] - 43:1,
46:7
**job** [1] - 7:22

**joke** [1] - 54:15
**Judge** [1] - 1:12
**judge** [8] - 7:6,
90:8, 90:11,
107:6, 116:16,
116:17, 117:4
**Judicial** [1] -
154:5
**July** [2] - 148:10,
149:11
**June** [14] - 1:9,
137:4, 137:18,
140:9, 140:10,
140:12, 140:18,
148:10
**juries** [1] - 4:8
**jurors** [1] - 139:20
**JURY** [1] - 1:11
**jury** [9] - 2:12,
6:19, 7:11,
67:12, 67:14,
68:11, 90:23,
111:6, 151:16
**Juste** [2] - 152:7,
153:7
**juvenile** [2] -
76:18, 77:6

## K

**K-R** [1] - 32:10
**KASSANDRA** [1]
- 154:8
**Kassandra** [1] -
154:2
**keep** [11] - 17:8,
36:3, 40:3,
48:23, 49:10,
53:13, 63:9,
98:18, 112:18,
113:1, 135:10
**Keiarah** [15] -
36:18, 36:21,
37:1, 53:18,
54:4, 54:12,
54:19, 55:12,
55:22, 55:23,
56:11, 57:17,
57:25, 59:15,
108:12
**Keiarah's** [3] -
36:19, 53:11,
53:15
**Keion** [23] -
20:25, 49:1,
49:2, 49:16,
55:13, 55:14,
55:17, 55:18,
56:3, 56:5, 57:8,
57:18, 57:21,

57:24, 58:7,
58:12, 59:4,
70:7, 70:9,
77:19, 93:22,
107:24
**Keion's** [1] - 21:2
**Kenyon** [1] -
49:11
**kept** [1] - 66:16
**Kerrigan** [10] -
5:1, 23:16,
24:16, 36:10,
47:11, 51:22,
54:11, 59:7,
92:7, 103:10
**Kilo** [1] - 149:16
**kind** [24] - 16:23,
18:19, 25:13,
25:16, 37:25,
40:4, 48:20,
56:16, 63:12,
100:7, 102:6,
110:5, 123:24,
128:9, 128:12,
134:4, 135:20,
140:7, 141:3,
143:9, 144:2,
144:24, 147:25,
148:18
**knowingly** [1] -
6:7
**knowledge** [8] -
42:19, 62:24,
88:1, 88:2,
99:19, 99:24,
139:8, 150:10
**known** [7] - 62:10,
70:5, 74:1, 83:5,
95:5, 100:13,
101:24
**knows** [4] -
127:19, 141:14,
148:17, 151:20
**Kramer** [5] -
113:23, 115:6,
115:8, 115:14
**Kyrie** [2] - 76:16,
76:18

## L

**labels** [1] - 63:4
**lady** [8] - 20:24,
137:23, 137:25,
138:1, 139:16,
140:25, 141:1,
**lady's** [1] - 141:1
**Lake** [1] - 51:1
**Lambert** [5] -

42:3, 70:3,
77:19, 93:22,
108:4
**Lancaster** [1] -
65:4
**language** [2] -
62:9, 72:16
**large** [3] - 43:5,
100:23
**larger** [1] - 120:16
**last** [20] - 2:6, 2:7,
15:3, 21:1, 21:2,
35:25, 36:19,
46:13, 47:16,
48:16, 106:3,
106:4, 112:12,
122:23, 125:11,
131:15, 149:12,
150:14
**late** [1] - 67:9
**latter** [2] - 97:20,
97:21
**Laveensky** [1] -
70:3
**law** [4] - 3:23,
3:24, 92:15,
116:1
**lawyer** [8] - 85:25,
86:3, 86:12,
86:14, 86:18,
87:7, 89:13,
89:14
**learn** [12] - 14:22,
15:12, 15:18,
18:12, 19:24,
32:2, 42:13,
42:16, 59:3,
117:25, 127:11,
138:9
**learned** [10] -
39:6, 52:16,
52:19, 60:12,
61:16, 79:3,
84:15, 94:3,
100:8, 137:19
**least** [1] - 85:5
**leave** [6] - 26:6,
39:4, 77:18,
137:24, 143:25,
148:25
**leaving** [4] - 10:4,
96:3, 96:4,
131:19
**Leevensky** [2] -
42:3, 49:5
**left** [7] - 14:9,
14:10, 16:1,
29:10, 58:6,
131:8, 136:25
**legal** [1] - 107:13

**length** [1] - 141:23
**less** [1] - 95:24
**letters** [1] - 108:22
**level** [7] - 93:19, 93:24, 100:18, 144:16, 147:14, 147:15, 147:18
**life** [2] - 74:1, 74:2
**light** [1] - 5:21
**limited** [1] - 68:9
**line** [4] - 120:17, 134:24, 150:7, 150:14
**lines** [1] - 5:20
**link** [2] - 57:11, 58:23
**list** [5] - 48:18, 48:19, 64:21, 65:11, 65:14
**listed** [2] - 104:8, 129:17
**listen** [2] - 81:21, 81:22
**listing** [1] - 48:22
**lists** [1] - 66:14
**literally** [1] - 55:25
**live** [5] - 9:16, 9:18, 74:17, 113:5, 113:7
**lived** [5] - 9:21, 73:5, 73:7, 113:14
**living** [12] - 7:24, 28:3, 50:23, 69:2, 69:4, 69:5, 69:6, 70:14, 74:9, 77:3, 91:4, 134:9
**Lloyd** [2] - 152:10, 153:8
**Lo** [3] - 149:17, 149:24, 150:5
**loan** [1] - 10:25
**loaned** [4] - 10:16, 10:20, 10:21, 10:22
**loaning** [1] - 8:9
**locally** [1] - 65:25
**located** [3] - 65:3, 65:8, 86:16
**location** [25] - 20:16, 20:19, 25:11, 36:6, 99:13, 100:1, 104:2, 104:4, 110:2, 133:20, 133:22, 134:2,

134:4, 134:5, 134:10, 135:4, 135:17, 136:4, 138:1, 139:16, 141:11, 149:23, 150:8, 150:9
**locked** [3] - 54:7, 71:3, 121:22
**LOL** [1] - 55:17
**Longview** [1] - 51:1
**look** [8] - 19:7, 51:14, 53:9, 55:13, 57:13, 58:12, 109:18, 109:19
**looked** [2] - 27:20, 35:8
**looking** [11] - 2:21, 19:9, 28:19, 35:5, 35:7, 47:18, 53:2, 56:18, 58:22, 82:16, 134:2
**looks** [2] - 50:23, 56:4
**lump** [1] - 43:5
**lunch** [4] - 67:8, 106:20, 110:25, 111:1

**M**

**ma'am** [1] - 142:10
**ma'ams** [1] - 153:6
**machines** [1] - 75:8
**mad** [5] - 16:23, 138:2, 140:25, 141:3, 141:4
**magazines** [1] - 39:14
**mail** [7] - 3:5, 7:13, 114:18, 114:21, 123:4, 123:8, 123:9
**main** [1] - 153:5
**maintained** [1] - 88:3
**man** [2] - 20:25, 36:18
**management** [1] - 58:16
**manager** [4] - 144:24, 145:1, 148:3, 148:9
**Manhattan** [1] -

43:2
**March** [19] - 45:16, 63:19, 63:23, 64:11, 71:8, 75:19, 76:1, 77:9, 77:13, 78:4, 80:18, 83:25, 87:3, 88:18, 90:25, 108:7, 108:25, 109:21, 154:6
**marked** [7] - 2:16, 15:20, 19:1, 20:11, 22:17, 45:4, 91:22
**married** [2] - 74:4, 74:7
**Martha** [2] - 129:7, 129:12
**MARYLAND** [1] - 1:1
**Maryland** [19] - 1:10, 47:19, 47:23, 48:1, 48:3, 49:11, 49:12, 74:22, 83:23, 85:23, 86:1, 86:15, 88:15, 113:21, 123:14, 136:23, 147:24, 154:3
**master** [1] - 27:2
**match** [1] - 57:9
**matched** [1] - 44:7
**matter** [3] - 73:9, 138:25, 154:4
**matters** [6] - 4:2, 4:9, 150:24, 151:2, 153:11
**maximum** [2] - 92:11, 92:14
**McArnold** [3] - 112:7, 112:14, 131:16
**MCARNOLD** [2] - 1:11, 112:10
**MCPHERSON** [1] - 154:8
**McPherson** [2] - 112:19, 154:2
**mean** [14] - 4:20, 38:1, 39:11, 40:11, 57:2, 58:2, 60:19, 99:22, 117:1, 125:25, 133:1, 133:23, 142:10
**meaning** [4] -

95:4, 95:5, 144:19, 147:23
**means** [3] - 57:3, 106:11
**meant** [1] - 33:12
**Medard** [7] - 78:7, 78:9, 117:18, 117:24, 118:1, 118:2, 131:14
**meet** [7] - 36:13, 36:15, 37:18, 43:22, 118:3, 118:12, 127:3
**meeting** [8] - 37:23, 42:7, 87:6, 87:7, 87:15, 87:18, 93:15
**meetings** [2] - 87:19, 89:15
**Melville** [2] - 49:12, 49:20
**member** [6] - 8:8, 36:21, 37:2, 62:20, 62:25, 138:20
**member's** [1] - 124:11
**members** [5] - 2:12, 6:18, 7:11, 52:17, 124:10
**men** [1] - 94:8
**mental** [1] - 139:12
**mentioned** [8] - 37:7, 49:3, 68:23, 77:17, 103:20, 105:8, 132:23, 133:15
**mentions** [1] - 137:8
**Mercedes** [3] - 27:10, 124:16, 124:18
**mess** [1] - 56:5
**message** [7] - 32:11, 101:17, 103:7, 145:24, 149:11, 149:15, 149:18
**messages** [6] - 32:14, 95:13, 95:16, 149:10, 149:12, 150:20
**messed** [2] - 28:7, 50:25
**messenger** [2] - 32:4, 32:5
**met** [12] - 30:24, 37:21, 79:11,

88:18, 88:19, 90:4, 90:15, 93:10, 93:13, 94:1, 127:5
**MIA** [1] - 53:22
**Miami** [15] - 2:13, 12:14, 19:13, 118:13, 119:5, 119:7, 130:23, 130:25, 131:11, 136:17, 137:1, 137:2, 147:21
**microphone** [5] - 2:5, 6:23, 53:14, 112:11, 112:18
**Mid** [1] - 83:24
**Mid-Atlantic** [1] - 83:24
**middle** [6] - 23:16, 23:21, 45:15, 50:17, 115:1, 125:10
**Mike** [3] - 49:1, 49:2, 59:4
**Mikey** [6] - 49:3, 56:4, 57:8, 60:10, 70:5, 108:4
**Mikey's** [1] - 49:4
**Milk** [6] - 54:20, 54:22, 55:2, 55:3, 55:5, 78:22
**mind** [3] - 57:21, 139:12, 143:1
**mine** [10] - 22:23, 35:23, 50:1, 50:11, 120:14, 121:19, 130:18, 132:2
**minimization** [1] - 87:13
**minimize** [2] - 6:11, 10:12
**minimized** [3] - 10:2, 87:13, 87:19
**minute** [5] - 58:17, 59:11, 67:7, 67:10, 80:16
**minutes** [1] - 111:1
**Miramar** [3] - 9:17, 113:8, 113:10
**misleading** [1] - 6:8
**missing** [8] - 105:23, 127:9,

127:13, 127:15, 127:25, 146:3, 146:6, 146:9
**mistake** [1] - 28:11
**modification** [3] - 46:13, 46:14, 52:23
**modified** [4] - 35:24, 35:25, 47:16, 48:16
**mom** [3] - 128:2, 128:3, 128:4
**moment** [9] - 23:18, 29:21, 56:22, 68:22, 68:24, 78:21, 84:6, 89:22, 151:18
**moments** [2] - 82:11, 103:20
**Monday** [1] - 1:9
**money** [86] - 7:16, 8:9, 8:10, 8:12, 10:17, 10:20, 10:22, 10:25, 11:7, 11:8, 16:15, 34:14, 39:10, 39:11, 40:3, 40:5, 43:5, 43:6, 43:9, 43:23, 43:25, 44:1, 44:3, 44:4, 44:10, 44:13, 44:15, 44:19, 44:20, 44:22, 62:13, 64:4, 69:20, 76:13, 79:13, 93:10, 96:2, 96:8, 98:24, 103:2, 103:3, 107:7, 107:8, 110:6, 110:7, 110:8, 119:10, 119:15, 119:17, 120:2, 127:8, 127:10, 127:12, 127:17, 127:18, 127:25, 128:3, 128:4, 128:8, 134:8, 134:9, 134:12, 134:17, 136:4, 136:9, 136:12, 136:14, 141:17, 142:6, 142:9, 142:13, 142:15, 142:20, 143:12, 143:22, 144:3, 145:13, 145:17,

146:6, 146:7,
147:6, 147:9,
148:23, 148:25
**monies** [1] -
98:18
**month** [4] - 37:13,
71:8, 85:15,
96:15
**months** [8] -
41:18, 41:20,
83:24, 88:19,
91:1, 104:20,
104:21, 104:23
**morning** [10] -
2:11, 21:20,
21:25, 22:1,
27:6, 67:9,
68:19, 68:20,
151:9, 153:12
**most** [7] - 74:2,
90:4, 101:5,
123:6, 124:24,
147:9
**mostly** [1] -
136:17
**Motel** [6] - 124:24,
125:14, 131:23,
137:15, 148:24
**motel** [1] - 137:11
**mother** [6] - 8:1,
73:3, 82:6,
82:24, 83:16,
128:8
**mother's** [2] -
22:22, 23:1
**motion** [1] - 5:16
**mouth** [2] - 55:24,
72:19
**move** [5] - 3:8,
23:3, 45:14,
58:16, 58:17
**moved** [1] - 74:17
**moving** [2] - 4:23,
41:24
**mug** [1] - 153:15
**multiple** [2] -
99:12, 99:20
**mutual** [2] -
73:10, 73:15
**mystery** [1] -
141:17

## N

**name** [69] - 2:5,
2:6, 2:7, 2:11,
8:13, 8:14,
14:22, 15:3,
15:14, 15:18,
20:24, 20:25,

21:2, 23:1, 33:3,
33:4, 33:15,
33:17, 36:19,
37:7, 42:2, 49:4,
57:8, 76:25,
77:25, 78:2,
78:4, 78:5, 78:7,
78:10, 78:11,
78:12, 78:24,
82:7, 105:2,
105:5, 105:9,
112:12, 112:14,
117:18, 117:25,
121:25, 124:11,
125:2, 125:4,
125:7, 125:8,
125:10, 125:11,
126:9, 126:14,
126:15, 127:3,
129:4, 129:6,
129:10, 130:18,
132:22, 136:18,
137:8, 137:10,
137:15, 137:16,
148:23, 150:1
**new** [3] - 36:13,
65:18, 124:7
**Newark** [1] - 65:9
**news** [7] - 58:23,
58:24, 59:1,
59:3, 60:13,
61:16
**newspaper** [4] -
39:16, 70:20,
70:23, 72:1
**next** [22] - 4:4,
5:19, 12:25,
14:12, 14:18,
15:9, 15:25,
20:3, 21:25,
23:15, 23:17,
24:3, 28:20,
29:18, 36:11,
57:13, 112:5,
126:4, 126:13,
126:18, 133:20,
151:20
**nickname** [2] -
23:2, 78:21
**nicknames** [1] -
9:8
**nighttime** [1] -
16:4
**nine** [1] - 146:2
**NO** [1] - 1:4
**nobody** [2] -
103:5, 103:6
**none** [2] - 102:23,
102:25
**noon** [1] - 67:9
**norel** [1] - 83:10
**Norel** [2] - 76:25,
83:15
**normal** [1] - 32:11
**Norman** [4] -
152:22, 152:23,
152:24, 153:8
**North** [3] - 48:1,
149:17, 150:15
**north** [2] - 60:18,
91:6

100:18, 101:7,
101:10
**New** [24] - 31:19,
36:12, 36:13,
37:22, 42:17,
42:18, 42:23,
43:1, 43:4,
45:19, 64:7,
97:10, 97:11,
97:12, 97:13,
97:19, 103:9,
103:25, 104:25,
105:8, 105:20,
123:14
**new** [3] - 36:13,
65:18, 124:7
**Newark** [1] - 65:9
**news** [7] - 58:23,
58:24, 59:1,
59:3, 60:13,
61:16
**newspaper** [4] -
39:16, 70:20,
70:23, 72:1
**next** [22] - 4:4,
5:19, 12:25,
14:12, 14:18,
15:9, 15:25,
20:3, 21:25,
23:15, 23:17,
24:3, 28:20,
29:18, 36:11,
57:13, 112:5,
126:4, 126:13,
126:18, 133:20,
151:20
**nickname** [2] -
23:2, 78:21
**nicknames** [1] -
9:8
**nighttime** [1] -
16:4
**nine** [1] - 146:2
**NO** [1] - 1:4
**nobody** [2] -
103:5, 103:6
**none** [2] - 102:23,
102:25
**noon** [1] - 67:9
**norel** [1] - 83:10
**Norel** [2] - 76:25,
83:15
**normal** [1] - 32:11
**Norman** [4] -
152:22, 152:23,
152:24, 153:8
**North** [3] - 48:1,
149:17, 150:15
**north** [2] - 60:18,
91:6

**Northeast** [2] -
83:22, 83:23
**NORTHERN** [1] -
1:2
**notation** [1] -
49:16
**notes** [22] - 1:25,
35:20, 35:22,
35:25, 36:2,
46:11, 46:16,
46:24, 47:12,
47:14, 47:15,
47:16, 48:14,
48:15, 48:22,
65:5, 66:16,
66:19, 98:14,
98:15, 98:17,
98:20
**nothing** [6] - 6:22,
6:25, 28:21,
55:25, 57:19,
110:9
**noticed** [1] -
92:17
**notified** [1] -
84:18
**November** [1] -
36:1
**number** [45] -
22:22, 22:24,
32:24, 33:1,
45:5, 45:8,
49:24, 49:25,
50:2, 50:4, 50:7,
50:8, 51:15,
51:16, 51:18,
51:19, 53:11,
53:15, 87:1,
92:10, 103:21,
104:7, 108:23,
119:25, 125:23,
126:5, 126:19,
129:13, 129:15,
129:17, 135:4,
137:24, 137:25,
145:19, 151:22,
151:25, 152:5,
152:8, 152:13,
152:18, 153:7,
153:8, 153:10
**numbers** [5] -
22:18, 22:19,
22:21, 32:18,
108:22

## O

**o'clock** [4] -
112:2, 112:3,
150:21

**obeyed** [1] -
100:16
**objection** [7] -
11:18, 18:23,
28:15, 28:22,
28:23, 29:4,
138:4
**Obligations** [1] -
4:23
**obligations** [1] -
5:15
**observation** [2] -
44:22, 46:2
**observe** [9] -
26:20, 34:8,
34:11, 43:12,
44:20, 62:3,
62:6, 146:12,
146:16
**observed** [1] -
93:20
**obviously** [1] -
89:6
**occupied** [3] -
27:16, 27:17,
27:19
**occur** [2] -
120:25, 139:21
**occurred** [4] -
40:14, 52:19,
139:21, 139:24
**occurring** [1] -
142:13
**occurs** [1] - 6:5
**October** [2] -
88:20
**odd** [2] - 57:18,
58:1
**OF** [4] - 1:1, 1:3,
1:11, 154:1
**offense** [1] - 3:7
**offenses** [1] - 3:7
**offered** [5] - 8:11,
11:8, 11:10,
28:25, 29:1
**Office** [4] - 3:20,
4:18, 4:24, 5:6
**office** [7] - 4:9,
5:5, 5:9, 5:10,
5:12, 5:16,
43:22
**officers** [2] - 3:24,
56:18
**OFFICIAL** [2] -
154:1, 154:8
**often** [2] - 134:20,
136:11
**older** [2] - 62:17
**Oliver** [4] - 76:16,
76:18, 77:5,

77:14
**once** [6] - 86:3,
90:25, 116:22,
127:24, 136:1,
145:13
**One** [2] - 3:3,
114:16
**one** [64] - 22:22,
22:23, 23:18,
23:25, 27:1,
27:12, 32:24,
38:2, 40:4, 41:5,
41:14, 44:24,
44:25, 47:21,
48:2, 49:6, 49:8,
58:3, 59:7,
63:10, 70:3,
73:7, 75:2,
75:10, 79:2,
92:10, 94:12,
97:19, 99:25,
102:22, 103:4,
103:9, 106:3,
111:1, 114:24,
119:12, 122:5,
122:8, 122:12,
124:2, 124:4,
124:6, 124:10,
124:11, 124:12,
124:15, 127:15,
131:15, 133:2,
136:3, 138:20,
143:11, 146:3,
146:9, 147:4,
147:11, 149:17,
151:7, 152:2,
152:12
**online** [1] - 70:25
**oops** [1] - 103:11
**open** [20] - 13:15,
26:18, 26:20,
38:10, 38:15,
38:21, 39:21,
41:12, 100:8,
107:17, 107:20,
107:22, 107:24,
108:1, 136:4,
136:10, 136:14,
144:18, 145:11,
146:21
**opened** [5] -
26:15, 26:22,
39:25, 146:25,
147:11
**opening** [11] -
38:7, 39:18,
104:13, 104:15,
136:7, 146:5,
146:12, 146:16,
146:18, 146:19,

148:21
**operation** [11] -
27:12, 63:2,
71:14, 71:18,
77:11, 97:13,
98:10, 102:25,
104:14, 119:20,
128:10
**opportunity** [8] -
8:11, 11:8,
11:10, 11:12,
37:18, 62:3,
115:7, 118:14
**opposed** [1] -
106:12
**opposite** [1] -
57:8
**order** [10] - 4:13,
6:11, 64:4,
68:22, 100:16,
100:19, 110:19,
151:20, 151:21
**orders** [1] - 94:12
**organization** [2] -
80:5, 105:10
**originally** [1] -
41:23
**otherwise** [1] -
138:16
**outline** [1] -
150:20
**outside** [2] - 16:9,
136:24
**outsider** [1] -
147:22
**overruled** [1] -
11:19
**owed** [3] - 79:13,
89:4, 98:18
**own** [3] - 7:11,
18:15, 128:7

**P**

**P-e-i-m-e-e** [1] -
33:14
**p.m** [9] - 23:6,
55:16, 67:13,
68:11, 110:24,
111:6, 111:7,
151:16, 153:19
**pack** [1] - 43:11
**package** [120] -
13:22, 14:3,
14:9, 14:10,
14:14, 14:18,
15:7, 16:2, 16:9,
16:14, 16:25,
25:2, 25:9,
25:17, 25:19,

25:25, 26:1,
26:5, 26:7, 26:8,
26:11, 27:11,
27:15, 28:10,
28:19, 29:12,
30:6, 39:3, 39:9,
40:4, 41:25,
43:9, 48:21,
60:10, 63:10,
65:20, 71:14,
76:10, 77:7,
77:10, 80:20,
81:5, 87:10,
93:5, 93:9,
93:13, 93:18,
99:6, 99:13,
104:15, 105:4,
105:10, 107:8,
107:10, 107:15,
107:18, 107:19,
107:20, 107:22,
107:24, 108:2,
113:17, 117:17,
119:6, 119:13,
119:19, 122:11,
124:20, 127:6,
127:12, 127:17,
127:18, 127:25,
128:20, 130:3,
130:6, 133:21,
134:3, 134:5,
134:12, 135:13,
135:16, 135:18,
135:19, 136:1,
136:2, 136:3,
136:4, 136:5,
136:20, 137:22,
137:23, 138:2,
141:7, 141:9,
142:2, 143:6,
144:21, 144:22,
145:8, 145:12,
145:13, 145:15,
145:17, 145:24,
146:1, 146:5,
146:19, 146:23,
147:7, 147:10,
147:12, 148:22,
148:25, 150:9,
150:11, 150:13
**packaged** [1] -
39:13
**packages** [104] -
7:16, 8:11,
11:13, 11:14,
11:17, 11:24,
12:24, 13:1,
13:5, 13:9,
13:12, 17:4,
17:13, 17:16,
18:8, 18:10,

22:3, 22:7,
26:13, 26:15,
26:18, 26:20,
26:22, 27:3,
30:1, 30:14,
30:15, 31:9,
31:21, 33:20,
34:5, 34:9,
34:11, 35:3,
35:8, 36:3,
36:22, 36:25,
37:2, 38:3, 38:7,
38:10, 38:15,
38:22, 39:7,
39:18, 39:21,
39:25, 41:12,
42:11, 47:4,
48:11, 48:23,
56:21, 60:20,
60:21, 61:9,
61:11, 61:25,
63:5, 65:20,
69:9, 76:13,
94:19, 96:24,
99:11, 100:5,
100:9, 100:21,
101:1, 101:3,
103:2, 104:13,
109:16, 109:17,
118:17, 118:21,
119:1, 123:4,
123:7, 123:11,
132:7, 132:12,
132:13, 132:15,
132:18, 133:15,
133:18, 133:25,
135:1, 136:7,
136:10, 137:20,
145:4, 145:6,
145:9, 146:12,
146:16, 146:22,
147:5, 148:25,
149:23, 150:6,
150:18
**packet** [2] -
135:18, 144:18
**packs** [1] - 49:12
**page** [64] - 3:1,
3:8, 3:10, 3:12,
4:4, 4:5, 5:19,
23:3, 23:15,
23:16, 23:17,
23:21, 24:3,
45:14, 45:15,
50:16, 50:17,
52:3, 52:4, 54:3,
54:10, 55:9,
55:10, 55:16,
55:20, 56:23,
57:5, 57:10,
57:14, 58:10,

58:20, 58:21,
58:22, 59:15,
64:6, 64:14,
92:4, 92:6,
108:10, 108:21,
109:18, 114:23,
114:24, 114:25,
115:10, 115:11,
115:12, 125:1,
125:20, 125:21,
126:4, 126:5,
126:13, 126:18,
131:24, 137:7,
154:4
**pages** [3] - 6:15,
58:14, 92:3
**paid** [14] - 21:14,
30:9, 30:11,
30:13, 30:19,
30:23, 31:2,
48:24, 48:25,
80:14, 98:23,
119:8, 119:10,
119:11
**pal** [1] - 153:7
**Paliwal** [1] - 152:3
**paragraph** [8] -
2:21, 3:2, 3:18,
4:5, 4:11, 6:3,
114:13, 114:15
**paraphrase** [1] -
141:8
**pardon** [1] - 113:9
**parking** [1] -
30:25
**part** [14] - 24:4,
61:9, 61:11,
74:17, 85:20,
97:13, 101:5,
105:3, 113:25,
121:11, 128:3,
134:9, 137:20,
141:4
**participants** [5] -
49:22, 51:15,
53:9, 63:14,
149:7
**participation** [3] -
87:15, 113:19,
140:4
**particular** [1] -
99:13
**particularly** [1] -
100:19
**parties** [1] - 34:24
**parts** [1] - 85:21
**party** [6] - 32:19,
56:10, 142:15,
142:20, 143:12,
143:20

**passed** [1] - 85:5
**passenger** [3] -
130:17, 131:6,
131:13
**passengers** [1] -
19:16
**Paul** [2] - 113:23,
115:6
**pause** [1] - 40:15
**pausing** [1] -
124:3
**pay** [8] - 7:22,
11:4, 30:21,
31:1, 33:5,
33:12, 34:14,
137:11
**paying** [1] -
106:12
**payments** [1] -
80:7
**Peimee** [2] - 33:5,
33:12
**Pele** [3] - 75:7,
75:10, 75:24
**Peleton** [1] - 75:6
**Peloton** [3] - 75:3,
75:4
**Pennsylvania** [2]
- 65:4, 74:10
**people** [49] - 7:14,
9:11, 24:23,
29:1, 38:5, 38:6,
41:24, 54:20,
60:22, 69:24,
77:9, 77:13,
77:16, 78:24,
79:6, 79:8, 80:7,
93:22, 98:24,
99:7, 99:12,
100:18, 102:3,
102:23, 103:1,
105:16, 106:13,
107:18, 126:10,
126:11, 132:14,
134:9, 136:16,
137:12, 142:9,
142:13, 142:21,
143:13, 143:15,
143:19, 143:25,
144:5, 144:8,
144:11, 144:19,
145:6, 147:21,
148:17, 149:3
**people's** [1] -
88:24
**peoples** [1] - 87:9
**per** [3] - 132:10,
132:11, 140:6
**perhaps** [2] -
117:3, 140:19

**period** [3] - 89:7,
131:18, 147:17
**permit** [1] - 4:13
**permitted** [1] -
139:13
**person** [27] - 6:9,
6:10, 6:12,
29:3, 29:3,
38:9, 39:4, 44:1,
44:3, 53:18,
54:25, 76:16,
78:18, 79:17,
80:4, 99:25,
105:10, 117:20,
131:25, 132:11,
132:12, 134:10,
134:11, 134:12,
148:19, 152:16
**personal** [1] -
98:15
**personally** [3] -
42:10, 44:15,
96:7
**persons** [2] -
63:10, 99:21
**pet** [1] - 48:24
**Philadelphia** [13]
- 31:7, 31:8,
31:10, 31:15,
31:19, 31:20,
33:19, 34:13,
36:8, 36:11,
53:3, 104:25,
105:1
**Phone** [1] - 82:1
**phone** [26] -
14:19, 15:11,
16:1, 19:21,
22:18, 22:21,
22:22, 22:24,
32:18, 32:24,
43:25, 44:6,
45:10, 50:2,
54:18, 57:19,
66:16, 82:12,
94:25, 95:21,
98:15, 129:15,
137:24, 137:25
**photo** [1] - 128:17
**photograph** [1] -
135:5
**phrased** [1] -
85:17
**physically** [2] -
79:6, 86:16
**pick** [41] - 11:13,
16:2, 17:16,
18:9, 27:11,
30:1, 31:9,
36:25, 41:25,

42:11, 42:22,
42:24, 48:19,
48:20, 48:21,
48:22, 49:9,
61:9, 61:11,
65:11, 65:14,
76:10, 77:7,
77:11, 87:10,
99:6, 99:11,
99:20, 122:11,
123:11, 132:12,
132:13, 135:16,
144:21, 150:6,
150:8, 150:10,
150:13, 150:18
**picked** [14] - 7:16,
21:12, 22:3,
26:8, 27:7,
29:17, 30:15,
31:21, 34:6,
34:9, 48:23,
94:18, 100:5,
145:4
**picking** [23] -
11:14, 17:4,
17:13, 18:8,
30:13, 36:22,
37:2, 60:20,
61:25, 65:20,
69:9, 118:16,
118:21, 119:1,
123:7, 124:20,
132:7, 132:18,
133:15, 133:18,
134:2, 137:20
**pickups** [1] -
49:17
**picture** [3] -
17:21, 128:19,
129:15
**pissed** [1] - 58:6
**place** [5] - 10:5,
40:22, 43:23,
63:17, 127:6
**placed** [5] - 26:8,
29:17, 39:3,
40:22, 43:10
**places** [3] - 70:17,
102:24, 136:19
**Plaintiff** [2] - 1:3,
1:14
**plan** [2] - 68:2,
150:25
**platform** [1] -
40:22
**play** [3] - 40:12,
41:2, 151:24
**played** [3] - 40:14,
82:1, 82:12
**plea** [10] - 2:23,

2:24, 3:13, 3:16,
67:17, 67:19,
89:22, 91:25,
114:1, 114:12
**Plea** [1] - 115:13
**plead** [5] - 3:3,
66:4, 89:11,
114:3, 114:16
**pleaded** [1] - 8:8
**pleading** [2] -
9:23, 89:23
**pled** [4] - 85:14,
89:2, 89:21,
114:20
**point** [34] - 26:24,
34:13, 34:17,
37:18, 38:2,
39:6, 65:15,
65:21, 69:21,
70:11, 71:2,
71:5, 71:20,
73:20, 74:10,
75:2, 75:10,
75:11, 76:1,
85:13, 85:14,
87:16, 113:16,
114:1, 119:20,
121:23, 125:18,
127:2, 135:1,
136:6, 137:19,
147:16, 148:8,
153:15
**pointed** [2] - 8:24,
90:3
**pointing** [2] -
23:22, 47:21
**Police** [2] -
152:24, 153:9
**police** [8] - 56:15,
57:4, 57:21,
60:11, 80:23,
80:24, 81:3
**poorly** [1] - 85:17
**porch** [7] - 13:25,
14:1, 14:2, 14:3,
14:6, 14:10,
14:11
**portion** [4] - 4:25,
120:7, 120:15,
134:12
**position** [1] -
145:2
**possibly** [2] -
62:17, 118:8
**potential** [1] -
92:11
**precipitated** [1] -
10:17
**preliminary** [1] -
150:24

**prepackaged** [1] -
43:10
**preparation** [1] -
90:19
**present** [7] -
44:20, 61:18,
72:12, 97:18,
105:2, 135:23
**presented** [1] -
35:17
**pressed** [1] -
23:24
**presumably** [3] -
70:12, 85:25,
100:25
**presuming** [1] -
87:6
**pretending** [3] -
101:7, 101:11,
101:13
**pretty** [8] - 22:1,
34:24, 53:24,
56:3, 74:2, 98:9,
147:19
**previously** [8] -
10:16, 40:7,
50:10, 75:13,
77:10, 77:16,
78:16, 116:5
**primarily** [1] -
85:21
**print** [1] - 23:13
**prison** [1] - 92:11
**Probation** [1] -
5:6
**problems** [1] -
79:13
**proceed** [2] -
68:13, 112:20
**proceeded** [1] -
29:11
**proceeding** [1] -
4:8
**proceedings** [2] -
153:19, 154:4
**Professional** [1] -
154:2
**promise** [2] -
116:8, 117:10
**promised** [2] -
6:22, 7:1
**promptly** [4] -
11:4, 111:2,
111:3, 151:1
**prosecution** [1] -
5:14
**prosecutor** [1] -
86:23
**protecting** [1] -
10:14

**protective** [1] -
94:6
**provide** [6] - 3:16,
12:5, 12:7,
98:21, 99:19,
122:1
**provided** [6] -
5:13, 12:25,
30:16, 47:4,
117:8, 121:25
**providing** [1] -
30:17
**pull** [8] - 6:23,
32:25, 63:16,
64:17, 91:18,
103:8, 129:8,
131:2
**pulling** [3] - 41:2,
50:9, 108:10
**purpose** [7] -
35:1, 36:2, 44:6,
47:3, 93:15,
109:14, 121:17
**purposes** [1] -
112:19
**pursuant** [4] -
4:16, 5:16,
115:21, 154:3
**pushed** [1] -
128:1
**put** [27] - 2:16,
3:23, 15:20,
19:6, 22:16,
32:16, 33:12,
35:18, 40:6,
45:3, 45:4, 46:9,
47:10, 48:12,
51:10, 51:12,
51:13, 52:21,
54:24, 63:13,
63:25, 64:5,
96:7, 128:12,
139:17, 148:22,
148:25
**putting** [7] - 19:1,
20:11, 23:20,
24:3, 49:21,
51:13, 108:19

**Q**

**quantity** [1] -
145:13
**questions** [13] -
3:23, 28:24,
56:1, 66:22,
77:18, 81:23,
103:3, 104:24,
106:4, 106:16,
109:1, 109:4,

110:14
**quick** [1] - 112:1
**quickly** [1] - 64:17
**quote** [1] - 107:9

**R**

**raised** [1] - 2:14
**ran** [1] - 55:24
**Range** [1] - 16:12
**ranged** [1] - 41:13
**Raven** [3] - 105:1,
105:2, 105:6
**RDB-21-00054** [1]
- 1:4
**re** [1] - 138:12
**re-ask** [1] - 138:12
**reached** [1] -
114:1
**reaction** [3] -
60:23, 62:4,
62:6
**read** [38] - 3:2,
3:18, 3:19, 4:6,
4:12, 6:1, 6:3,
19:10, 23:8,
23:23, 24:9,
32:25, 47:21,
47:24, 49:8,
49:17, 53:18,
55:22, 57:15,
57:16, 59:2,
70:20, 70:25,
71:24, 114:14,
120:17, 126:14,
126:19, 129:3,
129:6, 129:11,
129:13, 129:15,
129:18, 130:19,
131:7, 149:15
**reading** [5] - 3:18,
4:24, 36:5,
71:25, 142:18
**ready** [1] - 68:12
**Reagan** [1] -
131:11
**real** [5] - 49:4,
77:25, 78:2,
78:3, 78:5
**really** [4] - 18:3,
29:20, 101:24,
144:20
**reason** [1] - 143:3
**reasons** [3] -
18:15, 18:17,
79:2
**recanted** [1] -
56:4
**receive** [6] -
16:15, 16:18,

90:9, 121:6,
121:9, 145:6
**received** [11] -
14:19, 32:3,
85:1, 88:14,
93:12, 96:3,
96:4, 99:16,
141:7, 145:10,
145:23
**receiver** [1] -
128:21
**recently** [2] -
12:19, 90:19
**recess** [7] - 67:7,
67:9, 67:10,
67:11, 67:13,
110:25, 111:5
**RECESS** [1] -
111:7
**recognize** [29] -
3:9, 3:13, 6:16,
8:18, 15:21,
15:23, 19:2,
20:12, 20:14,
22:17, 22:18,
32:18, 35:19,
45:5, 45:16,
46:11, 47:12,
49:22, 49:24,
49:25, 50:4,
50:9, 51:16,
82:3, 91:23,
117:20, 120:8,
128:16, 128:24
**recollection** [1] -
118:9
**recommendatio**
**n** [3] - 90:13,
116:8, 117:13
**record** [18] - 8:23,
8:25, 19:5, 36:3,
38:23, 38:24,
39:2, 39:25,
57:12, 66:13,
78:16, 91:22,
112:13, 120:17,
126:14, 142:24,
145:25, 146:5
**recorded** [1] -
39:17
**recording** [2] -
82:3, 145:25
**recross** [1] -
110:11
**recruit** [2] - 75:3,
75:4
**recruited** [1] -
77:5
**redirect** [1] -
106:18

**REDIRECT** [1] - 106:22

**reduction** [1] - 90:8

**refer** [1] - 83:23

**reference** [7] - 56:7, 56:8, 64:18, 67:22, 89:22, 139:18, 148:8

**referenced** [3] - 68:8, 70:19, 78:6

**referencing** [1] - 75:17

**referred** [2] - 9:4, 78:18

**referring** [4] - 23:11, 24:13, 96:24, 124:16

**reflect** [2] - 8:23, 8:25

**refocus** [1] - 80:17

**refresh** [1] - 118:9

**regard** [2] - 119:24, 138:23

**regarding** [2] - 70:20, 71:24

**regardless** [1] - 110:1

**Registered** [1] - 154:2

**regular** [1] - 101:17

**regularly** [2] - 31:1, 31:2

**regulations** [1] - 154:5

**related** [2] - 60:17, 72:7

**relation** [3] - 140:3, 140:4, 144:11

**relationship** [5] - 37:4, 37:5, 83:10, 83:18, 83:19

**relationships** [1] - 37:1

**relative** [2] - 76:22, 77:5

**relatively** [1] - 9:19

**released** [7] - 59:16, 59:20, 71:5, 71:9, 84:3, 108:7, 108:13

**relevance** [1] - 18:23

**relevant** [1] - 5:9

**remain** [3] - 29:7, 62:19, 62:24

**remaining** [1] - 57:13

**Remedies** [1] - 5:24

**remember** [55] - 9:20, 13:10, 14:16, 17:1, 17:2, 17:7, 19:18, 21:1, 21:15, 25:24, 26:10, 27:9, 29:20, 31:14, 37:24, 38:9, 40:17, 41:11, 41:14, 41:24, 42:1, 42:7, 42:9, 50:7, 50:20, 50:21, 50:22, 56:13, 56:17, 58:24, 71:7, 71:9, 75:21, 75:22, 75:24, 84:14, 84:18, 84:22, 84:25, 88:10, 96:2, 99:24, 104:17, 105:1, 109:23, 121:10, 121:11, 124:10, 124:14, 127:14, 132:21, 141:25

**remembering** [1] - 97:1

**remind** [2] - 17:8, 55:18

**remove** [4] - 36:9, 46:8, 59:19, 63:4

**rented** [1] - 126:24

**rephrase** [5] - 32:2, 85:16, 99:15, 138:17, 139:6

**reported** [2] - 106:11, 154:4

**REPORTER** [2] - 154:1, 154:8

**reporter** [1] - 112:19

**Reporter** [1] - 154:2

**represented** [2] - 89:15, 113:23

**representing** [2] - 86:1, 86:14

**requesting** [1] - 

5:18, 5:23

**require** [1] - 4:9

**required** [1] - 115:21

**requirements** [1] - 90:4

**reservation** [1] - 132:1

**reserve** [1] - 126:9

**residence** [1] - 29:7

**residents** [1] - 12:22

**respect** [8] - 4:1, 4:9, 5:7, 58:12, 104:24, 106:9, 139:6, 139:7

**respond** [2] - 3:22, 128:7

**responded** [1] - 141:6

**response** [1] - 24:11, 28:14, 29:3, 51:25, 53:21, 54:1, 54:6, 54:17, 64:12, 89:3, 108:14

**responsibility** [9] - 38:6, 66:8, 143:6, 143:10, 143:11, 144:21, 144:24, 148:21, 150:17

**responsible** [6] - 34:5, 135:13, 144:14, 147:1, 148:14, 148:20

**rest** [1] - 33:7

**restaurant** [1] - 40:19

**result** [2] - 71:3, 113:19

**retrieve** [3] - 60:10, 109:16

**retrieved** [3] - 14:18, 26:1, 63:5

**return** [2] - 37:16, 91:6

**review** [2] - 115:7, 115:14

**reviewed** [3] - 40:7, 50:10, 50:14

**RICHARD** [1] - 1:12

**rise** [5] - 43:2, 43:20, 45:23, 

67:11, 111:5

**role** [4] - 10:2, 36:24, 87:14, 144:24

**romantic** [1] - 37:5

**room** [6] - 125:23, 126:4, 126:19, 126:24, 145:11

**Room** [1] - 126:1

**rooms** [4] - 126:7, 126:9, 126:21, 137:11

**rough** [1] - 128:4

**roughed** [1] - 128:7

**roughly** [1] - 37:13

**Rover** [1] - 16:12

**row** [1] - 129:11

**RPR** [1] - 154:8

**rule** [1] - 100:8

**rules** [1] - 98:25

**ruling** [1] - 142:25

**running** [2] - 80:4, 136:20

---

# S

**safely** [1] - 140:19

**Saint** [1] - 153:7

**sale** [1] - 35:14

**sat** [2] - 25:16, 127:14

**Saturday** [4] - 49:12, 49:14, 97:1, 97:2

**saw** [5] - 89:21, 100:18, 104:15, 147:9, 148:2

**scam** [1] - 69:10

**scared** [1] - 56:6

**scene** [3] - 40:6, 80:24, 81:11

**scheduling** [2] - 151:2, 151:17

**scheme** [25] - 7:14, 9:24, 10:10, 10:13, 10:17, 55:19, 59:5, 61:9, 61:12, 62:16, 72:7, 105:4, 110:7, 110:8, 113:17, 113:19, 117:16, 117:17, 118:15, 136:20, 137:20, 139:20, 143:6, 144:11

**school** [2] - 

28:12, 73:5

**scouting** [3] - 98:21, 134:11, 134:15

**scraps** [1] - 27:3

**screen** [14] - 2:16, 15:20, 19:1, 20:11, 22:16, 23:5, 23:19, 32:16, 35:18, 45:3, 45:4, 48:13, 114:8, 120:16

**screenshot** [4] - 129:14, 135:2, 145:21, 145:22

**se** [1] - 140:6

**sealed** [2] - 6:4, 115:14

**Sealed** [5] - 2:23, 3:13, 5:4, 5:15, 115:13

**Sean** [1] - 1:15

**seated** [3] - 68:14, 112:4, 151:18

**second** [17] - 27:4, 30:5, 30:6, 52:2, 54:3, 61:15, 69:7, 72:6, 87:16, 92:6, 124:3, 129:11, 133:4, 144:15, 150:7, 152:2, 152:12

**seconds** [1] - 81:22

**Section** [2] - 5:17, 5:22

**section** [1] - 5:17

**secure** [2] - 95:3, 95:5

**security** [1] - 7:21

**see** [24] - 23:5, 23:22, 26:15, 33:8, 33:9, 35:24, 49:7, 49:16, 51:15, 52:23, 78:13, 101:13, 104:11, 114:25, 125:2, 125:23, 137:5, 137:8, 146:6, 146:18, 147:12, 150:25, 151:8, 152:23

**seeing** [1] - 58:24

**selling** [1] - 127:19

**send** [19] - 17:21, 33:3, 36:4, 41:8, 

41:9, 48:6, 48:8, 50:25, 51:24, 135:3, 135:5, 135:7, 142:6, 142:13, 142:15, 142:20, 146:10, 146:11

**sender** [11] - 129:4, 129:5, 129:6, 137:24, 137:25, 141:1, 141:2, 142:6, 142:15

**sending** [4] - 50:18, 50:22, 52:8, 142:9

**sends** [1] - 24:9

**Senior** [1] - 1:12

**sent** [12] - 28:7, 42:22, 48:9, 50:20, 52:11, 64:24, 66:20, 95:17, 99:12, 127:6, 137:22

**sentence** [5] - 5:21, 90:8, 116:8, 116:15, 117:13

**sentenced** [1] - 116:12

**sentencing** [4] - 5:5, 5:9, 5:11, 7:3

**separate** [2] - 71:24, 138:25

**September** [10] - 19:8, 19:11, 41:23, 75:17, 83:25, 92:23, 104:14, 140:12, 140:18

**sequestration** [1] - 110:19

**series** [1] - 108:22

**services** [1] - 34:14

**set** [5] - 4:19, 5:22, 73:25, 77:18, 150:19

**setting** [1] - 90:16

**seven** [1] - 95:24

**severe** [1] - 128:2

**shall** [3] - 3:22, 3:25, 4:7

**share** [1] - 117:4

**Shifflet** [1] - 152:22, 152:23, 152:24, 153:9

**shipper** [1] - 129:10

**shipping** [1] - 129:18
**shit** [2] - 56:3, 57:7
**short** [2] - 38:2, 88:6
**shortchanged** [1] - 79:12
**shortly** [1] - 86:22
**show** [7] - 48:18, 117:19, 118:8, 135:15, 135:24, 149:10, 149:13
**showed** [4] - 80:24, 128:9, 135:2
**showing** [9] - 78:16, 91:22, 120:6, 124:25, 128:16, 131:24, 137:3, 137:14, 149:6
**shown** [3] - 103:7, 103:12, 103:19
**sight** [2] - 25:10, 25:12
**signature** [6] - 3:9, 6:16, 114:25, 115:3, 115:4, 115:5
**similar** [1] - 89:3
**single** [2] - 145:15, 146:23
**sisters** [1] - 73:1
**sit** [1] - 14:6
**sitting** [2] - 8:20, 13:25
**situation** [3] - 58:8, 73:25, 135:21
**six** [3] - 44:24, 151:22, 151:25
**sizes** [1] - 100:22
**skip** [5] - 5:24, 6:14, 23:15, 50:16, 58:20
**skipping** [1] - 3:12
**sleeping** [2] - 57:22, 60:10
**slightly** [1] - 27:13
**slowly** [1] - 113:2
**small** [2] - 43:22, 100:23
**smart** [1] - 94:25
**Smith** [5] - 21:3, 70:7, 70:9, 77:19
**smoke** [1] - 63:9

**snitching** [1] - 57:24
**someone** [9] - 10:14, 10:16, 10:20, 10:22, 82:16, 98:3, 98:7, 105:8, 127:3
**sometime** [5] - 25:25, 39:15, 62:17, 71:11, 140:18
**sometimes** [10] - 39:14, 39:15, 86:22, 98:5, 98:6, 99:12, 137:24, 148:22, 150:24
**somewhere** [5] - 18:5, 29:22, 31:4, 97:7, 130:11
**son** [2] - 8:1, 82:6
**son's** [2] - 22:22, 23:1
**soon** [6] - 104:13, 136:6, 147:19, 148:4
**Sooraji** [9] - 36:18, 37:8, 37:12, 105:9, 105:13, 108:1, 152:3, 153:7
**sorry** [35] - 5:2, 10:20, 17:7, 23:16, 28:10, 32:23, 41:19, 43:16, 45:4, 51:18, 59:7, 59:25, 73:11, 75:6, 77:12, 85:23, 93:4, 93:24, 97:13, 99:14, 103:9, 103:15, 109:3, 114:24, 116:21, 118:20, 119:9, 122:7, 123:17, 125:6, 135:12, 142:10, 142:11, 143:14, 152:19
**sort** [3] - 25:16, 80:21, 106:13
**sound** [4] - 78:7, 87:4, 88:21, 90:17
**sounds** [1] - 105:5
**source** [6] - 31:20, 69:21,

76:12, 103:1, 103:2, 107:9
**Southway** [2] - 47:23, 48:3
**space** [1] - 23:24
**Spark** [1] - 129:7
**Sparks** [1] - 129:12
**speaking** [6] - 2:4, 51:18, 53:20, 60:1, 112:11, 139:23
**specific** [12] - 25:1, 51:4, 51:5, 71:17, 97:14, 104:17, 110:2, 116:7, 116:8, 117:10, 132:1, 147:17
**specifically** [5] - 2:20, 13:4, 47:20, 60:21, 75:18
**spell** [2] - 2:5, 112:12
**spelled** [1] - 33:13
**spend** [1] - 144:1
**spent** [1] - 30:9
**spoken** [1] - 30:17
**spot** [2] - 137:22, 150:6
**St** [1] - 152:7
**stage** [1] - 89:18
**stages** [1] - 86:18
**stair** [1] - 29:16
**stairway** [1] - 29:16
**stand** [8] - 37:25, 38:1, 110:18, 112:7, 135:22, 151:5, 151:7, 151:8
**stand-in** [2] - 37:25, 38:1
**stands** [3] - 67:11, 111:5, 153:17
**Stanley** [3] - 120:12, 120:20, 120:23
**start** [15] - 55:21, 57:7, 67:1, 104:13, 111:2, 128:15, 130:9, 134:2, 136:7, 136:8, 136:10, 137:7, 145:12, 150:25
**started** [12] - 8:9,

11:15, 42:19, 43:8, 98:9, 104:14, 119:5, 128:13, 130:7, 130:10, 148:6, 150:22
**starting** [2] - 54:11, 149:11
**starts** [1] - 130:8
**state** [11] - 2:5, 17:17, 36:6, 76:4, 84:7, 112:12, 113:7, 113:10, 139:12, 143:1, 148:16
**statement** [8] - 67:20, 67:23, 68:3, 81:3, 108:11, 139:9, 139:11, 143:2
**statements** [3] - 28:25, 138:16, 138:21
**STATES** [2] - 1:1, 1:3
**states** [1] - 17:19
**States** [5] - 1:16, 4:24, 113:20, 154:2, 154:5
**station** [1] - 40:21
**statute** [1] - 92:8
**stay** [12] - 20:16, 25:10, 25:12, 34:1, 34:3, 67:6, 83:22, 96:14, 124:22, 131:21, 151:1, 151:7
**stayed** [6] - 29:21, 31:4, 91:10, 91:11, 102:24, 125:14
**staying** [1] - 70:16
**stealing** [1] - 40:4
**stemmed** [1] - 85:19
**stenographically** [1] - 154:4
**stenographically-reported** [1] - 154:4
**stenotype** [1] - 1:25
**step** [3] - 85:18, 110:16
**still** [5] - 59:10, 62:23, 71:13, 88:15, 136:25
**stipulation** [2] - 67:20, 67:23

**stood** [1] - 25:15
**stop** [10] - 4:4, 40:12, 56:9, 56:10, 81:22, 112:3, 114:19, 133:3, 150:21, 150:22
**stopped** [3] - 56:15, 73:23, 73:24
**storage** [3] - 148:22, 148:23, 149:1
**stores** [2] - 43:1, 46:7
**stories** [3] - 60:13, 61:16, 79:8
**story** [1] - 57:9
**street** [1] - 9:20
**Street** [4] - 45:19, 48:1, 149:17, 150:15
**streets** [1] - 9:19
**structure** [1] - 100:7
**stuck** [1] - 57:1
**stuff** [3] - 99:6, 106:13, 135:16
**stuffed** [1] - 39:16
**subject** [1] - 5:10
**subsequent** [1] - 62:11
**subsequently** [1] - 81:1
**substance** [1] - 50:10
**substantial** [1] - 5:13
**suite** [1] - 103:20, 104:7
**Suite** [2] - 45:19, 45:25
**sum** [3] - 43:5, 50:9
**summarize** [1] - 115:17
**summer** [1] - 140:19
**sun** [1] - 16:4
**Sunday** [1] - 143:22
**supermarket** [1] - 30:24
**supplement** [2] - 6:5, 115:14
**Supplement** [5] - 2:23, 3:13, 5:4, 5:16, 115:13
**supposed** [7] -

22:7, 25:1, 33:5, 50:25, 93:10, 134:25, 150:5
**surprised** [1] - 62:7
**surrounded** [1] - 60:11
**surroundings** [1] - 12:12
**sustained** [7] - 18:24, 28:16, 28:23, 29:4, 138:5, 138:7
**switch** [1] - 24:15
**switched** [1] - 23:19
**sworn** [3] - 2:2, 112:9, 112:10

## T

**TD** [1] - 120:4
**Teki** [3] - 23:2, 23:3, 24:9
**telephone** [3] - 45:5, 45:8, 51:15
**temper** [1] - 79:4
**ten** [14] - 39:19, 44:16, 44:18, 67:7, 67:10, 97:18, 97:25, 111:1, 111:3, 132:13, 134:19, 134:20
**ten-minute** [2] - 67:7, 67:10
**Tequila** [2] - 23:2, 82:7
**term** [1] - 72:7
**terms** [15] - 3:21, 5:3, 116:1, 133:12, 136:19, 138:16, 139:11, 139:12, 143:1, 143:5, 144:10, 145:1, 151:17
**testified** [21] - 10:16, 20:18, 29:21, 39:20, 51:5, 61:8, 61:15, 71:13, 71:21, 76:9, 79:11, 90:7, 92:22, 93:6, 97:10, 103:24, 104:25, 107:9, 107:21, 108:11, 109:7
**testify** [2] - 4:7,

90:22
**testifying** [1] - 116:22
**testimony** [18] - 4:10, 6:8, 6:20, 7:7, 67:5, 71:17, 78:7, 78:21, 110:17, 110:20, 116:20, 151:5, 151:23, 151:24, 152:1, 152:10, 152:16, 153:6
**text** [19] - 16:18, 23:6, 23:22, 24:3, 24:9, 32:11, 33:8, 33:9, 45:15, 50:17, 50:18, 50:22, 54:4, 57:14, 58:10, 59:6, 101:17, 110:2
**texting** [1] - 109:25
**texts** [5] - 55:23, 58:11, 58:14, 64:8, 150:19
**THE** [87] - 1:1, 1:1, 1:12, 2:4, 2:7, 2:8, 8:25, 11:19, 11:20, 18:24, 24:4, 28:16, 28:23, 46:19, 46:21, 53:13, 53:15, 58:11, 58:15, 59:9, 59:11, 59:25, 60:3, 61:4, 66:24, 67:4, 67:11, 67:14, 67:19, 68:4, 68:7, 68:12, 81:19, 102:12, 103:14, 103:17, 106:5, 106:17, 106:21, 110:10, 110:13, 110:15, 110:21, 110:22, 110:23, 110:25, 111:5, 112:1, 112:8, 112:11, 112:14, 112:16, 112:17, 113:9, 113:10, 113:11, 113:12, 138:5, 138:7, 138:14, 138:20, 138:25, 139:6, 139:11, 139:17, 140:10, 140:12,

140:14, 142:24, 150:21, 151:10, 151:11, 151:13, 151:17, 151:25, 152:2, 152:4, 152:6, 152:9, 152:12, 152:15, 152:18, 152:23, 153:2, 153:4, 153:15, 153:17
**themselves** [3] - 32:15, 95:13, 95:16
**theory** [1] - 102:5
**thereafter** [4] - 71:5, 75:19, 86:22, 89:10
**third** [2] - 23:21, 111:2
**thousand** [6] - 127:15, 146:2, 146:3, 146:9
**three** [12] - 5:1, 20:17, 29:22, 49:17, 55:23, 57:20, 59:7, 85:5, 90:16, 95:24, 121:19, 149:12
**threw** [1] - 103:22
**throughout** [2] - 73:23
**throwing** [2] - 45:25, 103:21
**Thursday** [4] - 49:11, 49:16, 49:18, 49:20
**timeframe** [4] - 75:17, 83:25, 106:1, 140:7
**timeline** [1] - 80:17
**timing** [2] - 84:14, 108:8
**title** [1] - 115:13
**titled** [1] - 120:7
**today** [4] - 6:20, 7:7, 53:20, 150:23
**together** [4] - 9:14, 72:24, 73:5, 97:6
**tomorrow** [6] - 150:25, 151:5, 151:7, 151:8, 151:9, 153:12
**ton** [3] - 75:7, 75:10, 75:24
**took** [11] - 14:10, 20:18, 40:10,

40:11, 40:17, 42:18, 85:9, 105:21, 106:12, 127:17, 128:3
**top** [9] - 4:5, 40:23, 53:9, 55:21, 57:10, 58:10, 58:21, 125:3, 145:22
**total** [5] - 49:9, 97:11, 121:19, 132:9, 143:23
**track** [3] - 40:3, 48:23, 98:18
**tracking** [9] - 65:11, 108:23, 129:13, 129:15, 129:17, 135:3, 135:6, 135:15, 135:23
**traffic** [3] - 56:9, 56:10, 56:15
**trailing** [1] - 57:12
**transcript** [2] - 154:3, 154:4
**transcription** [1] - 1:25
**transcripts** [2] - 28:12, 28:13
**transferred** [1] - 86:10
**transfers** [4] - 119:21, 119:24, 122:12, 123:3
**transmit** [1] - 48:4
**transport** [1] - 144:3
**trash** [1] - 27:2
**travel** [6] - 44:12, 109:11, 123:10, 123:13, 123:19, 124:5
**traveled** [5] - 24:17, 41:17, 70:11, 109:10, 123:14
**traveling** [2] - 92:23, 125:17
**travels** [1] - 109:14
**tremendously** [1] - 113:2
**trespassing** [1] - 14:7
**trial** [2] - 4:8, 110:17
**TRIAL** [1] - 1:11
**tried** [2] - 75:3, 134:22
**trip** [1] - 18:9,

93:25, 104:25, 105:1, 105:2, 105:3, 124:23, 132:6, 132:20
**trips** [4] - 41:21, 42:17, 42:18, 92:21
**truck** [1] - 50:13
**true** [10] - 81:4, 81:9, 81:10, 82:14, 87:17, 95:16, 98:2, 99:12, 102:3, 154:3
**trust** [3] - 83:7, 128:10, 136:16
**trusted** [1] - 136:12
**trusting** [1] - 136:9
**truth** [3] - 90:5, 115:22, 116:2
**truthful** [5] - 3:16, 4:21, 7:7, 9:23, 87:14
**truthfully** [4] - 3:22, 3:25, 4:7, 4:15
**trying** [4] - 10:15, 80:20, 86:5, 88:10
**Tuesday** [2] - 97:1, 97:2
**turn** [9] - 4:4, 55:20, 64:6, 84:19, 84:22, 85:2, 85:9, 95:20, 114:23
**turned** [3] - 85:6, 86:8, 101:3
**turning** [5] - 54:3, 54:10, 57:10, 108:21, 126:18
**twenty** [1] - 92:16
**twice** [1] - 44:11
**two** [29] - 6:14, 9:19, 12:12, 12:15, 13:7, 17:20, 19:6, 29:11, 32:18, 47:24, 49:12, 54:4, 58:14, 69:24, 71:21, 71:23, 71:24, 103:3, 104:22, 104:23, 111:2, 111:3, 121:18, 126:21, 127:15, 132:12, 141:23, 147:4

**type** [1] - 89:3
**types** [1] - 124:8
**typical** [1] - 96:20
**typo** [1] - 23:14

**U**

**U.S.C** [4] - 3:5, 5:17, 114:18, 154:3
**Uber** [2] - 20:9, 20:19
**ultimate** [1] - 7:4
**ultimately** [8] - 25:10, 25:17, 29:12, 30:11, 33:12, 37:16, 39:20, 107:22
**Ulysse** [6] - 78:7, 117:18, 117:24, 118:1, 118:2, 131:14
**Ulysses** [1] - 78:9
**unaware** [1] - 69:9
**under** [12] - 4:11, 4:14, 4:23, 5:15, 19:9, 49:16, 77:22, 80:8, 125:5, 126:9, 142:25, 143:2
**understood** [2] - 44:19, 105:9
**Union** [1] - 64:4
**UNITED** [2] - 1:1, 1:3
**United** [5] - 1:16, 4:24, 113:20, 154:2, 154:5
**unless** [1] - 29:2
**unoccupied** [1] - 135:20
**up** [160] - 2:16, 4:5, 5:25, 7:16, 9:14, 11:13, 11:14, 15:20, 16:2, 17:4, 17:8, 17:13, 17:16, 18:8, 18:9, 19:1, 19:7, 20:11, 21:12, 21:19, 22:1, 22:3, 22:16, 22:18, 23:20, 24:3, 26:7, 26:8, 27:6, 27:7, 27:12, 28:7, 28:9, 29:17, 30:1, 30:13, 30:15, 31:9, 31:21,

32:16, 33:7, 34:6, 34:9, 35:15, 35:16, 35:18, 35:19, 36:22, 36:25, 37:2, 40:6, 41:2, 41:25, 42:11, 42:22, 42:24, 45:3, 45:4, 46:9, 46:19, 47:10, 48:12, 48:23, 49:6, 49:21, 50:17, 50:25, 51:3, 51:10, 51:12, 51:13, 51:14, 51:21, 51:22, 52:3, 52:4, 52:21, 53:13, 54:2, 54:7, 54:10, 54:24, 55:11, 55:13, 55:21, 57:20, 59:12, 60:18, 60:20, 61:9, 61:11, 61:25, 62:2, 63:13, 63:18, 63:25, 64:5, 64:16, 65:20, 69:9, 71:3, 72:24, 73:7, 77:11, 78:10, 80:24, 83:23, 86:11, 87:10, 91:6, 91:18, 94:18, 96:10, 99:6, 99:20, 100:5, 103:8, 108:11, 108:19, 112:2, 112:18, 113:2, 114:6, 118:16, 118:21, 119:1, 122:11, 123:7, 123:11, 124:20, 128:1, 128:4, 128:7, 129:8, 131:2, 131:3, 131:21, 132:7, 132:12, 132:13, 132:18, 133:15, 133:18, 134:2, 135:6, 135:10, 135:16, 137:20, 144:21, 145:4, 146:19, 150:6, 150:8, 150:11, 150:13, 150:18, 151:1
**ups** [11] - 48:19, 48:20, 48:21, 48:22, 49:9,

65:11, 65:12, 65:14, 76:10, 77:7, 99:11
**USSG** [1] - 5:16
**UTC** [2] - 23:6, 55:16

## V

**vacant** [2] - 35:7, 135:20
**variety** [1] - 70:17
**various** [1] - 39:14
**varying** [2] - 96:14, 100:22
**vehicle** [5] - 16:10, 16:11, 16:13, 60:10, 124:4
**vehicles** [1] - 124:8
**version** [1] - 70:25
**via** [3] - 2:23, 41:10, 135:8
**victim** [1] - 75:19
**video** [16] - 38:23, 40:7, 40:10, 40:14, 40:18, 40:25, 41:3, 104:16, 145:12, 145:25, 146:5, 146:14, 152:1, 152:10, 153:5, 153:8
**videos** [5] - 39:25, 41:4, 41:5, 41:7, 146:10
**violation** [3] - 3:5, 56:15, 114:18
**violent** [1] - 79:4
**visit** [1] - 109:11
**voice** [5] - 17:8, 53:13, 112:18, 113:1, 135:10
**voices** [1] - 82:3
**voluntarily** [1] - 95:20
**vouch** [1] - 148:19
**vs** [1] - 1:4

## W

**wait** [5] - 25:8, 29:11, 93:17, 135:4, 150:13
**waited** [2] - 26:6, 119:8

**waiting** [1] - 141:25
**wake** [1] - 21:19
**walked** [6] - 14:10, 25:16, 26:7, 27:2, 27:23, 29:16
**walking** [1] - 27:25
**wall** [1] - 153:7
**warrant** [4] - 84:15, 86:16, 91:15
**Washington** [5] - 20:5, 20:10, 47:2, 123:16, 123:18
**watch** [2] - 40:24, 59:1
**watched** [1] - 59:3
**water** [1] - 55:24
**ways** [2] - 35:10, 39:14
**wearing** [1] - 8:21
**week** [13] - 20:17, 29:22, 96:15, 96:20, 128:15, 132:9, 132:12, 132:15, 133:19, 133:21, 133:25, 134:21
**weekend** [4] - 133:19, 134:1, 134:21, 134:22
**weeks** [3] - 83:24, 121:21, 132:17
**weigh** [1] - 100:25
**weighed** [1] - 100:25
**weight** [1] - 101:1
**West** [1] - 45:19
**Western** [1] - 64:4
**white** [1] - 124:2
**White** [2] - 149:16, 150:5
**whole** [5] - 40:23, 51:22, 63:18, 74:1, 127:11
**WIC** [1] - 32:9
**Wick** [2] - 33:3, 33:4
**Wickr** [14] - 32:6, 32:7, 32:11, 32:14, 33:15, 33:17, 41:10, 94:24, 101:17, 101:18, 101:19, 101:20, 101:22, 135:7
**Wickr's** [1] - 95:9

**wife** [8] - 73:10, 73:13, 73:17, 74:5, 74:20, 109:2, 109:5, 109:11
**William** [1] - 151:24
**Williams** [1] - 152:1
**willing** [1] - 128:11
**winding** [1] - 59:12
**winter** [1] - 41:24
**wire** [10] - 119:21, 119:24, 120:2, 120:12, 120:20, 120:25, 121:3, 121:13, 122:12, 123:3
**withdraw** [2] - 43:16, 106:2
**withdrew** [1] - 121:5
**withheld** [1] - 6:7
**WITNESS** [11] - 2:7, 11:20, 53:15, 110:21, 110:23, 112:14, 113:10, 113:12, 140:12, 151:10, 151:13
**witness** [31] - 8:24, 8:25, 58:13, 68:13, 75:8, 79:21, 90:1, 110:18, 111:3, 112:5, 139:18, 151:5, 151:6, 151:8, 151:15, 151:22, 151:25, 152:4, 152:5, 152:7, 152:13, 152:18, 152:21, 152:22, 152:25, 153:2, 153:6, 153:7, 153:8, 153:9, 153:10
**witnessed** [2] - 79:7, 101:10
**witnesses** [1] - 151:20
**woke** [2] - 22:1, 27:6
**woman** [4] - 74:7, 74:9, 76:22, 141:6
**word** [4] - 94:9, 103:21, 143:17,

143:18
**words** [2] - 7:12, 58:1
**workers** [2] - 99:4, 102:7
**workout** [1] - 75:8
**worry** [2] - 55:25, 60:25
**writes** [1] - 55:23
**written** [2] - 98:14, 98:15
**wrote** [2] - 98:17, 98:20

## X

**X7** [1] - 123:25

## Y

**year** [7] - 88:20, 118:4, 122:25, 123:2, 140:10, 140:11, 148:11
**years** [2] - 92:16, 113:15
**yo** [1] - 64:16
**York** [16] - 31:19, 42:17, 42:18, 42:23, 43:1, 43:4, 45:19, 64:7, 97:10, 97:11, 97:12, 97:13, 97:19, 103:9, 103:25
**young** [3] - 20:24, 36:18
**yourself** [14] - 25:19, 51:3, 67:6, 80:10, 84:19, 84:22, 85:2, 85:6, 85:9, 89:6, 98:3, 98:17, 100:4, 151:8

## Z

**Zillow** [2] - 35:12, 35:13
**Zo** [25] - 14:19, 14:20, 15:5, 15:7, 16:1, 37:18, 37:21, 37:23, 38:13, 38:17, 56:2, 56:8, 56:11, 79:19, 93:10, 93:13, 93:15, 93:19, 93:21,

93:24, 100:13, 105:21
**Zo's** [1] - 14:22
**zoom** [7] - 114:13, 120:7, 125:24, 128:21, 129:3, 130:16, 131:5
**zooming** [1] - 23:21

## §

**§** [1] - 154:3