# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * Criminal No. RDB-21-054 |
| **EGHOSASERE IGBINEDION** | * |

\* \* \* \* \*

## DEFENDANT'S CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the defendant, through counsel, Alfred Guillaume III, Esq., who hereby moves this Court to modify conditions of release. In support thereof, he states as follows:

1. The defendant is currently under the courtesy supervision of United States Pretrial Officer Charles Meissler in the Eastern District of Pennsylvania.

2. Officer Meissler does not object to modifying the defendant's condition of release to be converted to a daily curfew to be determined by U.S. Pretrial Services.

3. Pretrial Services Officer Nicholas Luko in Maryland also consents to this modification of the defendant's release conditions.

4. Assistant United States Attorney Sean Delaney does not object to modifying the conditions of release to include a daily curfew.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests an order from the Court modifying his conditions of release to include a daily curfew.

Respectfully submitted,

*Alfred Guillaume*

ALFRED GUILLAUME III, #30117
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Phone: (202-321-0549)
Fax:     (301-812-4254)
Email:  ag3law@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, a copy of Defendant's Motion, was electronically filed in this case to all parties of record.

*Alfred Guillaume*

Alfred Guillaume III, #30017