IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Vs. | * | Criminal Case No. RDB-21-054 |
| **EGHOSASERE IGBINDEION** | * | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment imposed in this action as set forth in open court on SEPTEMBER 14, 2023.

Respectfully submitted

*Alfred Guillaume*
ALFRED GUILLAUME, ESQ. #30117