```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,)
                              )
 4            v.              )   CRIMINAL CASE NO. RDB-21-0054
                              )
 5   EGHOSASERE AVBORAYE-     )
     IGBENEDION              )
 6            Defendant.      )
     _____)

 7

 8
                         Wednesday, June 14, 2023
 9                          Courtroom 5D
                         Baltimore, Maryland
10
                      JURY TRIAL - Volume IV of V
11
         BEFORE:  THE HONORABLE RICHARD D. BENNETT, Senior Judge
12

13   On Behalf of the United States:

14       Sean Delaney, Esquire
         Christine Goo, Esquire
15       Assistant United States Attorneys
         36 S Charles St, 5th Floor
16       Baltimore, MD 21201

17   On Behalf of the Defendant:

18       Alfred Guillaume, Esquire
         350 Connecticut Avenue NW, Suite 308
19       Washington, D.C. 20036

20

21

22

23

24

25          (Computer-aided transcription of stenotype notes)
```

```
 1                              INDEX
           Unites States v. Eghosasere Avboraye-Igbinedion
 2                   TRIAL - VOL IV - June 14, 2023

 3                                                      PAGE

 4   WITNESSES FOR THE GOVERNMENT:

 5   EILEEN RICCI
           Sworn.................................... 10
 6         Direct Examination by MR. DELANEY..................... 10
           Cross-Examination by MR. GUILLAUME.................... 15
 7         Witness Excused....................................... 16

 8   ARLENE GRANT
           Sworn.................................... 16
 9         Direct Examination by MR. DELANEY .................... 17
           Witness Excused....................................... 21
10
     RICHARD PROVOLT (Video Deposition)........................ 22
11
     CHARLES CARPER (Video Deposition)......................... 22
12
     MICHAEL FOWLER
13         Sworn.................................... 23
           Direct Examination on Qualifications by Mr. Delaney... 23
14         Direct Examination by MR. DELANEY..................... 31
           Cross-Examination by MR. GUILLAUME.................... 61
15         Redirect Examination by MR. DELANEY................... 72
           Witness Excused....................................... 73
16
     JOHN MOONEY
17         Sworn.................................... 74
           Direct Examination by MS. GOO........................ 74
18         Cross-Examination by MR. GUILLAUME.................... 89
           Witness Excused....................................... 90
19
     WITNESSES FOR THE DEFENSE:
20
     KAMISHA JONES (Via Zoom)
21         Sworn.................................... 110
           Direct Examination by MR. GUILLAUME.................... 110
22         Witness Excused....................................... 122

23   SPECIAL AGENT JASON BENDER
           Sworn.................................... 126
24         Direct Examination by MR. GUILLAUME.................... 126
           Witness Excused....................................... 128
25
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>INDEX</u>
<u>United States v. Eghosasere Avboraye-Igbenidion</u>
TRIAL - VOL IV -June 14, 2023


PAGE

<u>WITNESSES FOR THE GOVERNMENT</u>:

ADVISEMENT OF THE DEFENDANT............................... 129

CHARGE CONFERENCE........................................ 134

PROCEEDINGS CONCLUDED.................................... 168

```
 1                    P R O C E E D I N G
                  Wednesday,  June 14,  2023
 2                        9:52 a.m.

 3

 4         THE COURT:  I understand there's some issues we need

 5  to address before the jury comes in; is that correct?

 6         MR. GUILLAUME:  Yes, Your Honor.  Good morning.  I

 7  have raised some issues with the government this morning and so

 8  I apologize for the delay.

 9         THE COURT:  That's all right.

10         MR. GUILLAUME:  We're trying to work out a couple of

11  things, but I think --

12         THE COURT:  Good morning, Mr. Igbinedion.  You may be

13  seated.  You may be seated.

14         THE DEFENDANT:  Good morning, sir.

15         MR. GUILLAUME:  One thing that -- I think we're

16  working on a resolution of one thing which wouldn't be until

17  later this afternoon, so I think I'll leave that until later if

18  that's okay.

19         MR. DELANEY:  Sure.

20         MR. GUILLAUME:  The only other thing, Your Honor, is

21  that in light of Ms. English's testimony yesterday, reviewing my

22  notes last night, conferring with my client, there is a witness

23  that was identified in the voir dire who has given grand jury

24  testimony who I believed was local.  It wasn't my witness but it

25  was a witness -- her name was included.
```

 1                THE COURT:  Okay.

 2                MR. GUILLAUME:  It's not local, she's -- in fact, her

 3    name is Kamisha Jones.  She's, in fact, based in Florida.

 4                THE COURT:  Okay.  Who is this person?

 5                MR. GUILLAUME:  Now I have -- Kamisha Jones is an

 6    ex-girlfriend of Mr. Ulysse.

 7                THE COURT:  Okay.  Hold on one second.  Wait a minute.

 8    And you indicate that she was listed not necessarily as a

 9    witness by either you or the government, but her name was listed

10    on the -- previously on the voir dire; is that right?

11                MR. GUILLAUME:  Briefly on the voir dire.  I honestly

12    didn't know if the government was calling her or not.

13                THE COURT:  I'm just looking at the voir dire.  Hold

14    on one second.  Kamisha Jones, yes.  We asked if anyone knew

15    Kamisha Jones.

16                MR. GUILLAUME:  I never talked with them about this

17    previously because, I guess, the testimony had to shake out a

18    certain way.  And I just assumed, potentially, that they never

19    told me they were going to call her but I assumed maybe they

20    would.  She is, in fact, based in Florida.  In light of Ms.

21    English's testimony, I am considering calling her as a witness

22    myself, but there are obvious logistical concerns that we have.

23                THE COURT:  Yeah.

24                MR. GUILLAUME:  My investigator is attempting to

25    locate her.  We don't have -- her contact information was not

```
1   provided --
2           THE COURT:  Okay.
3           MR. GUILLAUME:  -- to us so we are attempting to
4   locate her now.
5           THE COURT:  Did she give grand jury testimony?
6           MR. GUILLAUME:  She did give grand jury testimony.
7           THE COURT:  Then she would have listed her home
8   address, and the government had access to her to call her as a
9   grand jury witness, so the government obviously knows how to get
10  ahold of her.
11          MR. GUILLAUME:  I think they don't want to necessarily
12  give it.
13          THE COURT:  Mr. Delaney, the government called Kamisha
14  Jones as a grand jury witness?
15          MR. DELANEY:  Yes, Your Honor, that's correct.
16          THE COURT:  So you obviously have contact information
17  for her?
18          MR. DELANEY:  That's, correct Your Honor.
19          THE COURT:  And then the government will give you that
20  information.  Or the government can make contact this morning.
21  It's -- they've got -- the government has a cell phone number,
22  an email address.  There are ways the government can contact
23  Kamisha Jones, and I'll instruct the government to contact her
24  immediately this morning.
25          MR. GUILLAUME:  Thank you, Your Honor.
```

```
 1          I do want to serve her.  I can work on getting a
 2   process server to serve her in Florida once we get that
 3   information.
 4          THE COURT:  Well, I think we can cut right to the core
 5   of this.  If we locate her, we will take -- it seems to me that
 6   if you have issues with respect to getting her up here, it seems
 7   to me -- in the same fashion we had Rule 15 deposition notices,
 8   we can just depose her by telephone as was done with some of the
 9   victims in this case.
10          MR. GUILLAUME:  That's another compromise that I would
11   be okay with.
12          THE COURT:  Okay.  And that's fine.  And I don't see
13   any difficulty, one, with contacting her.  Pretty confident if
14   the government wanted to contact her and call her as a witness,
15   they'd be able to contact her, so the government can contact her
16   at my request, and we can arrange for a telephone, Rule 15
17   examination on the telephone, just as was done with some of the
18   victims in this case.
19          Any reason why that can't be done from your point of
20   view, Mr. Delaney?
21          MR. DELANEY:  Your Honor, the government will comply
22   with the Court's order to contact the witness and will not
23   object to the defendant's motion if he so chooses.
24          THE COURT:  This is a motion for a Rule 15.  I think
25   it's -- if I'm not mistaken, Rule 15 was the rule that we
```

06/14/2023 Igbinedion                                              8

1  proceeded under here, and we can do the same thing and you all

2  can conduct an examination of her.  You all have to figure out

3  when we're going to do it, because we're right on schedule with

4  this trial, and do it accordingly.  That's fine.

5         So the government will get on this right away and

6  we'll find out during the break later this morning the

7  government's success or lack thereof.  And it may be that I get

8  her on the telephone here on the record and indicate that we

9  need to have her just sit for a Rule 15 deposition, video

10 deposition.

11        MR. GUILLAUME:  Thank you, Your Honor.

12        And just as far as a logistical thing, I know the

13 government plans to probably conclude today, if not before the

14 end of the day, and then the defense would have their time to

15 put on the case.

16        THE COURT:  Yeah.

17        MR. GUILLAUME:  I'm hopeful that we can get it -- I

18 don't want the Court to think that I'm delaying anything, but

19 this is specifically in light of Ms. English's testimony

20 yesterday, that is why --

21        THE COURT:  That's fine.  No problem.  You don't have

22 to explain to me why, that's perfectly fine and we'll do it that

23 way.

24        What other issues do we have?

25        MR. GUILLAUME:  We have one, I think we're going to

 1   come to a resolution on, Your Honor.  I think we probably will

 2   be able to get there.

 3            THE COURT:  That's fine.  That's one issue we've dealt

 4   with, and we'll deal with it accordingly.  So thank you all very

 5   much.  And with that, we're going to bring the jury in here.

 6   And the first witness here is going to be -- as I understand it

 7   the first witness is going to be Eileen Ricci.  Eileen Ricci

 8   will be the first government witness here.

 9            Government ready for us to bring the jury in?

10            MR. DELANEY:  We are, Your Honor.  Thank you.

11            MS. GOO:  Yes, Your Honor.

12       (Jury entered the courtroom at 9:58 a.m.)

13            THE COURT:  Good morning, everyone.  Sorry to keep you

14   waiting again.  We did have another preliminary evidentiary

15   matter that may involve the matter of a videotape of another

16   witness, and so we have to address that, but that's why we had

17   you sitting back there.  So thank you all very much.  You all

18   may be seated.

19            And with that, we're ready to continue with the

20   government's case and the next witness will be Ms. Eileen Ricci.

21            MR. DELANEY:  Thank you, Your Honor.

22            THE COURT:  Good morning.  We'll have you come over

23   here, please, and we'll have you be sworn.  Thank you.

24            THE CLERK:  Your Honor, may I hand her the mic?

25            THE COURT:  That's perfectly fine.

1          Thank you very much.

2          Good morning, ma'am.  And you'll swear the witness,

3  please.

4      (EILEEN RICCI, duly sworn.)

5          THE CLERK:  While speaking clearly into that

6  microphone, can you please state your full name and spell your

7  last name for the record?

8          THE WITNESS:  Eileen Ricci.  Ricci is R-i-c-c-i.

9          THE CLERK:  Thank you.

10          THE COURT:  You may proceed, Mr. Delaney.

11          MR. DELANEY:  Thank you, Your Honor.

12                        DIRECT EXAMINATION

13  BY MR. DELANEY:

14      Q.  Good morning, Ms. Ricci.  Where are you from?

15      A.  I'm from Port St. Lucie, Florida.

16      Q.  And how long have you lived there for?

17      A.  A little over 21 years.

18      Q.  And if you don't mind my asking, how old are you?

19      A.  Okay.  75.

20      Q.  And are you married?

21      A.  I'm a widow.

22      Q.  I'm sorry to hear that.  When did your husband pass?

23      A.  My husband passed away July 25th, 2021.

24      Q.  And what was his name?

25      A.  His name was Salvatore Ricci.

1    Q.    And can you tell us a little bit about him?

2    A.    Well, he was a marine, Italian, born in Brooklyn, New

3    York.

4    Q.    What was his occupation?

5    A.    He had a lawn business.

6    Q.    At the time he passed was he still employed or was he

7    retired?

8    A.    He was retired.

9    Q.    Do you have any children, ma'am?

10   A.    I have two.

11   Q.    And any grandchildren?

12   A.    I have six grandchildren, five great grandchildren,

13   and number six is on its way.

14   Q.    Congratulations.

15         Ma'am, did there come a time in 2018 where you and

16   your husband became victims of a fraud?

17   A.    Yes.

18   Q.    Can you tell us what happened?

19   A.    Well, I guess it was like eleven o'clock in the

20   morning, ten, eleven o'clock.  My phone rang, I answered it.  A

21   young man told me that he was a detective and that my grandson

22   had been arrested on drug charges.

23   Q.    Which grandson was it?

24   A.    My granddaughter Jessica's husband.

25   Q.    So was the husband -- so your granddaughter's name is

1   Jessica, and it was her husband?

2       A.   Right.

3       Q.   And what's his name?

4       A.   His name was Gurken.

5       Q.   Is that spelled G-u-r-k-e-n?

6       A.   Yes.

7       Q.   Gurken?

8       A.   Yes.

9       Q.   Okay.  So what did the caller tell you about your

10  granddaughter's husband Gurken?

11      A.   That he requested that we do not say anything to

12  Jessica, that he didn't want her to know and that his bail was

13  going to be $7,000.  And if we got it to the judge by 9:30 the

14  next morning he would be released from jail and charges would be

15  dropped for $7,000.

16      Q.   So what did you do?

17      A.   7,000 to make a decision like that on my own was a

18  little much, so I got my husband on the extension and my husband

19  spoke to the young man.

20      Q.   And you were both on the call at the time?

21      A.   We were both on the phone.

22      Q.   Okay.

23      A.   The young man repeated the same thing and told us how

24  to get the money to him.  We were to get $7,000 in one hundred

25  dollars bills, put a hundred dollars between each page of a

1  magazine, put the magazine in a brown bag and then mail it,

2  FedEx it down to him.

3      Q.   So what did you do?

4      A.   Well, my husband agreed to it so I went to the bank

5  and got $7,000 in one hundred dollars bills.

6      Q.   So you went to the bank and got $7,000 in one hundred

7  dollars bills.  And then what happened next?

8      A.   I went home and proceeded to put the money in the

9  pages of a magazine.

10     Q.   Do you remember what kind of magazine it was?

11     A.   I believe it was Better Homes & Garden.

12     Q.   Okay.  And after you packaged up the one hundred

13 dollars bills what did you do next?

14     A.   I put it in a brown envelope and my husband and I

15 proceeded to go send it off.

16     Q.   And did anything happen on the way to try and send it?

17     A.   Yeah.  I had a car accident.

18     Q.   Okay.  So you got in a car accident on the way to

19 sending the package?

20     A.   Yes.

21     Q.   I'm going to put up on the screen -- nonetheless, the

22 package was ultimately sent, right?

23     A.   Yes.

24     Q.   Let's put up on the screen Government's Exhibit 45.

25 Can you read for us -- let's -- first off, is that your

1    husband's name there that I just circled?

2         A.    Yes.

3         Q.    And the recipient, can you read for us the recipient?

4         A.    Jordan Hall.

5         Q.    Attention?

6         A.    Yes.  Joseph Brown.

7         Q.    Can we blow that up a little?  A little bit,

8    Mr. Kerrigan.  Thanks very much.

9               And who was Joseph Brown again?

10        A.    He was supposed to be the judge, I believe.

11        Q.    Judge Joe Brown?

12        A.    Judge Joe Brown.

13        Q.    And the address?

14        A.    Was Fort Lauderdale.

15        Q.    What specific address?

16        A.    I think it was 10580 Northwest 29th Manor.

17        Q.    Okay.  And the date of delivery down here?

18        A.    Was 7/7/2019.  '18.

19        Q.    What happened after you sent the mail?  After the

20   mailing was sent what happened next?

21        A.    Well, the very next day I ended up in the hospital.

22        Q.    Okay.  Did you subsequently learn that your

23   granddaughter's husband had not been incarcerated?

24        A.    Yes.  I consequently learned that my grandson and my

25   granddaughter were in California at Disney World.

1    Q.   And did you subsequently learn that your husband

2    actually reached out to the recipient of the package?

3    A.   Yes, I did.  My husband called and told me that he

4    did.

5    Q.   Okay.

6         MR. DELANEY:  Court's indulgence.  Nothing further at

7    this time, Your Honor.

8         THE COURT:  Thank you very much, Mr. Delaney.

9         Cross-examination, Mr. Guillaume.

10        MR. GUILLAUME:  Yes, Your Honor.

11                    CROSS-EXAMINATION

12   BY MR. GUILLAUME:

13   Q.   Good morning, ma'am.

14   A.   Good morning.

15   Q.   Ma'am, I just have a couple of questions for you.

16   First, congratulations on your latest grandchild, or great

17   grandchild.

18   A.   Great grandchild.

19   Q.   And the person that you spoke with back then, did they

20   know the names of all of your family members?

21   A.   Yes.  Yes, they did, which kind of made me think that

22   they were telling the truth because they knew -- because

23   everybody called my grandson G because of his last name, his

24   name being difficult.  But they knew his name and could

25   pronounce it the right way and -- it kind of made me feel like

 1   they knew what they were talking about.

 2        Q.   Right.  Thank you, ma'am.  I don't have any other

 3   questions for you.  Thank you for coming.

 4             THE COURT:  Thank you very much, Mr. Guillaume.

 5             And thank you Mrs. Ricci, you may step down now.

 6   We'll assist her to getting back to her wheelchair if you can.

 7             Thank you, Ms. Goo.

 8             And you should not discuss your testimony with anyone

 9   in the unlikely event you're called back to the witness stand to

10   testify.  Thank you very much.

11             THE WITNESS:  Thank you, Your Honor.

12             MR. DELANEY:  And the government's next witness?

13             THE COURT:  It'll be Arlene Grant; is that correct?

14             MR. DELANEY:  Thank you, Your Honor.  Thank you, Ms.

15   Grant.  If you'll come forward here over the to Clerk's desk to

16   be sworn.  Thank you very much.

17        (ARLENE GRANT, duly sworn.)

18             THE CLERK:  While speaking clearly into the

19   microphone, can you please state your full name and spell your

20   last name for the record?

21             THE WITNESS:  Arlene Grant.  Last name G-r-a-n-t.

22             THE CLERK:  Thank you.

23             THE COURT:  You may proceed, Mr. Delaney.

24             MR. DELANEY:  Thank you, Your Honor.

25                          DIRECT EXAMINATION

1    BY MR. DELANEY:

2        Q.    Good morning, ma'am.  Where are you from?

3        A.    Fort Lauderdale, Florida.

4        Q.    And what do you do for a living?

5        A.    I am a -- I own a nursing school.  I'm a CO of a

6    nursing school.

7        Q.    And are you a nurse practitioner?

8        A.    I am also a nurse practitioner with a doctorate

9    degree.

10       Q.    How long have you been a nurse for?

11       A.    About -- maybe about 30 years.

12       Q.    And usually I try not to ask this question in court,

13   but I think it's relevant to the proceeding here.  Can you give

14   us the address at which you reside?

15           MR. DELANEY:  And perhaps we could seal this portion

16   of the record after the fact?

17           THE COURT:  Yeah, that would be fine.  That would be

18   fine.

19           THE WITNESS:  ███████████████████████████████

20   ███████████.

21   BY MR. DELANEY:

22       Q.    I want to draw your attention to the date of July 7th,

23   2018.  Do you remember that date?  Can you tell us what happened

24   on that date?

25       A.    Okay.  On that day I received -- I actually picked up

1    an envelope at my front door.

2         Q.    And how was the envelope delivered?

3         A.    I'm sorry?

4         Q.    How was the envelope delivered?

5         A.    I think it was -- it was in a packet.  I think it was

6    delivered by UPS; I think.

7         Q.    Okay.

8         A.    Yeah, I picked up an envelope.  And that's -- and I

9    looked on the envelope it has -- it had a name on it but my

10   address.  The name, as I can recall, it says Judge Joe Brown.

11   And I went -- I looked at it, it said important, must be

12   delivered today.  So I got a little concerned, and I looked at

13   the return address and there was a telephone number, so I called

14   that person to say, you know, we don't have anybody at my

15   address by that name; however, you know, how can I help you with

16   this and that it's so important.

17              And the person said please hold onto it for me.  And

18   the address actually was in -- to be -- the return address was

19   in Port St. Lucie.  So I said that if you want, I'm seeing my

20   mother in a few days, I can deliver it, take it back to you.

21   And the person said please hold onto it and --

22        Q.    So then what happened next?

23        A.    Shortly after I got the call, there was a knock on my

24   door and a young man came to the door and said, you know, a

25   package was delivered at my address for him.  And I questioned

1  him.  I asked him why are you -- you know, I asked him what his

2  name was and I -- and I asked him why do you have a package

3  being delivered to my house?  And, you know, and he said my kids

4  gave him permission to do that.

5        He also said that -- I said what's in the package,

6  because I didn't know what was in it.  He said it's transcripts

7  that were in the package.  I -- I -- like a few minutes later,

8  the person who I called asked me not to give the packet to the

9  person that's at the door.  And, you know, I was holding the

10  packet, the young man was holding the packet.  He said let me

11  see what it's saying, and then he grabbed it and actually ran.

12        I ran after the car and I asked -- I was saying give

13  me the packet, it's not yours, but he drove away.  And, you

14  know, I then got a call from the Port St. Lucie Police and --

15  who said please call the Sunrise Police.

16      Q.   Okay.  And subsequent to this were you asked to review

17  a series of photographs to consider with regard to who was the

18  person who took the package from you?

19      A.   Yes, I was.

20      Q.   Can we put up Government's Exhibit 50 on the screen.

21  And can we click through the pages of this and flip through them

22  once slowly?

23        Did you ultimately select one of these photographs?

24      A.   Yes, I did.

25      Q.   Okay.  If we can skip forward to page -- let's start

1    at page 2.  And page 3.  Okay.  And we can move forward,

2    Mr. Kerrigan.

3            It appears -- what are we looking at on the screen

4    right now?

5        A.   Circle -- well, on somebody's face with a circle and I

6    have yes and my initials and the date.

7        Q.   And who circled and wrote initials on that page?

8        A.   I did.

9        Q.   Okay.  And what's the date?

10       A.   8/8/2018.

11       Q.   And just so we can -- can we scroll through to see if

12   there are additional pictures there as well?

13           And, of course, we're looking at other pictures.  Are

14   those your initials writing no behind the other pictures?

15       A.   Correct.

16       Q.   Okay.  The individuals you spoke with on the phone

17   that day, can you tell us anything about whether it was a male

18   or a female and anything about the age?

19       A.   It was a male, older, sounded older; like an older

20   person, like maybe 70s, 80s.

21       Q.   Okay.

22           MR. DELANEY:  No further questions, Your Honor.

23           THE COURT:  Thank you, Mr. Delaney.

24           Cross-examination Mr. Guillaume?

25           MR. GUILLAUME:  No, Your Honor.

1            Good morning, ma'am.

2            THE COURT:  Thank you very much, Ms. Grant, you may

3    step down.  You should not discuss your testimony with anyone in

4    the unlikely event you're called back to the witness stand.

5    You're excused.  Thank you very much.

6            THE WITNESS:  Thank you.

7            MR. DELANEY:  Your Honor, what we would like to -- go

8    right ahead.

9            THE COURT:  Next witness will be, as I understand it,

10   Mr. Richard Provolt and that's by video?

11           MR. DELANEY:  Yes, Your Honor.  And following that

12   witness we'd like to go ahead and play the other video for

13   Mr. Carper as well.  That's actually a better order than I

14   thought.

15           THE COURT:  So you want to go with Carper first or

16   Provolt first?

17           MR. DELANEY:  Mr. Provolt is fine.

18           THE COURT:  We have Provolt going next, we'll proceed

19   with that.  How long is this video deposition?

20           MR. DELANEY:  Between 10 and 15 minutes.

21           MS. GOO:  Mr. Provolt is 15 minutes; Mr. Carper is 12

22   minutes.

23           THE COURT:  Okay.  You were going to call FBI agents

24   afterwards, before Mr. Carper, but you're going to go -- you're

25   going to have Mr. Provolt and then Mr. Carper, right?

```
1              MR. DELANEY:  Mr. Provolt, Mr. Carper, and then we'll
2   proceed in the order we were going.
3              THE COURT:  That's fine.  That's fine.
4              You're now playing deposition video of Richard
5   Provolt, Government's Exhibit 6.  And is there a deposition
6   transcript of Mr. Provolt that you're going to be distributing
7   to the jury or not?
8              MR. DELANEY:  We have made the determination not to do
9   so.
10             THE COURT:  The jury can listen attentively and this
11  is Government's Exhibit number 6.
12        (Video deposition of Richard Provolt was played.)
13             THE COURT:  Alternate Juror No. 1, we are trying to
14  get you a glass of water.  Are you okay?
15             ALTERNATE JUROR NO. 1:  Yes.
16             THE COURT:  Next witness, Mr. Delaney.  Next video
17  we're going to see is Victim Carper; is that right?
18             MR. DELANEY:  That's correct, Your Honor.
19             THE COURT:  Charles Carper.
20             MR. DELANEY:  For the benefit of the record, this
21  video will be Exhibit 4.
22        (Video deposition of Charles Carper was played.)
23             THE COURT:  Thank you, counsel.
24  And with that, next witness, as I understand it, is going to be
25  Special Agent Michael Fowler of the FBI; is that right?
```

1          MR. DELANEY:  Yes, Your Honor.  Thank you.

2          THE COURT:  Agent Fowler, if you'll come forward,

3     please, sir, and be sworn.

4          THE CLERK:  Remain standing and raise your right hand

5     for me, please.

6      (MICHAEL FOWLER, duly sworn.)

7          THE CLERK:  While speaking clearly into the

8     microphone, can you please state your full name and spell your

9     last name for the record?

10         THE WITNESS:  Michael Fowler, F-o-w-l-e-r.

11         THE CLERK:  Thank you.

12         MR. DELANEY:  May I proceed, Your Honor?

13         THE COURT:  Yes, you may.

14              DIRECT EXAMINATION AS TO QUALIFICATIONS

15    BY MR. DELANEY:

16     Q.    Good morning.  Can you tell us what you do for a

17    living?

18     A.    Yep.  I'm a special agent with the Federal Bureau of

19    Investigation.  I'm currently assigned to the Cellular Analysis

20    Survey Team name known as CAST, spelled C-A-S-T.

21     Q.    Can you tell us a little bit about your educational

22    background?

23     A.    Sure.  I have Bachelor's of Arts from American

24    University, and masters of science from the University of

25    Maryland, University College.

06/14/2023 Igbinedion Direct Qualifications Fowler

```
 1        Q.    Do you have -- what's your masters in science in?

 2        A.    Cyber security.

 3        Q.    Do you have any other job experience?

 4        A.    Yes.  So prior to becoming a special agent with the

 5   FBI I was employed as an intelligence analyst with the Federal

 6   Bureau of Investigation.  I worked at FBI headquarters where I

 7   was assigned to the cyber division.  So I worked what we called

 8   going dark initiative, which was a lot of encryption issues.

 9              Also during my time with the FBI I served as an

10   adjunct professor at the University of Maryland, University

11   College where I taught the undergraduate cyber security program.

12        Q.    And what point in time did you become a special agent

13   with the FBI?

14        A.    Yes.  So June of 2010 was the intelligence analyst,

15   where I started my employment with that position, and then March

16   of 2016 I converted to the special agent position.

17        Q.    And what were your assignments when you became a

18   special agent?

19        A.    So first and foremost, I went through new agent

20   training in Quantico, Virginia, that's a 20-week program.

21   During that time you're assigned your first office of

22   assignment, which for me was the Baltimore Division.  Once I got

23   to the Baltimore Division, I worked on the Cyber Crimes Squad so

24   I investigated criminal computer intrusions as well as cyber

25   stalking cases.
```

1        After about two years of doing that, I rotated over to

2   the Joint Terrorism Task Force where I investigated national

3   security cases such as homegrown violent extremism.  And then it

4   was at that point, in June of 2019, that I started my training

5   to become CAST certified.  Again, the Cellular Analysis Survey

6   Team.

7        Q.   So what is the Cellular Analysis Survey Team or CAST?

8        A.   To provide three main functions, the first being

9   historical cell record analysis.  So at a minimum, when you make

10  or receive a phone call your cell phone company, whether it's

11  AT&T, Verizon, T-Mobile, or several years ago Sprint, would

12  maintain the date and time that that activity occurred, who was

13  calling who, and then the specific cell tower and the side of

14  that cell tower that was being used to facilitate that activity.

15  So for us in the law enforcement setting, we're able to show the

16  general geographic area that device was when a particular

17  activity occurred.

18        Secondly, we'll do what we call a real-time analysis.

19  So working those same types of records, but typically any an

20  exigent circumstance like a missing child.  So we'll pull those

21  records from providers during that exigent circumstance, and

22  direct an investigative team of where to go locate a device, and

23  ultimately that missing individual.

24        And then the last function we have is providing

25  training on our methodology and practices to federal, state,

1    local, and even international law enforcement.

2        Q.    All right.  Of those three functions I want to focus

3    on one of them today, historical cell record analysis.  Tell us

4    a little bit about historical cell site information.

5        A.    Sure.  So I mentioned, every time you make or receive

6    a phone call, at a minimum your cell phone company is recording

7    the date and time that that occurred, who is calling who, the

8    tower that's being utilized, and the side of the tower that's

9    being utilized and the side of the tower that's being utilized

10   to facilitate that activity.

11            Every carrier maintains that in what's known as a call

12   detail record or CDR.  That's a snapshot of a particular phone

13   number's activity over a period of time, which contains that

14   information as to date, time, originating number, terminating

15   number, tower, and side of the tower.

16            Now, every carrier also maintains what's known as a

17   master tower list.  That master tower list identifies exact

18   latitude and longitude point, where is a tower is located, and

19   then the degree orientation for each side of that tower.

20            Now, each carrier is going to have a unique numbering

21   convention for the towers in their network.  So for Sprint, for

22   instance, if we have Tower 1, 2, 3, 4 in the market of

23   Baltimore, Tower 1, 2, 3, 4 is only going to be located at that

24   latitude/longitude point in Baltimore.

25            And then say we had side one of that tower being

1  utilized, we might have a zero degree orientation on that master

2  tower list.  We then know the exact latitude and longitude point

3  of the tower, and we know the degree that that tower is oriented

4  when that device utilizes that tower.

5        Q.    And so what, specifically, can you do in a law

6  enforcement setting with that information?

7        A.    Yeah, we're going to show the general geographic area

8  that device is in order to connect to that tower and that side

9  of the tower.  So the reason we use that master tower list is to

10 not only do that correlation from the call detail record, but

11 also to show the adjoining towers in the area which allows us to

12 form our opinion as to the coverage of the tower and the side of

13 the tower that is being utilized.

14       Q.    Do you have training in cell record analysis?

15       A.    I do, yes.

16       Q.    What type of training?

17       A.    So to become CAST certified it's a four-course

18 certification program.  I mentioned I started it in June of

19 2019, and that's when I attended the CAST basic course.  So

20 you're learning at a very high level the types of records that

21 are maintained, like that call detail record, by the cell phone

22 companies, and how to do a basic analysis of those records.

23              Every course you're assessed along the way, so if you

24 pass that class, you go on to what's known as the advanced

25 course, where you're working with the same types of records but

1   doing just advanced analytics of those, and also learning how to

2   take your opinions and conclusions based upon your analysis and

3   put it into a formal report, like I've done for my testimony in

4   this case.

5          After that you go on to what's known as the field

6   training exercise, or FTX for short.  I mentioned the example of

7   a missing child, for instance, an Amber alert.  The whole

8   purpose of that FTX is to simulate those high stress

9   environments where you have to work through the records very

10  quickly to ultimately direct an investigative team of where to

11  locate a device and that missing individual.

12         Then last part is our two course certification

13  program, certification course, sorry.  So the first part of that

14  you're learning from professors from the Ford Institute of

15  Technology as to how radio frequency is actually implemented

16  across the globe; so how our phones actually work.  And then

17  you're learning from the cell phone companies themselves.  So

18  Verizon, T-Mobile, as well as AT&T will bring in their network

19  engineers as well as custodian of records and meet with us and

20  discuss their particular companies.

21         So we meet with individuals who produce the records to

22  us under our legal authority, and then we also meet with those

23  engineers who are responsible with deploying the network,

24  maintaining it, and ensuring its operational 24/7/365.  Then the

25  last part of certification is working a case from the ground up

1    and testifying in a moot court scenario.

2            So I started that in June of 2019, completed it in

3    January of 2021 as courses are only offered so often.  But

4    during that time I was working under a mentorship program with

5    the certified CAST asset who was in the Baltimore Division prior

6    to me.  So by the time I completed my certification I had

7    already worked hand-in-hand with him on numerous cases.

8        Q.   Are you familiar with the cellular technologies

9    utilized by major cellular providers in the United States?

10       A.   Yes.

11       Q.   Are you familiar with records kept by providers,

12   specifically Sprint and T-Mobile?

13       A.   Yes.

14       Q.   Do you utilize call detail records and other cellular

15   records related -- other related records to locate devices and

16   ultimately locate people?

17       A.   Yes.

18       Q.   When would you use something like this?

19       A.   So in real-time it's going to be those exigent

20   circumstances like an Amber Alert, Silver Alert for an elderly

21   individual, Green Alert for a service member where there's

22   mental health concerns, or even a fugitive situation.

23       Q.   How many times would you say you've analyzed call

24   record details before?

25       A.   So in total, January of '21, once I started tracking

 1  that number, once I completed my certification, it's been over

 2  400 cases.  Each case has at least one phone, some have upwards

 3  of 12 to 13 at times.

 4         Q.   Have you been qualified as an expert in both federal

 5  and state court previously?

 6         A.   I have, yes.

 7         Q.   How many times have you been qualified in federal

 8  court?

 9         A.   Over three times.  I believe it's four or five times.

10         Q.   And in state court?

11         A.   Over 40 times.

12         Q.   Have you given training in the field as well?

13         A.   I have, yes.

14         MR. DELANEY:  The United States offers Special Agent

15  Michael Fowler in the field of historical cellular record

16  analysis.

17         THE COURT:  Yes.  Is there any voir dire on this Mr.

18  Guillaume?

19         MR. GUILLAUME:  No, Your Honor.

20         THE COURT:  Ladies and gentlemen, let me explain this

21  to you.  Under Rule 702 of the Federal Rules of Evidence,

22  experts may give their opinion on a matter.  Generally witnesses

23  are not allowed to give their opinion.  If one is qualified as

24  an expert, he or she is permitted to give their opinion.  It's

25  still up to you as members of jury to accept or reject that

 1    opinion, but the person is allowed to give an opinion.  It

 2    doesn't mean the court is certifying the opinion, it means the

 3    witness is allowed to give an opinion.

 4           This witness has been qualified under Rule 702 of the

 5    Federal Rules of Evidence as an expert with respect to cellular

 6    phone analysis, and he's permitted to give his opinion.

 7           You may proceed, Mr. Delaney.

 8           MR. DELANEY:  Thank you very much, Your Honor.

 9                      DIRECT EXAMINATION

10    BY MR. DELANEY:

11       Q.   Special Agent Fowler, when I pick up my -- when I pick

12    up my cell phone to make a call, why does a call go through?

13       A.   Yes.  So our phones are constantly connected to the

14    network and taking signal strength and quality measurements.

15    The reason they're doing that is to be able to identify all the

16    towers and all the sides of the tower your device can see at a

17    particular moment.  And so signal strength and quality

18    measurements that allow your device to make a hierarchy list of

19    the best serving cell site.  So that exact moment you want to

20    place an outgoing call to your home or office, your phone is

21    making that decision based upon the tower and side of the tower

22    it has as number one on that list, which is going to be that

23    best signal.

24       Q.   And what determines which cell phone tower you use?

25       A.   Yep.  So it's going to be that signal strength and

1    quality that determines that best serving cell site, and that's

2    typically going to be the tower that you're closest too.

3         Q.    Is it always the closest tower?

4         A.    Not always, but most often it will be.

5         Q.    Okay.  When you make a call, what records does the

6    cell phone company keep?

7         A.    Yep.  So at a minimum it's going to be the date and

8    time that activity occurred, what we consider the originating

9    number, so who initiated the call, who received the call, so the

10   terminating number.  That's typically going to contain the

11   duration of that call, and then it's also going to have what's

12   known as a cell site I've talked about, which is another term

13   for that is cell tower, and that's also going to tell us the

14   sector which is known as the side of that tower.

15        So again, by doing that correlation from that call

16   detail record we know the tower that's utilized, we correlate to

17   the master tower list, we know exactly where that tower is

18   located, we know the side of the tower that's being utilized,

19   and then we see the degree orientation of that side of the

20   tower.

21        Q.    And why do the cell phone companies keep these

22   records?

23        A.    Yes.  So going back, you know, 10, 15 years, I'm sure

24   many of you when you had your first cell phone it was for

25   billing purposes.  So you had data caps, number of texts you

 1  could send, number of minutes you could talk.  Now, obviously,

 2  we're more in the unlimited plans for most of the carriers.  So

 3  being back 10, 15 years it was for billing, to know how much

 4  usage there was of the device.  Now it's more for engineering

 5  purposes.

 6           So, same example of you making that outgoing call to

 7  office or home.  If you're five seconds into that call, that

 8  call drops, you call up your carrier and let them know that

 9  occurred, they're going to want to know the tower and which side

10  of the tower you were -- phone was utilizing in order to

11  troubleshoot that on the network.

12      Q.   Were you asked to conduct analysis in this case?

13      A.   I was, yes.

14      Q.   What specifically were you asked to do?

15      A.   So I was asked to look at several phone numbers

16  related to a number of package deliveries that occurred between

17  2018 and 2019.  So several dates during that timeframe.

18      Q.   And did you complete a report of your review?

19      A.   I did, yes.

20      Q.   I'd like to put up on the screen what's been marked as

21  Government's Exhibit 130.  Is this the first page of your

22  report?

23      A.   It is, yes.

24      Q.   Okay.  We can skip ahead to page 2.  Maybe just move

25  to page 3.

1          What are we looking at here?

2     A.   Yes.  So this just gives you an idea of what cell

3  towers look like.  So whether or not you realized it, cell

4  towers are around us everywhere.  They're what allows our phones

5  to truly be mobile.

6          Is it all right if I mark the screen?

7     Q.   Sure.

8     A.   So on the top left here, what I just drew a line

9  through, that's what you have -- consider a traditional cell

10  site.  It's that large metal pole structure that has these

11  things that look like speakers on the side of it that I just

12  circled, the gray in color.  Those are actually the antennas

13  that are pushing out the radio waves away from the cell site and

14  allowing for that two-way communication between your cell phone

15  and the tower.  So this large metal pole structure is typically

16  what you're going to see driving along the interstate, the

17  Baltimore-Washington Parkway for instance, 695, or 83 if you're

18  going through the city.

19          If you're in the city, in a city environment like

20  Baltimore, you're typically going to have what we have here in

21  the top middle, that I just drew a bracket around, and it's

22  actually the antennas are mounted on the top of the building;

23  whether it's an office building or apartment building.  You can

24  even see they're painted to match the color scheme of the

25  building to just be less noticeable to people passing by on the

 1    street.

 2             And in the city, we also have a lot of what we call

 3    pole toppers that we have here on the top right.  They're meant

 4    to provide very tight, localized coverage to a very densely

 5    populated area.

 6             Some other examples here on the bottom row, they can

 7    be encased in brick on the side of an apartment building, in a

 8    flag pole.  For those of you familiar with Montgomery County,

 9    the intercounty connector, they have an artificial tree that

10    sticks out about 30 feet higher than everything else, that's

11    very noticeable, that's a cell site.  And they can even be in a

12    silo like you have here.  So anywhere you can mount an antenna

13    and run power to can serve us as a cell site.  If you've been to

14    an Orioles game, on top of the Warehouse at Camden Yards has

15    several cell sites.

16       Q.   Let's skip forward to page 4.  And tell us a little

17    bit about sectors and orientations, please.

18       A.   So on the previous slide we just saw every cell tower

19    can look different from one another.  However, a standard cell

20    sight is going to be intended to provide a full circle of

21    coverage around it.  So a circle is 360 degrees.  Now, I

22    mentioned earlier sector and side of the tower.  Well, that

23    tells us that the degree orientation that that side of the tower

24    is being utilized is oriented.  So if we have that full circle,

25    360 degrees, the typical site is going to be broken up in three

1  equal sides.  So if we take 360 degrees, divide that by three,
2  each side is going to be 120 degrees.
3          Now the cell phone carrier can't tell that signal to
4  stop at that exact 120 degree point, so there can be some
5  overlap among adjoining sectors, it could be slightly wider than
6  120, it could be slightly narrower than that design of 120
7  degrees.
8          Think of it if you and your significant other are
9  having a friend over for dinner and there's three of you and
10 you're cutting a pie freehand for dessert.  One slice is going
11 to be a little wider than the other, one slice a little
12 narrower, but if you put that all together it still gives you
13 that full circle, that full pie.
14         Obviously, a cell tower isn't a dessert but it's the
15 same concept.  Side one of the tower could be slightly wider
16 than 120, it could be slightly narrower than that 120, but as a
17 whole, all the sides will give you that full coverage around it.
18 Q.   Move forward to page 5 of Government's Exhibit 130.
19 Explain to us what we're looking at here.
20 A.   So when we display the activity on the map, we use
21 what we call a sector wedge.  So we have the arms and then we
22 have the wedge.  All this is there to denote is the radio
23 frequency as it's leaving that cell site.
24         So you see here, the arrow coming out from the middle
25 of the tower, you see it's pointed at zero degrees.  So in the

1    master tower list this side is identified as zero degrees.  To

2    illustrate that design of 120, we go 60 degrees left, or

3    counterclockwise, and 60 degrees to the right, or clockwise, to

4    again represent that design of 120 degrees, understanding in

5    practicality that it can be slightly narrower than that 120 or

6    slightly wider than that 120.  So this wedge and arm is only

7    there again to denote the radio waves as it's leaving the cell

8    site.  It does not mean that that device is inside of that wedge

9    or inside of these arms.

10       Q.    Let's move forward to page 6 of Government's Exhibit

11   130.  Now, we see an illustration here.  Clear that screen.

12           Tell us how -- tell us what you've done now on this

13   screen.

14       A.    So we use Google Maps as our underlay to again

15   illustrate the general geographic area the device is when a

16   particular activity occurs.  So again, we have the same tower

17   and sector identified here, oriented true north at zero degrees.

18   So we see that activity occurring on this tower and sector.  And

19   then we look at the adjoining towers like we have up here that

20   allows us to form our opinion as to the coverage of the tower

21   that is being utilized at a particular time.

22       Q.    All right.  So I'd like to now turn to page 7 of

23   Government's Exhibit 130.  Were you asked to do a specific

24   analysis on May 7th -- well, May 7th, 2018, at 7:26 a.m.?

25       A.    Yes, as it relates to a FedEx delivery.

 1      Q.    And can you tell us the phone number that you were
 2  reviewing?
 3      A.    Yep.  It's (754) 209-9560, which was served by Sprint.
 4      Q.    Okay.  If we can put up on the screen -- and what is
 5  the address that we're looking at?
 6      A.    Yep.  2645 Acapulco Drive in Miramar, Florida.  So as
 7  we go through these subsequent slides, you'll see them blown out
 8  in the time periods I was asked to analyze.  So each date is
 9  going to be separated by a cover sheet like you see here.
10      Q.    All right.  Let's start -- let's put up on the screen
11  Government's Exhibit 138 and move -- thank you -- and move to
12  page 2.  Thank you.  And looking down at account 9, do we see
13  that same phone number there ending in 9560?
14      A.    Yes.
15      Q.    And can you read the username for us?
16      A.    Yeah.  I might be pronouncing it incorrectly, but
17  Eghosasere Avboraye.
18      Q.    Thank you.  We can take down Government's Exhibit 138.
19  And can we put up what's been previously admitted as
20  Government's Exhibit 56?  And if you're able to, are you able to
21  read -- or do you want me to -- there we go.  Thank you,
22  Mr. Kerrigan.
23            What is the recipient address here?
24      A.    The recipient address is 2645 Acapulco Drive, that's
25  listed as Hollywood, Florida.

1        Q.   And the date?  The date of delivery I'm sorry.

2        A.   5/7/2018 at 7:26.

3        Q.   Okay.  All right.  Now, let's go back to Government's

4   Exhibit 130, and turn to page 8.  All right.  Tell us what we're

5   looking at here.

6        A.   Yes.  This is sort of the lay of the land for the

7   Sprint cell network down in Miramar, Florida area.  You can see

8   where Miami is toward the bottom of the screen where I just

9   underlined.

10            So each of these black dots represented here is a

11  Sprint cell site in Sprint's network.  So it's either one of

12  those large metal pole structures on the side of the building, a

13  flag pole, an artificial tree.  That's what each one of these

14  black dots represents.

15            And then we have the location of interest, which is

16  the red pin here in the center of your map which I just circled,

17  that represents 2645 Acapulco Drive in Miramar, and that's where

18  the FedEx delivery occurred on May 7 of 2018 at 7:26 a.m.

19       Q.   And if we can move forward to page 9.  What is

20  reflected in this map?

21       A.   Yep.  So it reflects really the first page of my

22  analysis as it relates to the activity of phone number

23  (754) 209-9560.  So we're seeing the activity here for about a

24  seven-and-a-half-hour time period.

25            So to kind of orient yourself, each slide in the top

1  right is going to have the number that the records reflect,

2  shown here.  And then the bottom left is going to be a time

3  period for which those records are included in.  So you see

4  here, we're looking at a seven and a half time period from

5  midnight to just prior to 7:30 a.m.  We're seeing activity of

6  two cell sites at that time oriented to the right of your

7  screen.

8          So we're seeing, particularly here, cell site 7737,

9  which is right here, being utilized between 12 a.m. and 7:29

10  a.m.  So one thing we always look at for our analysis is the

11  context of the records.  So you see between 12 a.m. and 7:25

12  a.m. the device is always using side two of the tower.  That's

13  denoted by the 2 here in the sector wedge.  So it's using the

14  side of this tower that's oriented in a southeastern direction.

15          After that, 7:27, we see a series of three outgoing

16  calls that are placed now on the tower that's slightly further

17  southeast from the one that was being utilized just prior to

18  this time.

19          And then after that, 7:29 a.m., we see side one of

20  this tower now being utilized.  So between this 7:25 and 7:29

21  a.m. this is activity that's indicative of the device starting

22  to move away from the area that it was prior to that time.

23      Q.   Now let's move forward to page 10.  What do we see

24  here?

25      A.   So we're picking up with the record that we just left

1   off on the previous slide at 7:29 a.m.  So that's side one of

2   this tower oriented toward the north.  And we're seeing

3   subsequent activity which is outgoing calls, incoming calls,

4   moving into the direction of our Acapulco Drive address.

5          So I should have mentioned when you see an OC that

6   denotes outgoing call, when you see an IC that denotes an

7   incoming call, and the number reflected is who that device is in

8   contact with.

9   Q.   And so we see movement on various different cell

10  towers; is that right?

11  A.   Correct.  So between 7:29, as you see here -- just

12  underlined again -- and 7:35 a.m., this is all activity that's

13  consistent with the device moving toward the area of Acapulco

14  Drive.  Again, that red pin.

15  Q.   And let's move forward to the next page.  What do we

16  see here between 7:35 and 7:56 a.m. on May 7th, 2018?

17  A.   Yep.  So about a 21-minute time period here.  We're

18  seeing the activity of two towers that's consistent with the

19  area of 2645 Acapulco Drive in Miramar.  Again, that red pin.

20  Q.   Okay.  And what, if anything, can you learn from two

21  cell towers on two different sectors of one cell tower being hit

22  at a similar time period?

23  A.   Yes.  So when we see side two of the tower being

24  utilized, again, that's where we left off on the previous slide,

25  and then 7:36:54 we're seeing side three of the tower.  The

06/14/2023 Igbinedion Direct Examination of Fowler

1   device likely moved from that side of the tower to the other

2   side of the tower as it's now using a different side of it.

3        Q.   Okay.  Let's move forward to the next page of

4   Government's Exhibit 130.  And what specific analysis is being

5   done here?

6        A.   So now we're looking at a different date.  This is

7   July 7th of 2018, related to a FedEx delivery that occurred on

8   that day at 8:19 a.m. to an address in Sunrise, Florida 10580

9   Northwest 29th Manor.  And we're looking at the phone number

10  (754) 209-9560.

11       Q.   And that's the same phone number we were just looking

12  at?

13       A.   Correct.

14       Q.   Okay.  Regarding this address, I'd like to put up

15  what's been admitted as Government's Exhibit 45.  Can you read

16  for us the recipient address here?

17       A.   10580 Northwest 29th Manor.  It's identified as Fort

18  Lauderdale, Florida.

19       Q.   And the delivery timestamp?

20       A.   7/7/2018 at 8:19.

21       Q.   Okay.  Let's go to back to Government's Exhibit 130,

22  page 13, okay.  And what do we observe here?

23       A.   So again, it's a layout of the Sprint Network in the

24  Fort Lauderdale area of Florida.  We're seeing the red pin,

25  which I'm circling, that represents the 10580 Northwest 29th

1   Manor address.  And again, every black dot you see is a Sprint
2   cell site in that area.
3        Q.   Okay.  And move forward to the next page.  What do we
4   observe here on this page?
5        A.   So we're looking at the activity just after 8 a.m. on
6   July 7th of 2018.  So 8:18 a.m. through just prior to 9 a.m. at
7   8:51 a.m.  We're seeing the activity begin to the tower I'm
8   going to circle here at 8:18, 8:18:55, oriented in a
9   southeastwardly direction.
10        And then between 8:29 and 8:51 a.m. we see the cell
11   tower being utilized here, in the general area of our red pin.
12   Again, that 10580 Northwest Manor address in Sunrise, Florida.
13        So between 8:18 --
14        Q.   I apologize.
15        A.   -- the device had moved from this area oriented
16   southeasterly, and then moved west toward the area of our red
17   pin.
18        Q.   So at 8:18 the device was hitting off that cell tower,
19   correct?
20        A.   Correct.  The device would be on the southeastern side
21   of this tower.
22        Q.   And the delivery is what time?
23        A.   8:19 a.m.
24        Q.   And then ten minutes later the device is hitting on
25   this side of that cell tower?

1    A.    Correct.  That's the first activity on that tower,

2  8:29:26 a.m.

3    Q.    Okay.  Let's move forward to page 15.  What analysis

4  is being performed here?

5    A.    So now we're looking at delivery that occurred in

6  Maryland on January 12th of 2019, at 9:54 a.m. at 314 Southway.

7  And you see here now we're looking at three specific telephone

8  numbers.  So (786) 213-5821 belonging to Sprint.  This number

9  ending 7610 T-Mobile, and the number ending in 0771 belonging to

10  T-Mobile.

11        The colors you see denoted here are just meant to be a

12  color denotation as we move forward through these next few

13  slides.  So when you see black, for instance, that refers to the

14  phone number 5821.  When you see blue, 7610, and so forth.

15    Q.    Let's put up Government's Exhibit 138, again page 1.

16  Right here, do you see the phone number in green?

17    A.    Yes, (754) 304-0771.

18    Q.    What's the user name?

19    A.    David Green.

20    Q.    Okay.  And looking at page 3 of this exhibit, under

21  account 16, what's the user name associated with phone number

22  (202) 807-7610 in blue?

23    A.    Medard Ulysse.

24    Q.    Okay.  Now I'd like to put up Government's Exhibit 80

25  which has been previously admitted as Government's Exhibit 80.

1   And you see this contact?  What's the title of this contact?

2        A.    Ghost.  And then I believe it's an emoji.

3        Q.    And the phone number here?

4        A.    (786) 213-5821.

5        Q.    Thank you.  Now, if we can go back to -- actually,

6   let's pull up Government's Exhibit V7, please.  Can you read

7   recipient address for us on page 1?

8        A.    314 Southway residence, Baltimore Maryland.

9        Q.    And if we can move forward to page 3.  Do we see an

10  expected arrival?

11       A.    Yes.  Saturday, January 12th.

12       Q.    And if we can put up Government's Exhibit 140.  And

13  blow up here the one -- the Southway entry.  Thank you,

14  Mr. Kerrigan.

15            Can we read the delivery date and time under 314

16  Southway?

17       A.    Yes.  That's January 12th of 2019, at 9:54.

18       Q.    Thank you.  We can go back to Government's Exhibit

19  130.  All right.  And page 16 now.  Thank you, Mr. Kerrigan.

20            All right.  Again, what are we looking at?

21       A.    Yeah.  So lay of the land now, here we're looking at

22  the Baltimore, Maryland area.  We see every black dot again

23  representing a Sprint cell site.  And we see that 314 Southway

24  location denoted by this red pin here that you see in the middle

25  of your screen that I just circled.

1     Q.    Now let's move forward to page 17.  These are now the
2  T-Mobile cell towers?
3     A.    Correct.  Yeah.  So a T-Mobile phone at this time
4  would only you use T-Mobile towers.  So now all these green dots
5  you see represent a T-Mobile cell site in the Baltimore,
6  Maryland area.
7     Q.    All right.  Let's move forward to page 18.  Can we
8  move forward to the next page, please, Mr. Kerrigan.  Thank you
9  so much.
10          All right.  A lot of activity going on here.  What --
11  tell us what we're looking at.
12    A.    Yes.  So just kind of orient yourself.  Again, we're
13  still looking at the Baltimore, Maryland area.  We have our red
14  pin that I'll draw an arrow to right here.  Again, that
15  represents 314 Southway.  That delivery occurred on January 12,
16  2019, at 9:54 a.m.
17          So we're seeing activity here of all three of these
18  phone numbers that we just mentioned; 0771, 5821, and 7610.
19  Again, all denoted in their colors, green, black, and blue.
20  We're seeing all three of these phones during this 11-minute
21  time period in contact with one another, and we see where the
22  5821 number and the 7610 number are in relation to our red pin.
23    Q.    And that is so the -- so the blue number is here?
24    A.    Correct.
25    Q.    It's hitting off that tower in that direction.  The

1   black phone is hitting off this tower in this direction, and the

2   green phone hits off these towers?

3        A.   Correct.  Yeah.  So the green phone in particular we

4   see 9:28:01, it's using side two of this tower.  9:30:32 it's

5   using side one.  And then 9:31:46 it's using that tower that's

6   slightly further north.  So again, indicative of the device

7   moving in a northbound direction during that tight time period.

8        Q.   Thank you.  And this red dot represents what again?

9        A.   That's 314 Southway.

10       Q.   And the date of the actual delivery is what?

11       A.   January 12th of 2019.

12       Q.   At what time?

13       A.   9:54 a.m.

14       Q.   So all the calls we're looking at here are all prior

15   to 9:54 a.m., correct?

16       A.   Correct.

17       Q.   All right.  Let's move forward to page 19.  And as we

18   do, have you reviewed -- Lyft account records for the account in

19   the name of Medard Ulysse found in Government's Exhibit 138 I

20   believe?

21       A.   Yes, I did.

22       Q.   Okay.  And how is this overlaid on the map?

23       A.   So you kind of see where it falls underneath our red

24   pin.  So at 9:42 a.m. there was a Lyft denoted drop-off location

25   where you see the Lyft logo that's right underneath the red pin.

1       Q.   It's actually so close to the red pin that it actually

2   covers part of it?

3       A.   It covers about, yeah, about three-quarters of it.

4       Q.   Okay.  And what else do we see with regard to phone

5   calls?

6       A.   Yes.  So we're looking at the two numbers, 0771 and

7   5821, in contact with one another at the 9:36 a.m. time.  And

8   you see with the towers that are being utilized by those devices

9   and where those are in relation to one another and in relation

10  to the red pin when that activity occurs.

11      Q.   So the green phone hits off this tower, the black

12  phone at 9:36 hits off this tower, and then a Lyft account

13  drop-off at 9:42 is right at that location?

14      A.   Correct.  Yes.

15      Q.   Okay.  And now let's move forward to the next page.

16  What are we looking at here?

17      A.   Yes.  So we're zoomed in now in that area right around

18  314 Southway, and we're seeing the same activity.  So the same

19  device, 0771, the same number 5821, and that same drop-off

20  location represented by the Lyft logo here right underneath our

21  red pin.

22      Q.   And we've now zoomed in the map closer; is that right?

23      A.   Correct.  And now we're looking at a slightly later

24  time period, 10:09 a.m., where we're seeing the contact again

25  between those two devices, those two numbers.

1      Q.    Explain to us very specifically.  We've got an
2  outgoing call and ingoing call here?
3      A.    Correct, yes.
4      Q.    Okay.  And are they actually calling each other?
5      A.    Yes.  So the black phone, 5821, is placing an outgoing
6  call to the green number ending in 0771, which you're seeing
7  denoted by the incoming call for the green number.
8      Q.    Okay.  Let's move forward to the next page.  And
9  specifically what FedEx delivery are we reviewing here?
10     A.    So one that occurred on January 18th of 2019 at 7:04
11  a.m. at 3016 Kenyon Avenue in Baltimore.
12     Q.    Thank you.  And if we can go --
13         MR. DELANEY:  Court's indulgence one moment.
14  BY MR. DELANEY:
15     Q.    Can we just put up Government's Exhibit 80, just
16  because I forgot.  Does that appear to be the same phone number
17  in Government's Exhibit 80 that you analyzed in Government 10,
18  page 21?
19     A.    Yes.
20     Q.    Thank you.  And if we can put up Government's Exhibit
21  V16.  Thank you very much, Mr. Kerrigan.  And we're looking at
22  page -- thank you, Mr. Kerrigan.
23         Does the -- does the address of the recipient match
24  the address that you analyzed?
25     A.    Yes.

```
1        Q.    And again, the date of delivery?  Date and time?

2        A.    Yes.  January 18, 2019, at 7:04.

3        Q.    All right.  Let's move forward to the next page of

4   Government's Exhibit 130.  Thank you very much.

5              In addition to Sprint cell towers here, there's now a

6   -- well, there is a red dot denoting a drop-off location, is

7   that right, and time?

8        A.    FedEx delivery location, yes.

9        Q.    Thank you very much.  And there's a blue dot here.

10  What is the blue dot?

11       A.    Represents a Motel 6 at 1401 Bloomfield Avenue.  That

12  was advised was of relevance to this time period.

13       Q.    All right.  Let's put up on the screen what has been

14  marked as of Government's Exhibit 137 and move to page 36.

15             All right.  Guest folio.  I'll read it for you.  Does

16  the guest appear to be Eghosasere Avboraye-Igbinedion?

17       A.    Yes.

18       Q.    And the check-in date?

19       A.    January 17th of 2019.

20       Q.    And the check-out date?

21       A.    January 20th of 2019.

22       Q.    And does the address marked on Government's Exhibit

23  137 match the address that you've labeled on the Google map in

24  Government's Exhibit 130?

25       A.    Yes.
```

1    Q.    All right.  Let's go back to Government's Exhibit 130

2    again.  And if we can move now to page 23.  Okay.  What are we

3    looking at here?

4    A.    So just after the 7 a.m. hour, 7:16 to 7:21 a.m.,

5    we're seeing activity at device ending in 5821.  So 7:16 a.m.

6    you see an outgoing placed to that 0771 number.  And you see the

7    tower and sector where it was utilizing to facilitate that call,

8    and where that is in relation to our red pin.  Again, where that

9    delivery occurred, 3016 Kenyon Avenue.

10         After that, the next activity we have is at 7:20 a.m.

11   and 7:21 a.m.  And you see it's utilizing this cell site here

12   that I have reflected as a circle.  This is the first time we're

13   seeing a cell site reflected as a circle as opposed to that

14   sector and wedge.

15         The reason this is reflected as a circle, is it's

16   actually one of those pole toppers I showed you on that slide 3.

17   It's meant to provide very tight, localized coverage to the area

18   around it.  So in some instances these will not actually be

19   sectorized, them in themselves will provide a full circle of

20   coverage around it.  So that's why it's reflected as a circle.

21   The device can be on any side of that pole topper.

22   Q.    And, generally, what can you conclude about the

23   proximity of the device to that circled cell tower?

24   A.    Yeah, it's going to be within several blocks of that,

25   because it's meant to provide very tight, localized coverage to

1    a densely populated area around it.

2       Q.    Okay.  So we see the cell tower hit in this direction

3    at 7:16, which is about 12 minutes after the FedEx delivery,

4    correct?

5       A.    Yes.

6       Q.    And then the phone is generally in that vicinity

7    within a few blocks is your opinion?

8       A.    Yes.  So it's moving in a southward direction between

9    7:16 and 7:20 a.m.

10      Q.    And let's moved forward now to the next page.  And now

11   we've traveled south on your map; is that right?

12      A.    Yep.  Yep.  So before we were looking further up north

13   where I drew the arrow, and then now we see between 7:41 and

14   8:27 the device is using the tower that's close to our Motel 6

15   at 1401 Bloomfield Avenue.  You see two sides of that tower

16   being utilized, but again, looking at it in context, the only

17   time we see side one being utilized is at 7:41 a.m.

18   Subsequently, between 8:25, 8:27, all that activity is oriented

19   mostly southern, slightly east, oriented toward our blue pin.

20      Q.    And specifically, the phone number in several outgoing

21   and incoming calls is the phone number ending in 0771 that we

22   previously looked at in green?

23      A.    That's correct, yes.

24      Q.    Okay.  Let's move forward now finally to page 25.

25   What's the FedEx delivery we're looking at here?

1       A.    So this is on January 19th of 2019 at 9:52 a.m., at
2  716 Melville Avenue in Baltimore.
3       Q.    If we could put on Government's Exhibit V11.  Who is
4  the sender of this package?
5       A.    Charles Butler Carper.
6       Q.    And the recipient address?
7       A.    716 Melville Avenue in Baltimore.
8       Q.    And timestamp of delivery?
9       A.    January 19th of 2019, at 9:52.
10      Q.    Okay.  Let's move forward now to page 26 of
11  Government's Exhibit 130.  Again, thank, you Mr. Kerrigan.
12            And again, we're looking at Sprint cell towers; is
13  that right?
14      A.    Correct, yeah, in the Baltimore area.  So we have the
15  same blue pin on 1401 Bloomfield Avenue again representing Motel
16  6, and the red pin represents that delivery a 761 Mellville
17  Avenue on January 19th of 2019.
18      Q.    Let's move forward to the next page.  What do we
19  observe here?
20      A.    Activity just prior to 7 a.m., so at 6:53 we see two
21  outgoing call this number places; one to the 0771 number, and we
22  see that southern side of the tower, oriented to the Motel 6,
23  being utilized to facilitate that activity.
24      Q.    Okay.  So the phone is hitting off this tower in the
25  direction of the Motel 6?

1    A.    That's correct.

2    Q.    And move forward to the next slide.  Thank you,

3  Mr. Kerrigan.

4          We've moved northward in Baltimore now, right?

5    A.    Correct.  Yes.

6    Q.    Okay.  And what are we observing here?

7    A.    So we're seeing activity in about an hour and a half

8  time period, 8:31 to 10 a.m., again on January 19th of 2019.  We

9  see the one cell tower 610, that I'm drawing an arrow toward

10  here, being utilized during this time period between 8:31 and 10

11  a.m., and we see several calls placed to the 0771 number.  And

12  then additionally at 9:41:35 we're seeing calls to the 0771

13  number as well at 9:41:35.

14    Q.    Okay.  And we can move forward to the next slide.

15  What do we observe here?

16    A.    So the activity right after that 10 a.m. activity, the

17  next map is at 10:29 a.m.  And we see the cell tower being

18  utilized to receive a call from the 0771 number.

19    Q.    And that's about 10:29 a.m.?

20    A.    That's correct.

21    Q.    And then let's move forward to the final slide, page

22  30.  And which cell tower is this phone now hitting off while

23  it's doing an outgoing call to the number in green?

24    A.    Yep.  So that was the same tower we started with just

25  prior to that 7 a.m. oriented toward our Motel 6.

1          MR. DELANEY:  Court's indulgence.

2          No further questions at this time, Your Honor.

3          THE COURT:  Mr. Delaney, just if I can.  This

4    testimony is related to 761 Melville Avenue, 3016 Kenyon Avenue,

5    and 314 Southway is the last three locations that he -- about

6    which he's testified, correct?

7          MR. DELANEY:  I'll confirm that for you.  I believe

8    that to be correct.

9          THE COURT:  Was there anything as to Chesmont Avenue?

10         MR. DELANEY:  No, Your Honor.

11         THE COURT:  There was not.

12         MR. DELANEY:  There was not -- there was not any

13   evidence presented as to -- well, there's not any cell tower --

14         THE COURT:  No, I'm just talking cell tower analysis.

15   Just for purposes so the jury understands, there's specific

16   addresses referenced in the count, and I'm just trying to

17   clarify that.  So we heard testimony with respect to three

18   specific locations, correct?

19         MR. DELANEY:  That is correct, Your Honor.  And we

20   will present other evidence at the end of that.

21         THE COURT:  I understand.  I'm just asking, maybe I

22   missed something.  Thank you very much.

23         And Mr. Guillaume, cross-examination, sir.

24         MR. GUILLAUME:  Yes, Your Honor.  Thank you.

25         THE COURT:  Do you want a bit of a break for a minute

1   here or not?

2           MR. GUILLAUME:  I think the jury could probably use a

3   break, yes.

4           THE COURT:  Okay.  Good.  We'll take a break,

5   ten-minute break, and we're starting at 20 of 12, and then we'll

6   probably stop around ten or five minutes of one.

7           On Wednesday's the judges all have a meeting for

8   lunch.  And if you think you try to get lawyers to stop talking,

9   try to put a bunch of judges in a room and you can imagine.  So

10  we'll stop around ten minutes of one or five minutes of one for

11  lunch.

12          We'll take a ten-minute break.

13          THE CLERK:  All rise.  This court stands in recess.

14      (Recess was taken at 11:27 a.m.)

15          THE COURT:  Counsel, the witness should step off the

16  witness stand I gather.

17          Agent Fowler, if you'll step out in the hallway for a

18  minute here.

19          THE WITNESS:  Sure, sir.

20          THE COURT:  Yes, Mr. Guillaume.

21          MR. GUILLAUME:  On the break I had a chance to talk

22  with some of -- my investigator who is trying to -- I guess my

23  question is this before I even say that.  Coordinating the

24  deposition -- Ms. -- who he informed me that the witness I

25  requested is available at four p.m. today for a deposition.

```
 1              THE COURT:  I beg your pardon?
 2              MR. GUILLAUME:  The witness that I requested earlier,
 3    Ms. Jones.
 4              THE COURT:  Kamisha Jones.
 5              MR. GUILLAUME:  She's available for a deposition at 4
 6    p.m.
 7              THE COURT:  And you all can hook it up just like
 8    you've done before and video the whole thing?
 9              MR. GUILLAUME:  That's the question.  It's more of a
10    question than anything, Your Honor.
11              THE COURT:  Sure.
12              MR. GUILLAUME:  Are we able to do that?  And with
13    respect to a court reporter, does the courtroom court reporter
14    serve as the court reporter?  She's actually in Florida.
15              THE COURT:  Right.  Well, I'll try to coordinate that.
16    As far as I'm concerned, we can -- we can recess and it's up to
17    how the clerk's office wants to handle this.  Ms. McPherson is
18    here as the court reporter, is here until five o'clock and I --
19    I would think that we should be able to deal with this in some
20    way and video it.  I don't know what the mechanics would be, but
21    we should be able to do it.
22              MS. GOO:  Well, Your Honor, if I may briefly.  After
23    having done a number of these, the only thing I would just
24    caution on is the actual ability to videotape the deposition
25    itself.  We had a number of technical issues, but the long and
```

```
1    short of it is, we'll have to work out those details because
2    it's not as simple as just hitting record given some of the
3    limitations.
4              THE COURT:  Well, let's throw that thought out.  We
5    very easily, very easily should be able -- we certainly could do
6    this by audio very easily, could we not, Mr. Gurevich?  We have
7    lawyers and witnesses call in all the time.
8              Denis, are you listening to me?
9              THE CLERK:  Your Honor, I can have her on the
10   telephone in the courtroom.
11             THE COURT:  You cannot?
12             THE CLERK:  I can.
13             THE COURT:  Yeah.  Sure you can.  Sure.  And what
14   would be the difficulty in -- I don't really -- in terms of how
15   we swear the witness, if we're satisfied that we, in fact, have
16   Kamisha Jones and everyone is satisfied that's who is on the
17   line, we could swear her by means of on the telephone, and
18   examination could be conducted on audio with a jury here.  And
19   then Mr. Guillaume -- or Mr. Guillaume, if you call her, you
20   could conduct your examination, the government could
21   cross-examine, and she could be made available in that fashion.
22   We could take it out of turn.  Could we not do that?
23             MR. GUILLAUME:  I think that's a possibility.
24   However, there were a couple of exhibits that I think maybe get
25   around, I wanted to show her.  But I can probably get around
```

1    that depending -- I can restructure some questions.

2              THE COURT:  Okay.  And you can still introduce the

3    exhibits.  You could ask her about those exhibits, you could

4    still introduce those.

5              MR. GUILLAUME:  Sure.  Because I never spoken to her

6    before, so -- I'm sure the government knows what she sounds like

7    and maybe even looks like.

8              THE COURT:  Well, seems to me that unless we really

9    break premium of a video of being done of her, and given that

10   the government has familiarity with this witness and, in fact,

11   listed her as a potential government witness, it seems to me

12   that at four o'clock we can take her testimony and we can take

13   it out of turn, Mr. Guillaume, not waiving any rights under Rule

14   29 for any kinds of motions, you could conduct your examination

15   of her and the government could question her in whatever way

16   they wanted.  And the exhibits that you would normally show her,

17   that would in ordinarily be admitted and we can deal with it in

18   that fashion.  Would that be workable to you?

19             MR. GUILLAUME:  I think it would, Your Honor.  The

20   only hiccup that I see, potentially, is the jury not being able

21   to assess her credibility one way or the other, for both the

22   government and myself.  So I don't know if it's for a limited

23   portion of the examination would be allowed to see the witness

24   -- the jury be allowed to see her, potentially.  If that's not

25   possible that we have some sort of a stipulation or explanation

1   to the jury as to why this is occurring so they're not confused.

2   That the witness is in Florida, she does not have access to a

3   video monitor, something of that nature.

4            THE COURT:  I don't see why we would have any

5   difficulty doing this.  Seems to me, to try to do the video

6   aspects is creating unnecessary logistics and dynamics that

7   really -- are really not of any great import.  I don't mean that

8   jurors don't size up witnesses, but they'll listen to what she

9   has to say.  We've done by video deposition here, we haven't had

10  some people in the courtroom, some of the victims of the fraud.

11  It seems to me that this is the easiest, quickest way to deal

12  with this and respond quickly to your request this morning.

13            MR. GUILLAUME:  Thank you, Your Honor.  May I have a

14  brief indulgence?

15            Your Honor, we're working through it.  I think we have

16  it figured out.  I think we're going to have the witness send us

17  -- or the government will provide to me a picture of herself

18  that we'll be able to show the jury as an exhibit of who this

19  person actually is.

20            THE COURT:  The government has a photograph of her; is

21  that right?

22            MR. DELANEY:  We can go back and look at our files,

23  and if we do, we will certainly provide it.

24            THE COURT:  That's fine.

25            MR. GUILLAUME:  I think that'll work, Your Honor.

```
1            THE COURT:  I -- it just seems to me that that's the

2    safest and most assured way of having you be able to present

3    that testimony that you request, and I'm more than willing to

4    work with you on it.

5            MR. GUILLAUME:  And, Your Honor, one other thing, I

6    think.  So the government -- is on pace based on the number of

7    witnesses there are and the length of my anticipated cross.  We

8    probably will finish in advance of 4 p.m.

9            THE COURT:  We'll have to wait and see.  That's fine.

10   With that, let's bring the jury in.  Thank you.

11       (Jury entered the courtroom at 11:54 a.m.)

12           THE COURT:  Thank you all, ladies and gentlemen.

13   Sorry to keep you waiting again.  We had another evidentiary

14   issue we dealt with in the interim.  Sometimes we stay out here

15   sometimes when you're taking a break.  Had to talk do with a

16   very likely a witness at four o'clock today which -- as to whom

17   cannot be here.  And I'll explain later, but we may wind up

18   doing it by audio, and you'll hear the witness and will expedite

19   some matters as well.  So with that, we're ready to continue --

20   we'll get Special Agent Fowler back on the witness stand.

21           Agent Fowler, thank you very much.

22           You may proceed, Mr. Guillaume.

23           MR. GUILLAUME:  Thank you, Your Honor.

24                        CROSS-EXAMINATION

25   BY MR. GUILLAUME:
```

1     Q.   Good morning, sir.

2     A.   Good morning, sir.

3     Q.   I just have a few questions for you.  Sir, just to be

4  clear, you work for the FBI; is that right?

5     A.   Yes, I do.

6     Q.   But your specialty is in the -- at least in this case,

7  was the analysis of certain phone location or phone -- I don't

8  want -- historical cell site information; is that correct?

9     A.   Correct.

10    Q.   Amongst other things related to that; is that right?

11    A.   Yeah.  Several sets of phones as we discussed and then

12  also those Lyft records.

13    Q.   Right.  You didn't participate in any underlying

14  investigation of the case, right?

15    A.   I did not, no.

16    Q.   So just to be clear, you were provided information for

17  which you were asked to give an expert opinion on; is that

18  correct?

19    A.   Correct.  That being the cell phone records.

20    Q.   Yes.  Now, with those records, and I've asked you

21  before and I want to ask you a couple other things.  You

22  mentioned that you had some training previously, previous

23  training with request -- with respect to encryption -- I don't

24  want to use the wrong term, I'm not a very technical person.

25  Encryption information, or the ability for phones to be

1    encrypted.  Can you explain that?  I'm sorry.

2        A.   So initially when I entered onto the duty with the

3    FBI, I was an intelligence analyst assigned to the cyber

4    division.  And one of my roles was looking at encryption issues

5    across the spectrum of mobile devices, video gaming systems,

6    other things like that.  So more encryptic communications, that

7    was my focus as an intelligence analyst.  And then in March of

8    2016 I converted to a special agent position so I no longer did

9    that work.

10       Q.   So you had familiarity with the encryption capability

11   of mobile devices, correct?

12       A.   More specifically applications running on those

13   devices.

14       Q.   Even better.  So you're familiar with the application

15   Wickr?

16       A.   I've heard of it, yes.

17       Q.   Okay.  Heard of it or you have you ever worked with

18   it?  Do you know anything other than just what you would -- a

19   normal person would hear?  Do you have any particular set of

20   expertise with respect to Wickr?

21       A.   As it relates to that specific application, I'm just

22   aware it is one that exists, that is available to consumers.

23       Q.   Are you aware that it is supposed to be an encrypted

24   app, application?

25       A.   Yes.

1      Q.    Okay.  So moving on.  With respect to historical cell

2   site data you've given testimony this morning and we've seen

3   pictures of cell phone towers located in -- on different

4   structures and in different locations throughout, in this case

5   Baltimore, and you've talked about how they are generally placed

6   in cities and in states, right?

7      A.    Yes.

8      Q.    Now, when you are given information to investigate a

9   particular number or set of numbers with respect to a location,

10  you are provided -- forgive me for what may sound like a simple

11  question, just want to be clear.  You are provided an actual

12  number, like number 1-2-3-4-5, a phone number, and you have that

13  information.  And is it my understanding that you look for it,

14  you look for that phone number in a particular location that has

15  been pointed out to you by whoever is giving you that

16  information?

17     A.    So my approach is to always look at the records as a

18  whole.  So say there's, in this instance, a relevant delivery

19  that occurred at 9 a.m. on a particular date.  I'm going to look

20  at that activity that's all ongoing during that device, during

21  the relevant time period around that, so typically an hour or

22  two prior, an hour or two after.  And my opinion is on the

23  actual activity of that device and where it relates to the

24  pertinent locations so...

25     Q.    Sorry.  Were you finished?

1    A.    Yeah.  I was just going to say to my analysis is a

2  reflection of that entire time period.  Say I'm looking at 9

3  a.m. to 1 p.m., all the records during that time period are

4  going to be shown unless I denote otherwise in my report.

5    Q.    But you're looking at that specific number and its

6  movements, or lack thereof, in that timeframe; is that correct?

7    A.    Correct.  So when we get the records from the cell

8  phone providers, in this case Sprint as well as T-Mobile,

9  they're specific to a particular phone number.  So that's why,

10 again, those color-coding on some of those slides, that denotes

11 the different phones.

12   Q.    So when you go to a -- forgive me for my lack of

13 technical terms, but when you take the raw data from a cell

14 tower, I'm assuming -- and correct me if I'm wrong, that when a

15 cell phone is used and it uses a particular tower; is that

16 right?

17   A.    Correct.  In this case mainly voice activity; so

18 incoming/outgoing voice calls.

19   Q.    So there's a record of that -- that's different from a

20 cell phone record that your provider would send to you, right?

21   A.    Well, as far as my analysis it's the same.  So when --

22 so say I take out my phone right now, I make an outgoing call

23 too my office.  We use AT&T.  That call is going to be captured

24 in that call detail record.  So there's that user activity part

25 of it, and then on the back end it's stored in that call detail

1     record.

2          Q.    So I don't think we get phone bills anymore, but if we

3     got a phone bill like in the old days, you would see that you

4     called me at 12 p.m. on Wednesday in a phone record, correct?

5          A.    Correct.  So if you're asking about the difference --

6     a bill is entirely different than that call detail record.

7          Q.    I'm sort of saying that but I want to make sure I'm

8     clear.  So that's one way to determine when one phone calls

9     another phone, from a phone record.  Yes?

10         A.    Yeah, from the call detail record, which is the basis

11    of my analysis.

12         Q.    And another way to determine if the phone was in use

13    is if the tower that it -- that it made to use the call, right?

14    So if Tower 1 -- if I'm calling you and Tower 1 is right here,

15    then my number is going to appear in Tower 1's raw data.  Is

16    that how it works?

17         A.    Well, that's entirely separate than the call detail

18    records.

19         Q.    Right.  Exactly my point.  So there's basically two

20    ways to determine the same information, right?

21         A.    Sort of, yeah.  In that case you would have to dump --

22    we call it a tower dump, for lack of a better term.  You're

23    taking all of the activity on a particular tower that's being

24    utilized.  So you'd be capturing everybody that was using Tower

25    1 during that time period.

 1       Q.    You've already anticipated my next question.  The

 2  tower dump, so in that tower dump for the relevant time period,

 3  let's say it's for an hour or however long, it's going to have

 4  all the activity, correct, of the phones that -- and the numbers

 5  of the phones that were using that tower; is that right?

 6       A.    Correct.  If they were utilizing like -- receiving a

 7  call or placing a call.

 8       Q.    Right.  So I would -- I don't know, but I would assume

 9  that in any given time there are potentially thousands of phones

10  using one particular tower at one time; is that right?

11       A.    I wouldn't say it's that many at an exact moment, no.

12  But over a time period, sure it could be, depending how long

13  that time period is.

14       Q.    Because most of us, in this country anyway, have cell

15  phones.  So I'm assuming whoever is in that area is going to be

16  using that tower; is that right?

17       A.    Yeah.  So for it to be captured in the tower data, it

18  would mostly have to be an incoming call or an outgoing call

19  being placed.  So you're relying upon that actual user activity

20  for that record to be generated on the tower.

21       Q.    Right.  So when you get that raw data back from that

22  tower dump and you see the hundreds or thousands or however many

23  calls that are there, you're looking for -- in your capacity in

24  this case, you're looking for the specific number or numbers

25  that you've been provided; is that correct?

1     A.   NO.  So in this case we were given the call detail

2  records on the specific numbers.  So I'm only seeing the

3  activity of those numbers.

4     Q.   Okay.  So you didn't go to the tower dump.  You didn't

5  do a tower dump in this case, you just went to the records,

6  which we talked about a moment ago, to determine the location,

7  to plot out the information.  Or am I getting that wrong?

8     A.   Yeah.  So there's the call detail record, again,

9  that's the CDR, it's specific to a particular phone number.  So

10 say you have telephone number ending in 1234, you get the call

11 detail record for that, you're only seeing activity of cell

12 phone number ending in 1234.

13      If you were to pull the entire tower that was utilized

14 at a particular time, you would see all the numbers that were

15 using that tower during that time period if they were making a

16 call or receiving a call.

17    Q.   And this -- I think I know the answer to this

18 question, I just want to confirm, that the tower dumps and the

19 call records that you're looking at, they're not -- you're not

20 able to determine a content of a conversation one way or the

21 other, right?  It's not a listening device, right?  It's just

22 the actual whether a call was placed on a particular device at a

23 particular time; is that right?

24    A.   Correct.  I can only say these two numbers were

25 attempting to contact one another.

 1     Q.   Right.  And there's a -- there's also duration times

 2   attached to those calls as well.  For example, if you talked to

 3   someone for two hours or if you talk to someone for five

 4   seconds, that's going to be captured in the call detail records;

 5   is that right?

 6     A.   Yes.  They'll have duration which is going to be

 7   captured in seconds.

 8     Q.   Is that also captured in the cell tower data, or no?

 9     A.   It would be, yes.

10     Q.   Okay.  And one other question or set of questions in

11   case I have a follow-up.

12          If a phone is on but not being used to make a phone

13   call -- see, I have another question, I'm sorry, so forgive me.

14   It's not being used to make a phone call, does that implicate --

15   for right -- as of right now I have -- my phone is on but I'm

16   not using it, does it that implicate any cell tower activity one

17   way or the other?

18     A.   So it wouldn't be captured in the call detail record

19   because you're not actively engaging with your device; you're

20   not receiving a call, you're not placing a call.  But those

21   signal strength measurements, because this phone is on, are

22   still ongoing and this phone is still making that hierarchy

23   list.  So if at this exact moment you want to pick up and call

24   your office, your phone would, again, automatically use that

25   number one on the list which is that best serving cell site.

```
 1        Q.    And this -- so if you were to pull up the cell site,
 2   if we go back -- if we go -- fast forward a week from now, pull
 3   the cell site for Tower 1, which we assume is right outside the
 4   courthouse, and my phone number and I'm not using it, would you
 5   be -- but it's on, you'd be able to see -- if I'm understanding
 6   what you're saying, you'd be able to see that my phone was on,
 7   that it was closest to this tower, but it wasn't being used.  Is
 8   that accurate?
 9        A.    No.  You have to be actively using it for me to see it
10   in the tower activity.  Again, there has to be active user
11   interaction with the device, whether the phone's receiving a
12   call or an outgoing call is being placed.
13        Q.    Okay.  And my last question is when a device uses -- a
14   mobile device uses an application to make a call, isn't it true
15   that that type of call is not necessarily going to show in a --
16   excuse me, rely on a cellular tower to be completed; is that
17   accurate?
18        A.    So it can.  If you're in your home, if you're on wifi
19   it could be using wifi.  But if you're out around the courthouse
20   not connected to the court wifi, I expect it to use a cell site
21   to facilitate what's call data activity, but that's entirely
22   separate from the voice activity.
23              All the time stamps that we talked about in my direct
24   testimony are all voice activity; so user interaction with the
25   device, whether a call is being received or call is being
```

1   placed.

2       Q.   So if I were to make a call on wifi, to use that

3   example, and this particular example that you've given, that

4   call would not appear on a cell site information -- on a

5   cellular tower, it wouldn't rely on a cellular tower and so it

6   wouldn't be implicated in there in their records; is that right?

7       A.   So it depends on the carrier.  Some carriers, for

8   instance, will denote a service code for wifi activity, but no

9   cell site will be populated, that would just be blank for it.

10  So the fact that is cell site was generated, like the ones

11  you've seen in my report, that means that device was utilizing

12  that tower and that side of the tower to facilitate that

13  activity.  So they were not over wifi.

14      Q.   Are there certain -- but if that same -- that same

15  call, in that example you just gave, if that same person decided

16  to then use wifi, that would not necessarily appear in the -- in

17  the cellular data on the tower, right?

18      A.   So if it did appear I would see the date and time that

19  it occurred, who was calling who, but then that cell tower

20  information and side of the tower would be blank.  There would

21  be nothing there because it didn't use a cell site.

22      Q.   What about -- we were talking about wifi, what about

23  applications?  Like you said you're not familiar with Wickr, but

24  are you familiar with the application WhatsApp?

25      A.   I am, yes.

1    Q.   And WhatsApp is an application that mobile devices can

2    use; is that right?

3    A.   Yes.  Unfortunately my homeowner's association uses

4    it.

5    Q.   Yes.  And those calls -- the calls that are placed on

6    WhatsApp, as an example, as an application, just one of many,

7    I'm sure, those calls do not always or ever -- do they ever rely

8    on a cellular tower to be completed?

9    A.   So they would rely upon the tower for that data

10   session to be ongoing to facilitate that activity, but I

11   wouldn't be able to see Person A contacting Person B because

12   that's running through the data session, which is entirely

13   separate from that call detail record.  It would never show up

14   in the call detail record itself because it's going through

15   data.

16   Q.   Even if it actually happened.

17   A.   Correct.

18   Q.   Thank you.

19        MR. GUILLAUME:  I have no further questions.

20        THE COURT:  All right.  Thank you very much, Mr.

21   Guillaume.  Any redirect, Mr. Delaney?

22                    REDIRECT EXAMINATION

23   BY MR. DELANEY:

24   Q.   I just want to be clear.  The calls that you have

25   testified to in your report, even if those were calls made

1  through an application like WhatsApp, would they still be

2  hitting cell phone towers?

3      A.   They would not be, no.  So in the call detail record,

4  when that record is generated, that tower is identified, that

5  side of the tower is identified, that means that that specific

6  network resource, being the tower and the side of the tower,

7  that is being used to facilitate that call at that time.

8           MR. DELANEY:  Court's indulgence one moment.

9           Okay.  No further questions.

10          THE COURT:  Thank you very much, Mr. Delaney and Mr.

11  Guillaume.

12          Agent Fowler, you may step down.  You really shouldn't

13  discuss your testimony with anyone until this trial is concluded

14  and the unlikely event you're called back to the witness stand.

15          THE WITNESS:  Yes, sir.

16          THE COURT:  Thank you very much.

17          MR. DELANEY:  Your Honor, before the next witness I

18  have one quick statement.

19          THE COURT:  Sure.  Sure.

20          MR. DELANEY:  The individual that we were discussing,

21  testifying at 4 p.m. today is also available at 2 p.m. I've

22  learned.

23          THE COURT:  I beg your pardon?

24          MR. DELANEY:  She's also available at 2 p.m. so we

25  could do it earlier in the day if the schedule dictates.

```
 1              THE COURT:  Well, whatever.  That's fine.  You all can
 2   discuss that later.
 3              MR. DELANEY:  Thank you, Your Honor.
 4              THE COURT:  Thank you, Mr. Delaney.
 5              So with that, we are ready now for, I believe, it will
 6   be Agent John Mooney of the FBI.
 7              MS. GOO:  It's Mr. John Mooney with the FBI, yes.  The
 8   Government next calls to the stand Mr. John Mooney with the FBI.
 9              And Your Honor, if I may have one quick moment with
10   counsel.
11              THE COURT:  Sure.  Sure.
12              Mr. Mooney, please, sir, if you'll come forward here,
13   please, and be sworn.
14         (JOHN MOONEY, duly sworn.)
15              THE CLERK:  While speaking clearly into the
16   microphone, will you please state your full name and spell your
17   last name for the record.
18              THE WITNESS:  John Mooney.  M-o-o-n-e-y.
19              THE CLERK:  Thank you.
20                        DIRECT EXAMINATION
21   BY MS. GOO:
22      Q.   Good afternoon, Mr. Mooney.
23      A.   Good afternoon.
24      Q.   Where are you employed?
25      A.   FBI Baltimore field office.
```

1    Q.    What is your title there?

2    A.    I'm a staff operations specialist.

3    Q.    What does that mean?

4    A.    I provide tactical intelligence to the case agents on

5    the squad.  So I review multiple data sources to identify

6    relevant information and gaps in our investigations.  I provide

7    that intelligence to the case agents for further action or

8    decision-making based on information.

9    Q.    Okay.  Did there come a point in time in which you

10   became involved in an investigation with Special Agent Jason

11   Bender related to an elder fraud scheme that was occurring in

12   the Baltimore area in 2018-2019?

13   A.    Yes.

14   Q.    And was one of the targets of that investigation

15   Medard Ulysse?

16   A.    Yes.

17   Q.    And was another Mr. Eghosasere Avboraye-Igbinedion?

18   A.    Yes.

19   Q.    And did you -- so you helped out with that

20   investigation; is that fair to say?

21   A.    Yes.

22   Q.    And as a part of your involvement in the

23   investigation, did you review subpoenaed information related to

24   the case?

25   A.    Yes.

```
 1        Q.    And again, did you assist Agent Bender with preparing
 2   for the trial in this case?
 3        A.    Yes.
 4        Q.    I'm going to first turn your attention to Government's
 5   Exhibit No. 7.  And have you had an opportunity to review
 6   Government's Exhibit No. 7?
 7        A.    Yes.
 8        Q.    And what is this?
 9        A.    This is a driver's license photo of Mr. Igbinedion.
10        Q.    And how was it obtained?
11        A.    We obtained this from the Florida DMV through
12   certified records.
13        Q.    Okay.  Showing you Government's Exhibit --
14              THE COURT:  So Government Exhibit 7 is a photograph --
15   representative photograph of the defendant Mr. Igbinedion.
16              MS. GOO:  Yes.
17              THE COURT:  Okay.  Thank you.
18   BY MS. GOO:
19        Q.    Showing you Government Exhibit No. 50.  All right.
20   And if we could scroll down to -- I believe it's page -- start
21   scrolling, I'll let you know when to stop.  Just the one below
22   here.
23              Showing you Government's Exhibit 51.  And just zooming
24   in on this picture that I'm circling here, where you see the
25   word yes next to it.  Now, did you prepare this photographic
```

 1  array?

 2      A.    No.

 3      Q.    All right.  And was this photographic array prepared

 4  by Sunrise Police Department?

 5      A.    Yes.

 6      Q.    And did you learn where this photograph was obtained

 7  from?

 8      A.    Yes.

 9      Q.    And again, where was this photograph obtained from?

10      A.    Florida driver's license records.

11      Q.    Okay.  And if we could just show Government's Exhibit

12  51.  And is this the Florida DMV record that you just referred

13  to?

14      A.    Yes.

15      Q.    And who is this a motor vehicle record for?

16      A.    Mr. Igbinedion.

17      Q.    Now, turning our attention to Exhibit 26.  First of

18  all, do you recognize Exhibit 26?

19      A.    Yes.

20      Q.    What is it?

21      A.    Certified flight records from Spirit Airlines.

22      Q.    I'm going to first zoom in on the flight information.

23  If -- Mr. Kerrigan, if we could zoom in there.

24            What is the date of the flight?

25      A.    February 12th, 2019.

1     Q.    And where is the flight going to and from?

2     A.    Going from BWI to Ft. Lauderdale.

3     Q.    And if we could show the passenger information,

4  please.

5           And who is the passenger for the flight?

6     A.    David Green.

7     Q.    And if we could return to the exhibit.  And if we

8  could go to the next page.  And is there an indication from

9  these records as to who paid for the flight?

10    A.    Yes.

11    Q.    And I think next page over.  I'm sorry, one more over.

12          THE COURT:  You're looking at Government's Exhibit 26;

13  is that correct?

14          MS. GOO:  That's correct.

15          THE COURT:  Thank you.

16          MS. GOO:  If we could go to page 4.

17  BY MS. GOO:

18    Q.    Who paid for this flight?

19    A.    Mr. Igbinedion.

20    Q.    Turning to the next page.  And again, what is the date

21  of the flight for this?

22    A.    February 26th, 2019.

23    Q.    Who are the passengers for this flight?

24    A.    Mr. Igbinedion and David Green.

25    Q.    And where is the flight going to and from?

1  A. It's going from Ft. Lauderdale to BWI.

2  Q. And who paid for this flight?  And I'm sorry, who was

3 the contact information for the flight first?

4  A. Mr. Igbinedion.

5  Q. Okay.  And if we could turn to the next page.  And who

6 paid for this flight?

7  A. Mr. Igbinedion.

8  Q. Now, turning your attention to Exhibit 27.  Now, as a

9 part of -- before I -- if we leave the exhibit up.

10  As a part of the investigation, is it fair to say that

11 the FBI obtained information regarding the shipping information

12 from UPS, FedEx about some of these packages that were sent?

13  A. Yes.

14  Q. And I'm going to direct your attention specifically to

15 page 2 of Exhibit 27.  If we could zoom in on the second message

16 in blue.  Okay.  And if we could just read the date for that

17 message.

18  A. March 23rd, 2019.

19  Q. And who is this -- just name of the sender -- titled?

20  A. Ghost.

21  Q. And if we could now -- and the information in that

22 message, what was that information?

23  A. Tracking number.

24  Q. Okay.  And did you find out what shipping company had

25 that information?  Or which shipping company was used for that

 1   tracking?

 2        A.   Yes.  UPS.

 3        Q.   If we could show --

 4             MS. GOO:  Court's indulgence.  Court's very brief

 5   indulgence.

 6   BY MS. GOO:

 7        Q.   And showing you Government's Exhibit 38.  If we could

 8   actually have 38 and 27 up side-by-side.  And if we could zoom

 9   in on the second line of -- perfect.  Thank you, Mr. Kerrigan.

10             And if you could compare the tracking information for

11   Government's Exhibit 38 to that text message in Government's

12   Exhibit 27.

13             And if you could actually just read that tracking

14   number out loud from the text message.

15        A.   1Z521V43PW00211175.

16        Q.   And is that the same tracking number listed under the

17   delivery date of March 23rd, 2019, which is the second tracking

18   number under Government Exhibit No. 38?

19        A.   Yes.

20        Q.   And if you could read the delivery street name, city,

21   and state for that.

22        A.   West Frederick Street, Lancaster, Pennsylvania.

23        Q.   And if we could just turn back to Exhibit 27.  And if

24   we could go to the first page of that, please.  And if you could

25   just read the participant's names that are listed there.

```
 1          A.    D_Green226@Yahoo.com.   Ghost.

 2          Q.    Showing you Government's Exhibit 135.  Have you had an

 3   opportunity to review Government's Exhibit 135?

 4          A.    Yes.

 5          Q.    And what is the first date mentioned in the set of

 6   flight records?

 7          A.    September 5th, 2018.

 8          Q.    And what is the last date of the flight record listed

 9   in this set of records from 135?

10          A.    Are we able to go to the last --

11          Q.    Yes.

12          A.    -- record?  Thank you.

13          Q.    You have to go to the end, please.  Yep.

14          MS. GOO:  And Your Honor, actually, if I may approach

15   the witness briefly.  I think for this exhibit it might easier

16   with having a paper copy.

17          THE COURT:  Sure.  That's fine.

18          THE WITNESS:  Thank you.

19   BY MS. GOO:

20          Q.    Just repeating again, what is the last date of the

21   latest date in the set of records that we have here?

22          A.    March 4th, 2019.

23          Q.    Okay.  And how many flights are in that set of

24   records?

25          A.    Nine flight records.
```

1      Q.    Focusing first on page 21 of Exhibit 135.  First of

2  all, what is the date of the flights here?

3      A.    January 11th, 2019, and January 13th of 2019.

4      Q.    And is this a round trip ticket?

5      A.    Yes.

6      Q.    And where is the flight originating from?

7      A.    Ft. Lauderdale to BWI.

8      Q.    And is it returning from BWI to Ft. Lauderdale?

9      A.    Yes.

10     Q.    And who is the passenger for this flight?

11     A.    Mr. Igbinedion.

12     Q.    Turning your attention to page 25 of this exhibit.

13  Again, if you could read the date of the outgoing flight and

14  then the return flight.

15     A.    January 6 -- January 16th, 2019.  January 20th, 2019.

16     Q.    And where is the flight going to, from?

17     A.    Ft. Lauderdale to BWI.

18     Q.    And then the returning flight?

19     A.    BWI to Ft. Lauderdale.

20     Q.    And again, who is the passenger for this flight?

21     A.    Mr. Igbinedion.

22     Q.    Turning your attention to page 29.  If you could read

23  the date for this flight, please?

24     A.    February 13th, 2019.

25     Q.    And where is the flight going from and to?

```
 1        A.    Ft. Lauderdale to BWI.
 2        Q.    And just briefly, as a part of the investigation --
 3   actually, strike that.
 4              And next, turning your -- I'm sorry, who is the
 5   passenger of that flight?
 6        A.    Mr. Igbinedion.
 7        Q.    Turning your attention to lastly page 33.  Last, if
 8   you could again state the name or the date of the flight.
 9        A.    March 4th, 2019.
10        Q.    Where is the flight going from and to?
11        A.    From BWI to Ft. Lauderdale.
12        Q.    And who is the passenger of that flight?
13        A.    Mr. Igbinedion.
14        Q.    Showing you Exhibit 136.  And if we could just scroll
15   down a couple of pages; two or three.  Okay.  And again,
16   Mr. Mooney, have you had a chance to review Government's Exhibit
17   136?
18        A.    Yes.
19        Q.    And what are these records?
20        A.    Certified Jet Blue flight records.
21        Q.    And do they include flight information Mr.
22   Avboraye-Igbinedion?
23        A.    Yes.
24        Q.    Okay.  Showing you what's marked as Government's
25   Exhibit 96.  Now, first of all, I'm going to direct your
```

06/14/2023 Igbinedion Direct Examination of Mooney

1  attention to the participants of the call.  If you could just

2  read the first number out for the record.

3      A.   1 (305) 206-9557.

4      Q.   And who is the other participant?

5      A.   Ghost.

6      Q.   Did you learn through your investigation who that 9557

7  number belonged to?

8      A.   Yes.

9      Q.   And who was that?

10     A.   Mr. Leevensky Lambert.

11     Q.   Now, if we could just turn your attention to the first

12 message dated January 12th, 2019, at 9:36 a.m.  Do you see that?

13     A.   Yes.

14     Q.   And did you have an opportunity to review the

15 extraction report for the cell phone?

16     A.   Yes.

17     Q.   And what is the information that is sent, it appears

18 from Ghost to Mr. Lambert, at that date and time?

19     A.   Location data.

20     Q.   Okay.  And did you have an opportunity to review that

21 location data?

22     A.   Yes.

23     Q.   And when you had that opportunity, what did you do

24 with it?

25     A.   I took the latitude and longitude and plugged that

1  into a Google map function to determine where the location was.

2      Q.    Showing you what's marked as Government's Exhibit 143.

3  And what is Government's Exhibit 143?

4      A.    A map of the latitude and longitude information.

5      Q.    Okay.  Now, what is the red dot?

6      A.    That is where the latitude and longitude resolves to.

7      Q.    Okay.  And that was the information that was in that

8  message?

9      A.    Yes.

10      Q.    And what -- where does the -- where is the dot?

11      A.    Just outside of 314 Southway.

12      Q.    Turning your attention to Exhibit 97.  Do you

13  recognize this photograph?

14      A.    Yes.

15      Q.    And what is this a photograph of?

16      A.    It's a photo of 4018 Chesmont Avenue.

17      Q.    So if you could kind of just explain to us about how

18  it was that you discovered what 4018 Chesmont Avenue was in

19  terms of the importance of this location to the investigation.

20      A.    Yes.  In Mr. Lambert's cell phone extraction we

21  identified a photograph of Mr. Lambert waiting for a package

22  outside of a residence.  We cross-referenced the delivery

23  addresses for that day and identified a list of addresses.  Upon

24  running 4018 West Chesmont through Google Maps we identified

25  that the residence was identical to the residence that

06/14/2023 Igbinedion Direct Examination of Mooney

```
1    Mr. Lambert was waiting outside of on that day.

2         Q.   And where did you -- did you obtain this photograph?

3         A.   Yes.

4         Q.   And where is this photograph from?

5         A.   Google Maps street view.

6         Q.   Okay.  And directing your attention to Government's

7    Exhibit 141.  If we can a zoom in on that last line.

8              If you could just read the information, just the

9    tracking number first for the record.

10        A.   1Z940X334447725768.

11        Q.   Okay.  And what is the date of that delivery?  I'm

12   sorry, what is this record?

13        A.   Certified UPS delivery records.

14        Q.   Okay.  And so the number that you just read, is that a

15   UPS tracking number?

16        A.   Yes.

17        Q.   What is the date of the delivery?

18        A.   January 12th, 2019.

19        Q.   And what is the -- I'm not sure if you can tell, but

20   can you tell the delivery time from this zoom in here?

21        A.   11:38.

22        Q.   And what is the address?

23        A.   4018 Chesmont Avenue, Baltimore, Maryland.

24        Q.   And is that the address that we just saw shown in

25   Government's Exhibit 97?
```

```
 1        A.   Yes.
 2        Q.   Okay.  Now, you mentioned the phone extraction from
 3   Mr. Lambert's phone; is that correct?
 4        A.   Yes.
 5        Q.   Okay.  So I'm going to show you Exhibit 110.
 6             MS. GOO:   Court's brief indulgence.
 7   BY MS. GOO:
 8        Q.   I have been corrected; this is Exhibit No. 142.  All
 9   right.  Do you recognize this photograph?
10        A.   Yes.
11        Q.   Okay.  And what is this of?
12        A.   A photograph of delivery instructions found in
13   Mr. Lambert's cell phone extraction.
14        Q.   Okay.  And if you could read the receiver's address.
15        A.   4018 Chesmont Avenue, 21206, Baltimore, Maryland.
16        Q.   Okay.  And I'm actually -- just because I'm not going
17   to be able to show both at the same time, I'm going to hand you
18   Government's Exhibit 141 and ask you to compare the tracking
19   number to the one that's shown before you.
20        A.   Thank you.
21        Q.   And Mr. Mooney, actually if you could just read the
22   tracking number aloud from the UPS record, Government's Exhibit
23   141.
24        A.   1Z940X334447725768.
25        Q.   And if you could just read the last line before you on
```

1   the screen for Government's Exhibit 142.

2       A.   UPS said before noon.

3       Q.   And again, from the UPS exhibit before you in 141,

4   what was the delivery time?

5       A.   11:28.

6       Q.   Lastly, showing you Exhibit 21.  If we could zoom in

7   on the -- perfect.  Thank you, Mr. Kerrigan.

8           The last line here where it -- if we can actually zoom

9   in on the third paragraph down where it says Egho.  All right.

10          Now, you see here it says -- it mentioned -- what does

11  the last line say in Government Exhibit 21?

12      A.   Saturday, two packs at 716 Melville Avenue.

13      Q.   In preparation for your testimony this afternoon, did

14  you have an opportunity to look at the date of January 19th of

15  2019?

16      A.   Yes.

17      Q.   And what day of the week is that?

18      A.   Saturday.

19          MS. GOO:  Court's brief indulgence.

20  BY MS. GOO:

21      Q.   And we're going to zoom back in again to Exhibit 21.

22  And again, if you could read under the first line that says

23  Egho, five pickups total.  If you could read the third line that

24  starts with the day Friday.

25      A.   Friday, 3016 Kenyon Ave and 2802 Maryland Ave.

1       Q.   All right.

2            MS. GOO:  Your Honor, the government has no further --

3       court's brief indulgence.

4            THE COURT:  All right.

5       BY MS. GOO:

6       Q.   And lastly, if you could just read the last line of

7       the paragraph titled Keon, three pickups.

8       A.   Thursday, 761 Melville.

9            MS. GOO:  Your Honor, the government has no further

10      questions for this witness.

11           THE COURT:  Thank you very much, Ms. Goo.

12           Cross-examination Mr. Guillaume.

13           MR. GUILLAUME:  Yes.  Thank you.

14                          CROSS-EXAMINATION

15      BY MR. GUILLAUME:

16      Q.   Good afternoon, sir.  How are you?

17      A.   Good, sir.  Thank you.

18      Q.   Just want to clarify a few things.  You were -- your

19      role in this case is a support role; is that correct?

20      A.   Yes, sir.

21      Q.   Okay.  You're not the lead agent.

22      A.   No, sir.

23      Q.   Special Agent Bender was the lead agent; is that

24      correct?

25      A.   Yes, sir.

1        Q.    Okay.  But you did become familiar with some of the

2   evidence in the case, right?

3        A.    Yes, sir.

4        Q.    Are you familiar with some of the names of the persons

5   that were charged in the case?

6        A.    Yes, sir.

7        Q.    Are you familiar with the name David Green?

8        A.    Yes, sir.

9        Q.    And did you have an opportunity to examine evidence

10   related to Mr. David Green?

11        A.    Yes, sir.

12        Q.    Okay.

13        MR. GUILLAUME:  No further questions.  Thank you.

14        THE COURT:  Thank you, Mr. Guillaume.

15        You may step down, Mr. Mooney.  You shouldn't discuss

16   your testimony with anyone in the unlikely event you're called

17   back to the witness stand.

18        THE WITNESS:  Yes, Your Honor.

19        THE COURT:  Thank you very much.

20        THE WITNESS:  Thank you.

21        THE COURT:  All right.  Next witness for the

22   government?  Is this a time to take a break, perhaps for some

23   scheduling and break for lunch?

24        MS. GOO:  Yes, Your Honor.

25        MR. DELANEY:  Yes, Your Honor.

06/14/2023 Igbinedion

```
 1              THE COURT:  And we can discuss the matter of the
 2    testimony at two o'clock as opposed to four o'clock for Kamisha
 3    Jones.
 4              MR. DELANEY:  Thank you, Your Honor.
 5              THE COURT:  All right.  Ladies and gentlemen, we're
 6    going to take a break now, and you have a little bit longer for
 7    lunch.  We'll do our best to start promptly at two o'clock.
 8    We'll see you at two o'clock.  Thank you very much.
 9         (Jury exited the courtroom at 12:35 p.m.)
10              THE COURT:  Okay.  For scheduling purposes, Mr.
11    Delaney, who is the next government witness?
12              MR. DELANEY:  The government is prepared to rest, Your
13    Honor.
14              THE COURT:  All right.  And then Mr. Guillaume, under
15    Rule 29(c) you don't have to move for judgment of acquittal, but
16    I assume at the conclusion of government's case, for purposes of
17    the record, you'll move for judgment of acquittal.
18              MR. GUILLAUME:  I will.  There is one other matter
19    though.  There's the matter of some testimony that we were
20    working out.  Just want to figure out -- before I do that I want
21    to --
22              THE COURT:  I understand.  That's fine.  Just starting
23    to go into the housekeeping here.
24              And we have Kamisha Jones by telephone under Rule 15.
25    If counsel agree we can proceed in that fashion.  Essentially,
```

1    it's an audio deposition right on the record here in the

2    courtroom.

3           Mr. Gurevich, if you'll make sure we're all set to go

4    with this, I would like to have her on the line ahead of time,

5    maybe ten of two, to make sure we got everything lined up.  And

6    she'll be sworn and we will swear her on the telephone under

7    oath.  I don't know how else to do this, but I think that's

8    fine.  Rule 15 allows some latitude if there's an agreement of

9    counsel.

10          And we'll -- she'll be your witness Mr. Guillaume, but

11   it doesn't in any way prejudice you in terms of your

12   presentation of a defense case.  And she'll be called you and

13   then the government will cross-examine.  Is that agreeable to

14   you?

15          MR. GUILLAUME:  Yes, Your Honor.

16          THE COURT:  Agreeable to you, Mr. Delaney?

17          MR. DELANEY:  It is, Your Honor.  Thank you.

18          THE COURT:  With respect to a little bit of

19   housekeeping here, just if we have a few minutes.  I could be

20   wrong on this, but Ms. Goo, if you want to go over the exhibit

21   checklist here.

22          I have that Exhibit 1 was admitted into evidence.

23          1A was identification only.

24          2 was admitted into evidence.

25          2A was by identification only.

 1           3 was admitted into evidence.

 2           3A was by ID only.

 3           Then 4 of Charles Gamper was introduced, the video

 4   itself.

 5           Exhibit 5, the deposition video of Norman Geller.

 6           Number 6, deposition of Richard Provolt.

 7           Then I have exhibits V-1, V-2, V-3A, V-3B, V-4 all be

 8   having been admitted.

 9           I have V-5 as blank, there was no V-5.

10           I have exhibit V-6, V-7 admitted.

11           V-8, the statement of Francis Williams, has been

12   withdrawn so that will not be introduced into evidence.

13           MS. GOO:  Yes.  That's correct, Your Honor.

14           THE COURT:  V-9, V-10 has been introduced in evidence.

15           I don't have V-11 in -- no, I'm sorry, V-11 was in

16   evidence.  I recall that with Mr. Carper today, so that's in

17   evidence.

18           V-12, 13, 14, 15, 16, 17, all in V's, were admitted.

19   And I believe V-15 was admitted as well if I'm not mistaken.

20           MS. GOO:  Yes, Your Honor.

21           THE COURT:  All right.  So they've all been admitted.

22           Then the David Green plea agreement, Exhibit 10, is

23   admitted, but we've noted that we're going to take out the

24   stipulation and statement of facts attached thereto.

25           MS. GOO:  Yes, Your Honor.

1          THE COURT:  And then 11, the photo of Medard Ulysse, a

2   co-defendant.

3          Exhibit 12 was admitted.

4          I don't have Exhibit 12-A having been admitted.

5          MR. DELANEY:  It was not, Your Honor.

6          THE COURT:  All right.  And then I have Exhibit 13-A,

7   Air B&B photo has been admitted.

8          I don't have Exhibit 14 or 14A having been admitted.

9          MS. GOO:  They have not been admitted.

10          THE COURT:  Okay.  And then 15 and 16 have been

11   admitted.

12          17 was reserved.

13          18, 19, and 20 have all been admitted, as have

14   Exhibits 21, 22, 23, 23-A, 24, 25, 26 are all admitted.

15          I don't have down that 26-A was admitted.

16          MS. GOO:  It was not admitted, Your Honor.

17          THE COURT:  And then Exhibit 27, 27A, 28, 29, 30, 31,

18   and 32 have all been admitted.

19          MS. GOO:  Yes.

20          THE COURT:  I don't have Exhibits 33, 34, and 35 in

21   evidence.

22          MS. GOO:  That is correct, Your Honor.

23          THE COURT:  Okay.  All right.  And then 36 was

24   admitted.

25          37, 38, UPS certification, 38-A I don't think was

1    admitted.

2            MS. GOO:  It was not.

3            THE COURT:  And then 39, jail call recording was

4    admitted.

5            45, FedEx records were admitted.

6            All of these under local Rule 107.5 as to no objection

7    as they were referenced in testimony.

8            I don't have 45-A having been admitted.

9            MS. GOO:  Correct, Your Honor.

10           THE COURT:  And then 46 I don't have having been

11   admitted.

12           MS. GOO:  That's correct, Your Honor.

13           THE COURT:  And 46-A was not admitted.

14           MS. GOO:  That's correct.

15           THE COURT:  And then we have Exhibit 50 was admitted.

16           Exhibit 51, was that admitted as well?

17           MS. GOO:  Yes.

18           THE COURT:  I think I have to go back.

19           MS. GOO:  That was just in Mr. --

20           THE COURT:  That was this morning, yeah.

21           And then 50.  There's no 52, 53, 54.

22           MS. GOO:  Correct.

23           THE COURT:  Exhibits 55 and 56 were admitted.  56-A

24   was not admitted.

25           MS. GOO:  Yes.

```
 1              THE COURT:  And then Exhibit 57 was admitted.

 2              MS. GOO:  Yes.

 3              THE COURT:  58 was not admitted.

 4              MS. GOO:  58 was admitted, Your Honor.

 5              THE COURT:  Was admitted.  All right.  I'm just going

 6    over this then.  58-A and -- 58-A was also admitted, was it not?

 7              MS. GOO:  Yes, Your Honor.

 8              THE COURT:  They were admitted.

 9              And 59 and 60 were admitted.

10              61 and 62 were not admitted.

11              MS. GOO:  Correct, Your Honor.

12              THE COURT:  63 was admitted, as was 64.

13              There are no 65, 66, 67, 68, or 69.

14              Exhibit 70, Sooraj Paliwal's proffer letter was

15    admitted.

16              71 was admitted.

17              I don't have a 71-A as having been admitted.

18              MS. GOO:  That's correct, Your Honor.

19              THE COURT:  And then 72, photo of Airbnb was admitted.

20              MS. GOO:  Yes.

21              THE COURT:  But I don't have 73 records being

22    admitted.

23              MS. GOO:  That's correct, Your Honor.

24              THE COURT:  All right.  And then 74, video at Airbnb

25    house, I don't have that being admitted.
```

```
 1              MS. GOO:  It was not, Your Honor.

 2              THE COURT:  Then 70 -- there's 75 and 76 and 77 were

 3    admitted, as were --

 4              There is no 78 or 79.

 5              Exhibit 80 and 81 were admitted.

 6              MS. GOO:  Yes.

 7              THE COURT:  There's no 82, 83, or 84, but then 85 was

 8    admitted.

 9              And I don't have 86 having been admitted.

10              MS. GOO:  That's correct, Your Honor.

11              THE COURT:  And then 87 was admitted.

12              87A was admitted.

13              There is no 88 or 89.

14              MS. GOO:  Your Honor, I don't believe there was an

15    87A.

16              THE COURT:  I'm sorry?

17              MS. GOO:  There was no 87A it was just 87.

18              THE COURT:  That's fine.  Then 87 was admitted and

19    there's no 87A.

20              Then there's no 88 or 89.

21              And then 90 was admitted, as was 91, 92, 93, 94, 94A,

22    95, 96, 96A, 96B.

23              I have 96B having been admitted, I don't have 96C

24    having been admitted.

25              MS. GOO:  I do believe 96C was admitted.
```

```
1            THE COURT:  Just double check.  Just go back and
2   double check.
3            MS. GOO:  Yes.
4            THE COURT:  97, photo of 4018 Chesmont Avenue was
5   admitted.
6            98, 99, and 100 were admitted.
7            I don't have 105 or 106 having been admitted, or 107.
8            MS. GOO:  That's correct, Your Honor.
9            THE COURT:  All right.  And then 110, the plea
10  agreement letter of Amaya English.  As to that, that would be
11  admitted, but again, we'll take out the statement of facts
12  stipulation because of any hearsay indications.
13           Exhibit 111 was not admitted.
14           MS. GOO:  Correct.
15           THE COURT:  There was no 112 or 113 or 114.
16           And then exhibits 115, 116, 117, 118, 119, 120, 121,
17  122, and 123 were all admitted.
18           There were no Exhibits 124 through 129.
19           And then the CAST report was admitted with Agent
20  Fowler was Exhibit 130.
21           There are no Exhibits 131, 132 or 133 or 34.
22           Exhibit 135 was admitted.
23           135A was not admitted, there was no certification.
24           MS. GOO:  Yes.
25           THE COURT:  And then 136 was admitted from Jet Blue
```

1 but 136A was not admitted.

2    MS. GOO:  Yes.

3    THE COURT:  And then 137, Motel 6 records were

4 introduced, but there was no 137A certification.

5    MS. GOO:  Yes.

6    THE COURT:  And then 138, Lyft records were

7 introduced.  And 138A there was no Lyft certification, correct?

8    MS. GOO:  Correct.

9    THE COURT:  And then Exhibit 140, UPS delivery to

10 Southwest, I think it was admitted this morning if I'm not

11 mistaken.

12    MS. GOO:  Yes.

13    THE COURT:  And then there were a few others in

14 addition to that.  Exhibits 141, 142, and 143 were admitted, and

15 I think that's tops us off.

16    MS. GOO:  And there's one photo, this was an exhibit

17 out of order, it's Exhibit 7 which is a photograph of Mr.

18 Igbinedion.

19    THE COURT:  Exhibit 7 which was?

20    MS. GOO:  I don't think it was a part of the original

21 --

22    THE COURT:  No, I know.  I know, I'm looking here.

23 Now, wait a minute.  Yes.  Government's Exhibit 7 was introduced

24 with the testimony of Mr. Mooney which was proffered as a

25 photograph of the defendant.  So that's what I have in terms of

```
 1   exhibits having been admitted.
 2          We will proceed at two o'clock promptly.  I'll try to
 3   get back here by ten of two to make sure we're ready with the --
 4   with audio testimony of Kamisha Jones.  We will proceed with
 5   that, Mr. Guillaume, and then the government will rest.
 6          And then, Mr. Guillaume, what other witnesses are you
 7   planning to call at this time?
 8          MR. GUILLAUME:  Your Honor, we may have one additional
 9   witness but I'm not certain.
10          THE COURT:  Okay.
11          MR. GUILLAUME:  It would just be one witness.
12          THE COURT:  I'm -- you had potentially listed DiAngelo
13   Sawyer and Keirah Fallon, but --
14          MR. GUILLAUME:  Ms. Fallon may be a witness but I'm
15   not certain.
16          THE COURT:  What about Sawyer?
17          MR. GUILLAUME:  No, Your Honor.
18          THE COURT:  All right.  And then again, Mr.
19   Igbinedion, I want to make sure you've had an opportunity to
20   talk with Mr. Guillaume.  Again, at some point in time I'm going
21   to inquire as to whether or not you're going to testify or not,
22   and I want to make sure you understand your rights at this point
23   in time.
24          Is it anticipated that he is going to testify or not
25   testify, Mr. Guillaume?
```

```
 1              MR. GUILLAUME:  I don't believe so, Your Honor.  I
 2   don't think he will but --
 3              THE COURT:  You still have time to talk.  Again, Mr.
 4   Igbinedion, you're -- no inference can be drawn against you if
 5   you do not testify.  You have a right to testify.  The
 6   government cannot call you as a witness, I could not call you as
 7   a witness.  Do you understand that?
 8              THE DEFENDANT:  Understood, sir.
 9              THE COURT:  Okay.  So you have a time to talk to your
10   -- Mr. Igbinedion about it.  And I believe his mother has been
11   here in the courtroom, has she not?
12              MR. GUILLAUME:  Yes, Your Honor.
13              THE COURT:  He certainly is allowed to talk to the
14   mother at the lunch hour about this thing and make sure he
15   understands his rights in that regard.  And then we'll see where
16   we are.
17              Once we finish the testimony and evidence, we'll have
18   to have a charge conference here in a little bit.  Are there any
19   additional -- basic instructions have already been submitted,
20   Mr. Guillaume.  Are there any additional instructions that you
21   desire?
22              MR. GUILLAUME:  We don't have any additional
23   instructions.
24              THE COURT:  Essentially, it's basically -- it's basic
25   boilerplate instructions and instruction on mail fraud
```

1   conspiracy, and then instructions just on the basic mail fraud

2   charge which would apply to Counts 3, 4 -- I'm sorry, 4, 5, 6

3   and 7.

4            We will explain to the jury that the case -- Counts 2

5   and 3 are being dismissed on government motion.

6            Correct, Mr. Delaney?

7            MR. DELANEY:  Correct, Your Honor.

8            THE COURT:  So we will explain to the jury -- I don't

9   send the indictment in I just summarize the indictment in my

10  instructions.  And we'll just note that for reasons they don't

11  need to worry about that the instruction as to mail fraud

12  applies to Counts 3 -- I'm sorry, applies to Counts 4, 5, 6, and

13  7.

14           And then conspiracy is Count 1, and they don't need to

15  worry themselves about why 2 and 3 are not submitted.  Does that

16  work for you, Mr. Delaney?

17           MR. DELANEY:  It does.

18           THE COURT:  Mr. Guillaume, work for you as well?

19           MR. GUILLAUME:  Yes, Your Honor.

20           THE COURT:  So is there any other loose ends we need

21  to address before I come back around ten of two or so?

22           MR. DELANEY:  No.  Thank you, Your Honor.

23           MR. GUILLAUME:  Court's brief indulgence.

24           THE COURT:  Sure.  Sure.

25           MR. DELANEY:  Your Honor, Mr. Guillaume and myself and

1  Ms. Goo have been discussing this morning, there is the

2  possibility that Mr. Guillaume will call Special Agent Jason

3  Bender for the purpose of a few narrow questions.  We're

4  discussing whether or not we need to go through regulations.

5       The government is hoping to be able to discuss with

6  Mr. Guillaume the very specific questions he will ask in advance

7  that will allow us not to have to slow things down with the

8  process.

9       THE COURT:  I'm sorry.  So will allow you to do what?

10      MR. DELANEY:  If we could discuss the very narrow

11  questions that Special Agent Bender will be asked in advance,

12  the government may not need to go through the process of trying

13  to restrict Special Agent Bender's ability to testify.  We're

14  trying to --

15      THE COURT:  Wait and see.  Certainly free to call him,

16  he's the case agent, and defense counsel is free to call the

17  case agent and conduct whatever examination he wants as far as

18  I'm concerned.  There aren't any privileges that attach to it,

19  he's the case agent, and it happens that case agents are called

20  and cross-examined by defense lawyers.  I'm sure we're all aware

21  of that.

22      MR. DELANEY:  There's the Toohey protocol, we're

23  consulting with our office, and we do believe we'll have it all

24  worked out prior --

25      THE COURT:  Well, then make sure you work that out.

1   Because in terms of protocols, as far as I'm concerned, there's

2   nothing the least bit unusual with the defense attorney calling

3   a case agent.  There's nothing the least business unusual about

4   cross-examining.  And there aren't any privileges that attach to

5   it, and there aren't any protocols that preclude it, to put it

6   bluntly.

7           And as far as I'm concerned, if you think there are

8   protocols that are precluded you need to notify me ahead of

9   time.  Because I've not seen any reason not to have that be

10  done.  It happens or it doesn't happen sometimes, it depends on

11  a case by case basis.

12          MR. DELANEY:  I understand, Your Honor.  Thank you.

13          THE COURT:  All right.  With that, I will say that --

14  just have -- you all can talk about this.  I really do believe

15  that Mr. Guillaume talk to Mr. Delaney and Ms. Goo about this,

16  but Juror No. 3 and 5 are the only two jurors that have had

17  previous jury experience.  And Juror No. 3 is an

18  African-American woman, works for the State of Maryland in the

19  parole system.  She has had prior criminal jury experience.

20          Of Juror No. 39, a Caucasian woman -- Juror No. 5 is

21  39 years of age, Caucasian woman.  She's had civil jury trial

22  experience before but never criminal jury trial experience.  I

23  think all these jurors have been very attentive.  I'm very much

24  inclined to -- when I give the instructions to the jury to

25  designate Juror No. 3 as the foreperson of the jury.  And I'll

1   explain to them because of her prior criminal jury experience.

2   So if anyone has any objections with that, let me know, but I'll

3   certainly be glad to hear your input, but I think that would

4   make perfectly good sense.

5        MR. GUILLAUME:  Your Honor, I don't object to the

6   naming of that particular juror, but the explanation, I think, I

7   would not like the Court to give.  Because of the reasons you

8   chose that particular juror.

9        THE COURT:  In all candor, Mr. Guillaume, I'm not sure

10  why you'd object to that.  I'm trying to explain to you why I

11  picked her out.  I mean, I do this all the time, and the jurors

12  are entitled to know.  And it's just -- it's quite frankly, I

13  think it's improper to do it otherwise.  Otherwise the jurors

14  are like why did you select her as opposed to someone else.  And

15  the jury -- and I will note your objection and it's overruled.

16       I think the jury is entitled to be told the way we do

17  things.  And I'll indicate no one seems to object that she --

18  only the two of them have prior jury experience.  That's

19  perfectly understandable to the jury.  And the fact that she had

20  criminal experience and Number 5 has had civil experience is

21  also perfectly understandable and makes good sense, I think.

22       So I will explain that to them, and I'll indicate that

23  as to -- I will indicate that as to her selection everyone

24  agrees.  I won't indicate that you don't agree that I should

25  explain why, but I'll indicate that we all agree that she should

```
 1   be the foreperson.

 2            Is that agreeable to the government?

 3            MR. DELANEY:  Yes, Your Honor.

 4            THE COURT:  Mr. Guillaume?

 5            MR. GUILLAUME:  Yes, Your Honor.  Just so the record

 6   is clear, I respect the court's decision, just want to be clear

 7   that I think that that gives that juror potentially an outsized

 8   role in the deliberations, but I understand.  I just want to

 9   preserve the record for my client.

10            THE COURT:  Sure.  That's right.  But you don't object

11   to her selection?

12            MR. GUILLAUME:  No, that's --

13            THE COURT:  That's fine.  I'll just indicate that we

14   agree she should be the one.  And I'll just say -- I'll say it's

15   agreed that she will be the foreperson.  And I'll explain that

16   I've noted she had prior criminal jury experience and she will

17   be the foreperson.

18            So what I envision we -- hopefully we get started on

19   charge conference this afternoon.  And then what I envision,

20   perhaps is -- I will say this.  I'm a little bit nervous about

21   -- about having -- in terms of closing tomorrow morning, how

22   long do you think government is going to be?

23            MS. GOO:  Your Honor, I'm going to say conservatively

24   an hour.  It's entirely possible I don't get to the full hour,

25   but I would say conservatively --
```

```
 1              THE COURT:  All right.  How long do you think?

 2              MR. GUILLAUME:  I would like to request an hour.  I

 3  may not use it all.

 4              THE COURT:  Rebuttal, so looking at 20 minutes of

 5  rebuttal?

 6              MR. DELANEY:  That sounds conservative.

 7              THE COURT:  Two hours for argument, and then I've got

 8  to read the instructions.  And what is making me a little

 9  nervous is at three o'clock I have to be down for a ceremony in

10  the courtroom with all the other judges and with our law clerks,

11  and there's a ceremony.  And I can always be called out of the

12  ceremony off the bench to come and answer questions, but then

13  there's sessions with the clerks.  This is an annual event.  And

14  I'm a little bit concerned about backing up into that event and

15  suddenly, you know, it's not fair to my law clerks or to my

16  colleagues on the bench in terms of the photographs that are

17  taken or whatever.  Not that they have to have me in the

18  photograph, but -- we're laughing here, but they may want me --

19              MR. DELANEY:  If we want --

20              THE COURT:  They may insist that I'm in the

21  photograph.  So I just don't know -- let's just see how we play

22  out in terms of how much time this will take this afternoon, I

23  guess is my question.

24              MR. GUILLAUME:  I don't have any objection to the

25  court doing argument on Friday.  Frankly, it gives me more time
```

06/14/2023 Igbinedion

1    to prepare.

2            THE COURT:  Well, that's what I'm thinking.  I'm

3    thinking what we may do is --

4            MR. GUILLAUME:  Sorry.

5            MR. DELANEY:  Your Honor, if I may be heard briefly.

6            THE COURT:  Here's the problem.  I don't like to

7    instruct -- I don't like to instruct after -- I always instruct

8    after closing argument.  Generally -- we could always have

9    closing arguments be on Thursday and then I could -- and we

10   could -- and then I could instruct the jury Friday morning,

11   that's possible, and that would allow time for digest -- why

12   don't you talk about how you feel comfortable with this and

13   we'll deal with that as well.

14           So with that, I've got to get to this bench meeting

15   right now, and we stand in recess until ten minutes of two.

16   We're going to come back and try to get organized for the

17   witness.  Thank you all very much.

18           THE CLERK:  All rise.  This court stands in recess.

19       (Recess was taken from 12:54-2:09 p.m.)

20           THE COURT:  Good afternoon, everyone.  We have the

21   witness apparently Kamisha Jones who is -- I see on the video

22   screen here, and we're ready to have her examination.

23           I think what I'll do is -- those in the far back may

24   be seated.

25           What I'll do is, I'll just explain to the jury that

1  we're talking -- the person in the back may be seated please.

2  Thank you.  You may be seated, please.  Thank you.

3          The person in the back -- I mean, the person on the

4  screen is ready to be examined.  I'll indicate to the jury that

5  we're going to take her out of turn and it's a witness being

6  called by Mr. Guillaume on behalf of the defendant.  Is that

7  agreeable to the government?

8          MR. DELANEY:  The government is prepared to rest.

9          THE COURT:  We'll do that later.

10          Mr. Guillaume, that's agreeable to you?

11          MR. GUILLAUME:  Yes, Your Honor.

12          THE COURT:  All right, good.  And then we'll bring the

13  jury in and we'll go over the matter of resting in a minute

14  here.

15          THE CLERK:  Ms. Jones, you can hear me, correct?

16          THE WITNESS:  Yes.

17          THE COURT:  Thank you all.

18      (Jury entered the courtroom at 2:11 p.m.)

19          THE COURT:  Ladies and gentlemen, we're running a

20  little bit late.  We had to organize something from the

21  technology department.

22          We're going to be taking a witness out of turn here.

23  Kamisha Jones is a witness being called by the defense.  Now,

24  the government has not yet rested, but for strategic purposes

25  and logistics we've indicated to Mr. Guillaume we certainly can

```
 1   take this witness out of turn.  And she is being examined here

 2   by video hookup here in the courtroom, and it is Kamisha Jones.

 3           And Mr. Gurevich, has she been sworn yet?

 4           THE CLERK:  She has not.

 5           THE COURT:  If you'll swear the witness, please.  If

 6   you'll stand and raise your right hand Ms. Jones, please.

 7      (KAMISHA JONES, duly sworn via Zoom.)

 8           THE CLERK:  Can you please state your full name for

 9   the record?

10           THE WITNESS:  Kamisha Jones.

11           THE CLERK:  Thank you.

12           THE COURT:  With that, Mr. Guillaume, you may proceed.

13           MR. GUILLAUME:  Thank you, Your Honor.

14                      DIRECT EXAMINATION

15   BY MR. GUILLAUME:

16      Q.   Good afternoon, ma'am.  Can you hear me?

17      A.   Yes.

18      Q.   Okay.  Can you see me from where you are?  I'm

19   standing here with my hand up.

20      A.   Yeah.  Yeah.

21      Q.   Thank you for joining us this afternoon.

22           Ma'am, where are you right now located?  Just what

23   state?

24      A.   Florida.

25      Q.   Okay.  And my name is Alfred Guillaume, I'm a defense
```

```
1   attorney.  We never met before, have we?
2        A.    No.
3        Q.    Never spoken either, right?
4        A.    No.
5        Q.    Okay.  Thank you for joining us.  I have a few
6   questions I'd like to ask you.
7        A.    Okay.
8        Q.    And I will try not to take up too much of your time.
9              Ma'am, did you previously -- did you ever previously
10  testify in front of a grand jury in the Federal District Court
11  of Maryland?
12       A.    Yes.
13       Q.    Do you remember what year that was?
14       A.    Maybe last year.
15       Q.    Would it have been in 2021?
16       A.    Yeah.  Yeah.
17       Q.    Does that sound right?
18       A.    Yeah.  2021, yes.
19       Q.    And ma'am, just to be clear, I was not involved in
20  that process at all, correct?
21       A.    Right.  Correct.  No, you wasn't.
22       Q.    And when you appeared in front of the grand jury in
23  2021 you were asked -- were you asked questions by the federal
24  prosecutor in this proceeding?
25       A.    Yes.  I think that's who it was, yes.
```

```
1        Q.    And you also had your own lawyer.  You were
2   represented by a lawyer at the time; is that right?
3        A.    Yes.
4        Q.    Okay.  Now, I want to ask you the same sort of -- or
5   similar type of questions that you were asked back then, okay?
6        A.    Yes.
7        Q.    Ma'am, do you know an individual by the name of Medard
8   Ulysse?
9        A.    Yes.
10       Q.    Do you know him by any other name?
11       A.    Jay.
12       Q.    Okay.  Who is this person and how do you know him?
13       A.    He's just my ex-boyfriend.
14       Q.    Okay.  You said your ex-boyfriend?
15       A.    Uh-huh.  Yes.
16       Q.    What timeframe were you involved in a relationship
17   with him?
18       A.    2018 to 2019.
19       Q.    And you lived in Miami, Florida; is that right?
20       A.    Yes.
21       Q.    Where -- do you know where Jay lives?  I'm going to
22   call him Jay for purposes of this conversation, okay?
23       A.    Do I know where he lives now?
24       Q.    No, at the time.  Do you know where he lived?
25       A.    Miami.
```

06/14/2023 Igbinedion Direct Examination of Jones

1     Q.   Okay.  When did you first start dating him?  If you

2 can remember, what year would it have been?

3     A.   I'm thinking 2018, I'm thinking.

4     Q.   Did you ever live together?

5     A.   Yes.

6     Q.   Okay.  And when was that?  When and where was that?

7     A.   2018, 2019.  And where?  We lived in Miami.

8     Q.   Did you share a house or apartment together?

9     A.   An apartment.

10     Q.   Okay.  Do you know what he did for a living?

11     A.   He told me he sold dogs.

12     Q.   Did you come to find out whether that was true or not?

13     A.   Right.  Yes.

14     Q.   What did you find out?  Did you find out that was true

15 or untrue?

16     A.   Well, it was untrue.

17     Q.   What do you know about what he did to earn money at

18 that time?

19     A.   Yes.

20     Q.   Can you tell me --

21     A.   Later on, yes.

22     Q.   Can you tell me what you know about what he was doing

23 to earn money at that time?

24     A.   Later on he was -- he was -- I don't know, working

25 with some guy picking up packages and stuff.

1    Q.    Okay.  You said picking up packages?

2    A.    Uh-huh.

3    Q.    Can you give us a little bit more detail about what

4    you know about that?

5    A.    He would have somebody come and, I guess, they mail

6    the package off and he would get them and send them somewhere

7    else.

8    Q.    I'm sorry, I didn't catch the last part of what you

9    said.  You said he would have somebody come out and get them and

10   then what?

11   A.    They send them to him.  They send them to him and

12   he'll hold it or take it somewhere else.

13   Q.    When you say they, who are you referring to?

14   A.    I don't know, some people from Canada.

15   Q.    Okay.  And your understanding is that people from

16   Canada would send him packages?

17   A.    Right.

18   Q.    Did you ever see him opening any of these packages?

19   A.    Yes.

20   Q.    Approximately how many times did you see him open

21   packages?

22   A.    Less than ten.

23   Q.    Did you see what was inside the packages those times

24   that you noticed him?

25   A.    It was just money.

1      Q.   You said it was just money?

2      A.   Yeah.

3      Q.   Did you know -- if you have an idea, how much money,

4  more or less?

5      A.   It would range different times.  It would be

6  different.  Different amounts.

7      Q.   Okay.  Can you give me a ballpark figure?  Was it $10?

8  Was it $100?  Was it a thousand dollars?

9      A.   No, it would be -- sometimes be like 5,000; 2,000;

10  9,000; 7,000.

11      Q.   And would these packages be sent to your home that you

12  shared with him in Miami?

13      A.   No.

14      Q.   Where would they be, if you know?

15      A.   Random addresses.

16      Q.   Did you ever see him, Jay, go to any random addresses

17  and pick up the packages?

18      A.   Yes.

19      Q.   You were with him approximately how many times?

20      A.   Less than ten.

21      Q.   Was anyone else present or was it just the two of you?

22      A.   Just the two of us.

23      Q.   Did you ever pick up any packages for him at his

24  request?

25      A.   Yes.

1    Q.   Approximately how many times?

2    A.   Less than ten.

3    Q.   Okay.  And did you open any of those packages?

4    A.   Yes.

5    Q.   And what was inside when you opened the -- your

6    packages?

7    A.   Money.

8    Q.   And did you count the money that you opened of the

9    package that you opened?

10   A.   Yes, sometimes.  Sometimes not though.

11   Q.   From a -- just as an estimate, from the packages that

12   you opened, how much money would be inside, more or less?  I

13   know it's varying amounts I'm assuming?

14   A.   Yeah.  Yeah.

15   Q.   But can you give me a ballpark figure of some of the

16   amounts?

17   A.   Maybe 8,500; 9,000; 9,800.

18   Q.   Do you know anyone by the name of McArnold

19   Charlemagne?

20   A.   No.

21   Q.   Do you know anyone by the name of Zo?

22   A.   No.

23   Q.   Did you ever see Jay open packages with anyone else?

24   A.   No.

25   Q.   When you would communicate with Jay would you use your

1  -- how would you communicate with Jay if you wanted to -- if he

2  wasn't with you at the same place at the same time?

3       A.   On the phone.

4       Q.   I'm sorry, I didn't catch what you said.

5       A.   On the phone.  On the phone.  On the phone.

6       Q.   Would you call him on your regular cell phone or would

7  you use an application to call him?

8       A.   An app.

9       Q.   Do you remember the name of the app?

10      A.   I don't remember the name of the app.

11      Q.   Okay, that's fine.  Just a few more questions for you,

12  ma'am.

13      A.   Uh-huh.

14      Q.   How would you describe your relationship with Jay?

15      A.   Bad.  He was just always cheating on me so it was --

16  he would go on these trips.

17      Q.   I'm sorry to hear that.  Was Jay ever abusive towards

18  you?

19      A.   He did choked me one time, but never closed fist or

20  anything.

21      Q.   I'm sorry, I didn't catch the first part of what you

22  said.

23      A.   I said he choked me before.  Choked me before, but

24  never a closed first or black eye or --

25      Q.   I'm sorry that that happened to you, ma'am.  Do you

 1   remember --

 2        A.   That's okay.

 3        Q.   -- the circumstances of why that happened?

 4        A.   I caught him cheating on me and I confronted him.

 5        Q.   Okay.  It didn't have anything to do with the package

 6   operation?

 7        A.   No, I just caught him cheating.

 8        Q.   When you mentioned a moment ago that people from

 9   Canada sent packages, what were you referring to?

10        A.   Am I referring to?

11        Q.   Yes.  Can you give me an explanation of what you're

12   talking about?  You said people from Canada, you mentioned that

13   earlier, a few moments ago.

14        A.   I -- just what he told me.  He just said that he had

15   people from Canada that was sending him packages down, you know.

16        Q.   Did you ever hear Jay speak with anyone about this

17   package operation that he was doing?

18        A.   The people from Canada.

19        Q.   You did hear that?

20        A.   Majority of the time they spoke in French, most of the

21   time, but --

22        Q.   Do you speak French, ma'am?

23        A.   No, I don't speak French.

24        Q.   Did you hear him speaking any other time in English

25   about the same thing?

```
 1        A.    Yeah, it was -- about the same thing?  No.

 2        Q.    About -- I'm sorry, that question wasn't clear.

 3        A.    Yeah.

 4        Q.    Did you ever hear him speaking in English about -- to

 5   the people in Canada about the package operation?

 6        A.    Not about the package operation.

 7        Q.    What did you hear him speaking to the people in Canada

 8   about in English?

 9        A.    They was just arguing about some money.

10        Q.    Ma'am, did you ever do anything for -- do anything at

11   the request of Jay as related to this -- this package operation,

12   other than pick up the packages yourself that you've already

13   testified to?

14        A.    No.

15        Q.    Were you ever asked to hold any money for him?

16        A.    Oh, yes.

17        Q.    Approximately how much money do you think you held for

18   him at his request?

19        A.    I think it was 73, 74,000.

20        Q.    And what year was this, do you remember?

21        A.    2018 I'm thinking.

22        Q.    Did he ever ask you to book any flight for him or

23   other people?

24        A.    Yes.

25        Q.    Approximately how many times did you do that or did
```

1   you do it?

2        A.   Yeah, I booked some flights.

3        Q.   Approximately how many times did you do that?

4        A.   I don't remember.

5        Q.   Do you remember if it was just for him or for others

6   or for both him and others?

7        A.   It was both.

8        Q.   Do you remember the names of the other people that you

9   booked flights for other than Jay?

10       A.   No, I don't remember.

11       Q.   Did Jay provide you the information for the other

12   people or did the other people provide you their own

13   information?

14       A.   No, Jay provided it.

15       Q.   And I think I may have asked you this, but I'm sorry

16   if I'm repeating myself.  You said you did remember how many

17   times that was?

18       A.   I don't remember how many people.

19       Q.   That's fine.  I only have a few more questions, ma'am.

20            When did you stop seeing Jay?

21       A.   I'm thinking 2019 --

22       Q.   Do you remember approximately --

23       A.   -- or 2020.

24       Q.   2019 or '20?

25       A.   Yeah.

```
1        Q.   Would it have been the end of 2019 to the beginning of
2   2020?
3        A.   I don't know.  I don't understand.  I really don't
4   remember.  I know it was --
5        Q.   That's fine.
6        A.   I'm sorry.
7        Q.   I'm sorry, I cut you off.  You said you know what?
8        A.   I just know most, like, two years that we was talking
9   and probably had contact.
10       Q.   Ma'am, I just have one final question for you, thank
11  you for your patience thus far.
12            Did you ever talk to Jay about the source of the money
13  in the boxes that you and he opened?
14       A.   No, I never asked how they would send it.  He just
15  said it was coming from Canada.  That it was coming from Canada.
16       Q.   Okay.  I think that's all I have for you, ma'am.  Just
17  going to check my notes and make sure before I sit down.
18            MR. GUILLAUME:  Court's brief indulgence.
19            THE COURT:  Take your time, Mr. Guillaume.
20  BY MR. GUILLAUME:
21       Q.   Ma'am, just want to be clear.  You never saw Jay
22  assault anyone besides yourself?
23       A.   Yes.  I -- well, I never saw him, no.  I heard, but I
24  never saw him.
25       Q.   Did you -- hear from who, from Jay?
```

```
 1        A.    Yeah.

 2        Q.    What did Jay tell you?

 3        A.    He was fighting with his friend.

 4        Q.    Did he say why?

 5        A.    I don't remember.  He just -- I don't know, I think he

 6   was just upset and the friend said something and they got into a

 7   fight.

 8        Q.    Okay.  Thank you so much, ma'am.  I have no further

 9   questions.

10              THE WITNESS:  Okay.  No problem.

11              THE COURT:  Thank you very much, Mr. Guillaume.

12              Mr. Delaney or Ms. Goo, any questions?

13              MS. GOO:  No questions, Your Honor.

14              THE COURT:  No questions.

15              Thank you very much, Ms. Jones, for making yourself

16   available on such quick notice.  And your testimony has been so

17   noted and thank you very much.

18              THE WITNESS:  Okay.

19              THE COURT:  You're excused and that will conclude your

20   testimony.  Thank you very much.

21              Now there are some matters that we need to pick up out

22   of the of the presence of the jury for a few minutes?

23              MR. DELANEY:  Yes, Your Honor.

24              THE COURT:  Why don't you all be excused for a few

25   minutes.
```

```
 1        (Jury exited the courtroom at 2:26 p.m.)

 2            THE COURT:  So this -- Mr. Delaney, do I understand

 3   that the government is now resting?

 4            MR. DELANEY:  That's correct, Your Honor.

 5            THE COURT:  The government has now rested and

 6   concluded its case.

 7            Mr. Guillaume, just for matters of the record, you're

 8   now moving for a judgment of acquittal under Rule 29; is that

 9   correct?

10            MR. GUILLAUME:  Correct, Your Honor.  And I'll make

11   that motion and submit without argument.

12            THE COURT:  Submit for argument.  And that'll be

13   denied just so the reasons are clear.

14            The standard in ruling upon a Rule 29 motion for the

15   court is, if upon the viewing the evidence in the light most

16   favorable to the government any rational tier of facts could

17   have found the defendant guilty beyond a reasonable doubt, there

18   certainly -- and that's under the United States versus Tresvant

19   677 F.2d 1018, a Fourth Court Circuit Opinion of 1982, as well

20   as United States versus Romer, 148 3.d 359, opinion of the

21   Fourth Circuit 1998 where certiorari was denied.

22            United States versus Wilson in which the Fourth

23   Circuit in 115 F.3d 1185 Fourth Circuit opinion in 1997 noted

24   that the government is allowed all benefitted, reasonable

25   inferences at this stage.  And even the uncorroborated testimony
```

1   of a single witness is enough to deny Rule 29 motion.

2          Here you have testimony of specific individuals who

3   have linked an established -- or testified as to Mr.

4   Igbinedion's involvement in the conspiracies charged in Count 1

5   and the respective mailings as charged in Counts 4, 5, 6, and 7;

6   they include Mr. David Green, Amaya English, McArnold

7   Charlemagne, Sooraj Paliwal, Leevensky Lambert.  All of those

8   witnesses specifically addressed to Mr. Igbinedion's involvement

9   in the alleged conspiracy as well as the mail fraud that's

10  charged here.  So the evidence is certainly sufficient to be

11  presented to the jury for the jury to make a determination in

12  that regard.  So motion for Rule 29 motion is denied.

13         I would note, just for the record Mr. Guillaume, that

14  pursuant to Rule 29(c)(1)(3) the defendant is not required to

15  move for a judgment of acquittal under Rule 29 even after the

16  close of all the evidence.  Just so the record is clear, you've

17  made your motion and preserved your issues in that regard.  Any

18  and all pretrial motions are also preserved in terms of even by

19  prior counsel.

20         Now with respect to the presentation of a case by the

21  defense, you have previously indicated -- we arranged for Ms.

22  Jones to testify based upon our discussion earlier here today.

23  You previously indicated that perhaps Keirah Fallon was going to

24  testify, or DiAngelo Sawyer.  Are either of those people going

25  to testify?

```
 1              MR. GUILLAUME:  No, Your Honor.  We have one witness
 2   who we worked an agreement with the government, Special Agent
 3   Bender.
 4              THE COURT:  Okay.  So you'll be calling Special Agent
 5   Bender to the stand; is that right?
 6              MR. GUILLAUME:  To ask a very narrow set of questions.
 7              THE COURT:  That's fine.  So we'll proceed -- we'll
 8   note to the jury that we're going to proceed now with the
 9   defense case and we'll call Agent Bender.  And then once that's
10   concluded we will then -- as we speak now, your client is not
11   intending to testify; is that correct?
12              MR. GUILLAUME:  Correct, Your Honor.
13              THE COURT:  All right.  Well, again, I'll go over
14   Advice of Rights with him again after we finish Agent Bender's
15   testimony, in case for some reason there was some portion that
16   he would want to -- you know, just we'll make sure that we
17   discuss this after all the evidence is closed.
18              So with that, I think we're ready to have the jury
19   come back in and the defense will call Agent Bender.  Yes.
20   Thank you.
21        (Jury entered the courtroom at 2:32 p.m.)
22              THE COURT:  Thank you all very much.  You all may be
23   seated.  Thank you very much.
24              Now, with that, formally now once again in front of
25   the jury, Mr. Delaney, the government is now resting; is that
```

 1  correct?

 2          MR. DELANEY:  The government rests, Your Honor.

 3          THE COURT:  The government is now resting.  And now

 4  I'll call upon the -- call upon the defendant with respect to

 5  putting on its case.

 6          Mr. Guillaume, your first witness.

 7          MR. GUILLAUME:  Your Honor, the defense would call

 8  Special Agent Jason Bender.

 9          THE COURT:  Agent Bender, if you'll come forward,

10  please sir.

11      (JASON BENDER, duly sworn.)

12          THE CLERK:  while speaking clearly into the

13  microphone, can you state your full name and spell your last

14  name for the record?

15          THE WITNESS:  Jason Bender, B-e-n-d-e-r.

16          THE CLERK:  Thank you.

17          THE COURT:  You may proceed, Mr. Guillaume.

18          MR. GUILLAUME:  Thank you.

19                         DIRECT EXAMINATION

20  BY MR. GUILLAUME:

21      Q.   Good afternoon, Special Agent Bender.

22      A.   Good afternoon, sir.

23      Q.   Special Agent Bender, I just have a few questions for

24  you.  You are the case agent for this particular matter; is that

25  correct?

1      A.   Correct.

2      Q.   Meaning that you're the lead person in charge from

3 your agency?

4      A.   Correct.

5      Q.   Sir, you had the opportunity to participate in the

6 arrest of McArnold Charlemagne, or actually I'll phrase it, you

7 actually notified him that there was a warrant for his arrest in

8 December of 2019; is that right?

9      A.   Correct.

10     Q.   He informed you, Mr. Charlemagne did, he was in New

11 York City; is that correct?

12     A.   He stated New York.  I can't recall New York City

13 specifically, but he told me he was in New York.

14     Q.   Okay.  You advised him that he must turn himself in;

15 is that right?

16     A.   Correct.

17     Q.   And he turned himself in actually in Baltimore the

18 following day; is that correct?

19     A.   Correct.  Yes.

20     Q.   Special Agent Bender, you are obviously familiar with

21 my client, Mr. Igbinedion, correct?

22     A.   Yes.

23     Q.   He was arrested in March of 2021, right?

24     A.   Correct.

25     Q.   At the time of his arrest he was residing or living in

1   Pennsylvania; is that right?

2        A.   Yes.

3        Q.   And you were aware that he had been living in

4   Pennsylvania since 2019?

5        A.   I'm aware at some point in 2019 he relocated to

6   Pennsylvania.

7        Q.   And sir, my last question is, during the course of

8   this investigation you became aware that actors from other

9   countries possibly were involved -- other than the U.S. -- were

10  possibly involved; is that right?

11       A.   Yes.

12       Q.   Thank you.

13            MR. GUILLAUME:  No further questions.

14            THE COURT:  Any follow-up on those questions by you,

15  Mr. Delaney?

16            MR. DELANEY:  No, Your Honor.  Thank you.

17            THE COURT:  All right.  Thank you, Special Agent

18  Bender, you may step down.  This was quick and you may return to

19  your seat.  Thank you very much.

20            All right.  Mr. Guillaume, I think -- I'm sorry,

21  ladies and gentlemen, we need to have you step out of the room

22  again now.  I'm sorry, we have to do it in terms of -- just

23  don't even sit down, just go back in the room and stand there

24  for a minute.  Go back and stretch your legs.  We can have you

25  go in a circle in the juror room, go around in circles.  We're

1    laughing here.  Just keep your legs moving.

2        (Jury exited the courtroom at 2:35 p.m.)

3            THE COURT:  Mr. Guillaume, are there any other

4    witnesses that you intend to call?

5            MR. GUILLAUME:  No further witnesses, Your Honor.

6            THE COURT:  Any other exhibits to present?

7            MR. GUILLAUME:  No other exhibits, Your Honor.

8            THE COURT:  And do you have -- I want to advise you,

9    Mr. Igbinedion, of your rights.  You've had a right to

10    compulsory process of witnesses.  And with respect to bringing

11    witnesses forward we made the step here today to make sure that

12    Ms. Jones' testimony was presented.

13            You have an absolute right to testify and an absolute

14    right not to testify.

15            I want you to note that if you choose -- if you choose

16    not to testify in this case, I will specifically instruct the

17    jury as follows in terms of jury instructions.  If you choose

18    not to testify in this case the jury will be instructed as

19    follows:

20            The defendant chose not to testify in this case.

21    Under our constitution a defendant has no obligation to testify

22    or to present any evidence because it is the government's burden

23    to prove a defendant guilty beyond a reasonable doubt.  A

24    defendant is never required to prove that he or she is innocent.

25            And I'll also add this.  The burden is always upon the

1    prosecution to prove guilt beyond a reasonable doubt and that

2    burden never shifts to a criminal defendant.  I'm going to add

3    that language.  Therefore, you must not attach any significance

4    to the fact that a defendant -- I'll say Mr. Igbinedion, did not

5    testify.  No adverse inference against him may be drawn by you

6    because he did not take the witness stand, and you may not

7    consider that in any way in your deliberations in the jury room.

8             Do you understand that I'm going to advise the jury in

9    that fashion?  Do you understand that, sir?

10            THE DEFENDANT:  Yes, sir.  Understood, sir.

11            THE COURT:  All right.  And having discussed this

12   matter with your attorney, Mr. Guillaume, it's your decision not

13   to testify; is that correct?

14            THE DEFENDANT:  Are you speaking to me?

15            THE COURT:  Is it your decision to testify or not to

16   testify?

17            THE DEFENDANT:  Yes, it is, sir.  It's my decision to

18   not testify, sir.

19            THE COURT:  All right.  And you've chosen not to

20   testify; is that correct?

21            THE DEFENDANT:  Correct, sir.

22            THE COURT:  Okay.  The defendant is aware of his right

23   to testify and had made a knowing and intelligent decision in

24   his own view not to testify.

25            Is there anything further from the point of view of

```
 1   government on this matter?

 2           MR. DELANEY:  No, Your Honor.

 3           THE COURT:  Mr. Guillaume, are there any other points

 4   you want me to attach here on this?

 5           MR. GUILLAUME:  No, Your Honor.

 6           THE COURT:  All right.  Then I'm going to bring the

 7   jury back in and I'm going to advise them that that concludes

 8   the case, and that we will be attending to legal matters here

 9   this afternoon.  And that they should be here tomorrow and that

10   we will have the closing arguments tomorrow.  That will start at

11   9:30 and the case will proceed to trial starting with closing

12   arguments at 9:30.

13           We're going to make every effort to make sure the

14   closing arguments are completed in the morning and I charge the

15   jury before lunch, and then they'll be out for lunch and then

16   we'll await the return of the verdict.  And I'll be here in the

17   courthouse, and if for some reason I'm on the panel with the

18   judges downstairs for the admission of some of the law clerks,

19   I'll just recess and come back up here.  So that's what we'll

20   do.

21           Unless there's anything further, we're going to bring

22   the jury back in and send them home.  All right.  If you'll

23   bring in the jury, please.

24           MR. GUILLAUME:  Should I formally rest in front of the

25   jury?
```

 1            THE COURT:  Yes.  Yes.  Yes, you'll formally rest.

 2        (Jury entered the courtroom at 2:40 p.m.)

 3            THE COURT:  All right.  With that, you all may be

 4    seated quickly for just a few moments.

 5            Mr. Guillaume, the defense now rests; is that correct?

 6            MR. GUILLAUME:  That is correct, Your Honor.

 7            THE COURT:  Is there anything further from the

 8    government?

 9            MR. DELANEY:  No, Your Honor.

10            THE COURT:  With that, Mr. Guillaume, in terms of the

11    Rule 29 motion that's renewed, I'll just treat that as I did

12    before.

13            MR. GUILLAUME:  Thank you, Your Honor.

14            THE COURT:  So with that, ladies and gentlemen, we

15    have concluded this trial and we're going to excuse you early,

16    and you're going to be able to go home early today.  And you'll

17    be due back here tomorrow morning; try to get here by 9-ish, ten

18    after nine.  We're going to do our very best to get started

19    right at 9:30.  We'll have closing arguments tomorrow and then I

20    will give you instructions on the law after the closing

21    arguments just as -- there are certain things that happened last

22    week that you don't see on television.

23            At the end of closing arguments I actually instruct

24    you on the law.  And I can ensure that the TV ratings would go

25    through the roof -- through the floor if you watched this on TV,

1   but that's a very important part of process.

2           I instruct you on the law, you determine the facts and

3   apply the law as I instruct you, but we'll give you instructions

4   on that.  And I'm going to go over these legal matters with the

5   lawyers now this afternoon.  So we will see you back here

6   tomorrow ready to go at 9:30.

7           One of the first things you'll do, is that

8   Mr. Gurevich will have a menu for lunch ready for them.

9   Correct?

10          THE CLERK:  Yes, Your Honor.

11          THE COURT:  And I say we buy you lunch, but the fact

12  of the matter is, you pay for everything that happens here

13  anyway.  So we're not really buying you lunch, we're using your

14  tax dollars to buy you lunch.  So I always tell the jury we buy

15  you lunch, we are you, but everything is run by tax dollars

16  here.

17          So we fill out your lunch menu and then you proceed

18  and hear arguments.  And while that's occurring, sometime later

19  in the morning, lunch will be brought over for you and then

20  you'll have lunch all together back in the jury room.  So I want

21  to thank you all --

22          Yes, ma'am.  Juror No. 4, yes?

23          JUROR NO. 4:  Just for hotel, like, purposes, do you

24  think this will go over to Friday?

25          THE COURT:  In terms of hotel reservations and what

 1 | have you?

 2 |            JUROR NO. 4:  Yeah.

 3 |            THE COURT:  I just don't know.  Just stay where you

 4 | are, don't go checking out or anything, just standby.  Just

 5 | standby.  The government pays for all that, but just standby.

 6 | It just depends, that's all.

 7 |            JUROR NO. 4:  Well, they won't pay for it if I

 8 | renew --

 9 |            THE COURT:  Mr. Gurevich will handle that.  He

10 | guarantees payment of anything.  He'll guarantee it if not paid.

11 |            You still guarantee this, Denis; is that right?

12 |       (Laughter.)

13 |            JUROR NO. 4:  Perfect.  Thank you.

14 |            THE COURT:  Just so with that, don't worry about that.

15 | Don't go checking out of your hotel or anything.  So with that,

16 | you all are excused and I'll stay up here on the bench.  Thank

17 | you all very much.  Thank you.

18 |       (Jury dismissed from the courtroom at 2:42 p.m.)

19 |            THE COURT:  Okay.  With that, the -- we're going to

20 | have a charge conference now.

21 |            Mr. Igbinedion, you are allowed to stay here for this.

22 | You don't have to stay here for this, this is the lawyers going

23 | over legal issues in terms of how the jury will be instructed.

24 | I think it's probably -- my view is it's advisable if you do

25 | stay here, and just in case you have any input you want to give

1  Mr. Guillaume as we proceed.  You just can sit and quietly

2  listen.  Your mother is certainly welcome to stay as well, and

3  we go over how the jury is to be instructed on the law.

4          And with that counsel, we'll -- Ms. Hudson, my law

5  clerk, is photocopying the first draft of instructions here, and

6  I've started to go through some of them.

7          I will just preface this by noting -- I'm going to

8  take a quick recess in a minute.  I'll preface this by noting --

9  you all may be seated for a moment.

10          I talk to the jurors after every jury trial.  And I

11  will tell you that on more than one occasion jurors have said

12  that the jury instructions are mind numbing.

13          Could you -- thanks.

14          Ms. Hudson has -- these are just -- give that to

15  counsel.  Thank you.

16          She's going to give these out to you now, this draft

17  of these instructions.  And you do not need -- what we'll do is,

18  you do not need to --if you have -- if you have any lengthy

19  presentation, if you have any lengthy presentation then stand.

20  Otherwise, you can remain seated as we go through these.

21          Just caution you with one thing.  In an abundance of

22  caution we printed out a whole group of these, but some of these

23  we're going to edit out.

24          The one thing I will tell you, when I talk to all the

25  jurors, and's important for you all, it usually is discounted

1   here --

2            Elizabeth, you can take this and we'll go through.

3   There you go.

4            It is usually discounted, but as one of the jurors

5   said, it is basically brain numbing.  And the point is, is that

6   no matter how many times I tell lawyers more is not better,

7   lawyers always want to push for this instruction and that

8   instruction.  At some point in time it's counterproductive.  I

9   always at least say that to the jurors.  I'm trying to keep

10  these as tight as I can to instruct on the points that are

11  important, but not just have needless verbiage because it just

12  overwhelms them.

13           And it's in everybody's interest, and particularly the

14  defendant's interest, to have the jury focus upon those

15  instructions that are very important.  And it's not in anybody's

16  interest to have the instructions essentially be swallowed up

17  because there are so many of them.  And so I just -- we just

18  note that for what it's worth.  Sometimes it -- it seems

19  somewhat futile, but I usually try to do that anyway just to try

20  too move things along.

21           With that, looking at the draft here, some of these

22  are really not applicable, but we're going to go through and I

23  just hope that you all take to heart what I've said about the

24  purpose here is try to narrow these down to be in a workable

25  format, specifically applicable to this particular case.

1          All right.  With that, we'll page through.

2    Instruction Number 1 in terms of juror attentiveness.  I think

3    that's a boiler plate, that's standard, that must be given.

4          Role of the Court, Number 2.  These are all Sand and

5    Siffert modern federal jury instructions as recently updated.

6          Role of the Court, role of the jury.  I would note

7    that in the role of the jury, Number 3, there is -- there are no

8    stipulations so we'll take that language out, "You may also

9    consider the stipulations of the parties as evidence."  There

10   are no stipulations.

11         I'll also note on Standard Number 3 that, "I asked you

12   to draw no inference on occasion if I've asked questions."  I

13   have not asked questions here.

14         So no objection to Standard -- the Standard 1 and 2

15   from the government, correct?

16         MR. DELANEY:  None, Your Honor.

17         THE COURT:  From the defense?

18         MR. GUILLAUME:  No, Your Honor, no objection.

19         THE COURT:  Now on 3 -- on 3 I'm going to cross out on

20   page 3, "You may also consider stipulations of the parties as

21   evidence," but there aren't any stipulations.

22         I'm also going to cross out the following sentences in

23   that first full paragraph where it says, "I also ask you to draw

24   no inference on the fact that upon occasion I ask questions of

25   certain witnesses."  That's not applicable, I did not.

1      These questions are only intended, et cetera, et

2 cetera.  I'm lining that as well.

3      So that paragraph would just be lumped together,

4 Elizabeth.

5      At the end it'll be, "You're expressly to understand

6 the court has no opinion as to the verdict you should render in

7 case," and put that together at the end.

8      By the way, I let the jury know that one of my

9 colleagues suggests I should do this.  Judge Hollander says

10 don't let them know they're all going to have copies because

11 they won't pay attention.  I do let them know they're going to

12 have copies because it does get overwhelming, but I don't let

13 them have copies otherwise they really would tune me out.

14      So I tell them just to listen carefully, but they will

15 have copies.  Each one will have their own copy, but that's

16 Instruction Number 3.

17      And then Number 4, juror obligations is fine.

18      The government as a party is standard.

19      Conduct of counsel.  No objections to 4 or 5 as well

20 from anyone, correct?

21      MR. DELANEY:  No, Your Honor.

22      MR. GUILLAUME:  No, Your Honor.

23      THE COURT:  All right.  So it is -- in terms of

24 conduct of counsel, I really -- I'm not even sure if this is

25 necessary.  There really weren't a lot of objections here or

1    contentious issues or bench conferences.  Does anybody feel we

2    really need this?

3            MR. DELANEY:  The government does not.  I'll defer to

4    Mr. Guillaume.

5            THE COURT:  Mr. Guillaume, do you think we need this?

6            MR. GUILLAUME:  I don't, Your Honor.

7            THE COURT:  Well, we'll take this out then.  That's a

8    good start.  So we'll take this unnecessary verbiage out.  I'll

9    take that out and we'll renumber these.  Number 6 is out.

10           Number 7 will clearly be given in terms of any

11   improper considerations based upon -- Number 7, in terms of your

12   verdict, must be based solely upon the evidence developed at

13   trial or the lack of evidence.  Any concerns about race,

14   religion, national origin, sex, or age -- we're going to give

15   that in its totality.

16           Number 8, sympathy.  That'll be given in its totality

17   as well.

18           Number 9, jury to consider only this defendant.

19   That'll be given in its totality.

20           Any objection to those from the point of view of the

21   government?

22           MR. DELANEY:  No, Your Honor.

23           THE COURT:  From the defense?

24           MR. GUILLAUME:  No, Your Honor.

25           THE COURT:  All right.  We're up to Draft Number 10,

1    contact with others.  I've already told them that this is --
2    again, this is a lot of verbiage.  I just don't really think
3    it's -- I've strongly admonished them about this when we
4    started, just with any contact with others or the internet or
5    what have you.  Does the government feel I need to give this
6    instruction?
7              MR. DELANEY:  One moment, Your Honor.
8              MS. GOO:  Your Honor, I think this would only be
9    appropriate at the end of the day if they continued their
10   deliberations after tomorrow.  Just a reminder that --
11             THE COURT:  I always remind them of that.
12             MS. GOO:  Yes.  I don't think it's necessary during
13   the charge.
14             THE COURT:  Mr. Guillaume, do you think this is
15   necessary?
16             MR. GUILLAUME:  I don't, Your Honor.
17             THE COURT:  So we'll take that out.  And certainly,
18   counsel, if they go home Thursday night after deliberations and
19   they come back Friday I'll remind -- I will give that again.
20   I'll remind them.
21             Then Instruction Number 11, presumption of innocence
22   and burden of proof is clearly an important instruction and
23   that'll be given in its totality.
24             Instruction Number 12, number of witnesses and
25   uncontradicted testimony is Number 12.  I'm going to give that

1   in its totality in light of the limited number of witnesses

2   called by the defense.  I'll give that indicating that the

3   number of witnesses and uncontradicted testimony does not

4   control.

5          Number 13.  I don't think 13 is applicable either.

6   Specific investigative techniques, that really hasn't been an

7   issue here.

8          MR. DELANEY:  Your Honor, based on the questioning, I

9   don't see it being an issue.  If Mr. Guillaume makes an argument

10  in closing, I might reserve the right to change my opinion, but

11  I don't see --

12         THE COURT:  Mr. Guillaume, do you think we need to

13  give this?

14         MR. GUILLAUME:  I don't, Your Honor.

15         THE COURT:  All right.  I'm not going to give that one

16  either.

17         Direct and circumstantial evidence.  I've already

18  given this in the preliminary instructions, but I think I need

19  to give this again in terms of direct and circumstantial

20  evidence.  I'll give that in its totality.

21         Instruction Number 15, a lawyer's questions are not

22  evidence.  I hate this instruction.  I don't want to give it.  I

23  can't stand the one about when did you stop beating your wife?

24  That's just an ugly example that's in this form here.  I don't

25  -- I don't think that -- I don't have any sense that either side

1    has asked questions that seem to establish facts by question.

2    I'm really not inclined to give this, but if the government or

3    defense wants me to give it, I'll give it.

4              MR. DELANEY:  I suppose for the benefit of the record

5    I might ask that we just give the first paragraph, but I don't

6    feel strongly, Your Honor, I'll be honest.

7              MR. GUILLAUME:  Your Honor, I actually think we should

8    eliminate the question.  I think it's a little confusing, quite

9    frankly.  And I agree with the Court, I don't like the example.

10   I never liked that question.

11             THE COURT:  I don't either.

12             MR. DELANEY:  The government agrees.

13             THE COURT:  You don't have any -- you'd rather not

14   have any of this given, correct?

15             MR. GUILLAUME:  Yes, Your Honor.  Mr. Delaney now --

16             THE COURT:  Both sides agree we're not going to give

17   15.  That's not applicable.  Counsel conducted themselves

18   properly and I think that's not necessary.

19             Instruction 16 --

20             15 is out as well, Elizabeth.  If we're going too fast

21   put your hand up.  Don't hesitate.

22             The evidence in this case consists of the sworn

23   testimony of the witnesses and the exhibits received into

24   evidence.  Clearly, we take out stipulations and judicially

25   noticed facts.

1         Exhibits which have been marked for identification but

2    not received may not be considered by you as evidence.  That's

3    correct because we did have some transcripts that were shown

4    that aren't going to go in.

5         Similarly, any exhibits or testimony which I've

6    ordered to be stricken.  That's not applicable.

7         As I indicated before, only the witnesses' answers are

8    evidence and you're not to consider questions as evidence.

9    Similarly, statements by counsel are not evidence.

10        I'm inclined to redact that down to the following:

11   The evidence in this case consists of sworn testimony of the

12   witnesses, the exhibits that are received in evidence, and the

13   exhibits received in evidence, period.  Exhibits which have been

14   marked for identification but not received into evidence may not

15   be considered by you as evidence.  Only those exhibits received

16   in evidence may be considered as evidence.

17        As indicated before, only the witness's answers are

18   evidence and you are not to consider a question as evidence.

19   Similarly, statements by counsel are not evidence.

20        You should consider the evidence in light of your own

21   common sense and experience and you may draw reasonable

22   inferences from the evidence.

23        Anything you may have seen or heard about this case

24   outside the courtroom is not evidence and must be entirely

25   disregarded.  I think that's how I'm going to word that.

1          Any objection from the government?

2          MR. DELANEY:  None, Your Honor.

3          THE COURT:  By the defense?

4          MR. GUILLAUME:  No, Your Honor.

5          THE COURT:  Did you get all that?  You lined that out.

6     Okay.

7          All right.  Then Instruction Number 17 would not be

8     applicable.  We don't have any stipulations here so that comes

9     out.

10          Agreed by the government?

11          MR. DELANEY:  Agreed.

12          THE COURT:  Agreed by the defense?

13          MR. GUILLAUME:  Yes, Your Honor.

14          THE COURT:  And then charts and summaries.  I don't

15     know that we have any charts or summaries so that's not

16     applicable.  18 will be out.

17          19.  There's no allegation of admission by the

18     defendant in this.  There has been testimony in terms of what

19     the defendant did or did not do, but there has been no -- no one

20     has proffered that the defendant has admitted anything so I'm

21     not going to give that.

22          Any objection by the government?

23          MR. DELANEY:  None, Your Honor.  This refers to, like,

24     admissions made to like investigators?

25          THE COURT:  You certainly don't want this to be given,

1  do you, Mr. Guillaume?

2          MR. GUILLAUME:  Not at all.

3          THE COURT:  I don't think it's applicable here.  I'm

4  not going to give 19.

5          20.  As I've said, I'm going to beef this up a little

6  bit.  The defendant chose not to testify in this case.  I think

7  to personalize this, in fairness, I'm going to have:  Mr.

8  Igbinedion chose not to testify in this case.  Under our

9  constitution he has no obligation to testify or present any

10 evidence because it is the government's burden to prove him

11 guilty beyond a reasonable doubt.

12         A defendant is never required to prove that he or she

13 is innocent.  The burden -- add this, Elizabeth.

14         The burden is always upon the government to prove

15 guilt beyond a reasonable doubt.

16         Do you have that?

17         Period.  This burden never shifts to a criminal

18 defendant.

19         Okay, you got that?

20         And then it'll conclude:  Therefore, you must not

21 attach any significance to the fact that Mr. Igbinedion did not

22 testify.  No adverse inference against him may be drawn by you

23 because he did not take the witness stand, and you may not

24 consider it in any way in your deliberations in the jury room.

25 That will be the instruction to the jury.

```
1              Satisfactory to you, Mr. Guillaume?
2              MR. GUILLAUME:  Yes, Your Honor.
3              THE COURT:  And that'll be as modified and puts it in
4    a little bit more personal context here.
5              Do you have all that, Elizabeth?
6              THE LAW CLERK:  Yes.
7              THE COURT:  You got it?  Okay.  Good.
8              Then inference.  I don't -- I'm not really sure -- Mr.
9    Delaney, does the government want an inference instruction?
10             MR. DELANEY:  Just reviewing it, Your Honor.
11             THE COURT:  Take your time.
12             MR. DELANEY:  I think that I would, Your Honor.
13             THE COURT:  All right.  I'm thinking what we can do is
14   shorten this a little bit.
15             MR. DELANEY:  Okay.
16             THE COURT:  During the trial you have -- you've heard
17   the attorneys use the term inference, and in their arguments,
18   they've asked you to infer on the basis of your reason,
19   experience, and common sense from one or more established facts
20   the existence of some other fact.
21             An inference is not a suspicion or a guess, it is a
22   reasonable, logical decision to conclude that a disputed fact
23   exists on the basis of another fact which you know exists.
24   There are times when different inferences may be drawn from
25   facts, whether proved by direct or circumstantial evidence.  The
```

 1  government asked you to draw one set of inferences while the

 2  defense asked you to draw another.  It is for you and you alone

 3  to decide what inferences you will draw.  That will all be given

 4  up to that point.

 5         Then the next paragraph reads:  The process of drawing

 6  inferences from the facts in evidence is not a matter of

 7  guesswork or speculation.  An inference is a deduction or

 8  conclusion which you, the jury, are permitted to draw but not

 9  required to draw from the facts which have been established by

10  either direct or circumstantial evidence.  In drawing inferences

11  you should exercise your common sense.

12         All that will be given verbatim.  I'm going to give

13  that entire instruction, Instruction Number 21.

14         Any objection by the government?  Obviously not.

15         MR. DELANEY:  No, Your Honor.

16         THE COURT:  By the defense?

17         MR. GUILLAUME:  I like it, Your Honor, but I

18  understand why the government wants it.

19         THE COURT:  But that'll be given in its entirety.

20         In terms of using motive for intent, I don't -- is

21  motive really a question here?  I mean, the question is whether

22  or not Mr. Igbinedion was aware of the money and the packages

23  and was involved or not.  I'm not really sure if this isn't sort

24  of unnecessary verbiage.

25         MR. DELANEY:  I think that the aspect -- yeah, Your

1    Honor, that's a good point.

2            THE COURT:  The motive is people are making money.  I

3    mean, it's not like there's some question about it, it was about

4    who was involved and who was not involved.

5            MR. DELANEY:  Right.  You are correct.

6            THE COURT:  Well, it's a fairly short instruction.

7    I'll just go ahead and give it.  I'll give using motive for

8    intent.

9            Now, witness credibility.  This is one that I always

10   try to limit down if I can.  It must be clear to you by now that

11   the government and defendant are asking you to draw very

12   different inferences, et cetera, et cetera.  I'll give that in

13   its entirety.

14           All right.  Now, any objection as to that by the

15   government?

16           MR. DELANEY:  No, Your Honor.

17           THE COURT:  By the defense?

18           MR. GUILLAUME:  No, Your Honor.

19           THE COURT:  All right.  Then interest in outcome.  I

20   don't really know that this is necessary.  Does the government

21   feel strongly about this?

22           MR. DELANEY:  I think Mr. Guillaume might want it more

23   than I do.

24           THE COURT:  Mr. Guillaume, I'm not really sure what

25   the interest in -- how this really fits.  I mean, obviously you

1 can attack government witnesses who believe, from your point of

2 view, will get a better sentence from me because of their

3 testifying in some way.  Do you feel strongly about this one?

4          MR. GUILLAUME:  Your Honor, I think I may want it in.

5          THE COURT:  Or if you'd like to modify it in some way,

6 I'll be glad to hear from you.

7          MR. GUILLAUME:  I guess, Your Honor, you know, it's no

8 surprise that the defense would probably attack some of the

9 credibility of certain witnesses.

10          THE COURT:  Sure.

11          MR. GUILLAUME:  I think the other instruction covers

12 that as well, so I --

13          THE COURT:  I'll give it.  I'll give that, that's

14 fine.  Unless you want to reword it, I'll just give that form

15 instruction.

16          MR. GUILLAUME:  Right.  I mean --

17          THE COURT:  Because you have two witnesses who are

18 plea agreements in the case and are awaiting sentencing or

19 whatever.  I'm sorry, yes.  Two are waiting sentencing, Ms.

20 English is awaiting sentencing --

21          MR. DELANEY:  Green and Charlemagne.

22          THE COURT:  That's right.  Yeah.  Well, I'll give that

23 entire instruction.

24          Any objection by you to that, Mr. Guillaume?

25 Obviously not, you want this, right?

```
 1              MR. GUILLAUME:  No, Your Honor.
 2              THE COURT:  Okay.  All right.  Then you have the
 3    matter of accomplices called by the government.  We have people
 4    who have indicated their involvement in the conspiracy and some
 5    of them pled guilty.  I'm usually always troubled by this a
 6    little bit in the case of a conspiracy.
 7              It's -- how does the government feel about this
 8    instruction?  It's very wordy.
 9              MR. DELANEY:  It is very wordy, Your Honor.  There are
10    aspects of it I like and aspects of it I don't like.
11              THE COURT:  Well, that's true of everything that
12    happens in the courtroom.
13              MR. DELANEY:  In particular, I think the paragraph at
14    the bottom of page 27 is somewhat excessive.
15              MR. GUILLAUME:  That's the best one.
16              MR. DELANEY:  There it is.
17              THE COURT:  I'll give the entire instruction.  By the
18    time we try to splice it -- I'll give the entire instruction.
19              Any objection by the government?
20              MR. DELANEY:  No, Your Honor.
21              THE COURT:  By the defense?
22              MR. GUILLAUME:  No, Your Honor.
23              THE COURT:  All right.  I'm going to give 26 in terms
24    of the fact that someone pled guilty should not be inferred
25    against Mr. Igbinedion.  I'll give Instruction 26.
```

 1        As to 27, technically the only co-defendant here is
 2   Ms. English.  She was actually charged in the case.  There are
 3   other defendants charged in separate cases.  I'll give all of --
 4   I'll give all of 27 as well.

 5        And 28, in terms of law enforcement witnesses, I'll
 6   give all of that as well.  It's not that long of an instruction.

 7        Now, 29.  I don't think 29 is applicable here.  I
 8   don't know of impeachment by either side of prior -- with prior
 9   inconsistent statements.  I don't think it has any place here.

10        You agree, Mr. Delaney?

11        MR. DELANEY:  I do.

12        THE COURT:  Mr. Guillaume, do you agree with that?

13        MR. GUILLAUME:  Yes, Your Honor.

14        THE COURT:  All right.  29 is totally out.

15        Expert witnesses generally.  I think if we do this, we
16   ought to wordsmith this a little bit and shorten it.  I think
17   what should be said is:  In this case I permitted Mr. Fowler to
18   express his opinion about cell phone --

19        How do you want to word it?  Express his opinion about
20   cell phone tower site locations?  How do you want me to word it,
21   Mr. Delaney?  It's called CAST.

22        MR. DELANEY:  I have the exact language I used
23   actually.

24        THE COURT:  I'll put in this case I permitted Mr.
25   Fowler to express his opinion about?

```
1              MR. DELANEY:  Historic cellular record analysis.
2    Cellular record analysis.
3              THE COURT:  Cellular record analysis.
4              In this case I approved Mr. Fowler to express his
5    opinion about cellular record analysis, period.
6              He was permitted to testify to an opinion on that
7    matter about which he has special knowledge, skill, experience,
8    and training, period.
9              This testimony was presented to you on the theory that
10   someone who is experienced and knowledgeable in a field can
11   assist you in understanding the evidence or in reaching an
12   independent decision on the facts.
13             Then, in weighing his opinion testimony you may
14   consider his qualifications, his opinions, the reason for
15   testifying, as well as all the other considerations that
16   ordinarily apply when you're deciding whether or not to believe
17   a witness's testimony, period.
18             You may give his testimony whatever weight, if any,
19   you find it deserves in light of all the evidence in the case.
20   You should not, however, accept opinion testimony merely because
21   I allowed the witness to testify concerning his opinion, nor
22   should you substitute it for your own reason, judgment, and
23   common sense.  The determination of the facts in this case rests
24   solely with you.
25             I think that fits the case.  Any objection by the
```

1  government?

2        MR. DELANEY:  None, Your Honor.

3        THE COURT:  By the defense?

4        MR. GUILLAUME:  No, Your Honor.

5        THE COURT:  All right.  Did you get all that?

6        THE LAW CLERK:  Yes.

7        THE COURT:  Okay.  All right.  Then punishment, I'll

8  give that in terms of the question of possible punishment is of

9  no concern; the format.  I will give that.

10       An indictment is not evidence.  I will give that.

11       33, I will give that; just leads into the case.

12       All right.  34 is not applicable here.  There's no

13 other -- there's no other crime evidence that has been proffered

14 here, and I think this is just needless verbiage and it's really

15 confusing.

16       Does the government agree with that?

17       MR. DELANEY:  We do.

18       THE COURT:  Mr. Guillaume, you agree with that?

19       MR. GUILLAUME:  Yes, Your Honor.

20       THE COURT:  34 is totally out, Elizabeth.

21       35, I think, does not fit here.  It's not fair to name

22 a defendant or other defendants in the case.  I don't think that

23 really fits.  You agree, Mr. Delaney?

24       MR. DELANEY:  You know, Your Honor, it might fit

25 somebody like Kamisha Jones we just heard from.

1          THE COURT:  Well, I mean, there have been other

2    witnesses who have been involved in it, and the jury -- some

3    have pled guilty, some have not.  Some have proffer agreements,

4    some did not.

5          You agree with that, Mr. Guillaume?

6          MR. GUILLAUME:  I agree with the Court, Your Honor,

7    yes.

8          THE COURT:  I don't see -- it's really not fair to

9    name a defendant.  There are some people who testified who

10   clearly pled guilty.  Ms. English has plead guilty and she's

11   going to be sentenced.  Ms. Jones did not plead guilty and she

12   was not -- I mean, so I don't know whether to get in the failure

13   to name a defendant is -- I think it just -- it's needless

14   confusion, I think.  I'll take that out.

15         MR. DELANEY:  Can I reserve my right to bring it in

16   again after closing if anything arises in closing?

17         THE COURT:  Sure, you can address that.  I don't think

18   that'll come up.

19         MR. DELANEY:  Thank you.

20         THE COURT:  I mean, the reality is, it's quite clear

21   that some people were prosecuted and pled guilty in this matter,

22   and there are others who committed certain acts and they were

23   committed to make proffers.  One of your witnesses made a

24   proffer and was not prosecuted and was given immunity.

25         Ms. Jones, who testified today, acknowledged picking

 1  up packages, but really -- she indicated she wasn't -- she knows

 2  there was some money in them.  I don't know that we need to go

 3  over this Instruction 36, the nature of indictment.

 4          MR. GUILLAUME:  I would agree, Your Honor.

 5          MR. DELANEY:  Agree.

 6          THE COURT:  All right.  We'll take that out.

 7          Then multiple counts.  I'll give that so they make

 8  sure they understand they have to address each count separately.

 9          And then variance of dates, Instruction 38, I'll give.

10          All right.  Then Count 1, conspiracy.  Okay.  And what

11  we've done is, I choose to redo the indictment as opposed to

12  giving the indictment that goes in because I've always been

13  uncomfortable with the charging wording in the indictment with

14  respect to the grand jury charging.  So we just summarize it

15  here.

16          And any objection by the government to Instruction 39?

17          MR. DELANEY:  No, Your Honor.

18          THE COURT:  By the defense?

19          MR. GUILLAUME:  No, Your Honor.

20          THE COURT:  All right.  Now, on Count 1, conspiracy,

21  purpose of the statute.  I will give the basic purpose of the

22  statute instruction.

23          Although, I don't know.  I think this is -- I don't --

24  this is -- I think this is unnecessary verbiage here.  I'm about

25  to go into the elements of conspiracy and there's no sense that

1   there was a conspiracy, even the conspiracy was not actually

2   committed.  Clearly conspiracy was committed.

3          Mr. Guillaume, you don't have any desire for this

4   instruction, do you?

5          MR. GUILLAUME:  Are we talking about Number 39, Your

6   Honor?

7          THE COURT:  40.  Number 40.

8          MR. GUILLAUME:  Sorry, I was one behind.

9          THE COURT:  The purpose of the statute.

10          MR. GUILLAUME:  Yes, I don't like it.

11          THE COURT:  I don't really see the need to give it,

12  Mr. Delaney.  We're going to give the elements.  I'll take that

13  out.  40 is out.

14          MR. DELANEY:  The argument I would make, if for some

15  reason the jury has difficulty with counts of individual mail

16  fraud that they're still instructed --

17          THE COURT:  Well, I'm going to instruct them they have

18  to reach each count separately.

19          MR. DELANEY:  Okay, Your Honor.

20          THE COURT:  And Instruction Number 41, I'll give,

21  elements to conspiracy.

22          I'll give all of 42 in terms of the nature of the

23  agreement.

24          And I'll give all of 43, membership in the conspiracy.

25  And that is very wordy, but we just can't get it any shorter.

```
 1   I'll take a look at 43 now.  I'll give all of 43.

 2           Now, on 44, I don't know that we -- do we have a lot

 3   of acts of declarations by the coconspirator?  We have

 4   statements as to who was doing what.  I'm not really sure if

 5   this fits.

 6           MR. DELANEY:  I think we have plenty of statements of

 7   coconspirators in this case, whether or not the instruction is

 8   important I defer to the court.

 9           THE COURT:  Mr. Guillaume, do you want this

10   instruction?

11           MR. GUILLAUME:  Sorry, Your Honor, I'm lost again.

12           THE COURT:  It's now Number 44.

13           MR. GUILLAUME:  Talking to my client, Your Honor.  I'm

14   sorry.

15           THE COURT:  Take your time.  Take your time.

16           MR. GUILLAUME:  Yes, Your Honor.  I don't believe

17   there was a lot of -- I mean, there's coconspirator statements,

18   but those were admitted.  And, I mean, it's part of the overall

19   conspiracy.  I don't think -- I'm not gonna --

20           THE COURT:  I'm not really sure if this fits is what

21   I'm saying in this case.

22           MR. GUILLAUME:  I would agree.

23           THE COURT:  I'm taking 44 out.  I don't think that

24   really fits.

25           All right.  You with me over there?
```

1          All right.  45.  Conscious avoidance, deliberately

2   closing an eye.  I don't see where that's been involved in this

3   case.

4          MR. DELANEY:  Your Honor, I think it's relevant.

5          THE COURT:  This is like the willful blindness

6   instruction.

7          MR. DELANEY:  I think it's relevant to the not opening

8   up of packages.

9          THE COURT:  All right.  I will give that.  In fairness

10  to the government I will give it.  It calls for -- it's up to

11  the jury to determine whether or not the defendant was aware of

12  what was going on.  I'll give all of 45.

13         Now, multiple counts, 4 through 7, mail fraud.  What I

14  want to say is, is that Counts -- I think in order to word this

15  and so it fits here, I think what we should do is say:

16         Counts 2 and 3 are not being submitted to the

17  government and you should not concern yourself with the reasons

18  for that, period.

19         And then Counts 4, 5, 6, and 7 of the Superseding

20  Indictment, each charge that the defendant devised a scheme to

21  defraud.  And then off to the races we go with the four counts.

22         Does that make sense to the government?

23         MR. DELANEY:  Yes, Your Honor.

24         THE COURT:  Mr. Guillaume, do you?

25         MR. GUILLAUME:  Yes, Your Honor.

1    THE COURT:  Okay.  So that's how that's going to be

2    worded, Elizabeth.  Did you get the language there?  We'll

3    reword that in that fashion.  And the elements are all the same

4    as to those four counts.

5    And then we will have the Instruction Number 47 will

6    be given.  The purpose of the statute as what we're doing for

7    conspiracy.

8    We'll give elements 48 which is the same.

9    MR. DELANEY:  Your Honor, were you giving instruction

10   47?

11   THE COURT:  Yes.  Yes, I'm going to.

12   MR. DELANEY:  I would actually note that I think all

13   the packages in this case are commercial carriers; UPS or FedEx,

14   so we might want to change the language.

15   THE COURT:  Okay.  That's fine.  Provided by the

16   United States Postal Service or Federal Express?

17   MR. DELANEY:  I think it's --

18   THE COURT:  You mean in Instruction Number 47.

19   MR. DELANEY:  For private or commercial -- or

20   commercial interstate carriers.

21   THE COURT:  All right.  So the purpose -- Instruction

22   47 -- you're on 47, right?

23   Mr. Delaney, I'm just trying to get the wording you

24   wanted.  Are you on Instruction 47?

25   MR. DELANEY:  We are.  We're just trying to make sure

1  we have the wording right.

2          THE COURT:  I'll do it right here.

3          The purpose of the Federal Mail Fraud Statute is to

4  prevent use of the facilities and services provided by the

5  United States Postal Service, comma, Federal Express or any

6  other commercial carriers for fraudulent purposes.

7          MR. DELANEY:  That works for us.

8          THE COURT:  And then a scheme to defraud -- did you

9  get that?

10         THE LAW CLERK:  Yes.

11         THE COURT:  A scheme to defraud may be punished under

12 the federal mail fraud statute, whether or not it also violates

13 state law.

14         Any objection to that, Mr. Guillaume?

15         MR. GUILLAUME:  No, Your Honor.

16         THE COURT:  All right.  So that'll be 47 as modified.

17         And then as to each one of these Counts 4, 5, 6, and

18 7, each individually -- viewed individually, and that'll be

19 given.

20         48 will be given.

21         49 will be given.  Now, 49 is ungodly long.  49 is

22 that the first element that the government must prove beyond a

23 reasonable doubt is that there was a scheme or artifice to

24 defraud.  It'll be a scheme, artifice to defraud persons of

25 money or property by means of false or fraudulent pretenses,

06/14/2023 Igbinedion

```
 1   representations, or promises.

 2            The first element is almost self-explanatory.  The

 3   scheme or artifice is merely a plan for the accomplishment of an

 4   object.

 5            Well, that first page is fine, but I think a lot of

 6   this can be really narrowed down.  There really isn't any

 7   dispute about the scheme and artifice to defraud, the question

 8   is whether Mr. Igbinedion was a part of it.

 9            At the bottom of page 56 is fraudulent if it was

10   falsely made with the intent to deceive.  The next sentence,

11   Deceitful statements of half-truths or the concealment of

12   material facts in the expression of an opinion not entertained,

13   that doesn't fit here.  We'll take that language out.

14            You agree with that, the government.

15            MR. DELANEY:  (Nods head up and down.)

16            THE COURT:  The next paragraph, short paragraph,

17   deceitful statements of half-truths and the concealment of

18   material facts.  That doesn't fit here.  You agree, Mr. Delaney?

19            MR. DELANEY:  We agree.

20            THE COURT:  All right.  That'll come out.

21            You agree, Mr. Guillaume?

22            MR. GUILLAUME:  Yes, Your Honor.

23            THE COURT:  Then the next paragraph would read:  The

24   deception need not be premised upon spoken or written words

25   alone.  The arrangement of words or circumstances -- I don't --
```

1    that's not what's involved here.  We'll take that whole
2    paragraph out.
3            The false or -- to a fact of the matter -- I don't
4    think that matters.  That's really not in dispute.
5            MR. DELANEY:  I don't think it's in dispute, but I
6    think that it might be necessary for completion of the elements
7    that it must be material.  I agree that it's not it dispute, but
8    I think it might be necessary.
9            THE COURT:  The matter of the false or fraudulent
10   representation must relate to a material fact or matter.  What's
11   a material fact or matter, that there are lies about
12   grandchildren?
13           MR. DELANEY:  I completely agree that it's not in
14   dispute, I only feel that if someone looks at the record later
15   and it's important that it was material, and we didn't advise
16   the jury they would say we didn't advise them and it would be
17   material.  We could cut out what the definition of material is.
18   We could also --
19           THE COURT:  I'll keep the paragraph, The false or
20   fraudulent representation or failure to disclose must relate to
21   material fact or matter.  A material fact is one that would
22   reasonably be expected to be of concern, et cetera.  I'll keep
23   that whole paragraph in because the rest of this is going to
24   start coming out.
25           This means that if you find a particular statement of

1    fact to have been false, you must determine whether or not the

2    statement is one that a reasonable person or investor may have

3    or could have important -- that whole paragraph is wordy.  It's

4    unnecessary, it's out.

5           The representations the government charged or made as

6    part of a scheme to defraud is set forth in paragraph 3 of the

7    indictment, which I've already read to you.  It is not required

8    that every misrepresentation charged in the indictment be proved

9    to sufficiently, et cetera, that stays in.

10          The rest of paragraph -- page 57 stays in.  Okay.

11          Then the paragraph at the top of page 58, here now, I

12   think we can take out that sentence on page 58.  Although,

13   whether or not the scheme actually succeeded is really not the

14   question.  That's clearly not applicable here.

15          You may consider whether it succeeded in determining

16   whether the scheme existed.  We're going to take that sentence

17   out.

18          So on page 58 that sentence is taken out, Elizabeth,

19   everything else stays the same.

20          Okay.  Then multiple counts 4, 3, 7.  Participate in

21   the scheme knowingly, willfully, and with specific intent to

22   defraud.  We'll keep that language -- knowingly, willfully

23   intent -- in.

24          I'll give all of 50.  It's very wordy but I'll give

25   it.  I think it's necessary at the end here.

```
1          And I'll give all of 51, that's boiler plate.
2          52.  Standard, give that.  52.
3          All right.  We're missing one.  Need -- we're missing
4  one last one, are we not?  Something about the appointment of
5  the juror.
6          Then what we'll do is, in addition to duty, consult,
7  need for unanimity, somewhere there's a boilerplate one that we
8  sort of just missed here that -- wait a minute, hold on.
9          THE LAW CLERK:  I don't think it's in there.
10          THE COURT:  Wait a minute.  There's definitely a form
11  -- there's a form instruction.
12          The wording will be that I'll indicate that Juror No.
13  3 is going to go the foreperson.  And the government -- has the
14  government submitted a verdict sheet?
15          MR. DELANEY:  I believe we have, Your Honor.
16          THE COURT:  I'll take a look.  I think you did as a
17  matter of fact.  Hold on.  Yeah.  Wait a minute.  Here we go,
18  yes.  You have the verdict sheet.  It seems pretty
19  self-explanatory.
20          Any objection by you, Mr. Guillaume?
21          MR. GUILLAUME:  No.  I've seen it, I don't have any
22  objection.
23          THE COURT:  That's fine.
24          What I'll do, the form we're looking for is that when
25  I get to the matter of the duty of the jury, I'll note that
```

1    Juror No. 3 is the foreperson, and I'll just say that counsel

2    and I have agreed upon her appointment as the foreperson.

3            And then, Mr. Guillaume, I'll just say that I noticed

4    that Juror No. 3 has had prior jury experience, as has 5, and

5    Juror No. 3 had criminal and so I think she's the most

6    appropriate one.  The jurors really do expect to understand why

7    we've done that.  So your objection is as to my explaining why.

8    I don't think it heightens her status at all.  Whoever is

9    foreperson takes a leadership role at any time in a case.  So I

10   will give that.

11           And there's no objection as to her being the

12   foreperson, the defense objects to my trying to explain to the

13   jury exactly why she's being picked, but I'll do that as I

14   normally do.

15           As we're waiting for that form language on the

16   foreperson, any other thoughts, questions from the government?

17           MR. DELANEY:  No, Your Honor.  Thank you.

18           THE COURT:  From the defense?

19           MR. GUILLAUME:  Just with closing, Your Honor, are we

20   going to have the benefit of the podium that we had for opening?

21           THE COURT:  Basically, you're going to do it exactly

22   as we did for opening statement.  You're going to have the same

23   table to --

24           This format, by the way, when you retire Juror No. 3

25   shall be your foreperson.  That is the person who will preside

 1    over the deliberations and who will be your spokesperson here in

 2    court.  The foreperson runs the meeting, controls deliberations,

 3    and communicates with the court.  If you need to communicate

 4    with me, it should be by a written note signed by the

 5    foreperson.  And I'll note that there's a verdict sheet that

 6    we're giving them.

 7            Yes, Mr. Guillaume, we'll have the same podium that we

 8    had for opening statements last Friday.  And to the extent, if

 9    there's any need, if anyone intends to do a PowerPoint

10    presentation, you need to make sure you coordinate with

11    Mr. Gurevich ahead of time.

12            My strong recommendation is, come over early, make

13    sure it works.  If he has to have IT come up, that's fine, we

14    get it ready to go.  There's nothing worse than we all stop and

15    wait because of some glitch.  So I always presume there's a 45-

16    to 50-percent chance there's going to be a glitch.  That's just

17    me.  And turns out to be 30 percent of time there is a glitch

18    somehow.  So make sure that the PowerPoint can go.

19            Mr. Guillaume, are you going need a PowerPoint of any

20    kind?

21            MR. GUILLAUME:  Yes, Your Honor.  I think counsel is

22    going to help me with the remote control graciously.

23            THE COURT:  Yeah, that's fine.

24            And Mr. Kerrigan -- I take it Mr. Kerrigan is here in

25    the court -- he's not here now, but Mr. Kerrigan will be

1    available to try to coordinate those matters.

2            Okay.  Anything else from the point of view of the

3    government, Mr. Delaney?

4            MR. DELANEY:  No.  Thank you very much.

5            THE COURT:  Thank you.

6            Mr. Guillaume, anything further from your point of

7    view?

8            MR. GUILLAUME:  No, Your Honor.  Thank you.

9            THE COURT:  You all have worked hard in this case and

10   it's been a quality presentation of evidence.  And as always,

11   Mr. Guillaume, it's nice to have you here.

12           Mr. Igbinedion, you don't have to make any comments to

13   me, but your lawyer worked hard on this case and he worked hard

14   on cross-examination, and I think he presented a -- he's done

15   the best he can on some difficult facts obviously.  And it's

16   step-by-step.

17           And I don't hold it against you in any way for wanting

18   to go forward at trial.  You have a right to go to trial and

19   that's fine.  And we're going to instruct the jury that they are

20   not to hold it against you that you did not testify.  I take

21   great pains to make sure they understand that.

22           And with that, I'm comfortable as we go to the jury

23   and I will see you here -- why don't you all try to get here

24   around quarter after nine tomorrow, make sure we're crossing T's

25   and dotting I's, and we'll be ready to go at 9:30.

1         Unless there's anything further, that concludes the

2    day and this court stands adjourned.

3         Thank you all very much.

4         (The proceedings adjourned at 3:29 p.m., to be
         reconvened at 9:00 a.m., June 15, 2023.)

5

6

7

8

9

10

11

12

13

14                 CERTIFICATE OF OFFICIAL REPORTER

15

16         I, Kassandra L. McPherson, Registered Professional
     Reporter, in and for the United States District Court for the
17   District of Maryland, do hereby certify, pursuant to 28 U.S.C. §
     753, that the foregoing is a true and correct transcript of the
18   stenographically-reported proceedings held in the above-entitled
     matter and that the transcript page format is in conformance
19   with the regulations of the Judicial Conference of the United
     States.

20                       Dated this 4th day of December 2023.

21

22                       -S-
                         _____

23                       KASSANDRA L. MCPHERSON, RPR
                         FEDERAL OFFICIAL COURT REPORTER

24

25

## $

**$10** [1] - 115:7
**$100** [1] - 115:8
**$7,000** [5] - 12:13, 12:15, 12:24, 13:5, 13:6

## '

**'18** [1] - 14:18
**'20** [1] - 120:24
**'21** [1] - 29:25

## 0

**0771** [11] - 44:9, 46:18, 48:6, 48:19, 49:6, 51:6, 52:21, 53:21, 54:11, 54:12, 54:18

## 1

**1** [19] - 22:13, 22:15, 26:22, 26:23, 44:15, 45:7, 65:3, 66:14, 66:25, 70:3, 84:3, 92:22, 102:14, 124:4, 137:2, 137:14, 155:10, 155:20
**1's** [1] - 66:15
**1-2-3-4-5** [1] - 64:12
**10** [12] - 2:5, 2:6, 21:20, 32:23, 33:3, 40:23, 49:17, 54:8, 54:10, 54:16, 93:22, 139:25
**100** [1] - 98:6
**1018** [1] - 123:19
**105** [1] - 98:7
**10580** [5] - 14:16, 42:8, 42:17, 42:25, 43:12
**106** [1] - 98:7
**107** [1] - 98:7
**107.5** [1] - 95:6
**10:09** [1] - 48:24
**10:29** [2] - 54:17, 54:19
**11** [2] - 94:1, 140:21
**11-minute** [1] - 46:20

**110** [4] - 2:21, 2:21, 87:5, 98:9
**111** [1] - 98:13
**112** [1] - 98:15
**113** [1] - 98:15
**114** [1] - 98:15
**115** [2] - 98:16, 123:23
**116** [1] - 98:16
**117** [1] - 98:16
**118** [1] - 98:16
**1185** [1] - 123:23
**119** [1] - 98:16
**11:27** [1] - 56:14
**11:28** [1] - 88:5
**11:38** [1] - 86:21
**11:54** [1] - 61:11
**11th** [1] - 82:3
**12** [11] - 21:21, 30:3, 40:9, 40:11, 46:15, 52:3, 56:5, 66:4, 94:3, 140:24, 140:25
**12-A** [1] - 94:4
**120** [11] - 36:2, 36:4, 36:6, 36:16, 37:2, 37:4, 37:5, 37:6, 98:16
**121** [1] - 98:16
**122** [2] - 2:22, 98:17
**123** [1] - 98:17
**1234** [2] - 68:10, 68:12
**124** [1] - 98:18
**126** [2] - 2:23, 2:24
**128** [1] - 2:24
**129** [2] - 3:5, 98:18
**12:35** [1] - 91:9
**12:54-2:09** [1] - 108:19
**12th** [7] - 44:6, 45:11, 45:17, 47:11, 77:25, 84:12, 86:18
**13** [5] - 30:3, 42:22, 93:18, 141:5
**13-A** [1] - 94:6
**130** [13] - 33:21, 36:18, 37:11, 37:23, 39:4, 42:4, 42:21, 45:19, 50:4, 50:24, 51:1, 53:11, 98:20

**131** [1] - 98:21
**132** [1] - 98:21
**133** [1] - 98:21
**134** [1] - 3:6
**135** [5] - 81:2, 81:3, 81:9, 82:1, 98:22
**135A** [1] - 98:23
**136** [3] - 83:14, 83:17, 98:25
**136A** [1] - 99:1
**137** [3] - 50:14, 50:23, 99:3
**137A** [1] - 99:4
**138** [5] - 38:11, 38:18, 44:15, 47:19, 99:6
**138A** [1] - 99:7
**13th** [2] - 82:3, 82:24
**14** [6] - 1:8, 2:2, 3:2, 4:1, 93:18, 94:8
**140** [2] - 45:12, 99:9
**1401** [3] - 50:11, 52:15, 53:15
**141** [5] - 86:7, 87:18, 87:23, 88:3, 99:14
**142** [3] - 87:8, 88:1, 99:14
**143** [3] - 85:2, 85:3, 99:14
**148** [1] - 123:20
**14A** [1] - 94:8
**15** [19] - 2:6, 7:7, 7:16, 7:24, 7:25, 8:9, 21:20, 21:21, 32:23, 33:3, 44:3, 91:24, 92:8, 93:18, 94:10, 141:21, 142:17, 142:20, 168:4
**16** [7] - 2:7, 2:8, 44:21, 45:19, 93:18, 94:10, 142:19
**168** [1] - 3:7
**16th** [1] - 82:15
**17** [5] - 2:9, 46:1, 93:18, 94:12, 144:7
**17th** [1] - 50:19
**18** [4] - 46:7, 50:2, 94:13, 144:16
**18th** [1] - 49:10
**19** [4] - 47:17, 94:13, 144:17,

145:4
**1982** [1] - 123:19
**1997** [1] - 123:23
**1998** [1] - 123:21
**19th** [5] - 53:1, 53:9, 53:17, 54:8, 88:14
**1A** [1] - 92:23
**1Z521V43PW 00211175** [1] - 80:15
**1Z940X 334447725768** [2] - 86:10, 87:24

## 2

**2** [15] - 20:1, 26:22, 26:23, 33:24, 38:12, 40:13, 73:21, 73:24, 79:15, 92:24, 102:4, 102:15, 137:4, 137:14, 158:16
**2,000** [1] - 115:9
**20** [4] - 56:5, 94:13, 107:4, 145:5
**20-week** [1] - 24:20
**20036** [1] - 1:19
**2010** [1] - 24:14
**2016** [2] - 24:16, 63:8
**2018** [13] - 11:15, 17:23, 33:17, 37:24, 39:18, 41:16, 42:7, 43:6, 81:7, 112:18, 113:3, 113:7, 119:21
**2018-2019** [1] - 75:12
**2019** [38] - 25:4, 27:19, 29:2, 33:17, 44:6, 45:17, 46:16, 47:11, 49:10, 50:2, 50:19, 50:21, 53:1, 53:9, 53:17, 54:8, 77:25, 78:22, 79:18, 80:17, 81:22, 82:3, 82:15, 82:24, 83:9, 84:12, 86:18, 88:15, 112:18,

113:7, 120:21, 120:24, 121:1, 127:8, 128:4, 128:5
**202** [1] - 44:22
**2020** [2] - 120:23, 121:2
**2021** [6] - 10:23, 29:3, 111:15, 111:18, 111:23, 127:23
**2023** [6] - 1:8, 2:2, 3:2, 4:1, 168:4, 168:20
**206-9557** [1] - 84:3
**209-9560** [3] - 38:3, 39:23, 42:10
**20th** [2] - 50:21, 82:15
**21** [9] - 2:9, 10:17, 49:18, 82:1, 88:6, 88:11, 88:21, 94:14, 147:13
**21-minute** [1] - 41:17
**21201** [1] - 1:16
**21206** [1] - 87:15
**213-5821** [2] - 44:8, 45:4
**22** [3] - 2:10, 2:11, 94:14
**23** [4] - 2:13, 2:13, 51:2, 94:14
**23-A** [1] - 94:14
**23rd** [2] - 79:18, 80:17
**24** [1] - 94:14
**24/7/365** [1] - 28:24
**25** [3] - 52:24, 82:12, 94:14
**25th** [1] - 10:23
**26** [7] - 53:10, 77:17, 77:18, 78:12, 94:14, 150:23, 150:25
**26-A** [1] - 94:15
**2645** [4] - 38:6, 38:24, 39:17, 41:19
**26th** [1] - 78:22
**27** [9] - 79:8, 79:15, 80:8, 80:12, 80:23, 94:17, 150:14, 151:1, 151:4
**27A** [1] - 94:17

**28** [3] - 94:17, 151:5, 168:17
**2802** [1] - 88:25
**29** [12] - 59:14, 82:22, 94:17, 123:8, 123:14, 124:1, 124:12, 124:15, 132:11, 151:7, 151:14
**29(c** [1] - 91:15
**29(c)(1)(3** [1] - 124:14
**29th** [4] - 14:16, 42:9, 42:17, 42:25
**2:11** [1] - 109:18
**2:26** [1] - 123:1
**2:32** [1] - 125:21
**2:35** [1] - 129:2
**2:40** [1] - 132:2
**2:42** [1] - 134:18
**2A** [1] - 92:25

## 3

**3** [29] - 20:1, 26:22, 26:23, 33:25, 44:20, 45:9, 51:16, 93:1, 102:2, 102:5, 102:12, 102:15, 104:16, 104:17, 104:25, 137:7, 137:11, 137:19, 137:20, 138:16, 158:16, 163:6, 163:20, 164:13, 165:1, 165:4, 165:5, 165:24
**3.d** [1] - 123:20
**30** [5] - 17:11, 35:10, 54:22, 94:17, 166:17
**3016** [4] - 49:11, 51:9, 55:4, 88:25
**304-0771** [1] - 44:17
**305** [1] - 84:3
**308** [1] - 1:18
**31** [2] - 2:14, 94:17
**314** [9] - 44:6, 45:8, 45:15, 45:23, 46:15, 47:9, 48:18, 55:5, 85:11
**32** [1] - 94:18
**33** [3] - 83:7,

94:20, 153:11
**34** [4] - 94:20,
98:21, 153:12,
153:20
**35** [2] - 94:20,
153:21
**350** [1] - 1:18
**359** [1] - 123:20
**36** [4] - 1:15,
50:14, 94:23,
155:3
**360** [3] - 35:21,
35:25, 36:1
**37** [1] - 94:25
**38** [6] - 80:7, 80:8,
80:11, 80:18,
94:25, 155:9
**38-A** [1] - 94:25
**39** [5] - 95:3,
104:20, 104:21,
155:16, 156:5
**3:29** [1] - 168:4
**3A** [1] - 93:2

## 4

**4** [24] - 22:21,
26:22, 26:23,
35:16, 57:5,
61:8, 73:21,
78:16, 93:3,
102:2, 102:12,
124:5, 133:22,
133:23, 134:2,
134:7, 134:13,
138:17, 138:19,
158:13, 158:19,
160:17, 163:20
**40** [4] - 30:11,
156:7, 156:13
**400** [1] - 30:2
**4018** [6] - 85:16,
85:18, 85:24,
86:23, 87:15,
98:4
**41** [1] - 156:20
**42** [1] - 156:22
**43** [3] - 156:24,
157:1
**44** [3] - 157:2,
157:12, 157:23
**45** [6] - 13:24,
42:15, 95:5,
158:1, 158:12,
166:15
**45-A** [1] - 95:8
**46** [1] - 95:10
**46-A** [1] - 95:13
**47** [7] - 159:5,
159:10, 159:18,

159:22, 159:24,
160:16
**48** [2] - 159:8,
160:20
**49** [3] - 160:21
**4th** [3] - 81:22,
83:9, 168:20

## 5

**5** [12] - 36:18,
93:5, 102:2,
102:12, 104:16,
104:20, 105:20,
124:5, 138:19,
158:19, 160:17,
165:4
**5,000** [1] - 115:9
**5/7/2018** [1] - 39:2
**50** [5] - 19:20,
76:19, 95:15,
95:21, 163:24
**50-percent** [1] -
166:16
**51** [4] - 76:23,
77:12, 95:16,
164:1
**52** [3] - 95:21,
164:2
**53** [1] - 95:21
**54** [1] - 95:21
**55** [1] - 95:23
**56** [3] - 38:20,
95:23, 161:9
**56-A** [1] - 95:23
**57** [2] - 96:1,
163:10
**58** [5] - 96:3, 96:4,
163:11, 163:12,
163:18
**58-A** [2] - 96:6
**5821** [7] - 44:14,
46:18, 46:22,
48:7, 48:19,
49:5, 51:5
**59** [1] - 96:9
**5D** [1] - 1:9
**5th** [2] - 1:15, 81:7

## 6

**6** [18] - 22:5,
22:11, 37:10,
50:11, 52:14,
53:16, 53:22,
53:25, 54:25,
82:15, 93:6,
99:3, 102:2,
102:12, 124:5,
139:9, 158:19,

160:17
**60** [3] - 37:2, 37:3,
96:9
**61** [2] - 2:14,
96:10
**610** [1] - 54:9
**62** [1] - 96:10
**63** [1] - 96:12
**64** [1] - 96:12
**65** [1] - 96:13
**66** [1] - 96:13
**67** [1] - 96:13
**677** [1] - 123:19
**68** [1] - 96:13
**69** [1] - 96:13
**695** [1] - 34:17
**6:53** [1] - 53:20

## 7

**7** [20] - 37:22,
39:18, 51:4,
53:20, 54:25,
76:5, 76:6,
76:14, 99:17,
99:19, 99:23,
102:3, 102:13,
124:5, 139:10,
139:11, 158:13,
158:19, 160:18,
163:20
**7,000** [2] - 12:17,
115:10
**7/7/2018** [1] -
42:20
**7/7/2019** [1] -
14:18
**70** [2] - 96:14,
97:2
**702** [2] - 30:21,
31:4
**70s** [1] - 20:20
**71** [1] - 96:16
**71-A** [1] - 96:17
**716** [3] - 53:2,
53:7, 88:12
**72** [2] - 2:15,
96:19
**73** [3] - 2:15,
96:21, 119:19
**74** [3] - 2:17, 2:17,
96:24
**74,000** [1] -
119:19
**75** [2] - 10:19,
97:2
**753** [1] - 168:17
**754** [4] - 38:3,
39:23, 42:10,
44:17

**76** [1] - 97:2
**761** [3] - 53:16,
55:4, 89:8
**7610** [4] - 44:9,
44:14, 46:18,
46:22
**77** [1] - 97:2
**7737** [1] - 40:8
**78** [1] - 97:4
**786** [2] - 44:8,
45:4
**79** [1] - 97:4
**7:04** [2] - 49:10,
50:2
**7:16** [4] - 51:4,
51:5, 52:3, 52:9
**7:20** [2] - 51:10,
52:9
**7:21** [2] - 51:4,
51:11
**7:25** [2] - 40:11,
40:20
**7:26** [3] - 37:24,
39:2, 39:18
**7:27** [1] - 40:15
**7:29** [5] - 40:9,
40:19, 40:20,
41:1, 41:11
**7:30** [1] - 40:5
**7:35** [2] - 41:12,
41:16
**7:36:54** [1] - 41:25
**7:41** [2] - 52:13,
52:17
**7:56** [1] - 41:16
**7th** [6] - 17:22,
37:24, 41:16,
42:7, 43:6

## 8

**8** [3] - 39:4, 43:5,
139:16
**8,500** [1] - 116:17
**8/8/2018** [1] -
20:10
**80** [5] - 44:24,
44:25, 49:15,
49:17, 97:5
**807-7610** [1] -
44:22
**80s** [1] - 20:20
**81** [1] - 97:5
**82** [1] - 97:7
**83** [2] - 34:17,
97:7
**84** [1] - 97:7
**85** [1] - 97:7
**86** [1] - 97:9
**87** [3] - 97:11,

97:17, 97:18
**87A** [4] - 97:12,
97:15, 97:17,
97:19
**88** [2] - 97:13,
97:20
**89** [3] - 2:18,
97:13, 97:20
**8:18** [4] - 43:6,
43:8, 43:13,
43:18
**8:18:55** [1] - 43:8
**8:19** [3] - 42:8,
42:20, 43:23
**8:25** [1] - 52:18
**8:27** [2] - 52:14,
52:18
**8:29** [1] - 43:10
**8:29:26** [1] - 44:2
**8:31** [2] - 54:8,
54:10
**8:51** [2] - 43:7,
43:10

## 9

**9** [6] - 38:12,
39:19, 43:6,
64:19, 65:2,
139:18
**9,000** [2] - 115:10,
116:17
**9,800** [1] - 116:17
**9-ish** [1] - 132:17
**90** [2] - 2:18,
97:21
**91** [1] - 97:21
**92** [1] - 97:21
**93** [1] - 97:21
**94** [1] - 97:21
**94A** [1] - 97:21
**95** [1] - 97:22
**9557** [1] - 84:6
**9560** [1] - 38:13
**96** [2] - 83:25,
97:22
**96A** [1] - 97:22
**96B** [2] - 97:22,
97:23
**96C** [2] - 97:23,
97:25
**97** [3] - 85:12,
86:25, 98:4
**98** [1] - 98:6
**99** [1] - 98:6
**9:00** [1] - 168:4
**9:28:01** [1] - 47:4
**9:30** [6] - 12:13,
131:11, 131:12,
132:19, 133:6,

167:25
**9:30:32** [1] - 47:4
**9:31:46** [1] - 47:5
**9:36** [3] - 48:7,
48:12, 84:12
**9:41:35** [2] -
54:12, 54:13
**9:42** [2] - 47:24,
48:13
**9:52** [3] - 4:2,
53:1, 53:9
**9:54** [5] - 44:6,
45:17, 46:16,
47:13, 47:15
**9:58** [1] - 9:12

## A

**a.m** [51] - 4:2,
9:12, 37:24,
39:18, 40:5,
40:9, 40:10,
40:11, 40:12,
40:19, 40:21,
41:1, 41:12,
41:16, 42:8,
43:5, 43:6, 43:7,
43:10, 43:23,
44:2, 44:6,
46:16, 47:13,
47:15, 47:24,
48:7, 48:24,
49:11, 51:4,
51:5, 51:10,
51:11, 52:9,
52:17, 53:1,
53:20, 54:8,
54:11, 54:16,
54:17, 54:19,
54:25, 56:14,
61:11, 64:19,
65:3, 84:12,
168:4
**ability** [3] - 57:24,
62:25, 103:13
**able** [21] - 7:15,
9:2, 25:15,
31:15, 38:20,
57:12, 57:19,
57:21, 58:5,
59:20, 60:18,
61:2, 68:20,
70:5, 70:6,
72:11, 81:10,
87:17, 103:5,
132:16
**above-entitled** [1]
- 168:18
**absolute** [2] -
129:13

**abundance** [1] - 135:21
**abusive** [1] - 117:17
**Acapulco** [6] - 38:6, 38:24, 39:17, 41:4, 41:13, 41:19
**accept** [2] - 30:25, 152:20
**access** [2] - 6:8, 60:2
**accident** [2] - 13:17, 13:18
**accomplices** [1] - 150:3
**accomplishment** [1] - 161:3
**accordingly** [2] - 8:4, 9:4
**account** [5] - 38:12, 44:21, 47:18, 48:12
**accurate** [2] - 70:8, 70:17
**acknowledged** [1] - 154:25
**acquittal** [4] - 91:15, 91:17, 123:8, 124:15
**action** [1] - 75:7
**active** [1] - 70:10
**actively** [2] - 69:19, 70:9
**activity** [48] - 25:12, 25:14, 25:17, 26:10, 26:13, 32:8, 36:20, 37:16, 37:18, 39:22, 39:23, 40:5, 40:21, 41:3, 41:12, 41:18, 43:5, 43:7, 44:1, 46:10, 46:17, 48:10, 48:18, 51:5, 51:10, 52:18, 53:20, 53:23, 54:7, 54:16, 64:20, 64:23, 65:17, 65:24, 66:23, 67:4, 67:19, 68:3, 68:11, 69:16, 70:10, 70:21, 70:22, 70:24, 71:8, 71:13, 72:10
**actors** [1] - 128:8
**acts** [2] - 154:22,

157:3
**actual** [6] - 47:10, 57:24, 64:11, 64:23, 67:19, 68:22
**add** [3] - 129:25, 130:2, 145:13
**addition** [3] - 50:5, 99:14, 164:6
**additional** [5] - 20:12, 100:8, 101:19, 101:20, 101:22
**additionally** [1] - 54:12
**address** [34] - 4:5, 6:8, 6:22, 9:16, 14:13, 14:15, 17:14, 18:10, 18:13, 18:15, 18:18, 18:25, 38:5, 38:23, 38:24, 41:4, 42:8, 42:14, 42:16, 43:1, 43:12, 45:7, 49:23, 49:24, 50:22, 50:23, 53:6, 86:22, 86:24, 87:14, 102:21, 154:17, 155:8
**addressed** [1] - 124:8
**addresses** [5] - 55:16, 85:23, 115:15, 115:16
**adjoining** [3] - 27:11, 36:5, 37:19
**adjourned** [2] - 168:2, 168:4
**adjunct** [1] - 24:10
**admission** [2] - 131:18, 144:17
**admissions** [1] - 144:24
**admitted** [77] - 38:19, 42:15, 44:25, 59:17, 92:22, 92:24, 93:1, 93:8, 93:10, 93:18, 93:19, 93:21, 93:23, 94:3, 94:4, 94:7, 94:8, 94:9, 94:11, 94:13, 94:14,

94:15, 94:16, 94:18, 94:24, 95:1, 95:4, 95:5, 95:8, 95:11, 95:13, 95:15, 95:16, 95:23, 95:24, 96:1, 96:3, 96:4, 96:5, 96:6, 96:8, 96:9, 96:10, 96:12, 96:15, 96:16, 96:17, 96:19, 96:22, 96:25, 97:3, 97:5, 97:8, 97:9, 97:11, 97:12, 97:18, 97:21, 97:23, 97:24, 97:25, 98:5, 98:6, 98:7, 98:11, 98:13, 98:17, 98:19, 98:22, 98:23, 98:25, 99:1, 99:10, 99:14, 100:1, 144:20, 157:18
**admonished** [1] - 140:3
**advance** [3] - 61:8, 103:6, 103:11
**advanced** [2] - 27:24, 28:1
**adverse** [2] - 130:5, 145:22
**Advice** [1] - 125:14
**advisable** [1] - 134:24
**advise** [5] - 129:8, 130:8, 131:7, 162:15, 162:16
**advised** [2] - 50:12, 127:14
**ADVISEMENT** [1] - 3:5
**African** [1] - 104:18
**African-American** [1] - 104:18
**afternoon** [14] - 4:17, 74:22, 74:23, 88:13, 89:16, 106:19, 107:22, 108:20, 110:16, 110:21, 126:21, 126:22, 131:9, 133:5
**afterwards** [1] -

21:24
**age** [3] - 20:18, 104:21, 139:14
**agency** [1] - 127:3
**AGENT** [1] - 2:23
**Agent** [23] - 22:25, 30:14, 31:11, 61:20, 74:6, 75:10, 76:1, 89:23, 98:19, 103:2, 103:11, 103:13, 125:2, 125:4, 125:9, 125:14, 125:19, 126:8, 126:9, 126:21, 126:23, 127:20, 128:17
**agent** [18] - 23:2, 23:18, 24:4, 24:12, 24:16, 24:18, 24:19, 56:17, 61:21, 63:8, 73:12, 89:21, 89:23, 103:16, 103:17, 103:19, 104:3, 126:24
**agents** [4] - 21:23, 75:4, 75:7, 103:19
**ago** [4] - 25:11, 68:6, 118:8, 118:13
**agree** [22] - 91:25, 105:24, 105:25, 106:14, 142:9, 142:16, 151:10, 151:12, 153:16, 153:18, 153:23, 154:5, 154:6, 155:4, 155:5, 157:22, 161:14, 161:18, 161:19, 161:21, 162:7, 162:13
**agreeable** [5] - 92:13, 92:16, 106:2, 109:7, 109:10
**agreed** [6] - 13:4, 106:15, 144:10, 144:11, 144:12, 165:2
**agreement** [5] - 92:8, 93:22, 98:10, 125:2, 156:23
**agreements** [2] - 149:18, 154:3

**agrees** [2] - 105:24, 142:12
**ahead** [7] - 21:8, 21:12, 33:24, 92:4, 104:8, 148:7, 166:11
**ahold** [1] - 6:10
**aided** [1] - 1:25
**Air** [1] - 94:7
**Airbnb** [2] - 96:19, 96:24
**Airlines** [1] - 77:21
**Alert** [3] - 29:20, 29:21
**alert** [1] - 28:7
**Alfred** [2] - 1:18, 110:25
**allegation** [1] - 144:17
**alleged** [1] - 124:9
**allow** [4] - 31:18, 103:7, 103:9, 108:11
**allowed** [9] - 30:23, 31:1, 31:3, 59:23, 59:24, 101:13, 123:24, 134:21, 152:21
**allowing** [1] - 34:14
**allows** [4] - 27:11, 34:4, 37:20, 92:8
**almost** [1] - 161:2
**alone** [2] - 147:2, 161:25
**aloud** [1] - 87:22
**ALTERNATE** [1] - 22:15
**alternate** [1] - 22:13
**Amaya** [2] - 98:10, 124:6
**Amber** [2] - 28:7, 29:20
**AMERICA** [1] - 1:3
**American** [2] - 23:23, 104:18
**amounts** [3] - 115:6, 116:13, 116:16
**Analysis** [3] - 23:19, 25:5, 25:7
**analysis** [23] - 25:9, 25:18, 26:3, 27:14,

27:22, 28:2, 30:16, 31:6, 33:12, 37:24, 39:22, 40:10, 42:4, 44:3, 55:14, 62:7, 65:1, 65:21, 66:11, 152:1, 152:2, 152:3, 152:5
**analyst** [4] - 24:5, 24:14, 63:3, 63:7
**analytics** [1] - 28:1
**analyze** [1] - 38:8
**analyzed** [3] - 29:23, 49:17, 49:24
**and's** [1] - 135:25
**annual** [1] - 107:13
**answer** [2] - 68:17, 107:12
**answered** [1] - 11:20
**answers** [2] - 143:7, 143:17
**antenna** [1] - 35:12
**antennas** [2] - 34:12, 34:22
**anticipated** [3] - 61:7, 67:1, 100:24
**anyway** [3] - 67:14, 133:13, 136:19
**apartment** [4] - 34:23, 35:7, 113:8, 113:9
**apologize** [2] - 4:8, 43:14
**app** [4] - 63:24, 117:8, 117:9, 117:10
**appear** [6] - 49:16, 50:16, 66:15, 71:4, 71:16, 71:18
**appeared** [1] - 111:22
**applicable** [12] - 136:22, 136:25, 137:25, 141:5, 142:17, 143:6, 144:8, 144:16, 145:3, 151:7, 153:12, 163:14
**application** [9] -

63:14, 63:21,
63:24, 70:14,
71:24, 72:1,
72:6, 73:1,
117:7
**applications** [2] -
63:12, 71:23
**applies** [2] -
102:12
**apply** [3] - 102:2,
133:3, 152:16
**appointment** [2] -
164:4, 165:2
**approach** [2] -
64:17, 81:14
**appropriate** [2] -
140:9, 165:6
**approved** [1] -
152:4
**area** [23] - 25:16,
27:7, 27:11,
35:5, 37:15,
39:7, 40:22,
41:13, 41:19,
42:24, 43:2,
43:11, 43:15,
43:16, 45:22,
46:6, 46:13,
48:17, 51:17,
52:1, 53:14,
67:15, 75:12
**arguing** [1] -
119:9
**argument** [7] -
107:7, 107:25,
108:8, 123:11,
123:12, 141:9,
156:14
**arguments** [9] -
108:9, 131:10,
131:12, 131:14,
132:19, 132:21,
132:23, 133:18,
146:17
**arises** [1] - 154:16
**ARLENE** [2] - 2:8,
16:17
**Arlene** [2] - 16:13,
16:21
**arm** [1] - 37:6
**arms** [2] - 36:21,
37:9
**arrange** [1] - 7:16
**arranged** [1] -
124:21
**arrangement** [1] -
161:25
**array** [2] - 77:1,
77:3
**arrest** [3] - 127:6,

127:7, 127:25
**arrested** [2] -
11:22, 127:23
**arrival** [1] - 45:10
**arrow** [4] - 36:24,
46:14, 52:13,
54:9
**artifice** [4] -
160:23, 160:24,
161:3, 161:7
**artificial** [2] -
35:9, 39:13
**Arts** [1] - 23:23
**AS** [1] - 23:14
**aspect** [1] -
147:25
**aspects** [3] - 60:6,
150:10
**assault** [1] -
121:22
**assess** [1] - 59:21
**assessed** [1] -
27:23
**asset** [1] - 29:5
**assigned** [4] -
23:19, 24:7,
24:21, 63:3
**assignment** [1] -
24:22
**assignments** [1] -
24:17
**assist** [3] - 16:6,
76:1, 152:11
**Assistant** [1] -
1:15
**associated** [1] -
44:21
**association** [1] -
72:3
**assume** [3] - 67:8,
70:3, 91:16
**assumed** [2] -
5:18, 5:19
**assuming** [3] -
65:14, 67:15,
116:13
**assured** [1] - 61:2
**AT&T** [3] - 25:11,
28:18, 65:23
**attach** [5] -
103:18, 104:4,
130:3, 131:4,
145:21
**attached** [2] -
69:2, 93:24
**attack** [2] - 149:1,
149:8
**attempting** [3] -
5:24, 6:3, 68:25
**attended** [1] -

27:19
**attending** [1] -
131:8
**attention** [14] -
14:5, 17:22,
76:4, 77:17,
79:8, 79:14,
82:12, 82:22,
83:7, 84:1,
84:11, 85:12,
86:6, 138:11
**attentive** [1] -
104:23
**attentively** [1] -
22:10
**attentiveness** [1]
- 137:2
**attorney** [3] -
104:2, 111:1,
130:12
**attorneys** [1] -
146:17
**Attorneys** [1] -
1:15
**audio** [5] - 58:6,
58:18, 61:18,
92:1, 100:4
**authority** [1] -
28:22
**automatically** [1]
- 69:24
**available** [8] -
56:25, 57:5,
58:21, 63:22,
73:21, 73:24,
122:16, 167:1
**Avboraye** [6] -
2:1, 3:2, 38:17,
50:16, 75:17,
83:22
**AVBORAYE** [1] -
1:5
**Avboraye-
Igbenidion** [1] -
3:2
**Avboraye-
Igbinedion** [4] -
2:1, 50:16,
75:17, 83:22
**Ave** [1] - 88:25
**Avenue** [18] -
1:18, 49:11,
50:11, 51:9,
52:15, 53:2,
53:7, 53:15,
53:17, 55:4,
55:9, 85:16,
85:18, 86:23,
87:15, 88:12,
98:4

**avoidance** [1] -
158:1
**await** [1] - 131:16
**awaiting** [2] -
149:18, 149:20
**aware** [9] - 63:22,
63:23, 103:20,
128:3, 128:5,
128:8, 130:22,
147:22, 158:11

---

# B

**B&B** [1] - 94:7
**B-e-n-d-e-r** [1] -
126:15
**Bachelor's** [1] -
23:23
**background** [1] -
23:22
**backing** [1] -
107:14
**bad** [1] - 117:15
**bag** [1] - 13:1
**bail** [1] - 12:12
**ballpark** [2] -
115:7, 116:15
**Baltimore** [24] -
1:9, 1:16, 24:22,
24:23, 26:23,
26:24, 29:5,
34:17, 34:20,
45:8, 45:22,
46:5, 46:13,
49:11, 53:2,
53:7, 53:14,
54:4, 64:5,
74:25, 75:12,
86:23, 87:15,
127:17
**Baltimore-
Washington** [1]
- 34:17
**bank** [2] - 13:4,
13:6
**based** [10] - 5:3,
5:20, 28:2,
31:21, 61:6,
75:8, 124:22,
139:11, 139:12,
141:8
**basic** [6] - 27:19,
27:22, 101:19,
101:24, 102:1,
155:21
**basis** [4] - 66:10,
104:11, 146:18,
146:23
**beating** [1] -
141:23

**became** [4] -
11:16, 24:17,
75:10, 128:8
**become** [2] -
24:12, 25:5,
27:17, 90:1
**becoming** [1] -
24:4
**beef** [1] - 145:5
**BEFORE** [1] -
1:11
**beg** [1] - 57:1,
73:23
**begin** [1] - 43:7
**beginning** [1] -
121:1
**Behalf** [2] - 1:13,
1:17
**behalf** [1] - 109:6
**behind** [2] -
20:14, 156:8
**belonged** [1] -
84:7
**belonging** [2] -
44:8, 44:9
**below** [1] - 76:21
**bench** [5] -
107:12, 107:16,
108:14, 134:16,
139:1
**BENDER** [2] -
2:23, 126:11
**Bender** [16] -
75:11, 76:1,
89:23, 103:3,
103:11, 125:3,
125:5, 125:9,
125:19, 126:8,
126:9, 126:15,
126:21, 126:23,
127:20, 128:18
**Bender's** [2] -
103:13, 125:14
**benefit** [3] -
22:20, 142:4,
165:20
**benefitted** [1] -
123:24
**BENNETT** [1] -
1:11
**best** [8] - 31:19,
31:23, 32:1,
69:25, 91:7,
132:18, 150:15,
167:15
**better** [5] - 21:13,
63:14, 66:22,
136:6, 149:2
**Better** [1] - 13:11
**between** [16] -

12:25, 21:20,
33:16, 34:14,
40:9, 40:11,
40:20, 41:11,
41:16, 43:10,
43:13, 48:25,
52:8, 52:13,
52:18, 54:10
**beyond** [6] -
123:17, 129:23,
130:1, 145:11,
145:15, 160:22
**bill** [2] - 66:3, 66:6
**billing** [2] - 32:25,
33:3
**bills** [5] - 12:25,
13:5, 13:7,
13:13, 66:2
**bit** [19] - 11:1,
14:7, 23:21,
26:4, 35:17,
55:25, 91:6,
92:18, 101:18,
104:2, 106:20,
107:14, 109:20,
114:3, 145:6,
146:4, 146:14,
150:6, 151:16
**black** [10] - 39:10,
39:14, 43:1,
44:13, 45:22,
46:19, 47:1,
48:11, 49:5,
117:24
**blank** [3] - 71:9,
71:20, 93:9
**blindness** [1] -
158:5
**blocks** [2] - 51:24,
52:7
**Bloomfield** [3] -
50:11, 52:15,
53:15
**blow** [2] - 14:7,
45:13
**blown** [1] - 38:7
**blue** [9] - 44:14,
44:22, 46:19,
46:23, 50:9,
50:10, 52:19,
53:15, 79:16
**Blue** [2] - 83:20,
98:25
**bluntly** [1] - 104:6
**boiler** [2] - 137:3,
164:1
**boilerplate** [2] -
101:25, 164:7
**book** [1] - 119:22
**booked** [2] -

120:2, 120:9
**born** [1] - 11:2
**bottom** [5] - 35:6, 39:8, 40:2, 150:14, 161:9
**boxes** [1] - 121:13
**boyfriend** [2] - 112:13, 112:14
**bracket** [1] - 34:21
**brain** [1] - 136:5
**break** [12] - 8:6, 55:25, 56:3, 56:4, 56:5, 56:12, 56:21, 59:9, 61:15, 90:22, 90:23, 91:6
**brick** [1] - 35:7
**brief** [7] - 60:14, 80:4, 87:6, 88:19, 89:3, 102:23, 121:18
**briefly** [5] - 5:11, 57:22, 81:15, 83:2, 108:5
**bring** [9] - 9:5, 9:9, 28:18, 61:10, 109:12, 131:6, 131:21, 131:23, 154:15
**bringing** [1] - 129:10
**broken** [1] - 35:25
**Brooklyn** [1] - 11:2
**brought** [1] - 133:19
**brown** [2] - 13:1, 13:14
**Brown** [5] - 14:6, 14:9, 14:11, 14:12, 18:10
**building** [6] - 34:22, 34:23, 34:25, 35:7, 39:12
**bunch** [1] - 56:9
**burden** [8] - 129:22, 129:25, 130:2, 140:22, 145:10, 145:13, 145:14, 145:17
**Bureau** [2] - 23:18, 24:6
**business** [2] - 11:5, 104:3
**Butler** [1] - 53:5
**buy** [3] - 133:11, 133:14

**buying** [1] - 133:13
**BWI** [8] - 78:2, 79:1, 82:7, 82:8, 82:17, 82:19, 83:1, 83:11
**BY** [21] - 10:13, 15:12, 17:1, 17:21, 23:15, 31:10, 49:14, 61:25, 72:23, 74:21, 76:18, 78:17, 80:6, 81:19, 87:7, 88:20, 89:5, 89:15, 110:15, 121:20, 126:20

# C

**C-A-S-T** [1] - 23:20
**California** [1] - 14:25
**caller** [1] - 12:9
**Camden** [1] - 35:14
**Canada** [10] - 114:14, 116:16, 118:9, 118:12, 118:15, 118:18, 119:5, 119:7, 121:15
**candor** [1] - 105:9
**cannot** [3] - 58:11, 61:17, 101:6
**capability** [1] - 63:10
**capacity** [1] - 67:23
**caps** [1] - 32:25
**captured** [6] - 65:23, 67:17, 69:4, 69:7, 69:8, 69:18
**capturing** [1] - 66:24
**car** [3] - 13:17, 13:18, 19:12
**carefully** [1] - 138:14
**Carper** [11] - 21:13, 21:15, 21:21, 21:24, 21:25, 22:1, 22:17, 22:19, 22:22, 53:5, 93:16
**CARPER** [1] -

2:11
**carrier** [6] - 26:11, 26:16, 26:20, 33:8, 36:3, 71:7
**carriers** [5] - 33:2, 71:7, 159:13, 159:20, 160:6
**CASE** [1] - 1:4
**case** [72] - 7:9, 7:18, 8:15, 9:20, 28:4, 28:25, 30:2, 33:12, 62:6, 62:14, 64:4, 65:8, 65:17, 66:21, 67:24, 68:1, 68:5, 69:11, 75:4, 75:7, 75:24, 76:2, 89:19, 90:2, 90:5, 91:16, 92:12, 102:4, 103:16, 103:17, 103:19, 104:3, 104:11, 123:6, 124:20, 125:9, 125:15, 126:5, 126:24, 129:16, 129:18, 129:20, 131:8, 131:11, 134:25, 136:25, 138:7, 142:22, 143:11, 143:23, 145:6, 145:8, 149:18, 150:6, 151:2, 151:17, 151:24, 152:4, 152:19, 152:23, 152:25, 153:11, 153:22, 157:7, 157:21, 158:3, 159:13, 165:9, 167:9, 167:13
**cases** [5] - 24:25, 25:3, 29:7, 30:2, 151:3
**CAST** [8] - 23:20, 25:5, 25:7, 27:17, 27:19, 29:5, 98:19, 151:21
**catch** [3] - 114:8, 117:4, 117:21
**Caucasian** [2] - 104:20, 104:21
**caught** [2] - 118:4, 118:7
**caution** [3] - 57:24, 135:21, 135:22

**CDR** [2] - 26:12, 68:9
**cell** [87] - 6:21, 25:9, 25:10, 25:13, 25:14, 26:3, 26:4, 26:6, 27:14, 27:21, 28:17, 31:12, 31:19, 31:24, 32:1, 32:6, 32:12, 32:13, 32:21, 32:24, 34:2, 34:3, 34:9, 34:13, 34:14, 35:11, 35:13, 35:15, 35:18, 35:19, 36:3, 36:14, 36:23, 37:7, 39:7, 39:11, 40:6, 40:8, 41:9, 41:21, 43:2, 43:10, 43:18, 43:25, 45:23, 46:2, 46:5, 50:5, 51:11, 51:13, 51:23, 52:2, 53:12, 54:9, 54:17, 54:22, 55:13, 55:14, 62:8, 62:19, 64:1, 64:3, 65:7, 65:13, 65:15, 65:20, 67:14, 68:11, 69:8, 69:16, 69:25, 70:1, 70:3, 70:20, 71:4, 71:9, 71:10, 71:19, 71:21, 73:2, 84:15, 85:20, 87:13, 117:6, 151:18, 151:20
**cellular** [14] - 29:8, 29:9, 29:14, 30:15, 31:5, 70:16, 71:5, 71:17, 72:8, 152:1, 152:2, 152:3, 152:5
**Cellular** [3] - 23:19, 25:5, 25:7
**center** [1] - 39:16
**ceremony** [3] - 107:9, 107:11, 107:12
**certain** [9] - 5:18,

62:7, 71:14, 100:9, 100:15, 132:21, 137:25, 149:9, 154:22
**certainly** [11] - 58:5, 60:23, 101:13, 103:15, 105:3, 109:25, 123:18, 124:10, 135:2, 140:17, 144:25
**CERTIFICATE** [1] - 168:14
**certification** [10] - 27:18, 28:12, 28:13, 28:25, 29:6, 30:1, 94:25, 98:23, 99:4, 99:7
**certified** [7] - 25:5, 27:17, 29:5, 76:12, 77:21, 83:20, 86:13
**certify** [1] - 168:17
**certifying** [1] - 31:2
**certiorari** [1] - 123:21
**cetera** [6] - 138:1, 138:2, 148:12, 162:22, 163:9
**chance** [3] - 56:21, 83:16, 166:16
**change** [2] - 141:10, 159:14
**CHARGE** [1] - 3:6
**charge** [8] - 101:18, 102:2, 106:19, 127:2, 131:14, 134:20, 140:13, 158:20
**charged** [8] - 90:5, 124:4, 124:5, 124:10, 151:2, 151:3, 163:5, 163:8
**charges** [2] - 11:22, 12:14
**charging** [2] - 155:13, 155:14
**Charlemagne** [5] - 116:19, 124:7, 127:6, 127:10, 149:21
**CHARLES** [1] - 2:11
**Charles** [5] - 1:15,

22:19, 22:22, 53:5, 93:3
**charts** [2] - 144:14, 144:15
**cheating** [3] - 117:15, 118:4, 118:7
**check** [5] - 50:18, 50:20, 98:1, 98:2, 121:17
**check-in** [1] - 50:18
**check-out** [1] - 50:20
**checking** [2] - 134:4, 134:15
**checklist** [1] - 92:21
**Chesmont** [7] - 55:9, 85:16, 85:18, 85:24, 86:23, 87:15, 98:4
**child** [2] - 25:20, 28:7
**children** [1] - 11:9
**choked** [3] - 117:19, 117:23
**choose** [4] - 129:15, 129:17, 155:11
**chooses** [1] - 7:23
**chose** [4] - 105:8, 129:20, 145:6, 145:8
**chosen** [1] - 130:19
**Christine** [1] - 1:14
**circle** [13] - 20:5, 35:20, 35:21, 35:24, 36:13, 43:8, 51:12, 51:13, 51:15, 51:19, 51:20, 128:25
**circled** [6] - 14:1, 20:7, 34:12, 39:16, 45:25, 51:23
**circles** [1] - 128:25
**circling** [2] - 42:25, 76:24
**Circuit** [4] - 123:19, 123:21, 123:23
**circumstance** [2] - 25:20, 25:21

**circumstances**
[3] - 29:20,
118:3, 161:25
**circumstantial** [4]
- 141:17,
141:19, 146:25,
147:10
**cities** [1] - 64:6
**city** [5] - 34:18,
34:19, 35:2,
80:20
**City** [2] - 127:11,
127:12
**civil** [2] - 104:21,
105:20
**clarify** [2] - 55:17,
89:18
**class** [1] - 27:24
**clear** [15] - 37:11,
62:4, 62:16,
64:11, 66:8,
72:24, 106:6,
111:19, 119:2,
121:21, 123:13,
124:16, 148:10,
154:20
**clearly** [11] - 10:5,
16:18, 23:7,
74:15, 126:12,
139:10, 140:22,
142:24, 154:10,
156:2, 163:14
**clerk** [1] - 135:5
**CLERK** [25] -
9:24, 10:5, 10:9,
16:18, 16:22,
23:4, 23:7,
23:11, 56:13,
58:9, 58:12,
74:15, 74:19,
108:18, 109:15,
110:4, 110:8,
110:11, 126:12,
126:16, 133:10,
146:6, 153:6,
160:10, 164:9
**clerk's** [1] - 57:17
**Clerk's** [1] - 16:15
**clerks** [4] -
107:10, 107:13,
107:15, 131:18
**click** [1] - 19:21
**client** [5] - 4:22,
106:9, 125:10,
127:21, 157:13
**clockwise** [1] -
37:3
**close** [3] - 48:1,
52:14, 124:16
**closed** [3] -

117:19, 117:24,
125:17
**closer** [1] - 48:22
**closest** [3] - 32:2,
32:3, 70:7
**closing** [14] -
106:21, 108:8,
108:9, 131:10,
131:11, 131:14,
132:19, 132:20,
132:23, 141:10,
154:16, 158:2,
165:19
**CO** [1] - 17:5
**co** [2] - 94:2,
151:1
**co-defendant** [2]
- 94:2, 151:1
**coconspirator** [2]
- 157:3, 157:17
**coconspirators**
[1] - 157:7
**code** [1] - 71:8
**coding** [1] - 65:10
**colleagues** [2] -
107:16, 138:9
**College** [2] -
23:25, 24:11
**color** [4] - 34:12,
34:24, 44:12,
65:10
**color-coding** [1] -
65:10
**colors** [2] - 44:11,
46:19
**comfortable** [2] -
108:12, 167:22
**coming** [5] - 16:3,
36:24, 121:15,
162:24
**comma** [1] -
160:5
**comments** [1] -
167:12
**commercial** [4] -
159:13, 159:19,
159:20, 160:6
**committed** [4] -
154:22, 154:23,
156:2
**common** [4] -
143:21, 146:19,
147:11, 152:23
**communicate**
[3] - 116:25, 117:1,
166:3
**communicates**
[1] - 166:3
**communication**
[1] - 34:14

**communication
s** [1] - 63:6
**companies** [4] -
27:22, 28:17,
28:20, 32:21
**company** [5] -
25:10, 26:6,
32:6, 79:24,
79:25
**compare** [2] -
80:10, 87:18
**complete** [1] -
33:18
**completed** [6] -
29:2, 29:6, 30:1,
70:16, 72:8,
131:14
**completely** [1] -
162:13
**completion** [1] -
162:6
**comply** [1] - 7:21
**compromise** [1] -
7:10
**compulsory** [1] -
129:10
**Computer** [1] -
1:25
**computer** [1] -
24:24
**Computer-aided**
[1] - 1:25
**concealment** [2] -
161:11, 161:17
**concept** [1] -
36:15
**concern** [3] -
153:9, 158:17,
162:22
**concerned** [6] -
18:12, 57:16,
103:18, 104:1,
104:7, 107:14
**concerning** [1] -
152:21
**concerns** [3] -
5:22, 29:22,
139:13
**conclude** [5] -
8:13, 51:22,
122:19, 145:20,
146:22
**concluded** [4] -
73:13, 123:6,
125:10, 132:15
**CONCLUDED.....**
.........................
...... [1] - 3:7
**concludes** [2] -
131:7, 168:1

**conclusion** [2] -
91:16, 147:8
**conclusions** [1] -
28:2
**conduct** [7] - 8:2,
33:12, 58:20,
59:14, 103:17,
138:19, 138:24
**conducted** [2] -
58:18, 142:17
**conference** [3] -
101:18, 106:19,
134:20
**Conference** [1] -
168:19
**CONFERENCE...**
.........................
............ [1] - 3:6
**conferences** [1] -
139:1
**conferring** [1] -
4:22
**confident** [1] -
7:13
**confirm** [2] - 55:7,
68:18
**conformance** [1]
- 168:18
**confronted** [1] -
118:4
**confused** [1] -
60:1
**confusing** [2] -
142:8, 153:15
**confusion** [1] -
154:14
**congratulations**
[2] - 11:14,
15:16
**connect** [1] - 27:8
**connected** [2] -
31:13, 70:20
**Connecticut** [1] -
1:18
**connector** [1] -
35:9
**conscious** [1] -
158:1
**consequently** [1]
- 14:24
**conservative** [1] -
107:6
**conservatively**
[2] - 106:23,
106:25
**consider** [13] -
19:17, 32:8,
34:9, 130:7,
137:9, 137:20,
139:18, 143:8,

143:18, 143:20,
145:24, 152:14,
163:15
**considerations**
[2] - 139:11,
152:15
**considered** [3] -
143:2, 143:15,
143:16
**considering** [1] -
5:21
**consistent** [2] -
41:13, 41:18
**consists** [2] -
142:22, 143:11
**conspiracies** [1] -
124:4
**conspiracy** [15] -
102:1, 102:14,
124:9, 150:4,
150:6, 155:10,
155:20, 155:25,
156:1, 156:2,
156:21, 156:24,
157:19, 159:7
**constantly** [1] -
31:13
**constitution** [2] -
129:21, 145:9
**consult** [1] -
164:6
**consulting** [1] -
103:23
**consumers** [1] -
63:22
**contact** [20] -
5:25, 6:16, 6:20,
6:22, 6:23, 7:14,
7:15, 7:22, 41:8,
45:1, 46:21,
48:7, 48:24,
68:25, 79:3,
121:9, 140:1,
140:4
**contacting** [2] -
7:13, 72:11
**contain** [1] -
32:10
**contains** [1] -
26:13
**content** [1] -
68:20
**contentious** [1] -
139:1
**context** [7] -
40:11, 52:16,
146:4
**continue** [2] -
9:19, 61:19
**continued** [1] -

140:9
**control** [2] -
141:4, 166:22
**controls** [1] -
166:2
**convention** [1] -
26:21
**conversation** [2] -
68:20, 112:22
**converted** [2] -
24:16, 63:8
**coordinate** [3] -
57:15, 166:10,
167:1
**coordinating** [1] -
56:23
**copies** [4] -
138:10, 138:12,
138:13, 138:15
**copy** [2] - 81:16,
138:15
**core** [1] - 7:4
**correct** [97] - 4:5,
6:15, 6:18,
16:13, 20:15,
22:18, 41:11,
42:13, 43:19,
43:20, 44:1,
46:3, 46:24,
47:3, 47:15,
47:16, 48:14,
48:23, 49:3,
52:4, 52:23,
53:14, 54:1,
54:5, 54:20,
55:6, 55:8,
55:18, 55:19,
62:8, 62:9,
62:18, 62:19,
63:11, 65:6,
65:7, 65:14,
65:17, 66:4,
66:5, 67:4, 67:6,
67:25, 68:24,
72:17, 78:13,
78:14, 87:3,
89:19, 89:24,
93:13, 94:22,
95:9, 95:12,
95:14, 95:22,
96:11, 96:18,
96:23, 97:10,
98:8, 98:14,
99:7, 99:8,
102:6, 102:7,
109:15, 111:20,
111:21, 123:4,
123:9, 123:10,
125:11, 125:12,
126:1, 126:25,

127:1, 127:4,
127:9, 127:11,
127:16, 127:18,
127:19, 127:21,
127:24, 130:13,
130:20, 130:21,
132:5, 132:6,
133:9, 137:15,
138:20, 142:14,
143:3, 148:5,
168:17
**corrected** [1] -
87:8
**correlate** [1] -
32:16
**correlation** [2] -
27:10, 32:15
**counsel** [16] -
22:23, 56:15,
74:10, 91:25,
92:9, 103:16,
124:19, 135:4,
135:15, 138:19,
138:24, 140:18,
143:9, 143:19,
165:1, 166:21
**Counsel** [1] -
142:17
**count** [4] - 55:16,
116:8, 155:8,
156:18
**Count** [4] -
102:14, 124:4,
155:10, 155:20
**counterclockwis
e** [1] - 37:3
**counterproducti
ve** [1] - 136:8
**countries** [1] -
128:9
**country** [1] -
67:14
**Counts** [9] -
102:2, 102:4,
102:12, 124:5,
158:14, 158:16,
158:19, 160:17
**counts** [6] -
155:7, 156:15,
158:13, 158:21,
159:4, 163:20
**County** [1] - 35:8
**couple** [5] - 4:10,
15:15, 58:24,
62:21, 83:15
**course** [8] -
20:13, 27:17,
27:19, 27:23,
27:25, 28:12,
28:13, 128:7

**courses** [1] - 29:3
**court** [21] - 17:12,
29:1, 30:5, 30:8,
30:10, 31:2,
56:13, 57:13,
57:14, 57:18,
70:20, 107:25,
108:18, 123:15,
138:6, 157:8,
166:2, 166:3,
166:25, 168:2
**COURT** [300] -
1:1, 4:4, 4:9,
4:12, 5:1, 5:4,
5:7, 5:13, 5:23,
6:2, 6:5, 6:7,
6:13, 6:16, 6:19,
7:4, 7:12, 7:24,
8:16, 8:21, 9:3,
9:13, 9:22, 9:25,
10:10, 15:8,
16:4, 16:13,
16:23, 17:17,
20:23, 21:2,
21:9, 21:15,
21:18, 21:23,
22:3, 22:10,
22:13, 22:16,
22:19, 22:23,
23:2, 23:13,
30:17, 30:20,
55:3, 55:9,
55:11, 55:14,
55:21, 55:25,
56:4, 56:15,
56:20, 57:1,
57:4, 57:7,
57:11, 57:15,
58:4, 58:11,
58:13, 59:2,
59:8, 60:4,
60:20, 60:24,
61:1, 61:9,
61:12, 72:20,
73:10, 73:16,
73:19, 73:23,
74:1, 74:4,
74:11, 76:14,
76:17, 78:12,
78:15, 81:17,
89:4, 89:11,
90:14, 90:19,
90:21, 91:1,
91:5, 91:10,
91:14, 91:22,
92:16, 92:18,
93:14, 93:21,
94:1, 94:6,
94:10, 94:17,
94:20, 94:23,
95:3, 95:10,

95:13, 95:15,
95:18, 95:20,
95:23, 96:1,
96:3, 96:5, 96:8,
96:12, 96:19,
96:21, 96:24,
97:2, 97:7,
97:11, 97:16,
97:18, 98:1,
98:4, 98:9,
98:15, 98:25,
99:3, 99:6, 99:9,
99:13, 99:19,
99:22, 100:10,
100:12, 100:16,
100:18, 101:3,
101:9, 101:13,
101:24, 102:8,
102:18, 102:20,
102:24, 103:9,
103:15, 103:25,
104:13, 105:9,
106:4, 106:10,
106:13, 107:1,
107:4, 107:7,
107:20, 108:2,
108:6, 108:20,
109:9, 109:12,
109:17, 109:19,
110:5, 110:12,
121:19, 122:11,
122:14, 122:19,
122:24, 123:2,
123:5, 123:12,
125:4, 125:7,
125:13, 125:22,
126:3, 126:9,
126:17, 128:14,
128:17, 129:3,
129:6, 129:8,
130:11, 130:15,
130:19, 130:22,
131:3, 131:6,
132:1, 132:3,
132:7, 132:10,
132:14, 133:11,
133:25, 134:3,
134:9, 134:14,
134:19, 137:17,
137:19, 138:23,
139:5, 139:7,
139:23, 139:25,
140:11, 140:14,
140:17, 141:12,
141:15, 142:11,
142:13, 142:16,
144:3, 144:5,
144:12, 144:14,
144:25, 145:3,
146:3, 146:7,
146:11, 146:13,

146:16, 147:16,
147:19, 148:2,
148:6, 148:17,
148:19, 148:24,
149:5, 149:10,
149:13, 149:17,
149:22, 150:2,
150:11, 150:17,
150:21, 150:23,
151:12, 151:14,
151:24, 152:3,
153:3, 153:5,
153:7, 153:18,
153:20, 154:1,
154:8, 154:17,
154:20, 155:6,
155:18, 155:20,
156:7, 156:9,
156:11, 156:17,
156:20, 157:9,
157:12, 157:15,
157:20, 157:23,
158:5, 158:9,
158:24, 159:1,
159:11, 159:15,
159:18, 159:21,
160:2, 160:8,
160:11, 160:16,
161:16, 161:20,
161:23, 162:9,
162:19, 164:10,
164:16, 164:23,
165:18, 165:21,
166:23, 167:5,
167:9, 168:23
**Court** [9] - 8:18,
105:7, 111:10,
123:19, 137:4,
137:6, 142:9,
154:6, 168:16
**court's** [7] - 80:4,
87:6, 88:19,
89:3, 102:23,
106:6, 121:18
**Court's** [6] - 7:22,
15:6, 49:13,
55:1, 73:8, 80:4
**courthouse** [3] -
70:4, 70:19,
131:17
**courtroom** [18] -
9:12, 57:13,
58:10, 60:10,
61:11, 91:9,
92:2, 101:11,
107:10, 109:18,
110:2, 123:1,
125:21, 129:2,
132:2, 134:18,
143:24, 150:12

**Courtroom** [1] -
1:9
**cover** [1] - 38:9
**coverage** [8] -
27:12, 35:4,
35:21, 36:17,
37:20, 51:17,
51:20, 51:25
**covers** [3] - 48:2,
48:3, 149:11
**creating** [1] - 60:6
**credibility** [3] -
59:21, 148:9,
149:9
**crime** [1] - 153:13
**Crimes** [1] - 24:23
**CRIMINAL** [1] -
1:4
**criminal** [9] -
24:24, 104:19,
104:22, 105:1,
105:20, 106:16,
130:2, 145:17,
165:5
**Cross** [3] - 2:6,
2:14, 2:18
**cross** [13] - 15:9,
20:24, 55:23,
58:21, 61:7,
85:22, 89:12,
92:13, 103:20,
104:4, 137:19,
137:22, 167:14
**CROSS** [3] -
15:11, 61:24,
89:14
**Cross-
Examination** [3]
- 2:6, 2:14, 2:18
**cross-
examination** [5]
- 15:9, 20:24,
55:23, 89:12,
167:14
**CROSS-
EXAMINATION**
[3] - 15:11,
61:24, 89:14
**cross-examine**
[2] - 58:21,
92:13
**cross-examined**
[1] - 103:20
**cross-
examining** [1] -
104:4
**cross-
referenced** [1] -
85:22
**crossing** [1] -

167:24
**custodian** [1] -
28:19
**cut** [3] - 7:4,
121:7, 162:17
**cutting** [1] - 36:10
**cyber** [5] - 24:2,
24:7, 24:11,
24:24, 63:3
**Cyber** [1] - 24:23

## D

**D.C** [1] - 1:19
**D_Green226@
Yahoo.com** [1] -
81:1
**dark** [1] - 24:8
**data** [15] - 32:25,
64:2, 65:13,
66:15, 67:17,
67:21, 69:8,
70:21, 71:17,
72:9, 72:12,
72:15, 75:5,
84:19, 84:21
**date** [38] - 14:17,
17:22, 17:23,
17:24, 20:6,
20:9, 25:12,
26:7, 26:14,
32:7, 38:8, 39:1,
42:6, 45:15,
47:10, 50:1,
50:18, 50:20,
64:19, 71:18,
77:24, 78:20,
79:16, 80:17,
81:5, 81:8,
81:20, 81:21,
82:2, 82:13,
82:23, 83:8,
84:18, 86:11,
86:17, 88:14
**dated** [1] - 84:12
**Dated** [1] - 168:20
**dates** [2] - 33:17,
155:9
**dating** [1] - 113:1
**David** [7] - 44:19,
78:6, 78:24,
90:7, 90:10,
93:22, 124:6
**days** [2] - 18:20,
66:3
**deal** [5] - 9:4,
57:19, 59:17,
60:11, 108:13
**dealt** [2] - 9:3,
61:14

Deceitful [1] - 161:11

deceitful [1] - 161:17

deceive [1] - 161:10

December [2] - 127:8, 168:20

deception [1] - 161:24

decide [1] - 147:3

decided [1] - 71:15

deciding [1] - 152:16

decision [10] - 12:17, 31:21, 75:8, 106:6, 130:12, 130:15, 130:17, 130:23, 146:22, 152:12

decision-making [1] - 75:8

declarations [1] - 157:3

deduction [1] - 147:7

DEFENDANT [6] - 4:14, 101:8, 130:10, 130:14, 130:17, 130:21

Defendant [2] - 1:6, 1:17

defendant [28] - 76:15, 94:2, 99:25, 109:6, 123:17, 124:14, 126:4, 129:20, 129:21, 129:23, 129:24, 130:2, 130:4, 130:22, 139:18, 144:18, 144:19, 144:20, 145:6, 145:12, 145:18, 148:11, 151:1, 153:22, 154:9, 154:13, 158:11, 158:20

defendant's [2] - 7:23, 136:14

DEFENDANT...... ........................ [1] - 3:5

defendants [2] - 151:3, 153:22

defense [27] - 8:14, 92:12, 103:16, 103:20, 104:2, 109:23, 110:25, 124:21,

125:9, 125:19, 126:7, 132:5, 137:17, 139:23, 141:2, 142:3, 144:3, 144:12, 147:2, 147:16, 148:17, 149:8, 150:21, 153:3, 155:18, 165:12, 165:18

DEFENSE [1] - 2:19

defer [2] - 139:3, 157:8

definitely [1] - 164:10

definition [1] - 162:17

defraud [8] - 158:21, 160:8, 160:11, 160:24, 161:7, 163:6, 163:22

degree [7] - 17:9, 26:19, 27:1, 27:3, 32:19, 35:23, 36:4

degrees [11] - 35:21, 35:25, 36:1, 36:2, 36:7, 36:25, 37:1, 37:2, 37:3, 37:4, 37:17

DELANEY [121] - 2:9, 4:19, 6:15, 6:18, 7:21, 9:10, 9:21, 10:11, 10:13, 15:6, 16:12, 16:14, 16:24, 17:1, 17:15, 17:21, 20:22, 21:7, 21:11, 21:17, 21:20, 22:1, 22:8, 22:18, 22:20, 23:1, 23:12, 23:15, 30:14, 31:8, 31:10, 49:13, 49:14, 55:1, 55:7, 55:10, 55:12, 55:19, 60:22, 72:23, 73:8, 73:17, 73:20, 73:24, 74:3, 90:25, 91:4, 91:12, 92:17, 94:5, 102:7, 102:17, 102:22, 102:25,

103:10, 103:22, 104:12, 106:3, 107:6, 107:19, 108:5, 109:8, 122:23, 123:4, 126:2, 128:16, 131:2, 132:9, 137:16, 138:21, 139:3, 139:22, 140:7, 141:8, 142:4, 142:12, 142:2, 144:11, 144:23, 146:10, 146:12, 146:15, 147:15, 147:25, 148:5, 148:16, 148:22, 149:21, 150:9, 150:13, 150:16, 150:20, 151:11, 151:22, 152:1, 153:2, 153:17, 153:24, 154:15, 154:19, 155:5, 155:17, 156:14, 156:19, 157:6, 158:4, 158:7, 158:23, 159:9, 159:12, 159:17, 159:19, 159:25, 160:7, 161:15, 161:19, 162:5, 162:13, 164:15, 165:17, 167:4

Delaney [31] - 1:14, 6:13, 7:20, 10:10, 15:8, 16:23, 20:23, 22:16, 31:7, 55:3, 72:21, 73:10, 74:4, 91:11, 92:16, 102:6, 102:16, 104:15, 122:12, 123:2, 125:25, 128:15, 142:15, 146:9, 151:10, 151:21, 153:23, 156:12, 159:23, 161:18, 167:3

Delaney.. [1] - 2:13

DELANEY........... ....... [1] - 2:15

DELANEY........... ......... [2] - 2:6, 2:14

delay [1] - 4:8

delaying [1] - 8:18

deliberately [1] - 158:1

deliberations [7] - 106:8, 130:7, 140:10, 140:18, 145:24, 166:1, 166:2

deliver [1] - 18:20

delivered [6] - 18:2, 18:4, 18:6, 18:12, 18:25, 19:3

deliveries [1] - 33:16

delivery [30] - 14:17, 37:25, 39:1, 39:18, 42:7, 42:19, 43:22, 44:5, 45:15, 46:15, 47:10, 49:9, 50:1, 50:8, 51:9, 52:3, 52:25, 53:8, 53:16, 64:18, 80:17, 80:20, 85:22, 86:11, 86:13, 86:17, 86:20, 87:12, 88:4, 99:9

denied [3] - 123:13, 123:21, 124:12

Denis [2] - 58:8, 134:11

denotation [1] - 44:12

denote [4] - 36:22, 37:7, 65:4, 71:8

denoted [6] - 40:13, 44:11, 45:24, 46:19, 47:24, 49:7

denotes [3] - 41:6, 65:10

denoting [1] - 50:6

densely [2] - 35:4, 52:1

deny [1] - 124:1

department [1] - 109:21

Department [1] - 77:4

deploying [1] - 28:23

depose [1] - 7:8

deposition [16] - 7:7, 8:9, 8:10,

21:19, 22:4, 22:5, 22:12, 22:22, 56:24, 56:25, 57:5, 57:24, 60:9, 92:1, 93:5, 93:6

Deposition)........ ................ [1] - 2:10

Deposition)........ ................ [1] - 2:11

describe [1] - 117:14

deserves [1] - 152:19

design [3] - 36:6, 37:2, 37:4

designate [1] - 104:25

desire [2] - 101:21, 156:3

desk [1] - 16:15

dessert [2] - 36:10, 36:14

detail [19] - 26:12, 27:10, 27:21, 29:14, 32:16, 65:24, 65:25, 66:6, 66:10, 66:17, 68:1, 68:8, 68:11, 69:4, 69:18, 72:13, 72:14, 73:3, 114:3

details [2] - 29:24, 58:1

detective [1] - 11:21

determination [2] - 22:8, 124:11, 152:23

determine [9] - 66:8, 66:12, 66:20, 68:6, 68:20, 85:1, 133:2, 158:11, 163:1

determines [2] - 31:24, 32:1

determining [1] - 163:15

developed [1] - 139:12

device [35] - 25:16, 25:22, 27:4, 27:8, 28:11, 31:16, 31:18, 33:4, 37:8, 37:15,

40:12, 40:21, 41:7, 41:13, 42:1, 43:15, 43:18, 43:20, 43:24, 47:6, 48:19, 51:5, 51:21, 51:23, 52:14, 64:20, 64:23, 68:21, 68:22, 69:19, 70:11, 70:13, 70:14, 70:25, 71:11

devices [7] - 29:15, 48:8, 48:25, 63:5, 63:11, 63:13, 72:1

devised [1] - 158:20

DiAngelo [2] - 100:12, 124:24

dictates [1] - 73:25

difference [1] - 66:5

different [15] - 35:19, 41:9, 41:21, 42:2, 42:6, 64:3, 64:4, 65:11, 65:19, 66:6, 115:5, 115:6, 146:24, 148:12

difficult [2] - 15:24, 167:15

difficulty [4] - 7:13, 58:14, 60:5, 156:15

digest [1] - 108:11

dinner [1] - 36:9

dire [5] - 4:23, 5:10, 5:11, 5:13, 30:17

direct [9] - 25:22, 28:10, 70:23, 79:14, 83:25, 141:17, 141:19, 146:25, 147:10

Direct [7] - 2:6, 2:9, 2:13, 2:14, 2:17, 2:21, 2:24

DIRECT [7] - 10:12, 16:25, 23:14, 31:9, 74:20, 110:14, 126:19

directing [1] - 86:6

direction [9] - 40:14, 41:4, 43:9, 46:25, 47:1, 47:7, 52:2, 52:8, 53:25
disclose [1] - 162:20
discounted [2] - 135:25, 136:4
discovered [1] - 85:18
discuss [10] - 16:8, 21:3, 28:20, 73:13, 74:2, 90:15, 91:1, 103:5, 103:10, 125:17
discussed [2] - 62:11, 130:11
discussing [3] - 73:20, 103:1, 103:4
discussion [1] - 124:22
dismissed [2] - 102:5, 134:18
Disney [1] - 14:25
display [1] - 36:20
dispute [5] - 161:7, 162:4, 162:5, 162:7, 162:14
disputed [1] - 146:22
disregarded [1] - 143:25
distributing [1] - 22:6
DISTRICT [2] - 1:1, 1:1
District [3] - 111:10, 168:16, 168:17
divide [1] - 36:1
Division [3] - 24:22, 24:23, 29:5
division [2] - 24:7, 63:4
DIVISION [1] - 1:2
DMV [2] - 76:11, 77:12
doctorate [1] - 17:8
dogs [1] - 113:11
dollars [8] - 12:25, 13:5, 13:7, 13:13, 115:8, 133:14, 133:15

done [14] - 7:8, 7:17, 7:19, 28:3, 37:12, 42:5, 57:8, 57:23, 59:9, 60:9, 104:10, 155:11, 165:7, 167:14
door [4] - 18:1, 18:24, 19:9
dot [8] - 43:1, 45:22, 47:8, 50:6, 50:9, 50:10, 85:5, 85:10
dots [3] - 39:10, 39:14, 46:4
dotting [1] - 167:25
double [2] - 98:1, 98:2
doubt [6] - 123:17, 129:23, 130:1, 145:11, 145:15, 160:23
down [24] - 13:2, 14:17, 16:5, 21:3, 38:12, 38:18, 39:7, 73:12, 76:20, 83:15, 88:9, 90:15, 94:15, 103:7, 107:9, 118:15, 121:17, 128:18, 128:23, 136:24, 143:10, 148:10, 161:6, 161:15
downstairs [1] - 131:18
Draft [1] - 139:25
draft [3] - 135:5, 135:16, 136:21
draw [11] - 17:22, 46:14, 137:12, 137:23, 143:21, 147:1, 147:2, 147:3, 147:8, 147:9, 148:11
drawing [3] - 54:9, 147:5, 147:10
drawn [4] - 101:4, 130:5, 145:22, 146:24
drew [3] - 34:8, 34:21, 52:13
Drive [6] - 38:6, 38:24, 39:17, 41:4, 41:14, 41:19

driver's [2] - 76:9, 77:10
driving [1] - 34:16
drop [4] - 47:24, 48:13, 48:19, 50:6
drop-off [4] - 47:24, 48:13, 48:19, 50:6
dropped [1] - 12:15
drops [1] - 33:8
drove [1] - 19:13
drug [1] - 11:22
due [1] - 132:17
duly [6] - 10:4, 16:17, 23:6, 74:14, 110:7, 126:11
dump [7] - 66:21, 66:22, 67:2, 67:22, 68:4, 68:5
dumps [1] - 68:18
duration [3] - 32:11, 69:1, 69:6
during [17] - 8:6, 24:9, 24:21, 25:21, 29:4, 33:17, 46:20, 47:7, 54:10, 64:20, 65:3, 66:25, 68:15, 128:7, 140:12, 146:16
duty [3] - 63:2, 164:6, 164:25
dynamics [1] - 60:6

## E

early [3] - 132:15, 132:16, 166:12
earn [2] - 113:17, 113:23
easier [1] - 81:15
easiest [1] - 60:11
easily [3] - 58:5, 58:6
east [1] - 52:19
edit [1] - 135:23
educational [1] - 23:21
effort [1] - 131:13
Egho [2] - 88:9, 88:23
EGHOSASERE [1] - 1:5

Eghosasere [5] - 2:1, 3:2, 38:17, 50:16, 75:17
Eileen [4] - 9:7, 9:20, 10:8
EILEEN [2] - 2:5, 10:4
either [10] - 5:9, 39:11, 111:3, 124:24, 141:5, 141:16, 141:25, 142:11, 147:10, 151:8
elder [1] - 75:11
elderly [1] - 29:20
element [2] - 160:22, 161:2
elements [6] - 155:25, 156:12, 156:21, 159:3, 159:8, 162:6
eleven [2] - 11:19, 11:20
eliminate [1] - 142:8
Elizabeth [8] - 136:2, 138:4, 142:20, 145:13, 146:5, 153:20, 159:2, 163:18
email [1] - 6:22
emoji [1] - 45:2
employed [3] - 11:6, 24:5, 74:24
employment [1] - 24:15
encased [1] - 35:7
encrypted [2] - 63:1, 63:23
encryptic [1] - 63:6
encryption [5] - 24:8, 62:23, 62:25, 63:4, 63:10
end [10] - 8:14, 65:20, 65:25, 81:13, 121:1, 132:23, 138:5, 138:7, 140:9, 163:25
ended [1] - 14:21
ending [8] - 38:13, 44:9, 49:6, 51:5, 52:21, 68:10, 68:12
ends [1] - 102:20
enforcement [4] -

25:15, 26:1, 27:6, 151:5
engaging [1] - 69:19
engineering [1] - 33:4
engineers [2] - 28:19, 28:23
English [8] - 98:10, 118:24, 119:4, 119:8, 124:6, 149:20, 151:2, 154:10
English's [3] - 4:21, 5:21, 8:19
ensure [1] - 132:24
ensuring [1] - 28:24
entered [6] - 9:12, 61:11, 63:2, 109:18, 125:21, 132:2
entertained [1] - 161:12
entire [6] - 65:2, 68:13, 147:13, 149:23, 150:17, 150:18
entirely [6] - 66:6, 66:17, 70:21, 72:12, 106:24, 143:24
entirety [2] - 147:19, 148:13
entitled [3] - 105:12, 105:16, 168:18
entry [1] - 45:13
envelope [6] - 13:14, 18:1, 18:2, 18:4, 18:8, 18:9
environment [1] - 34:19
environments [1] - 28:9
envision [2] - 106:18, 106:19
equal [1] - 36:1
Esquire [3] - 1:14, 1:14, 1:18
essentially [3] - 91:25, 101:24, 136:16
establish [1] - 142:1
established [3] - 124:3, 146:19, 147:9

estimate [1] - 116:11
et [6] - 138:1, 148:12, 162:22, 163:9
event [6] - 16:9, 21:4, 73:14, 90:16, 107:13, 107:14
everywhere [1] - 34:4
evidence [53] - 55:13, 55:20, 90:2, 90:9, 92:22, 92:24, 93:1, 93:12, 93:14, 93:16, 93:17, 94:21, 101:17, 123:15, 124:10, 124:16, 125:17, 129:22, 137:9, 137:21, 139:12, 139:13, 141:17, 141:20, 141:22, 142:22, 142:24, 143:2, 143:8, 143:9, 143:11, 143:12, 143:13, 143:14, 143:15, 143:16, 143:18, 143:19, 143:20, 143:22, 143:24, 145:10, 146:25, 147:6, 147:10, 152:11, 152:19, 153:10, 153:13, 167:10
Evidence [2] - 30:21, 31:5
evidentiary [2] - 9:14, 61:13
ex [3] - 5:6, 112:13, 112:14
ex-boyfriend [2] - 112:13, 112:14
ex-girlfriend [1] - 5:6
exact [7] - 26:17, 27:2, 31:19, 36:4, 67:11, 69:23, 151:22
exactly [4] - 32:17, 66:19, 165:13, 165:21
EXAMINATION [11] - 10:12, 15:11, 16:25, 23:14, 31:9, 61:24, 72:22, 74:20, 89:14,

110:14, 126:19
**Examination** [11]
- 2:6, 2:6, 2:9,
2:13, 2:14, 2:14,
2:15, 2:17, 2:18,
2:21, 2:24
**examination** [13] -
7:17, 8:2, 15:9,
20:24, 55:23,
58:18, 58:20,
59:14, 59:23,
89:12, 103:17,
108:22, 167:14
**examine** [3] -
58:21, 90:9,
92:13
**examined** [3] -
103:20, 109:4,
110:1
**examining** [1] -
104:4
**example** [9] -
28:6, 33:6, 69:2,
71:3, 71:15,
72:6, 141:24,
142:9
**examples** [1] -
35:6
**excessive** [1] -
150:14
**excuse** [2] -
70:16, 132:15
**excused** [4] -
21:5, 122:19,
122:24, 134:16
**Excused.............**
.........................
[6] - 2:7, 2:9,
2:15, 2:18, 2:22,
2:24
**exercise** [2] -
28:6, 147:11
**Exhibit** [84] -
13:24, 19:20,
22:5, 22:11,
22:21, 33:21,
36:18, 37:10,
37:23, 38:11,
38:18, 38:20,
39:4, 42:4,
42:15, 42:21,
44:15, 44:24,
44:25, 45:6,
45:12, 45:18,
47:19, 49:15,
49:17, 49:20,
50:4, 50:14,
50:22, 50:24,
51:1, 53:3,
53:11, 76:5,

76:6, 76:13,
76:14, 76:19,
76:23, 77:11,
77:17, 77:18,
78:12, 79:8,
79:15, 80:7,
80:11, 80:12,
80:18, 80:23,
81:2, 81:3, 82:1,
83:14, 83:16,
83:25, 85:2,
85:3, 85:12,
86:7, 86:25,
87:5, 87:8,
87:18, 87:22,
88:1, 88:6,
88:11, 88:21,
92:22, 93:5,
93:22, 94:4,
94:6, 94:8,
94:17, 95:15,
95:16, 96:1,
98:13, 98:20,
99:9, 99:17,
99:23
**exhibit** [15] -
44:20, 60:18,
78:7, 79:9,
81:15, 82:12,
88:3, 92:20,
93:10, 94:3,
96:14, 97:5,
98:22, 99:16,
99:19
**Exhibits** [5] -
94:14, 94:20,
98:18, 98:21,
143:13
**exhibits** [17] -
58:24, 59:3,
59:16, 93:7,
95:23, 98:16,
99:14, 100:1,
129:6, 129:7,
142:23, 143:1,
143:5, 143:12,
143:13, 143:15
**exigent** [3] -
25:20, 25:21,
29:19
**existed** [1] -
163:16
**existence** [1] -
146:20
**exists** [3] - 63:22,
146:23
**exited** [3] - 91:9,
123:1, 129:2
**expect** [2] - 70:20,
165:6

**expected** [2] -
45:10, 162:22
**expedite** [1] -
61:18
**experience** [14] -
24:3, 104:17,
104:19, 104:22,
105:1, 105:18,
105:20, 106:16,
143:21, 146:19,
152:7, 165:4
**experienced** [1] -
152:10
**expert** [5] - 30:4,
30:24, 31:5,
62:17, 151:15
**expertise** [1] -
63:20
**experts** [1] -
30:22
**explain** [16] -
8:22, 30:20,
36:19, 49:1,
61:17, 63:1,
85:17, 102:4,
102:8, 105:1,
105:10, 105:22,
105:25, 106:15,
108:25, 165:12
**explaining** [1] -
165:7
**explanation** [3] -
59:25, 105:6,
118:11
**explanatory** [2] -
161:2, 164:19
**Express** [2] -
159:16, 160:5
**express** [4] -
151:18, 151:19,
151:25, 152:4
**expression** [1] -
161:12
**expressly** [1] -
138:5
**extension** [1] -
12:18
**extent** [1] - 166:8
**extraction** [4] -
84:15, 85:20,
87:2, 87:13
**extremism** [1] -
25:3
**eye** [2] - 117:24,
158:2

## F

**F-o-w-l-e-r** [1] -
23:10

**F.2d** [1] - 123:19
**F.3d** [1] - 123:23
**face** [1] - 20:5
**facilitate** [8] -
25:14, 26:10,
51:7, 53:23,
70:21, 71:12,
72:10, 73:7
**facilities** [1] -
160:4
**fact** [23] - 5:2, 5:3,
5:20, 17:16,
58:15, 59:10,
71:10, 105:19,
130:4, 133:11,
137:24, 145:21,
146:20, 146:22,
146:23, 150:24,
162:3, 162:10,
162:11, 162:21,
163:1, 164:17
**facts** [15] - 93:24,
98:11, 123:16,
133:2, 142:1,
142:25, 146:19,
146:25, 147:6,
147:9, 152:12,
152:23, 161:12,
161:18, 167:15
**failure** [2] -
154:12, 162:20
**fair** [5] - 75:20,
79:10, 107:15,
153:21, 154:8
**fairly** [1] - 148:6
**fairness** [2] -
145:7, 158:9
**Fallon** [3] -
100:13, 100:14,
124:23
**falls** [1] - 47:23
**false** [5] - 160:25,
162:3, 162:9,
162:19, 163:1
**falsely** [1] -
161:10
**familiar** [10] -
29:8, 29:11,
35:8, 63:14,
71:23, 71:24,
90:1, 90:4, 90:7,
127:20
**familiarity** [2] -
59:10, 63:10
**family** [1] - 15:20
**far** [8] - 8:12,
57:16, 65:21,
103:17, 104:1,
104:7, 108:23,
121:11

**fashion** [6] - 7:7,
58:21, 59:18,
91:25, 130:9,
159:3
**fast** [2] - 70:2,
142:20
**favorable** [1] -
123:16
**FBI** [13] - 21:23,
22:25, 24:5,
24:6, 24:9,
24:13, 62:4,
63:3, 74:6, 74:7,
74:8, 74:25,
79:11
**February** [3] -
77:25, 78:22,
82:24
**Federal** [8] -
23:18, 24:5,
30:21, 31:5,
111:10, 159:16,
160:3, 160:5
**FEDERAL** [1] -
168:23
**federal** [6] -
25:25, 30:4,
30:7, 111:23,
137:5, 160:12
**FedEx** [11] - 13:2,
37:25, 39:18,
42:7, 49:9, 50:8,
52:3, 52:25,
79:12, 95:5,
159:13
**feet** [1] - 35:10
**female** [1] - 20:18
**few** [17] - 18:20,
19:7, 44:12,
52:7, 62:3,
89:18, 92:19,
99:13, 103:3,
111:5, 117:11,
118:13, 120:19,
122:22, 122:24,
126:23, 132:4
**field** [5] - 28:5,
30:12, 30:15,
74:25, 152:10
**fight** [1] - 122:7
**fighting** [1] -
122:3
**figure** [4] - 8:2,
91:20, 115:7,
116:15
**figured** [1] - 60:16
**files** [1] - 60:22
**fill** [1] - 133:17
**final** [2] - 54:21,
121:10

**finally** [1] - 52:24
**fine** [31] - 7:12,
8:4, 8:21, 8:22,
9:3, 9:25, 17:17,
17:18, 21:17,
22:3, 60:24,
61:9, 74:1,
81:17, 91:22,
92:8, 97:18,
106:13, 117:11,
120:19, 121:5,
125:7, 138:17,
149:14, 159:15,
161:5, 164:23,
166:13, 166:23,
167:19
**finish** [3] - 61:8,
101:17, 125:14
**finished** [1] -
64:25
**first** [40] - 9:6, 9:7,
9:8, 13:25,
15:16, 21:15,
21:16, 24:19,
24:21, 25:8,
28:13, 32:24,
33:21, 39:21,
44:1, 51:12,
76:4, 77:17,
77:22, 79:3,
80:24, 81:5,
82:1, 83:25,
84:2, 84:11,
86:9, 88:22,
113:1, 117:21,
117:24, 126:6,
133:7, 135:5,
137:23, 142:5,
160:22, 161:2,
161:5
**fist** [1] - 117:19
**fit** [4] - 153:21,
153:24, 161:13,
161:18
**fits** [7] - 148:25,
152:25, 153:23,
157:5, 157:20,
157:24, 158:15
**five** [8] - 11:12,
30:9, 33:7, 56:6,
56:10, 57:18,
69:3, 88:23
**flag** [2] - 35:8,
39:13
**flight** [32] - 77:21,
77:22, 77:24,
78:1, 78:5, 78:9,
78:18, 78:21,
78:23, 78:25,
79:2, 79:3, 79:6,

81:6, 81:8, 81:25, 82:6, 82:10, 82:13, 82:14, 82:16, 82:18, 82:20, 82:23, 82:25, 83:5, 83:8, 83:10, 83:12, 83:20, 83:21, 119:22
**flights** [4] - 81:23, 82:2, 120:2, 120:9
**flip** [1] - 19:21
**Floor** [1] - 1:15
**floor** [1] - 132:25
**Florida** [19] - 5:3, 5:20, 7:2, 10:15, 17:3, 38:6, 38:25, 39:7, 42:8, 42:18, 42:24, 43:12, 57:14, 60:2, 76:11, 77:10, 77:12, 110:24, 112:19
**focus** [3] - 26:2, 63:7, 136:14
**focusing** [1] - 82:1
**folio** [1] - 50:15
**follow** [2] - 69:11, 128:14
**follow-up** [2] - 69:11, 128:14
**following** [4] - 21:11, 127:18, 137:22, 143:10
**follows** [2] - 129:17, 129:19
**FOR** [4] - 1:1, 2:4, 2:19, 3:4
**Force** [1] - 25:2
**Ford** [1] - 28:14
**foregoing** [1] - 168:17
**foremost** [1] - 24:19
**foreperson** [13] - 104:25, 106:1, 106:15, 106:17, 164:13, 165:1, 165:2, 165:9, 165:12, 165:16, 165:25, 166:2, 166:5
**forgive** [3] - 64:10, 65:12, 69:13
**forgot** [1] - 49:16

**form** [8] - 27:12, 37:20, 141:24, 149:14, 164:10, 164:11, 164:24, 165:15
**formal** [1] - 28:3
**formally** [3] - 125:24, 131:24, 132:1
**format** [4] - 136:25, 153:9, 165:24, 168:18
**fort** [1] - 17:3
**Fort** [3] - 14:14, 42:17, 42:24
**forth** [2] - 44:14, 163:6
**forward** [34] - 16:15, 19:25, 20:1, 23:2, 35:16, 36:18, 37:10, 39:19, 40:23, 41:15, 42:3, 43:3, 44:3, 44:12, 45:9, 46:1, 46:7, 46:8, 47:17, 48:15, 49:8, 50:3, 52:10, 52:24, 53:10, 53:18, 54:2, 54:14, 54:21, 70:2, 74:12, 126:9, 129:11, 167:18
**four** [8] - 27:17, 30:9, 56:25, 59:12, 61:16, 91:2, 158:21, 159:4
**four-course** [1] - 27:17
**Fourth** [4] - 123:19, 123:21, 123:22, 123:23
**Fowler** [13] - 22:25, 23:2, 23:10, 30:15, 31:11, 56:17, 61:20, 61:21, 73:12, 98:20, 151:17, 151:25, 152:4
**FOWLER** [2] - 2:12, 23:6
**Francis** [1] - 93:11
**frankly** [3] - 105:12, 107:25, 142:9
**Fraud** [1] - 160:3

**fraud** [10] - 11:16, 60:10, 75:11, 101:25, 102:1, 102:11, 124:9, 156:16, 158:13, 160:12
**fraudulent** [5] - 160:6, 160:25, 161:9, 162:9, 162:20
**Frederick** [1] - 80:22
**free** [2] - 103:15, 103:16
**freehand** [1] - 36:10
**French** [3] - 118:20, 118:22, 118:23
**frequency** [2] - 28:15, 36:23
**Friday** [7] - 88:24, 88:25, 107:25, 108:10, 133:24, 140:19, 166:8
**friend** [3] - 36:9, 122:3, 122:6
**front** [5] - 18:1, 111:10, 111:22, 125:24, 131:24
**Ft** [8] - 78:2, 79:1, 82:7, 82:8, 82:17, 82:19, 83:1, 83:11
**FTX** [2] - 28:6, 28:8
**fugitive** [1] - 29:22
**full** [14] - 10:6, 16:19, 23:8, 35:20, 35:24, 36:13, 36:17, 51:19, 74:16, 106:24, 110:8, 126:13, 137:23
**function** [2] - 25:24, 85:1
**functions** [2] - 25:8, 26:2
**futile** [1] - 136:19

**G**

**G-r-a-n-t** [1] - 16:21
**game** [1] - 35:14
**gaming** [1] - 63:5
**Gamper** [1] - 93:3
**gaps** [1] - 75:6
**Garden** [1] -

13:11
**gather** [1] - 56:16
**Geller** [1] - 93:5
**general** [4] - 25:16, 27:7, 37:15, 43:11
**generally** [6] - 30:22, 51:22, 52:6, 64:5, 108:8, 151:15
**generated** [3] - 67:20, 71:10, 73:4
**gentlemen** [6] - 30:20, 61:12, 91:5, 109:19, 128:21, 132:14
**geographic** [3] - 25:16, 27:7, 37:15
**Ghost** [5] - 45:2, 79:20, 81:1, 84:5, 84:18
**girlfriend** [1] - 5:6
**given** [25] - 4:23, 30:12, 58:2, 59:9, 64:2, 64:8, 67:9, 68:1, 71:3, 137:3, 139:10, 139:16, 139:19, 140:23, 141:18, 142:14, 144:25, 147:3, 147:12, 147:19, 154:24, 159:6, 160:19, 160:20, 160:21
**glad** [2] - 105:3, 149:6
**glass** [1] - 22:14
**glitch** [3] - 166:15, 166:16, 166:17
**globe** [1] - 28:16
**gonna** [1] - 157:19
**GOO** [64] - 9:11, 21:21, 57:22, 74:7, 74:21, 76:16, 76:18, 78:14, 78:16, 78:17, 80:4, 80:6, 81:14, 81:19, 87:6, 87:7, 88:19, 88:20, 89:2, 89:5, 89:9, 90:24, 93:13, 93:20, 93:25, 94:9, 94:16, 94:19, 94:22,

95:2, 95:9, 95:12, 95:14, 95:17, 95:19, 95:22, 95:25, 96:2, 96:4, 96:7, 96:11, 96:18, 96:20, 96:23, 97:1, 97:6, 97:10, 97:14, 97:17, 97:25, 98:3, 98:8, 98:14, 98:24, 99:2, 99:5, 99:8, 99:12, 99:16, 99:20, 106:23, 122:13, 140:8, 140:12
**Goo** [6] - 1:14, 16:7, 89:11, 92:20, 104:15, 122:12
**goo** [1] - 103:1
**GOO.................. .....** [1] - 2:17
**Google** [5] - 37:14, 50:23, 85:1, 85:24, 86:5
**Government** [6] - 49:17, 74:8, 76:14, 76:19, 80:18, 88:11
**government** [89] - 4:7, 5:9, 5:12, 6:8, 6:9, 6:13, 6:19, 6:20, 6:21, 6:22, 6:23, 7:14, 7:15, 7:21, 8:5, 8:13, 9:8, 9:9, 58:20, 59:6, 59:10, 59:11, 59:15, 59:22, 60:17, 60:20, 61:6, 89:2, 89:9, 90:22, 91:11, 91:12, 92:13, 100:5, 101:6, 102:5, 103:5, 103:12, 106:2, 106:22, 109:7, 109:8, 109:24, 123:3, 123:5, 123:16, 123:24, 125:2, 125:25, 126:2, 126:3, 131:1, 132:8, 134:5, 137:15, 138:18, 139:3, 139:21, 140:5, 142:2, 142:12,

144:1, 144:10, 144:22, 145:14, 146:9, 147:1, 147:14, 147:18, 148:11, 148:15, 148:20, 149:1, 150:3, 150:7, 150:19, 153:1, 153:16, 155:16, 158:10, 158:17, 158:22, 160:22, 161:14, 163:5, 164:13, 164:14, 165:16, 167:3
**GOVERNMENT** [2] - 2:4, 3:4
**Government's** [53] - 13:24, 19:20, 22:5, 22:11, 33:21, 36:18, 37:10, 37:23, 38:11, 38:18, 38:20, 39:3, 42:4, 42:15, 42:21, 44:15, 44:24, 44:25, 45:6, 45:12, 45:18, 47:19, 49:15, 49:17, 49:20, 50:4, 50:14, 50:22, 50:24, 51:1, 53:3, 53:11, 76:4, 76:6, 76:13, 76:23, 77:11, 78:12, 80:7, 80:11, 81:2, 81:3, 83:16, 83:24, 85:2, 85:3, 86:6, 86:25, 87:18, 87:22, 88:1, 99:23
**government's** [6] - 8:7, 9:20, 16:12, 91:16, 129:22, 145:10
**grabbed** [1] - 19:11
**graciously** [1] - 166:22
**grand** [8] - 4:23, 6:5, 6:6, 6:9, 6:14, 111:10, 111:22, 155:14
**grandchild** [3] - 15:16, 15:17, 15:18
**grandchildren** [4]

- 11:11, 11:12,
162:12
**granddaughter**
[2] - 11:24,
14:25
**granddaughter's**
[3] - 11:25,
12:10, 14:23
**grandson** [4] -
11:21, 11:23,
14:24, 15:23
**GRANT** [2] - 2:8,
16:17
**Grant** [3] - 16:13,
16:15, 16:21
**grant** [1] - 21:2
**gray** [1] - 34:12
**great** [5] - 11:12,
15:16, 15:18,
60:7, 167:21
**green** [11] - 44:16,
46:4, 46:19,
47:2, 47:3,
48:11, 49:6,
49:7, 52:22,
54:23, 149:21
**Green** [8] - 29:21,
44:19, 78:6,
78:24, 90:7,
90:10, 93:22,
124:6
**ground** [1] - 28:25
**group** [1] - 135:22
**guarantee** [2] -
134:10, 134:11
**guarantees** [1] -
134:10
**guess** [7] - 5:17,
11:19, 56:22,
107:23, 114:5,
146:21, 149:7
**guesswork** [1] -
147:7
**guest** [2] - 50:15,
50:16
**GUILLAUME** [117]
- 4:6, 4:10,
4:15, 4:20, 5:2,
5:5, 5:11, 5:16,
5:24, 6:3, 6:6,
6:11, 6:25, 7:10,
8:11, 8:17, 8:25,
15:10, 15:12,
20:25, 30:19,
55:24, 56:2,
56:21, 57:2,
57:5, 57:9,
57:12, 58:23,
59:5, 59:19,
60:13, 60:25,

61:5, 61:23,
61:25, 72:19,
89:13, 89:15,
90:13, 91:18,
92:15, 100:8,
100:11, 100:14,
100:17, 101:1,
101:12, 101:22,
102:19, 102:23,
105:5, 106:5,
106:12, 107:2,
107:24, 108:4,
109:11, 110:13,
110:15, 121:18,
121:20, 123:10,
125:1, 125:6,
125:12, 126:7,
126:18, 126:20,
128:13, 129:5,
129:7, 131:5,
131:24, 132:6,
132:13, 137:18,
138:22, 139:6,
139:24, 140:16,
141:14, 142:7,
142:15, 144:4,
144:13, 145:2,
146:2, 147:17,
148:18, 149:4,
149:7, 149:11,
149:16, 150:1,
150:15, 150:22,
151:13, 153:4,
153:19, 154:6,
155:4, 155:19,
156:5, 156:8,
156:10, 157:11,
157:13, 157:16,
157:22, 158:25,
160:15, 161:22,
164:21, 165:19,
166:21, 167:8
**Guillaume** [71] -
1:18, 15:9, 16:4,
20:24, 30:18,
55:23, 56:20,
58:19, 59:13,
61:22, 72:21,
73:11, 89:12,
90:14, 91:14,
92:10, 100:5,
100:6, 100:20,
100:25, 101:20,
102:18, 102:25,
103:2, 103:6,
104:15, 105:9,
106:4, 109:6,
109:10, 109:25,
110:12, 110:25,
121:19, 122:11,
123:7, 124:13,

126:6, 126:17,
128:20, 129:3,
130:12, 131:3,
132:5, 132:10,
135:1, 139:4,
139:5, 140:14,
141:9, 141:12,
145:1, 146:1,
148:22, 148:24,
149:24, 151:12,
153:18, 154:5,
156:3, 157:9,
158:24, 160:14,
161:21, 164:20,
165:3, 166:7,
166:19, 167:6,
167:11
**GUILLAUME.......
...........** [2] - 2:21,
2:24
**GUILLAUME.......
...........** [3] - 2:6,
2:14, 2:18
**guilt** [2] - 130:1,
145:15
**guilty** [10] -
123:17, 129:23,
145:11, 150:5,
150:24, 154:3,
154:10, 154:11,
154:21
**Gurevich** [6] -
58:6, 92:3,
110:3, 133:8,
134:9, 166:11
**Gurken** [3] - 12:4,
12:7, 12:10
**GURKEN** [1] -
12:5
**guy** [1] - 113:25

## H

**half** [5] - 39:24,
40:4, 54:7,
161:11, 161:17
**half-truths** [2] -
161:11, 161:17
**Hall** [1] - 14:4
**hallway** [1] -
56:17
**hand** [9] - 9:24,
23:4, 29:7,
87:17, 110:6,
110:19, 142:21
**hand-in-hand** [1]
- 29:7
**handle** [2] -
57:17, 134:9
**hard** [3] - 167:9,

167:13
**hate** [1] - 141:22
**head** [1] - 161:15
**headquarters** [1]
- 24:6
**health** [1] - 29:22
**hear** [15] - 10:22,
61:18, 63:19,
105:3, 109:15,
110:16, 117:17,
118:16, 118:19,
118:24, 119:4,
119:7, 121:25,
133:18, 149:6
**heard** [8] - 55:17,
63:16, 63:17,
108:5, 121:23,
143:23, 146:16,
153:25
**hearsay** [1] -
98:12
**heart** [1] - 136:23
**heightens** [1] -
165:8
**held** [2] - 119:17,
168:18
**help** [2] - 18:15,
166:22
**helped** [1] - 75:19
**hereby** [1] -
168:17
**herself** [1] - 60:17
**hesitate** [1] -
142:21
**hiccup** [1] - 59:20
**hierarchy** [2] -
31:18, 69:22
**high** [2] - 27:20,
28:8
**higher** [1] - 35:10
**himself** [2] -
127:14, 127:17
**historic** [1] -
152:1
**historical** [6] -
25:9, 26:3, 26:4,
30:15, 62:8,
64:1
**hit** [2] - 41:21,
52:2
**hits** [3] - 47:2,
48:11, 48:12
**hitting** [8] - 43:18,
43:24, 46:25,
47:1, 53:24,
54:22, 58:2,
73:2
**hold** [10] - 5:7,
5:13, 18:17,
18:21, 114:12,

119:15, 164:8,
164:17, 167:17,
167:20
**holding** [2] - 19:9,
19:10
**Hollander** [1] -
138:9
**Hollywood** [1] -
38:25
**home** [9] - 6:7,
13:8, 31:20,
33:7, 70:18,
115:11, 131:22,
132:16, 140:18
**homegrown** [1] -
25:3
**homeowner's** [1]
- 72:3
**Homes** [1] - 13:11
**honest** [1] - 142:6
**honestly** [1] -
5:11
**Honor** [161] - 4:6,
4:20, 6:15, 6:18,
6:25, 7:21, 8:11,
9:1, 9:10, 9:11,
9:21, 9:24,
10:11, 15:7,
15:10, 16:11,
16:14, 16:24,
20:22, 20:25,
21:7, 21:11,
22:18, 23:1,
23:12, 30:19,
31:8, 55:2,
55:10, 55:19,
55:24, 57:10,
57:22, 58:9,
59:19, 60:13,
60:15, 60:25,
61:5, 61:23,
73:17, 74:3,
74:9, 81:14,
89:2, 89:9,
90:18, 90:24,
90:25, 91:4,
91:13, 92:15,
92:17, 93:13,
93:20, 93:25,
94:5, 94:16,
94:22, 95:9,
95:12, 96:4,
96:7, 96:11,
96:18, 96:23,
97:1, 97:10,
97:14, 98:8,
100:8, 100:17,
101:1, 101:12,
102:7, 102:19,
102:22, 102:25,

104:12, 105:5,
106:3, 106:5,
106:23, 108:5,
109:11, 110:13,
122:13, 122:23,
123:4, 123:10,
125:1, 125:12,
126:2, 126:7,
128:16, 129:5,
129:7, 131:2,
131:5, 132:6,
132:9, 132:13,
133:10, 137:16,
137:18, 138:21,
138:22, 139:6,
139:22, 139:24,
140:7, 140:8,
141:8, 141:8,
141:14, 142:6,
142:7, 142:15,
144:2, 144:4,
144:13, 144:23,
146:2, 146:10,
146:12, 147:15,
147:17, 148:1,
148:16, 148:18,
149:4, 149:7,
150:1, 150:9,
150:20, 150:22,
151:13, 153:2,
153:4, 153:19,
153:24, 154:6,
155:4, 155:17,
155:19, 156:6,
156:19, 157:11,
157:13, 157:16,
158:4, 158:23,
158:25, 159:9,
160:15, 161:22,
164:15, 165:17,
165:19, 166:21,
167:8
**HONORABLE** [1]
- 1:11
**hook** [1] - 57:7
**hookup** [1] -
110:2
**hope** [1] - 136:23
**hopeful** [1] - 8:17
**hopefully** [1] -
106:18
**hoping** [1] - 103:5
**hospital** [1] -
14:21
**hotel** [3] - 133:23,
133:25, 134:15
**hour** [10] - 39:24,
51:4, 54:7,
64:21, 64:22,
67:3, 101:14,

106:24, 107:2
**hours** [2] - 69:3, 107:7
**house** [3] - 19:3, 96:25, 113:8
**housekeeping** [2] - 91:23, 92:19
**Hudson** [2] - 135:4, 135:14
**hundred** [5] - 12:24, 12:25, 13:5, 13:6, 13:12
**hundreds** [1] - 67:22
**husband** [14] - 10:22, 10:23, 11:16, 11:24, 11:25, 12:1, 12:10, 12:18, 13:4, 13:14, 14:23, 15:1, 15:3
**husband's** [1] - 14:1

**I**

**I's** [1] - 167:25
**IC** [1] - 41:6
**ID** [1] - 93:2
**idea** [2] - 34:2, 115:3
**identical** [1] - 85:25
**identification** [4] - 92:23, 92:25, 143:1, 143:14
**identified** [9] - 4:23, 37:1, 37:17, 42:17, 73:4, 73:5, 85:21, 85:23, 85:24
**identifies** [1] - 26:17
**identify** [2] - 31:15, 75:5
**IGBENEDION** [1] - 1:5
**Igbenidion** [1] - 3:2
**Igbinedion** [30] - 2:1, 4:12, 50:16, 75:17, 76:9, 76:15, 77:16, 78:19, 78:24, 79:4, 79:7, 82:11, 82:21, 83:6, 83:13,

83:22, 99:18, 100:19, 101:4, 101:10, 127:21, 129:9, 130:4, 134:21, 145:8, 145:21, 147:22, 150:25, 161:8, 167:12
**Igbinedion's** [2] - 124:4, 124:8
**illustrate** [2] - 37:2, 37:15
**illustration** [1] - 37:11
**imagine** [1] - 56:9
**immediately** [1] - 6:24
**immunity** [1] - 154:24
**impeachment** [1] - 151:8
**implemented** [1] - 28:15
**implicate** [2] - 69:14, 69:16
**implicated** [1] - 71:6
**import** [1] - 60:7
**importance** [1] - 85:19
**important** [10] - 18:11, 18:16, 133:1, 135:25, 136:11, 136:15, 140:22, 157:8, 162:15, 163:3
**improper** [2] - 105:13, 139:11
**IN** [1] - 1:1
**incarcerated** [1] - 14:23
**inclined** [3] - 104:24, 142:2, 143:10
**include** [2] - 83:21, 124:6
**included** [2] - 4:25, 40:3
**incoming** [5] - 41:3, 41:7, 49:7, 52:21, 67:18
**incoming/ outgoing** [1] - 65:18
**inconsistent** [1] - 151:9
**incorrectly** [1] - 38:16
**independent** [1] - 152:12

**INDEX** [2] - 2:1, 3:1
**indicate** [10] - 5:8, 8:8, 105:17, 105:22, 105:23, 105:24, 105:25, 106:13, 109:4, 164:12
**indicated** [7] - 109:25, 124:21, 124:23, 143:7, 143:17, 150:4, 155:1
**indicating** [1] - 141:2
**indication** [1] - 78:8
**indications** [1] - 98:12
**indicative** [2] - 40:21, 47:6
**Indictment** [1] - 158:20
**indictment** [9] - 102:9, 153:10, 155:3, 155:11, 155:12, 155:13, 163:7, 163:8
**individual** [6] - 25:23, 28:11, 29:21, 73:20, 112:7, 156:15
**individually** [2] - 160:18
**individuals** [3] - 20:16, 28:21, 124:2
**indulgence** [12] - 15:6, 49:13, 55:1, 60:14, 73:8, 80:4, 80:5, 87:6, 88:19, 89:3, 102:23, 121:18
**infer** [1] - 146:18
**inference** [10] - 101:4, 130:5, 137:12, 137:24, 145:22, 146:8, 146:9, 146:17, 146:21, 147:7
**inferences** [8] - 123:25, 143:22, 146:24, 147:1, 147:3, 147:6, 147:10, 148:12
**inferred** [1] - 150:24
**information** [36] - 5:25, 6:16, 6:20,

7:3, 26:4, 26:14, 27:6, 62:8, 62:16, 62:25, 64:8, 64:13, 64:16, 66:20, 68:7, 71:4, 71:20, 75:6, 75:8, 75:23, 77:22, 78:3, 79:3, 79:11, 79:21, 79:22, 79:25, 80:10, 83:21, 84:17, 85:4, 85:7, 86:8, 120:11, 120:13
**informed** [2] - 56:24, 127:10
**ingoing** [1] - 49:2
**initials** [3] - 20:6, 20:7, 20:14
**initiated** [1] - 32:9
**initiative** [1] - 24:8
**innocence** [1] - 140:21
**innocent** [2] - 129:24, 145:13
**input** [2] - 105:3, 134:25
**inquire** [1] - 100:21
**inside** [5] - 37:8, 37:9, 114:23, 116:5, 116:12
**insist** [1] - 107:20
**instance** [6] - 26:22, 28:7, 34:17, 44:13, 64:18, 71:8
**instances** [1] - 51:18
**Institute** [1] - 28:14
**instruct** [12] - 6:23, 108:7, 108:10, 129:16, 132:23, 133:2, 133:3, 136:10, 156:17, 167:19
**instructed** [4] - 129:18, 134:23, 135:3, 156:16
**Instruction** [13] - 138:16, 140:21, 144:7, 147:13, 150:25, 155:3, 155:9, 155:16, 156:20, 159:5, 159:18, 159:21, 159:24

**instruction** [29] - 101:25, 102:11, 136:7, 136:8, 137:2, 140:6, 140:22, 140:24, 141:21, 141:22, 142:19, 145:25, 146:9, 147:13, 148:6, 149:11, 149:15, 149:23, 150:8, 150:17, 150:18, 151:6, 155:22, 156:4, 157:7, 157:10, 158:6, 159:9, 164:11
**instructions** [19] - 87:12, 101:19, 101:20, 101:23, 101:25, 102:1, 102:10, 104:24, 107:8, 129:17, 132:20, 133:3, 135:5, 135:12, 135:17, 136:15, 136:16, 137:5, 141:18
**intelligence** [6] - 24:5, 24:14, 63:3, 63:7, 75:4, 75:7
**intelligent** [1] - 130:23
**intend** [1] - 129:4
**intended** [2] - 35:20, 138:1
**intending** [1] - 125:11
**intends** [1] - 166:9
**intent** [5] - 147:20, 148:8, 161:10, 163:21, 163:23
**interaction** [2] - 70:11, 70:24
**intercounty** [1] - 35:9
**interest** [6] - 39:15, 136:13, 136:14, 136:16, 148:19, 148:25
**interim** [1] - 61:14
**international** [1] - 26:1
**internet** [1] - 140:4
**interstate** [2] - 34:16, 159:20
**introduce** [2] -

59:2, 59:4
**introduced** [6] - 93:3, 93:12, 93:14, 99:4, 99:7, 99:23
**intrusions** [1] - 24:24
**investigate** [1] - 64:8
**investigated** [2] - 24:24, 25:2
**Investigation** [2] - 23:19, 24:6
**investigation** [10] - 62:14, 75:10, 75:14, 75:20, 75:23, 79:10, 83:2, 84:6, 85:19, 128:8
**investigations** [1] - 75:6
**investigative** [3] - 25:22, 28:10, 141:6
**investigator** [2] - 5:24, 56:22
**investigators** [1] - 144:24
**investor** [1] - 163:2
**involve** [1] - 9:15
**involved** [11] - 75:10, 111:19, 112:16, 128:9, 128:10, 147:23, 148:4, 154:2, 158:2, 162:1
**involvement** [4] - 75:22, 124:4, 124:8, 150:4
**issue** [4] - 9:3, 61:14, 141:7, 141:9
**issues** [10] - 4:4, 4:7, 7:6, 8:24, 24:8, 57:25, 63:4, 124:17, 134:23, 139:1
**IT** [1] - 166:13
**it'll** [4] - 16:13, 138:5, 145:20, 160:24
**Italian** [1] - 11:2
**itself** [3] - 57:25, 72:14, 93:4
**IV** [3] - 1:10, 2:2, 3:2

## J

jail [2] - 12:14, 95:3
January [23] - 29:3, 29:25, 44:6, 45:11, 45:17, 46:15, 47:11, 49:10, 50:2, 50:19, 50:21, 53:1, 53:9, 53:17, 54:8, 82:3, 82:15, 84:12, 86:18, 88:14
Jason [4] - 75:10, 103:2, 126:8, 126:15
JASON [2] - 2:23, 126:11
Jay [19] - 112:11, 112:21, 112:22, 115:16, 116:23, 116:25, 117:1, 117:14, 117:17, 118:16, 119:11, 120:9, 120:11, 120:14, 120:20, 121:12, 121:21, 121:25, 122:2
Jessica [2] - 12:1, 12:12
Jessica's [1] - 11:24
Jet [2] - 83:20, 98:25
job [1] - 24:3
Joe [3] - 14:11, 14:12, 18:10
JOHN [2] - 2:16, 74:14
John [4] - 74:6, 74:7, 74:8, 74:18
joining [2] - 110:21, 111:5
Joint [1] - 25:2
Jones [23] - 5:3, 5:5, 5:14, 5:15, 6:14, 6:23, 57:3, 57:4, 58:16, 91:3, 91:24, 100:4, 108:21, 109:15, 109:23, 110:2, 110:6, 110:10, 122:15, 124:22, 153:25, 154:11, 154:25
JONES [2] - 2:20, 110:7

Jones' [1] - 129:12
Jordan [1] - 14:4
Joseph [2] - 14:6, 14:9
Judge [3] - 1:11, 18:10, 138:9
judge [4] - 12:13, 14:10, 14:11, 14:12
judges [4] - 56:7, 56:9, 107:10, 131:18
judgment [5] - 91:15, 91:17, 123:8, 124:15, 152:22
Judicial [1] - 168:19
judicially [1] - 142:24
July [4] - 10:23, 17:22, 42:7, 43:6
June [9] - 1:8, 2:2, 3:2, 4:1, 24:14, 25:4, 27:18, 29:2, 168:4
juror [7] - 105:6, 105:8, 106:7, 128:25, 137:2, 138:17, 164:5
JUROR [5] - 22:15, 133:23, 134:2, 134:7, 134:13
Juror [12] - 22:13, 104:16, 104:17, 104:20, 104:25, 133:22, 164:12, 165:1, 165:4, 165:5, 165:24
jurors [11] - 60:8, 104:16, 104:23, 105:11, 105:13, 135:10, 135:11, 135:25, 136:4, 136:9, 165:6
JURY [1] - 1:10
Jury [2] - 109:18, 132:2
jury [87] - 4:5, 4:23, 6:5, 6:6, 6:9, 6:14, 9:5, 9:9, 9:12, 22:7, 22:10, 30:25, 55:15, 56:2, 58:18, 59:20, 59:24, 60:1, 60:18, 61:10,

61:11, 91:9, 102:4, 102:8, 104:17, 104:19, 104:21, 104:22, 104:24, 104:25, 105:1, 105:15, 105:16, 105:18, 105:19, 106:16, 108:10, 108:25, 109:4, 109:13, 111:10, 111:22, 122:22, 123:1, 124:11, 125:8, 125:18, 125:21, 125:25, 129:2, 129:17, 129:18, 130:7, 130:8, 131:7, 131:15, 131:22, 131:23, 131:25, 133:14, 133:20, 134:18, 134:23, 135:3, 135:10, 135:12, 136:14, 137:5, 137:6, 137:7, 138:8, 139:18, 145:24, 145:25, 147:8, 154:2, 155:14, 156:15, 158:11, 162:16, 164:25, 165:4, 165:13, 167:19, 167:22

## K

KAMISHA [2] - 2:20, 110:7
Kamisha [16] - 5:3, 5:5, 5:14, 5:15, 6:13, 6:23, 57:4, 58:16, 91:2, 91:24, 100:4, 108:21, 109:23, 110:2, 110:10, 153:25
Kassandra [1] - 168:16
KASSANDRA [1] - 168:22
keep [9] - 9:13, 32:6, 32:21, 61:13, 129:1, 136:9, 162:19, 162:22, 163:22
Keirah [2] - 100:13, 124:23
Kenyon [4] - 49:11, 51:9, 55:4, 88:25
Keon [1] - 89:7

kept [1] - 29:11
Kerrigan [16] - 14:8, 20:2, 38:22, 45:14, 45:19, 46:8, 49:21, 49:22, 53:11, 54:3, 77:23, 80:9, 88:7, 166:24, 166:25
kids [1] - 19:3
kind [8] - 13:10, 15:21, 15:25, 39:25, 46:12, 47:23, 85:17, 166:20
kinds [1] - 59:14
knock [1] - 18:23
knowing [1] - 130:23
knowingly [2] - 163:21, 163:22
knowledge [1] - 152:7
knowledgeable [1] - 152:10
known [7] - 23:20, 26:11, 26:16, 27:24, 28:5, 32:12, 32:14
knows [3] - 6:9, 59:6, 155:1

## L

labeled [1] - 50:23
lack [5] - 8:7, 65:6, 65:12, 66:22, 139:13
ladies [6] - 30:20, 61:12, 91:5, 109:19, 128:21, 132:14
Lambert [5] - 84:10, 84:18, 85:21, 86:1, 124:7
Lambert's [3] - 85:20, 87:3, 87:13
Lancaster [1] - 80:22
land [2] - 39:6, 45:21
language [8] - 130:3, 137:8, 151:22, 159:2, 159:14, 161:13, 163:22, 165:15
large [3] - 34:10,

34:15, 39:12
last [28] - 4:22, 10:7, 15:23, 16:20, 16:21, 23:9, 25:24, 28:12, 28:25, 55:5, 70:13, 74:17, 81:8, 81:10, 81:20, 83:7, 86:7, 87:25, 88:8, 88:11, 89:6, 111:14, 114:8, 126:13, 128:7, 132:21, 164:4, 166:8
lastly [3] - 83:7, 88:6, 89:6
late [1] - 109:20
latest [2] - 15:16, 81:21
latitude [6] - 26:18, 27:2, 84:25, 85:4, 85:6, 92:8
latitude/longitude [1] - 26:24
Lauderdale [12] - 14:14, 17:3, 42:18, 42:24, 78:2, 79:1, 82:7, 82:8, 82:17, 82:19, 83:1, 83:11
laughing [2] - 107:18, 129:1
Laughter [1] - 134:12
LAW [4] - 146:6, 153:6, 160:10, 164:9
law [14] - 25:15, 26:1, 27:5, 107:10, 107:15, 131:18, 132:20, 132:24, 133:2, 133:3, 135:3, 135:4, 151:5, 160:13
lawn [1] - 11:5
lawyer [3] - 112:1, 112:2, 167:13
lawyer's [1] - 141:21
lawyers [7] - 56:8, 58:7, 103:20, 133:5, 134:22, 136:6, 136:7
lay [2] - 39:6,

45:21
layout [1] - 42:23
lead [3] - 89:21, 89:23, 127:2
leadership [1] - 165:9
leads [1] - 153:11
learn [5] - 14:22, 15:1, 41:20, 77:6, 84:6
learned [2] - 14:24, 73:22
learning [4] - 27:20, 28:1, 28:14, 28:17
least [5] - 30:2, 62:6, 104:2, 104:3, 136:9
leave [4] - 4:17, 79:9
leaving [2] - 36:23, 37:7
Leevensky [2] - 84:10, 124:7
left [5] - 34:8, 37:2, 40:2, 40:25, 41:24
legal [4] - 28:22, 131:8, 133:4, 134:23
legs [2] - 128:24, 129:1
length [1] - 61:7
lengthy [2] - 135:18, 135:19
less [6] - 34:25, 114:22, 115:4, 115:20, 116:2, 116:12
letter [2] - 96:14, 98:10
level [1] - 27:20
license [2] - 76:9, 77:10
lies [1] - 162:11
light [7] - 4:21, 5:20, 8:19, 123:15, 141:1, 143:20, 152:19
likely [2] - 42:1, 61:16
limit [1] - 148:10
limitations [1] - 58:3
limited [2] - 59:22, 141:1
line [11] - 34:8, 58:17, 80:9, 86:7, 87:25, 88:8, 88:11,

88:22, 88:23, 89:6, 92:4
**lined** [2] - 92:5, 144:5
**lining** [1] - 138:2
**linked** [1] - 124:3
**list** [11] - 26:17, 27:2, 27:9, 31:18, 31:22, 32:17, 37:1, 69:23, 69:25, 85:23
**listed** [9] - 5:8, 5:9, 6:7, 38:25, 59:11, 80:16, 80:25, 81:8, 100:12
**listen** [4] - 22:10, 60:8, 135:2, 138:14
**listening** [2] - 58:8, 68:21
**live** [1] - 113:4
**lived** [4] - 10:16, 112:19, 112:24, 113:7
**lives** [2] - 112:21, 112:23
**living** [5] - 17:4, 23:17, 113:10, 127:25, 128:3
**local** [4] - 4:24, 5:2, 26:1, 95:6
**localized** [3] - 35:4, 51:17, 51:25
**locate** [7] - 5:25, 6:4, 7:5, 25:22, 28:11, 29:15, 29:16
**located** [5] - 26:18, 26:23, 32:18, 64:3, 110:22
**location** [15] - 39:15, 45:24, 47:24, 48:13, 48:20, 50:6, 50:8, 62:7, 64:9, 64:14, 68:6, 84:19, 84:21, 85:1, 85:19
**locations** [5] - 55:5, 55:18, 64:4, 64:24, 151:20
**logical** [1] - 146:22
**logistical** [2] - 5:22, 8:12

**logistics** [2] - 60:6, 109:25
**logo** [2] - 47:25, 48:20
**longitude** [5] - 26:18, 27:2, 84:25, 85:4, 85:6
**look** [14] - 33:15, 34:3, 34:11, 35:19, 37:19, 40:10, 60:22, 64:13, 64:14, 64:17, 64:19, 88:14, 157:1, 164:16
**looked** [4] - 18:9, 18:11, 18:12, 52:22
**looking** [41] - 5:13, 20:3, 20:13, 34:1, 36:19, 38:5, 38:12, 39:5, 40:4, 42:6, 42:9, 42:11, 43:5, 44:5, 44:7, 44:20, 45:20, 45:21, 46:11, 46:13, 47:14, 48:6, 48:16, 48:23, 49:21, 51:3, 52:12, 52:16, 52:25, 53:12, 63:4, 65:2, 65:5, 67:23, 67:24, 68:19, 78:12, 99:22, 107:4, 136:21, 164:24
**looks** [2] - 59:7, 162:14
**loose** [1] - 102:20
**lost** [1] - 157:11
**loud** [1] - 80:14
**Lucie** [3] - 10:15, 18:19, 19:14
**lumped** [1] - 138:3
**lunch** [15] - 56:8, 56:11, 90:23, 91:7, 101:14, 131:15, 133:8, 133:11, 133:13, 133:14, 133:15, 133:17, 133:19, 133:20
**Lyft** [8] - 47:18, 47:24, 47:25, 48:12, 48:20,

62:12, 99:6, 99:7

## M

**M-o-o-n-e-y** [1] - 74:18
**ma'am** [23] - 10:2, 11:9, 11:15, 15:13, 15:15, 16:2, 17:2, 21:1, 110:16, 110:22, 111:9, 111:19, 112:7, 117:12, 117:25, 118:22, 119:10, 120:19, 121:10, 121:16, 121:21, 122:8, 133:22
**magazine** [4] - 13:1, 13:9, 13:10
**Mail** [1] - 160:3
**mail** [10] - 13:1, 14:19, 101:25, 102:1, 102:11, 114:5, 124:9, 156:15, 158:13, 160:12
**mailing** [1] - 14:20
**mailings** [1] - 124:5
**main** [1] - 25:8
**maintain** [1] - 25:12
**maintained** [1] - 27:21
**maintaining** [1] - 28:24
**maintains** [2] - 26:11, 26:16
**major** [1] - 29:9
**majority** [1] - 118:20
**male** [2] - 20:17, 20:19
**man** [5] - 11:21, 12:19, 12:23, 18:24, 19:10
**Manor** [5] - 14:16, 42:9, 42:17, 43:1, 43:12
**map** [10] - 36:20, 39:16, 39:20, 47:22, 48:22, 50:23, 52:11, 54:17, 85:1, 85:4
**Maps** [3] - 37:14,

85:24, 86:5
**March** [7] - 24:15, 63:7, 79:18, 80:17, 81:22, 83:9, 127:23
**marine** [1] - 11:2
**mark** [1] - 34:6
**marked** [7] - 33:20, 50:14, 50:22, 83:24, 85:2, 143:1, 143:14
**market** [1] - 26:22
**married** [1] - 10:20
**MARYLAND** [1] - 1:1
**Maryland** [14] - 1:9, 23:25, 24:10, 44:6, 45:8, 45:22, 46:6, 46:13, 86:23, 87:15, 88:25, 104:18, 111:11, 168:17
**master** [6] - 26:17, 27:1, 27:9, 32:17, 37:1
**masters** [2] - 23:24, 24:1
**match** [3] - 34:24, 49:23, 50:23
**material** [10] - 161:12, 161:18, 162:7, 162:10, 162:11, 162:15, 162:17, 162:21
**matter** [24] - 9:15, 30:22, 91:1, 91:18, 91:19, 109:13, 126:24, 130:12, 131:1, 133:12, 136:6, 147:6, 150:3, 152:7, 154:21, 162:3, 162:9, 162:10, 162:11, 162:21, 164:17, 164:25, 168:18
**matters** [7] - 61:19, 122:21, 123:7, 131:8, 133:4, 162:4, 167:1
**McArnold** [3] - 116:18, 124:6, 127:6
**MCPHERSON** [1] - 168:22

**McPherson** [2] - 57:17, 168:16
**MD** [1] - 1:16
**mean** [16] - 31:2, 37:8, 60:7, 75:3, 105:11, 109:3, 147:21, 148:3, 148:25, 149:16, 154:1, 154:12, 154:20, 157:17, 157:18, 159:18
**meaning** [1] - 127:2
**means** [6] - 31:2, 58:17, 71:11, 73:5, 160:25, 162:25
**meant** [4] - 35:3, 44:11, 51:17, 51:25
**measurements** [3] - 31:14, 31:18, 69:21
**mechanics** [1] - 57:20
**Medard** [5] - 44:23, 47:19, 75:15, 94:1, 112:7
**meet** [3] - 28:19, 28:21, 28:22
**meeting** [3] - 56:7, 108:14, 166:2
**Mellville** [1] - 53:16
**Melville** [5] - 53:2, 53:7, 55:4, 88:12, 89:8
**member** [1] - 29:21
**members** [2] - 15:20, 30:25
**membership** [1] - 156:24
**mental** [1] - 29:22
**mentioned** [12] - 26:5, 27:18, 28:6, 35:22, 41:5, 46:18, 62:22, 81:5, 87:2, 88:10, 118:8, 118:12
**mentorship** [1] - 29:4
**menu** [2] - 133:8, 133:17
**merely** [2] - 152:20, 161:3
**message** [7] -

79:15, 79:17, 79:22, 80:11, 80:14, 84:12, 85:8
**met** [1] - 111:1
**metal** [3] - 34:10, 34:15, 39:12
**methodology** [1] - 25:25
**Miami** [5] - 39:8, 112:19, 112:25, 113:7, 115:12
**mic** [1] - 9:24
**MICHAEL** [2] - 2:12, 23:6
**Michael** [3] - 22:25, 23:10, 30:15
**microphone** [5] - 10:6, 16:19, 23:8, 74:16, 126:13
**middle** [3] - 34:21, 36:24, 45:24
**midnight** [1] - 40:5
**might** [10] - 27:1, 38:16, 81:15, 141:10, 142:5, 148:22, 153:24, 159:14, 162:6, 162:8
**mind** [2] - 10:18, 135:12
**minimum** [3] - 25:9, 26:6, 32:7
**minute** [12] - 5:7, 55:25, 56:5, 56:12, 56:18, 99:23, 109:13, 128:24, 135:8, 164:8, 164:10, 164:17
**minutes** [15] - 19:7, 21:20, 21:21, 21:22, 33:1, 43:24, 52:3, 56:6, 56:10, 92:19, 107:4, 108:15, 122:22, 122:25
**Miramar** [4] - 38:6, 39:7, 39:17, 41:19
**misrepresentati on** [1] - 163:8
**missed** [2] - 55:22, 164:8
**missing** [6] -

25:20, 25:23, 28:7, 28:11, 164:3
**mistaken** [3] - 7:25, 93:19, 99:11
**Mobile** [10] - 25:11, 28:18, 29:12, 44:9, 44:10, 46:2, 46:3, 46:4, 46:5, 65:8
**mobile** [5] - 34:5, 63:5, 63:11, 70:14, 72:1
**modern** [1] - 137:5
**modified** [2] - 146:3, 160:16
**modify** [1] - 149:5
**moment** [11] - 31:17, 31:19, 49:13, 67:11, 68:6, 69:23, 73:8, 74:9, 118:8, 135:9, 140:7
**moments** [2] - 118:13, 132:4
**money** [18] - 12:24, 13:8, 113:17, 113:23, 114:25, 115:1, 115:3, 116:7, 116:8, 116:12, 119:9, 119:15, 119:17, 121:12, 147:22, 148:2, 155:2, 160:25
**monitor** [1] - 60:3
**Montgomery** [1] - 35:8
**MOONEY** [2] - 2:16, 74:14
**Mooney** [10] - 74:6, 74:7, 74:8, 74:12, 74:18, 74:22, 83:16, 87:21, 90:15, 99:24
**moot** [1] - 29:1
**morning** [30] - 4:6, 4:7, 4:12, 4:14, 6:20, 6:24, 8:6, 9:13, 9:22, 10:2, 10:14, 11:20, 12:14, 15:13, 15:14, 17:2, 21:1, 23:16, 60:12,

62:1, 62:2, 64:2, 95:20, 99:10, 103:1, 106:21, 108:10, 131:14, 132:17, 133:19
**most** [8] - 32:4, 33:2, 61:2, 67:14, 118:20, 121:8, 123:15, 165:5
**mostly** [2] - 52:19, 67:18
**Motel** [7] - 50:11, 52:14, 53:15, 53:22, 53:25, 54:25, 99:3
**mother** [4] - 18:20, 101:10, 101:14, 135:2
**motion** [10] - 7:23, 7:24, 102:5, 123:11, 123:14, 124:1, 124:12, 124:17, 132:11
**motions** [2] - 59:14, 124:18
**motive** [4] - 147:20, 147:21, 148:2, 148:7
**motor** [1] - 77:15
**mount** [1] - 35:12
**mounted** [1] - 34:22
**move** [34] - 20:1, 33:24, 36:18, 37:10, 38:11, 39:19, 40:22, 40:23, 41:15, 42:3, 43:3, 44:3, 44:12, 45:9, 46:1, 46:7, 46:8, 47:17, 48:15, 49:8, 50:3, 50:14, 51:2, 52:24, 53:10, 53:18, 54:2, 54:14, 54:21, 91:15, 91:17, 124:15, 136:20
**moved** [5] - 42:1, 43:15, 43:16, 52:10, 54:4
**movement** [1] - 41:9
**movements** [1] - 65:6
**moving** [7] - 41:4, 41:13, 47:7, 52:8, 64:1,

123:8, 129:1
**multiple** [4] - 75:5, 155:7, 158:13, 163:20
**must** [13] - 18:11, 127:14, 130:3, 137:3, 139:12, 143:24, 145:20, 148:10, 160:22, 162:7, 162:10, 162:20, 163:1

## N

**name** [46] - 4:25, 5:3, 5:9, 10:6, 10:7, 10:24, 10:25, 11:25, 12:3, 12:4, 14:1, 15:23, 15:24, 16:19, 16:20, 16:21, 18:9, 18:10, 18:15, 19:2, 23:8, 23:9, 23:20, 44:18, 44:21, 47:19, 74:16, 74:17, 79:19, 80:20, 83:8, 90:7, 110:8, 110:25, 112:7, 112:10, 116:18, 116:21, 117:9, 117:10, 126:13, 126:14, 153:21, 154:9, 154:13
**names** [4] - 15:20, 80:25, 90:4, 120:8
**naming** [1] - 105:6
**narrow** [4] - 103:3, 103:10, 125:6, 136:24
**narrowed** [1] - 161:6
**narrower** [4] - 36:6, 36:12, 36:16, 37:5
**national** [2] - 25:2, 139:14
**nature** [3] - 60:3, 155:3, 156:22
**necessarily** [4] - 5:8, 6:11, 70:15, 71:16
**necessary** [8] - 138:25, 140:12, 140:15, 142:18, 148:20, 162:6,

162:8, 163:25
**need** [26] - 4:4, 8:9, 102:11, 102:14, 102:20, 103:4, 103:12, 104:8, 122:21, 128:21, 135:17, 135:18, 139:2, 139:5, 140:5, 141:12, 141:18, 155:2, 156:11, 161:24, 164:3, 164:7, 166:3, 166:9, 166:10, 166:19
**needless** [3] - 136:11, 153:14, 154:13
**nervous** [2] - 106:20, 107:9
**network** [8] - 26:21, 28:18, 28:23, 31:14, 33:11, 39:7, 39:11, 73:6
**Network** [1] - 42:23
**never** [18] - 5:16, 5:18, 59:5, 72:13, 104:22, 111:1, 111:3, 117:19, 117:24, 121:14, 121:21, 121:23, 121:24, 129:24, 130:2, 142:10, 145:12, 145:17
**new** [1] - 24:19
**New** [5] - 11:2, 127:10, 127:12, 127:13
**next** [42] - 9:20, 12:14, 13:7, 13:13, 14:20, 14:21, 16:12, 18:22, 21:9, 21:18, 22:16, 22:24, 41:15, 42:3, 43:3, 44:12, 46:8, 48:15, 49:8, 50:3, 51:10, 52:10, 53:18, 54:2, 54:14, 54:17, 67:1, 73:17, 74:8, 76:25, 78:8, 78:11, 78:20, 79:5, 83:4, 90:21, 91:11,

162:8, 163:25
**need** — *(continued in next column)*
**noting** [2] - 135:7, 135:8
**Number** [21] - 105:20, 137:2, 137:4, 137:7, 137:11, 138:16, 138:17, 139:11, 139:25, 140:21, 140:24, 140:25, 141:21, 144:7, 147:13, 156:5, 156:7, 156:20, 157:12, 159:5, 159:18
**number** [79] - 6:21, 11:13, 18:13, 22:11, 26:14, 26:15, 30:1, 31:22, 32:9, 32:10, 32:25, 33:1, 33:16, 38:1, 38:13, 39:22, 40:1, 41:7, 42:9, 42:11, 44:8, 44:9, 44:14, 44:16, 44:21, 45:3, 46:22, 46:23, 48:19, 49:6, 49:7, 49:16, 51:6, 52:20, 52:21, 53:21, 54:11, 54:13, 54:18, 54:23, 57:23, 57:25, 61:6, 64:9, 64:12, 64:14, 65:5, 65:9, 66:15, 67:24, 68:9, 68:10, 68:12, 69:25, 70:4, 79:23, 80:14, 80:16, 80:18, 84:2, 84:7, 86:9, 86:14, 86:15, 87:19, 87:22, 93:6, 139:9, 139:10, 139:16, 139:18, 140:24, 141:1, 141:3, 141:5
**number's** [1] - 26:13
**numbering** [1] - 26:20
**numbers** [12] - 33:15, 44:8, 46:18, 48:6, 48:25, 64:9,

147:5, 161:10, 161:16, 161:23
**nice** [1] - 167:11
**night** [2] - 4:22, 140:18
**nine** [3] - 81:25, 132:18, 167:24
**NO** [6] - 1:4, 22:15, 133:23, 134:2, 134:7, 134:13
**none** [4] - 137:16, 144:2, 144:23, 153:2
**nonetheless** [1] - 13:21
**noon** [1] - 88:2
**normal** [1] - 63:19
**normally** [2] - 59:16, 165:14
**Norman** [1] - 93:5
**north** [4] - 37:17, 41:2, 47:6, 52:12
**northbound** [1] - 47:7
**NORTHERN** [1] - 1:2
**northward** [1] - 54:4
**Northwest** [5] - 14:16, 42:9, 42:17, 42:25, 43:12
**note** [12] - 102:10, 105:15, 124:13, 125:8, 129:15, 136:18, 137:6, 137:11, 159:12, 164:25, 166:4, 166:5
**noted** [4] - 93:23, 106:16, 122:17, 123:23
**notes** [3] - 1:25, 4:22, 121:17
**nothing** [5] - 15:6, 71:21, 104:2, 104:3, 166:14
**notice** [1] - 122:16
**noticeable** [2] - 34:25, 35:11
**noticed** [3] - 114:24, 142:25, 165:3
**notices** [1] - 7:7
**notified** [1] - 127:7
**notify** [1] - 104:8

67:4, 67:24, 68:2, 68:3, 68:14, 68:24
**numbing** [2] - 135:12, 136:5
**numerous** [1] - 29:7
**nurse** [3] - 17:7, 17:8, 17:10
**nursing** [2] - 17:5, 17:6
**NW** [1] - 1:18

## O

**o'clock** [11] - 11:19, 11:20, 57:18, 59:12, 61:16, 91:2, 91:7, 91:8, 100:2, 107:9
**oath** [1] - 92:7
**object** [6] - 7:23, 105:5, 105:10, 105:17, 106:10, 161:4
**objection** [19] - 95:6, 105:15, 107:24, 137:14, 137:18, 139:20, 144:1, 144:22, 147:14, 148:14, 149:24, 150:19, 152:25, 155:16, 160:14, 164:20, 164:22, 165:7, 165:11
**objections** [3] - 105:2, 138:19, 138:25
**objects** [1] - 165:12
**obligation** [2] - 129:21, 145:9
**obligations** [1] - 138:17
**observe** [4] - 42:22, 43:4, 53:19, 54:15
**observing** [1] - 54:6
**obtain** [1] - 86:2
**obtained** [5] - 76:10, 76:11, 77:6, 77:9, 79:11
**obvious** [1] - 5:22
**obviously** [9] - 6:9, 6:16, 33:1, 36:14, 127:20,

147:14, 148:25, 149:25, 167:15
**OC** [1] - 41:5
**occasion** [3] - 135:11, 137:12, 137:24
**occupation** [1] - 11:4
**occurred** [14] - 25:12, 25:17, 26:7, 32:8, 33:9, 33:16, 39:18, 42:7, 44:5, 46:15, 49:10, 51:9, 64:19, 71:19
**occurring** [4] - 37:18, 60:1, 75:11, 133:18
**occurs** [2] - 37:16, 48:10
**OF** [4] - 1:1, 1:3, 3:5, 168:14
**offered** [1] - 29:3
**offers** [1] - 30:14
**office** [9] - 24:21, 31:20, 33:7, 34:23, 57:17, 65:23, 69:24, 74:25, 103:23
**OFFICIAL** [2] - 168:14, 168:23
**often** [2] - 29:3, 32:4
**old** [2] - 10:18, 66:3
**older** [3] - 20:19
**once** [8] - 7:2, 19:22, 24:22, 29:25, 30:1, 101:17, 125:9, 125:24
**one** [98] - 4:15, 4:16, 5:7, 5:14, 7:13, 8:25, 9:3, 12:24, 13:5, 13:6, 13:12, 19:23, 26:3, 26:25, 30:2, 30:23, 31:22, 35:19, 36:10, 36:11, 36:15, 39:11, 39:13, 40:10, 40:17, 40:19, 41:1, 41:21, 45:13, 46:21, 47:5, 48:7, 48:9, 49:10, 49:13, 51:16, 52:17,

53:21, 54:9, 56:6, 56:10, 59:21, 61:5, 63:4, 63:22, 66:8, 67:10, 68:20, 68:25, 69:10, 69:16, 69:25, 72:6, 73:8, 73:18, 74:9, 75:14, 76:21, 78:11, 87:19, 91:18, 99:16, 100:8, 100:11, 105:17, 106:14, 117:19, 121:10, 125:1, 133:7, 135:11, 135:21, 135:24, 136:4, 138:8, 138:15, 140:7, 141:15, 141:23, 144:19, 146:19, 147:1, 148:9, 149:3, 150:15, 154:23, 156:8, 160:17, 162:21, 163:2, 164:3, 164:4, 164:7, 165:6
**ones** [1] - 71:10
**ongoing** [3] - 64:20, 69:22, 72:10
**open** [3] - 114:20, 116:3, 116:23
**opened** [5] - 116:5, 116:8, 116:9, 116:12, 121:13
**opening** [5] - 114:18, 158:7, 165:20, 165:22, 166:8
**operation** [5] - 118:6, 118:17, 119:5, 119:6, 119:11
**operational** [1] - 28:24
**operations** [1] - 75:2
**opinion** [26] - 27:12, 30:22, 30:23, 30:24, 31:1, 31:2, 31:3, 31:6, 37:20, 52:7, 62:17, 64:22, 123:20, 123:23, 138:6, 141:10, 151:18,

151:19, 151:25, 152:5, 152:6, 152:13, 152:20, 152:21, 161:12
**Opinion** [1] - 123:19
**opinions** [2] - 28:2, 152:14
**opportunity** [9] - 76:5, 81:3, 84:14, 84:20, 84:23, 88:14, 90:9, 100:19, 127:5
**opposed** [4] - 51:13, 91:2, 105:14, 155:11
**order** [7] - 7:22, 21:13, 22:2, 27:8, 33:10, 99:17, 158:14
**ordered** [1] - 143:6
**ordinarily** [2] - 59:17, 152:16
**organize** [1] - 109:20
**organized** [1] - 108:16
**orient** [2] - 39:25, 46:12
**orientation** [4] - 26:19, 27:1, 32:19, 35:23
**orientations** [1] - 35:17
**oriented** [12] - 27:3, 35:24, 37:17, 40:6, 40:14, 41:2, 43:8, 43:15, 52:18, 52:19, 53:22, 54:25
**origin** [1] - 139:14
**original** [1] - 99:20
**originating** [3] - 26:14, 32:8, 82:6
**Orioles** [1] - 35:14
**otherwise** [5] - 65:4, 105:13, 135:20, 138:13
**ought** [1] - 151:16
**outcome** [1] - 148:19
**outgoing** [15] - 31:20, 33:6, 40:15, 41:3, 41:6, 49:2, 49:5,

51:6, 52:20, 53:21, 54:23, 65:22, 67:18, 70:12, 82:13
**outside** [5] - 70:3, 85:11, 85:22, 86:1, 143:24
**outsized** [1] - 106:7
**overall** [1] - 157:18
**overlaid** [1] - 47:22
**overlap** [1] - 36:5
**overruled** [1] - 105:15
**overwhelming** [1] - 138:12
**overwhelms** [1] - 136:12
**own** [8] - 12:17, 17:5, 112:1, 120:12, 130:24, 138:15, 143:20, 152:22

## P

**p.m** [17] - 56:25, 57:6, 61:8, 65:3, 66:4, 73:21, 73:24, 91:9, 108:19, 109:18, 123:1, 125:21, 129:2, 132:2, 134:18, 168:4
**pace** [1] - 61:6
**package** [18] - 13:19, 13:22, 15:2, 18:25, 19:2, 19:5, 19:7, 19:18, 33:16, 53:4, 85:21, 114:6, 116:9, 118:5, 118:17, 119:5, 119:6, 119:11
**packaged** [1] - 13:12
**packages** [21] - 79:12, 113:25, 114:1, 114:16, 114:18, 114:21, 114:23, 115:11, 115:17, 115:23, 116:3, 116:6, 116:11, 116:23, 118:9, 118:15, 119:12, 147:22, 155:1, 158:8,

159:13
**packet** [5] - 18:5, 19:8, 19:10, 19:13
**packs** [1] - 88:12
**page** [66] - 12:25, 19:25, 20:1, 20:7, 33:21, 33:24, 33:25, 35:16, 36:18, 37:10, 37:22, 38:12, 39:4, 39:19, 39:21, 40:23, 41:15, 42:3, 42:22, 43:3, 43:4, 44:3, 44:15, 44:20, 45:7, 45:9, 45:19, 46:1, 46:7, 46:8, 47:17, 48:15, 49:8, 49:18, 49:22, 50:3, 50:14, 51:2, 52:10, 52:24, 53:10, 53:18, 54:21, 76:20, 78:8, 78:11, 78:16, 78:20, 79:5, 79:15, 80:24, 82:1, 82:12, 82:22, 83:7, 137:1, 137:20, 150:14, 161:5, 161:9, 163:10, 163:11, 163:12, 163:18, 168:18
**PAGE** [2] - 2:3, 3:4
**pages** [3] - 13:9, 19:21, 83:15
**paid** [5] - 78:9, 78:18, 79:2, 79:6, 134:10
**pains** [1] - 167:21
**painted** [1] - 34:24
**Paliwal** [1] - 124:7
**Paliwal's** [1] - 96:14
**panel** [1] - 131:17
**paper** [1] - 81:16
**paragraph** [17] - 88:9, 89:7, 137:23, 138:3, 142:5, 147:5, 150:13, 161:16, 161:23, 162:2, 162:19, 162:23,

163:3, 163:6, 163:10, 163:11

**pardon** [2] - 57:1, 73:23

**Parkway** [1] - 34:17

**parole** [1] - 104:19

**part** [16] - 28:12, 28:13, 28:25, 48:2, 65:24, 75:22, 79:9, 79:10, 83:2, 99:20, 114:8, 117:21, 133:1, 157:18, 161:8, 163:6

**participant** [1] - 84:4

**participant's** [1] - 80:25

**participants** [1] - 84:1

**participate** [3] - 62:13, 127:5, 163:20

**particular** [26] - 25:16, 26:12, 28:20, 31:17, 37:16, 37:21, 47:3, 63:19, 64:9, 64:14, 64:19, 65:9, 65:15, 66:23, 67:10, 68:9, 68:14, 68:22, 68:23, 71:3, 105:6, 105:8, 126:24, 136:25, 150:13, 162:25

**particularly** [2] - 40:8, 136:13

**parties** [2] - 137:9, 137:20

**party** [1] - 138:18

**pass** [2] - 10:22, 27:24

**passed** [2] - 10:23, 11:6

**passenger** [6] - 78:3, 78:5, 82:10, 82:20, 83:5, 83:12

**passengers** [1] - 78:23

**passing** [1] - 34:25

**patience** [1] - 121:11

**pay** [3] - 133:12,

134:7, 138:11

**payment** [1] - 134:10

**pays** [1] - 134:5

**Pennsylvania** [4] - 80:22, 128:1, 128:4, 128:6

**people** [21] - 29:16, 34:25, 60:10, 114:14, 114:15, 118:8, 118:12, 118:15, 118:18, 119:5, 119:7, 119:23, 120:8, 120:12, 120:18, 124:24, 148:2, 150:3, 154:9, 154:21

**percent** [1] - 166:17

**perfect** [3] - 80:9, 88:7, 134:13

**perfectly** [5] - 8:22, 9:25, 105:4, 105:19, 105:21

**performed** [1] - 44:4

**perhaps** [4] - 17:15, 90:22, 106:20, 124:23

**period** [26] - 26:13, 39:24, 40:3, 40:4, 41:17, 41:22, 46:21, 47:7, 48:24, 50:12, 54:8, 54:10, 64:21, 65:2, 65:3, 66:25, 67:2, 67:12, 67:13, 68:15, 143:13, 145:17, 152:5, 152:8, 152:17, 158:18

**periods** [1] - 38:8

**permission** [1] - 19:4

**permitted** [6] - 30:24, 31:6, 147:8, 151:17, 151:24, 152:6

**Person** [2] - 72:11

**person** [21] - 5:4, 15:19, 18:14, 18:17, 18:21, 19:8, 19:9, 19:18, 20:20, 31:1, 60:19, 62:24, 63:19,

71:15, 109:1, 109:3, 112:12, 127:2, 163:2, 165:25

**personal** [1] - 146:4

**personalize** [1] - 145:7

**persons** [2] - 90:4, 160:24

**pertinent** [1] - 64:24

**phone** [89] - 6:21, 11:20, 12:21, 20:16, 25:10, 26:6, 26:12, 27:21, 28:17, 30:2, 31:6, 31:12, 31:20, 31:24, 32:6, 32:21, 32:24, 33:10, 33:15, 34:14, 36:3, 38:1, 38:13, 39:22, 42:9, 42:11, 44:14, 44:16, 44:21, 45:3, 46:3, 46:18, 47:1, 47:2, 47:3, 48:4, 48:11, 48:12, 49:5, 49:16, 52:6, 52:20, 52:21, 53:24, 54:22, 62:7, 62:19, 64:3, 64:12, 64:14, 65:8, 65:9, 65:15, 65:20, 65:22, 66:2, 66:3, 66:4, 66:8, 66:9, 66:12, 68:9, 68:12, 69:12, 69:14, 69:15, 69:21, 69:22, 69:24, 70:4, 70:6, 73:2, 84:15, 85:20, 87:2, 87:3, 87:13, 117:3, 117:5, 117:6, 151:18, 151:20

**phone's** [1] - 70:11

**phones** [11] - 28:16, 31:13, 34:4, 46:20, 62:11, 62:25, 65:11, 67:4, 67:5, 67:9,

67:15

**photo** [7] - 76:9, 85:16, 94:1, 94:7, 96:19, 98:4, 99:16

**photocopying** [1] - 135:5

**photograph** [16] - 60:20, 76:14, 76:15, 77:6, 77:9, 85:13, 85:15, 85:21, 86:2, 86:4, 87:9, 87:12, 99:17, 99:25, 107:18, 107:21

**photographic** [2] - 76:25, 77:3

**photographs** [3] - 19:17, 19:23, 107:16

**phrase** [1] - 127:6

**pick** [7] - 31:11, 69:23, 115:17, 115:23, 119:12, 122:21

**picked** [4] - 17:25, 18:8, 105:11, 165:13

**picking** [4] - 40:25, 113:25, 114:1, 154:25

**pickups** [2] - 88:23, 89:7

**picture** [2] - 60:17, 76:24

**pictures** [4] - 20:12, 20:13, 20:14, 64:3

**pie** [2] - 36:10, 36:13

**pin** [18] - 39:16, 41:14, 41:19, 42:24, 43:11, 43:17, 45:24, 46:14, 46:22, 47:24, 47:25, 48:1, 48:10, 48:21, 51:8, 52:19, 53:15, 53:16

**place** [3] - 31:20, 117:2, 151:9

**placed** [9] - 40:16, 51:6, 54:11, 64:5, 67:19, 68:22, 70:12, 71:1, 72:5

**places** [1] - 53:21

**placing** [3] - 49:5,

67:7, 69:20

**plan** [1] - 161:3

**planning** [1] - 100:7

**plans** [2] - 8:13, 33:2

**plate** [2] - 137:3, 164:1

**play** [2] - 21:12, 107:21

**played** [2] - 22:12, 22:22

**playing** [1] - 22:4

**plea** [3] - 93:22, 98:9, 149:18

**plead** [2] - 154:10, 154:11

**pled** [5] - 150:5, 150:24, 154:3, 154:10, 154:21

**plenty** [1] - 157:6

**plot** [1] - 68:7

**plugged** [1] - 84:25

**podium** [2] - 165:20, 166:7

**point** [21] - 7:19, 24:12, 25:4, 26:18, 26:24, 27:2, 36:4, 66:19, 75:9, 100:20, 100:22, 128:5, 130:25, 136:5, 136:8, 139:20, 147:4, 148:1, 149:1, 167:2, 167:6

**pointed** [2] - 36:25, 64:15

**points** [2] - 131:3, 136:10

**pole** [8] - 34:10, 34:15, 35:3, 35:8, 39:12, 39:13, 51:16, 51:21

**Police** [3] - 19:14, 19:15, 77:4

**populated** [3] - 35:5, 52:1, 71:9

**Port** [3] - 10:15, 18:19, 19:14

**portion** [3] - 17:15, 59:23, 125:15

**position** [3] - 24:15, 24:16, 63:8

**possibility** [2] - 58:23, 103:2

**possible** [4] - 59:25, 106:24, 108:11, 153:8

**possibly** [2] - 128:9, 128:10

**Postal** [2] - 159:16, 160:5

**potential** [1] - 59:11

**potentially** [6] - 5:18, 59:20, 59:24, 67:9, 100:12, 106:7

**power** [1] - 35:13

**PowerPoint** [3] - 166:9, 166:18, 166:19

**practicality** [1] - 37:5

**practices** [1] - 25:25

**practitioner** [2] - 17:7, 17:8

**preclude** [1] - 104:5

**precluded** [1] - 104:8

**preface** [2] - 135:7, 135:8

**prejudice** [1] - 92:11

**preliminary** [2] - 9:14, 141:18

**premised** [1] - 161:24

**premium** [1] - 59:9

**preparation** [1] - 88:13

**prepare** [2] - 76:25, 108:1

**prepared** [3] - 77:3, 91:12, 109:8

**preparing** [1] - 76:1

**presence** [1] - 122:22

**present** [6] - 55:20, 61:2, 115:21, 129:6, 129:22, 145:9

**presentation** [6] - 92:12, 124:20, 135:19, 166:10, 167:10

**presented** [5] - 55:13, 124:11, 129:12, 152:9, 167:14

**preserve** [1] - 106:9
**preserved** [2] - 124:17, 124:18
**preside** [1] - 165:25
**presume** [1] - 166:15
**presumption** [1] - 140:21
**pretenses** [1] - 160:25
**pretrial** [1] - 124:18
**pretty** [2] - 7:13, 164:18
**prevent** [1] - 160:4
**previous** [5] - 35:18, 41:1, 41:24, 62:22, 104:17
**previously** [11] - 5:10, 5:17, 30:5, 38:19, 44:25, 52:22, 62:22, 111:9, 124:21, 124:23
**printed** [1] - 135:22
**private** [1] - 159:19
**privileges** [2] - 103:18, 104:4
**problem** [3] - 8:21, 108:6, 122:10
**proceed** [17] - 10:10, 16:23, 21:18, 22:2, 23:12, 31:7, 61:22, 91:25, 100:2, 100:4, 110:12, 125:7, 125:8, 126:17, 131:11, 133:17, 135:1
**proceeded** [3] - 8:1, 13:8, 13:15
**proceeding** [2] - 17:13, 111:24
**PROCEEDINGS** [1] - 3:7
**proceedings** [2] - 168:4, 168:18
**process** [7] - 7:2, 103:8, 103:12, 111:20, 129:10, 133:1, 147:5
**produce** [1] -

28:21
**Professional** [1] - 168:16
**professor** [1] - 24:10
**professors** [1] - 28:14
**proffer** [3] - 96:14, 154:3, 154:24
**proffered** [3] - 99:24, 144:20, 153:13
**proffers** [1] - 154:23
**program** [5] - 24:11, 24:20, 27:18, 28:13, 29:4
**promises** [1] - 161:1
**promptly** [2] - 91:7, 100:2
**pronounce** [1] - 15:25
**pronouncing** [1] - 38:16
**proof** [1] - 140:22
**properly** [1] - 142:18
**property** [1] - 160:25
**prosecuted** [2] - 154:21, 154:24
**prosecution** [1] - 130:1
**prosecutor** [1] - 111:24
**protocol** [1] - 103:22
**protocols** [3] - 104:1, 104:5, 104:8
**prove** [7] - 129:23, 129:24, 130:1, 145:10, 145:12, 145:14, 160:22
**proved** [2] - 146:25, 163:8
**provide** [12] - 25:8, 35:4, 35:20, 51:17, 51:19, 51:25, 60:17, 60:23, 75:4, 75:6, 120:11, 120:12
**provided** [8] - 6:1, 62:16, 64:10, 64:11, 67:25,

120:14, 159:15, 160:4
**provider** [1] - 65:20
**providers** [4] - 25:21, 29:9, 29:11, 65:8
**providing** [1] - 25:24
**PROVOLT** [1] - 2:10
**Provolt** [10] - 21:10, 21:16, 21:18, 21:21, 21:25, 22:1, 22:5, 22:6, 22:12, 93:6
**provolt** [1] - 21:17
**proximity** [1] - 51:23
**pull** [5] - 25:20, 45:6, 68:13, 70:1, 70:2
**punished** [1] - 160:11
**punishment** [2] - 153:7, 153:8
**purpose** [9] - 28:8, 103:3, 136:24, 155:21, 156:9, 159:6, 159:21, 160:3
**purposes** [9] - 32:25, 33:5, 55:15, 91:10, 91:16, 109:24, 112:22, 133:23, 160:6
**pursuant** [2] - 124:14, 168:17
**push** [1] - 136:7
**pushing** [1] - 34:13
**put** [27] - 8:15, 12:25, 13:1, 13:8, 13:14, 13:21, 13:24, 19:20, 28:3, 33:20, 36:12, 38:4, 38:10, 38:19, 42:14, 44:15, 44:24, 45:12, 49:15, 49:20, 50:13, 53:3, 56:9, 104:5, 138:7, 142:21, 151:24
**puts** [1] - 146:3
**putting** [1] - 126:5

**Q**

**QUALIFICATION
S** [1] - 23:14
**qualifications** [1] - 152:14
**Qualifications** [1] - 2:13
**qualified** [4] - 30:4, 30:7, 30:23, 31:4
**quality** [4] - 31:14, 31:17, 32:1, 167:10
**Quantico** [1] - 24:20
**quarter** [1] - 167:24
**quarters** [1] - 48:3
**questioned** [1] - 18:25
**questioning** [1] - 141:8
**questions** [36] - 15:15, 16:3, 20:22, 55:2, 59:1, 62:3, 69:10, 72:19, 73:9, 89:10, 90:13, 103:3, 103:6, 103:11, 107:12, 111:6, 111:23, 112:5, 117:11, 120:19, 122:9, 122:12, 122:13, 122:14, 125:6, 126:23, 128:13, 128:14, 137:12, 137:13, 137:24, 138:1, 141:21, 142:1, 143:8, 165:16
**quick** [5] - 73:18, 74:9, 122:16, 128:18, 135:8
**quickest** [1] - 60:11
**quickly** [3] - 28:10, 60:12, 132:4
**quietly** [1] - 135:1
**quite** [3] - 105:12, 142:8, 154:20

**R**

**R-i-c-c-i** [1] - 10:8
**race** [1] - 139:13
**races** [1] - 158:21
**radio** [4] - 28:15,

34:13, 36:22, 37:7
**raise** [2] - 23:4, 110:6
**raised** [1] - 4:7
**ran** [2] - 19:11, 19:12
**random** [2] - 115:15, 115:16
**rang** [1] - 11:20
**range** [1] - 115:5
**rather** [1] - 142:13
**ratings** [1] - 132:24
**rational** [1] - 123:16
**raw** [3] - 65:13, 66:15, 67:21
**RDB-21-0054** [1] - 1:4
**reach** [1] - 156:18
**reached** [1] - 15:2
**reaching** [1] - 152:11
**read** [26] - 13:25, 14:3, 38:15, 38:21, 42:15, 45:6, 45:15, 50:15, 79:16, 80:13, 80:20, 80:25, 82:13, 82:22, 84:2, 86:8, 86:14, 87:14, 87:21, 87:25, 88:22, 88:23, 89:6, 107:8, 161:23, 163:7
**reads** [1] - 147:5
**ready** [12] - 9:9, 9:19, 61:19, 74:5, 100:3, 108:22, 109:4, 125:18, 133:6, 133:8, 166:14, 167:25
**real** [2] - 25:18, 29:19
**real-time** [2] - 25:18, 29:19
**reality** [1] - 154:20
**realized** [1] - 34:3
**really** [36] - 39:21, 58:14, 59:8, 60:7, 73:12, 104:14, 121:3, 133:13, 136:22, 138:13, 138:24, 138:25, 139:2, 140:2, 141:6,

142:2, 146:8, 147:21, 147:23, 148:20, 148:24, 148:25, 153:14, 153:23, 154:8, 155:1, 156:11, 157:4, 157:20, 157:24, 161:6, 162:4, 163:13, 165:6
**reason** [11] - 7:19, 27:9, 31:15, 51:15, 104:9, 125:15, 131:17, 146:18, 152:14, 152:22, 156:15
**reasonable** [10] - 123:17, 123:24, 129:23, 130:1, 143:21, 145:11, 145:15, 146:22, 160:23, 163:2
**reasonably** [1] - 162:22
**reasons** [4] - 102:10, 105:7, 123:13, 158:17
**rebuttal** [2] - 107:4, 107:5
**receive** [3] - 25:10, 26:5, 54:18
**received** [9] - 17:25, 32:9, 70:25, 142:23, 143:2, 143:12, 143:13, 143:14, 143:15
**receiver's** [1] - 87:14
**receiving** [4] - 67:6, 68:16, 69:20, 70:11
**recently** [1] - 137:5
**recess** [7] - 56:13, 56:14, 57:16, 108:15, 108:18, 131:19, 135:8
**Recess** [1] - 108:19
**recipient** [9] - 14:3, 15:2, 38:23, 38:24, 42:16, 45:7, 49:23, 53:6
**recognize** [3] - 77:18, 85:13, 87:9
**recommendatio**

**n** [1] - 166:12
**reconvened** [1] - 168:4
**record** [57] - 8:8, 10:7, 16:20, 17:16, 22:20, 23:9, 25:9, 26:3, 26:12, 27:10, 27:14, 27:21, 29:24, 30:15, 32:16, 40:25, 58:2, 65:19, 65:20, 65:24, 66:1, 66:4, 66:6, 66:9, 66:10, 67:20, 68:8, 68:11, 69:18, 72:13, 72:14, 73:3, 73:4, 74:17, 77:12, 77:15, 81:8, 81:12, 84:2, 86:9, 86:12, 87:22, 91:17, 92:1, 106:5, 106:9, 110:9, 123:7, 124:13, 124:16, 126:14, 142:4, 152:1, 152:2, 152:3, 152:5, 162:14
**recording** [2] - 26:6, 95:3
**records** [46] - 25:19, 25:21, 27:20, 27:22, 27:25, 28:9, 28:19, 28:21, 29:11, 29:14, 29:15, 32:5, 32:22, 40:1, 40:3, 40:11, 47:18, 62:12, 62:19, 62:20, 64:17, 65:3, 65:7, 66:18, 68:2, 68:5, 68:19, 69:4, 71:6, 76:12, 77:10, 77:21, 78:9, 81:6, 81:9, 81:21, 81:24, 81:25, 83:19, 83:20, 86:13, 95:5, 96:21, 99:3, 99:6
**red** [19] - 39:16, 41:14, 41:19, 42:24, 43:11, 43:16, 45:24,

46:13, 46:22, 47:8, 47:23, 47:25, 48:1, 48:10, 48:21, 50:6, 51:8, 53:16, 85:5
**redact** [1] - 143:10
**Redirect** [1] - 2:15
**redirect** [1] - 72:21
**REDIRECT** [1] - 72:22
**redo** [1] - 155:11
**referenced** [3] - 55:16, 85:22, 95:7
**referred** [1] - 77:12
**referring** [3] - 114:13, 118:9, 118:10
**refers** [2] - 44:13, 144:23
**reflect** [1] - 40:1
**reflected** [6] - 39:20, 41:7, 51:12, 51:13, 51:15, 51:20
**reflection** [1] - 65:2
**reflects** [1] - 39:21
**regard** [5] - 19:17, 48:4, 101:15, 124:12, 124:17
**regarding** [2] - 42:14, 79:11
**Registered** [1] - 168:16
**regular** [1] - 117:6
**regulations** [2] - 103:4, 168:19
**reject** [1] - 30:25
**relate** [2] - 162:10, 162:20
**related** [10] - 29:15, 33:16, 42:7, 55:4, 62:10, 75:11, 75:23, 90:10, 119:11
**relates** [4] - 37:25, 39:22, 63:21, 64:23
**relation** [4] - 46:22, 48:9, 51:8
**relationship** [2] - 112:16, 117:14

**released** [1] - 12:14
**relevance** [1] - 50:12
**relevant** [7] - 17:13, 64:18, 64:21, 67:2, 75:6, 158:4, 158:7
**religion** [1] - 139:14
**relocated** [1] - 128:5
**rely** [4] - 70:16, 71:5, 72:7, 72:9
**relying** [1] - 67:19
**remain** [2] - 23:4, 135:20
**remember** [17] - 13:10, 17:23, 111:13, 113:2, 117:9, 117:10, 118:1, 119:20, 120:4, 120:5, 120:8, 120:10, 120:16, 120:18, 120:22, 121:4, 122:5
**remind** [3] - 140:11, 140:19, 140:20
**reminder** [1] - 140:10
**remote** [1] - 166:22
**render** [1] - 138:6
**renew** [1] - 134:8
**renewed** [1] - 132:11
**renumber** [1] - 139:9
**repeated** [1] - 12:23
**repeating** [2] - 81:20, 120:16
**report** [8] - 28:3, 33:18, 33:22, 65:4, 71:11, 72:25, 84:15, 98:19
**reported** [1] - 168:18
**reporter** [4] - 57:13, 57:14, 57:18
**REPORTER** [2] - 168:14, 168:23
**Reporter** [1] - 168:16
**represent** [2] -

37:4, 46:5
**representation** [2] - 162:10, 162:20
**representations** [2] - 161:1, 163:5
**representative** [1] - 76:15
**represented** [3] - 39:10, 48:20, 112:2
**representing** [2] - 45:23, 53:15
**represents** [7] - 39:14, 39:17, 42:25, 46:15, 47:8, 50:11, 53:16
**request** [8] - 7:16, 60:12, 61:3, 62:23, 107:2, 115:24, 119:11, 119:18
**requested** [3] - 12:11, 56:25, 57:2
**required** [5] - 124:14, 129:24, 145:12, 147:9, 163:7
**reservations** [1] - 133:25
**reserve** [2] - 141:10, 154:15
**reserved** [1] - 94:12
**reside** [1] - 17:14
**residence** [4] - 45:8, 85:22, 85:25
**residing** [1] - 127:25
**resolution** [2] - 4:16, 9:1
**resolves** [1] - 85:6
**resource** [1] - 73:6
**respect** [14] - 7:6, 31:5, 55:17, 57:13, 62:23, 63:20, 64:1, 64:9, 92:18, 106:6, 124:20, 126:4, 129:10, 155:14
**respective** [1] - 124:5
**respond** [1] - 60:12

**responsible** [1] - 28:23
**rest** [7] - 91:12, 100:5, 109:8, 131:24, 132:1, 162:23, 163:10
**rested** [2] - 109:24, 123:5
**resting** [4] - 109:13, 123:3, 125:25, 126:3
**restrict** [1] - 103:13
**restructure** [1] - 59:1
**rests** [3] - 126:2, 132:5, 152:23
**retire** [1] - 165:24
**retired** [2] - 11:7, 11:8
**return** [6] - 18:13, 18:18, 78:7, 82:14, 128:18, 131:16
**returning** [2] - 82:8, 82:18
**review** [9] - 19:16, 33:18, 75:5, 75:23, 76:5, 81:3, 83:16, 84:14, 84:20
**reviewed** [1] - 47:18
**reviewing** [4] - 4:21, 38:2, 49:9, 146:10
**reword** [2] - 149:14, 159:3
**Ricci** [8] - 9:7, 9:20, 10:8, 10:14, 10:25, 16:5
**RICCI** [2] - 2:5, 10:4
**RICHARD** [2] - 1:11, 2:10
**Richard** [4] - 21:10, 22:4, 22:12, 93:6
**Rights** [1] - 125:14
**rights** [4] - 59:13, 100:22, 101:15, 129:9
**rise** [2] - 56:13, 108:18
**role** [8] - 89:19, 106:8, 137:4, 137:6, 137:7, 165:9

**roles** [1] - 63:4
**Romer** [1] - 123:20
**roof** [1] - 132:25
**room** [7] - 56:9, 128:21, 128:23, 128:25, 130:7, 133:20, 145:24
**rotated** [1] - 25:1
**round** [1] - 82:4
**row** [1] - 35:6
**RPR** [1] - 168:22
**Rule** [18] - 7:7, 7:16, 7:24, 7:25, 8:9, 30:21, 31:4, 59:13, 91:15, 91:24, 95:6, 123:8, 123:14, 124:1, 124:12, 124:14, 124:15, 132:11
**rule** [2] - 7:25, 92:8
**Rules** [2] - 30:21, 31:5
**ruling** [1] - 123:14
**run** [2] - 35:13, 133:15
**running** [4] - 63:12, 72:12, 85:24, 109:19
**runs** [1] - 166:2

**S**

**safest** [1] - 61:2
**Salvatore** [1] - 10:25
**Sand** [1] - 137:4
**satisfactory** [1] - 146:1
**satisfied** [2] - 58:15, 58:16
**Saturday** [3] - 45:11, 88:12, 88:18
**saw** [5] - 35:18, 86:24, 121:21, 121:23, 121:24
**Sawyer** [3] - 100:13, 100:16, 124:24
**scenario** [1] - 29:1
**schedule** [2] - 8:3, 73:25
**scheduling** [2] - 90:23, 91:10
**scheme** [13] - 34:24, 75:11,

158:20, 160:8, 160:11, 160:23, 160:24, 161:3, 161:7, 163:6, 163:13, 163:16, 163:21

**school** [2] - 17:5, 17:6

**science** [2] - 23:24, 24:1

**screen** [17] - 13:21, 13:24, 19:20, 20:3, 33:20, 34:6, 37:11, 37:13, 38:4, 38:10, 39:8, 40:7, 45:25, 50:13, 88:1, 108:22, 109:4

**scroll** [3] - 20:11, 76:20, 83:14

**scrolling** [1] - 76:21

**seal** [1] - 17:15

**Sean** [1] - 1:14

**seat** [1] - 128:19

**seated** [10] - 4:13, 9:18, 108:24, 109:1, 109:2, 125:23, 132:4, 135:9, 135:20

**second** [5] - 5:7, 5:14, 79:15, 80:9, 80:17

**secondly** [1] - 25:18

**seconds** [3] - 33:7, 69:4, 69:7

**sector** [8] - 32:14, 35:22, 36:21, 37:17, 37:18, 40:13, 51:7, 51:14

**sectorized** [1] - 51:19

**sectors** [3] - 35:17, 36:5, 41:21

**security** [3] - 24:2, 24:11, 25:3

**see** [94] - 7:12, 19:11, 20:11, 22:17, 31:16, 32:19, 34:16, 34:24, 36:24, 36:25, 37:11, 37:18, 38:7, 38:9, 38:12,

39:7, 40:3, 40:11, 40:15, 40:19, 40:23, 41:5, 41:6, 41:9, 41:11, 41:16, 41:23, 43:1, 43:10, 44:7, 44:11, 44:13, 44:14, 44:16, 45:1, 45:9, 45:22, 45:23, 45:24, 46:5, 46:21, 47:4, 47:23, 47:25, 48:4, 48:8, 51:6, 51:11, 52:2, 52:13, 52:15, 52:17, 53:20, 53:22, 54:9, 54:11, 54:17, 59:20, 59:23, 59:24, 60:4, 61:9, 66:3, 67:22, 68:14, 69:13, 70:5, 70:6, 70:9, 71:18, 72:11, 76:24, 84:12, 88:10, 91:8, 101:15, 103:15, 107:21, 108:21, 110:18, 114:18, 114:20, 114:23, 115:16, 116:23, 132:22, 133:5, 141:9, 141:11, 154:8, 156:11, 158:2, 167:23

**seeing** [21] - 18:19, 39:23, 40:5, 40:8, 41:2, 41:18, 41:25, 42:24, 43:7, 46:17, 46:20, 48:18, 48:24, 49:6, 51:5, 51:13, 54:7, 54:12, 68:2, 68:11, 120:20

**seem** [1] - 142:1

**select** [2] - 19:23, 105:14

**selection** [2] - 105:23, 106:11

**self** [2] - 161:2, 164:19

**self-explanatory** [2] - 161:2, 164:19

**send** [12] - 13:15,

13:16, 33:1, 60:16, 65:20, 102:9, 114:6, 114:11, 114:16, 121:14, 131:22

**sender** [2] - 53:4, 79:19

**sending** [2] - 13:19, 118:15

**Senior** [1] - 1:11

**sense** [9] - 105:4, 105:21, 141:25, 143:21, 146:19, 147:11, 152:23, 155:25, 158:22

**sent** [7] - 13:22, 14:19, 14:20, 79:12, 84:17, 115:11, 118:9

**sentence** [5] - 149:2, 161:10, 163:12, 163:16, 163:18

**sentenced** [1] - 154:11

**sentences** [1] - 137:22

**sentencing** [3] - 149:18, 149:19, 149:20

**separate** [4] - 66:17, 70:22, 72:13, 151:3

**separated** [1] - 38:9

**separately** [2] - 155:8, 156:18

**September** [1] - 81:7

**series** [2] - 19:17, 40:15

**serve** [4] - 7:1, 7:2, 35:13, 57:14

**served** [2] - 24:9, 38:3

**server** [1] - 7:2

**service** [2] - 29:21, 71:8

**Service** [2] - 159:16, 160:5

**services** [1] - 160:4

**serving** [3] - 31:19, 32:1, 69:25

**session** [2] - 72:10, 72:12

**sessions** [1] - 107:13

**set** [11] - 63:19, 64:9, 69:10, 81:5, 81:9, 81:21, 81:23, 92:3, 125:6, 147:1, 163:6

**sets** [1] - 62:11

**setting** [2] - 25:15, 27:6

**seven** [2] - 39:24, 40:4

**seven-and-a-half-hour** [1] - 39:24

**several** [8] - 25:11, 33:15, 33:17, 35:15, 51:24, 52:20, 54:11, 62:11

**sex** [1] - 139:14

**shake** [1] - 5:17

**shall** [1] - 165:25

**share** [1] - 113:8

**shared** [1] - 115:12

**sheet** [4] - 38:9, 164:14, 164:18, 166:5

**shifts** [2] - 130:2, 145:17

**shipping** [3] - 79:11, 79:24, 79:25

**short** [4] - 28:6, 58:1, 148:6, 161:16

**shorten** [2] - 146:14, 151:16

**shorter** [1] - 156:25

**shortly** [1] - 18:23

**show** [13] - 25:15, 27:7, 27:11, 58:25, 59:16, 60:18, 70:15, 72:13, 77:11, 78:3, 80:3, 87:5, 87:17

**showed** [1] - 51:16

**showing** [9] - 76:13, 76:19, 76:23, 80:7, 81:2, 83:14, 83:24, 85:2, 88:6

**shown** [5] - 40:2, 65:4, 86:24, 87:19, 143:3

**side** [45] - 25:13,

26:8, 26:9, 26:15, 26:19, 26:25, 27:8, 27:12, 31:21, 32:14, 32:18, 32:19, 33:9, 34:11, 35:7, 35:22, 35:23, 36:2, 36:15, 37:1, 39:12, 40:12, 40:14, 40:19, 41:1, 41:23, 41:25, 42:1, 42:2, 43:20, 43:25, 47:4, 47:5, 51:21, 52:17, 53:22, 71:12, 71:20, 73:5, 73:6, 80:8, 141:25, 151:8

**side-by-side** [1] - 80:8

**sides** [5] - 31:16, 36:1, 36:17, 52:15, 142:16

**Siffert** [1] - 137:5

**sight** [1] - 35:20

**signal** [6] - 31:14, 31:17, 31:23, 31:25, 36:3, 69:21

**signed** [1] - 166:4

**significance** [2] - 130:3, 145:21

**significant** [1] - 36:8

**silo** [1] - 35:12

**Silver** [1] - 29:20

**similar** [2] - 41:22, 112:5

**similarly** [3] - 143:5, 143:9, 143:19

**simple** [2] - 58:2, 64:10

**simulate** [1] - 28:8

**single** [1] - 124:1

**sit** [4] - 8:9, 121:17, 128:23, 135:1

**site** [29] - 26:4, 31:19, 32:1, 32:12, 34:10, 34:13, 35:11, 35:13, 35:25, 36:23, 37:8, 39:11, 40:8, 43:2, 45:23,

46:5, 51:11, 51:13, 62:8, 64:2, 69:25, 70:1, 70:3, 70:20, 71:4, 71:9, 71:10, 71:21, 151:20

**sites** [2] - 35:15, 40:6

**sitting** [1] - 9:17

**situation** [1] - 29:22

**six** [2] - 11:12, 11:13

**size** [1] - 60:8

**skill** [1] - 152:7

**skip** [3] - 19:25, 33:24, 35:16

**slice** [2] - 36:10, 36:11

**slide** [8] - 35:18, 39:25, 41:1, 41:24, 51:16, 54:2, 54:14, 54:21

**slides** [3] - 38:7, 44:13, 65:10

**slightly** [10] - 36:5, 36:6, 36:15, 36:16, 37:5, 37:6, 40:16, 47:6, 48:23, 52:19

**slow** [1] - 103:7

**slowly** [1] - 19:22

**snapshot** [1] - 26:12

**so..** [1] - 64:24

**sold** [1] - 113:11

**solely** [2] - 139:12, 152:24

**someone** [6] - 69:3, 105:14, 150:24, 152:10, 162:14

**sometime** [1] - 133:18

**sometimes** [7] - 61:14, 61:15, 104:10, 115:9, 116:10, 136:18

**somewhat** [2] - 136:19, 150:14

**somewhere** [3] - 114:6, 114:12, 164:7

**Sooraj** [2] - 96:14, 124:7

**sorry** [34] - 9:13, 10:22, 18:3,

28:13, 39:1,
61:13, 63:1,
64:25, 69:13,
78:11, 79:2,
83:4, 86:12,
93:15, 97:16,
102:2, 102:12,
103:9, 108:4,
114:8, 117:4,
117:17, 117:21,
117:25, 119:2,
120:15, 121:6,
121:7, 128:20,
128:22, 149:19,
156:8, 157:11,
157:14
**sort** [7] - 39:6,
59:25, 66:7,
66:21, 112:4,
147:23, 164:8
**sound** [2] - 64:10,
111:17
**sounded** [1] -
20:19
**sounds** [2] - 59:6,
107:6
**source** [1] -
121:12
**sources** [1] - 75:5
**south** [1] - 52:11
**southeast** [1] -
40:17
**southeasterly** [1]
- 43:16
**southeastern** [2]
- 40:14, 43:20
**southeastwardly**
[1] - 43:9
**southern** [2] -
52:19, 53:22
**southward** [1] -
52:8
**Southway** [10] -
44:6, 45:8,
45:13, 45:16,
45:23, 46:15,
47:9, 48:18,
55:5, 85:11
**Southwest** [1] -
99:10
**speakers** [1] -
34:11
**speaking** [9] -
10:5, 16:18,
23:7, 74:15,
118:24, 119:4,
119:7, 126:12,
130:14
**Special** [14] -
22:25, 30:14,

61:20, 75:10,
103:2, 103:11,
103:13, 125:2,
125:4, 126:8,
126:21, 126:23,
127:20, 128:17
**SPECIAL** [1] -
2:23
**special** [9] -
23:18, 24:4,
24:12, 24:16,
24:18, 31:11,
63:8, 89:23,
152:7
**specialist** [1] -
75:2
**specialty** [1] -
62:6
**specific** [18] -
14:15, 25:13,
37:23, 42:4,
44:7, 55:15,
55:18, 63:21,
65:5, 65:9,
67:24, 68:2,
68:9, 73:5,
103:6, 124:2,
141:6, 163:21
**specifically** [13] -
8:19, 27:5,
29:12, 33:14,
49:1, 49:9,
52:20, 63:12,
79:14, 124:8,
127:13, 129:16,
136:25
**spectrum** [1] -
63:5
**speculation** [1] -
147:7
**spell** [5] - 10:6,
16:19, 23:8,
74:16, 126:13
**spelled** [2] - 12:5,
23:20
**Spirit** [1] - 77:21
**splice** [1] - 150:18
**spoken** [3] - 59:5,
111:3, 161:24
**spokesperson** [1]
- 166:1
**Sprint** [13] -
25:11, 26:21,
29:12, 38:3,
39:7, 39:11,
42:23, 43:1,
44:8, 45:23,
50:5, 53:12,
65:8
**Sprint's** [1] -

39:11
**squad** [1] - 75:5
**Squad** [1] - 24:23
**St** [4] - 1:15,
10:15, 18:19,
19:14
**staff** [1] - 75:2
**stage** [1] - 123:25
**stalking** [1] -
24:25
**stamps** [1] -
70:23
**stand** [15] - 16:9,
21:4, 56:16,
61:20, 73:14,
74:8, 90:17,
108:15, 110:6,
125:5, 128:23,
130:6, 135:19,
141:23, 145:23
**standard** [2] -
35:19, 123:14,
137:3, 138:18,
164:2
**Standard** [3] -
137:11, 137:14
**standby** [3] -
134:4, 134:5
**standing** [2] -
23:4, 110:19
**stands** [3] -
56:13, 108:18,
168:2
**start** [8] - 19:25,
38:10, 76:20,
91:7, 113:1,
131:10, 139:8,
162:24
**started** [10] -
24:15, 25:4,
27:18, 29:2,
29:25, 54:24,
106:18, 132:18,
135:6, 140:4
**starting** [4] -
40:21, 56:5,
91:22, 131:11
**starts** [1] - 88:24
**State** [1] - 104:18
**state** [13] - 10:6,
16:19, 23:8,
25:25, 30:5,
30:10, 74:16,
80:21, 83:8,
110:8, 110:23,
126:13, 160:13
**statement** [7] -
73:18, 93:11,
93:24, 98:11,
162:25, 163:2,

165:22
**statements** [9] -
143:9, 143:19,
151:9, 157:4,
157:6, 157:17,
161:11, 161:17,
166:8
**STATES** [2] - 1:1,
1:3
**states** [1] - 64:6
**States** [13] - 1:13,
1:15, 2:1, 3:2,
29:9, 30:14,
123:18, 123:20,
123:22, 159:16,
160:5, 168:16,
168:19
**status** [1] - 165:8
**statute** [5] -
155:21, 155:22,
156:9, 159:6,
160:12
**Statute** [1] - 160:3
**stay** [7] - 61:14,
134:3, 134:16,
134:21, 134:22,
134:25, 135:2
**stays** [3] - 163:9,
163:10, 163:19
**stenographicall
y** [1] - 168:18
**stenographicall
y-reported** [1] -
168:18
**stenotype** [1] -
1:25
**step** [11] - 16:5,
21:3, 56:15,
56:17, 73:12,
90:15, 128:18,
128:21, 129:11,
167:16
**step-by-step** [1] -
167:16
**sticks** [1] - 35:10
**still** [12] - 11:6,
30:25, 36:12,
46:13, 59:2,
59:4, 69:22,
73:1, 101:3,
134:11, 156:16
**stipulation** [3] -
59:25, 93:24,
98:12
**stipulations** [7] -
137:8, 137:9,
137:10, 137:20,
137:21, 142:24,
144:8
**stop** [8] - 36:4,

56:6, 56:8,
56:10, 76:21,
120:20, 141:23,
166:14
**stored** [1] - 65:25
**strategic** [1] -
109:24
**Street** [1] - 80:22
**street** [3] - 35:1,
80:20, 86:5
**strength** [4] -
31:14, 31:17,
31:25, 69:21
**stress** [1] - 28:8
**stretch** [1] -
128:24
**stricken** [1] -
143:6
**strike** [1] - 83:3
**strong** [1] -
166:12
**strongly** [4] -
140:3, 142:6,
148:21, 149:3
**structure** [2] -
34:10, 34:15
**structures** [2] -
39:12, 64:4
**stuff** [1] - 113:25
**submit** [2] -
123:11, 123:12
**submitted** [4] -
101:19, 102:15,
158:16, 164:14
**subpoenaed** [1] -
75:23
**subsequent** [3] -
19:16, 38:7,
41:3
**subsequently** [3]
- 14:22, 15:1,
52:18
**substitute** [1] -
152:22
**succeeded** [2] -
163:13, 163:15
**success** [1] - 8:7
**suddenly** [1] -
107:15
**sufficient** [1] -
124:10
**sufficiently** [1] -
163:9
**suggests** [1] -
138:9
**Suite** [1] - 1:18
**summaries** [2] -
144:14, 144:15
**summarize** [2] -
102:9, 155:14

**Sunrise** [4] -
19:15, 42:8,
43:12, 77:4
**Superseding** [1] -
158:19
**support** [1] -
89:19
**suppose** [1] -
142:4
**supposed** [2] -
14:10, 63:23
**surprise** [1] -
149:8
**Survey** [3] -
23:20, 25:5,
25:7
**suspicion** [1] -
146:21
**swallowed** [1] -
136:16
**swear** [5] - 10:2,
58:15, 58:17,
92:6, 110:5
**sworn** [14] - 9:23,
10:4, 16:16,
16:17, 23:3,
23:6, 74:13,
74:14, 92:6,
110:3, 110:7,
126:11, 142:22,
143:11
**Sworn**.................
........................
......[6] - 2:5, 2:8,
2:13, 2:17, 2:21,
2:23
**sympathy** [1] -
139:16
**system** [1] -
104:19
**systems** [1] - 63:5

**T**

**T's** [1] - 167:24
**T-Mobile** [10] -
25:11, 28:18,
29:12, 44:9,
44:10, 46:2,
46:3, 46:4, 46:5,
65:8
**table** [1] - 165:23
**tactical** [1] - 75:4
**targets** [1] - 75:14
**Task** [1] - 25:2
**taught** [1] - 24:11
**tax** [2] - 133:14,
133:15
**team** [2] - 25:22,
28:10

**Team** [3] - 23:20,
25:6, 25:7
**technical** [3] -
57:25, 62:24,
65:13
**technically** [1] -
151:1
**techniques** [1] -
141:6
**technologies** [1] -
29:8
**technology** [1] -
109:21
**Technology** [1] -
28:15
**telephone** [11] -
7:8, 7:16, 7:17,
8:8, 18:13, 44:7,
58:10, 58:17,
68:10, 91:24,
92:6
**television** [1] -
132:22
**ten** [14] - 11:20,
43:24, 56:5,
56:6, 56:10,
56:12, 92:5,
100:3, 102:21,
108:15, 114:22,
115:20, 116:2,
132:17
**ten-minute** [2] -
56:5, 56:12
**term** [4] - 32:12,
62:24, 66:22,
146:17
**terminating** [2] -
26:14, 32:10
**terms** [26] - 58:14,
65:13, 85:19,
92:11, 99:25,
104:1, 106:21,
107:16, 107:22,
124:18, 128:22,
129:17, 132:10,
133:25, 134:23,
137:2, 138:23,
139:10, 139:11,
141:19, 144:18,
147:20, 150:23,
151:5, 153:8,
156:22
**Terrorism** [1] -
25:2
**testified** [6] -
55:6, 72:25,
119:13, 124:3,
154:9, 154:25
**testify** [33] -
16:10, 100:21,

100:24, 100:25,
101:5, 103:13,
111:10, 124:22,
124:24, 124:25,
125:11, 129:13,
129:14, 129:16,
129:18, 129:20,
129:21, 130:5,
130:13, 130:15,
130:16, 130:18,
130:20, 130:23,
130:24, 145:6,
145:8, 145:9,
145:22, 152:6,
152:21, 167:20
**testifying** [4] -
29:1, 73:21,
149:3, 152:15
**testimony** [42] -
4:21, 4:24, 5:17,
5:21, 6:5, 6:6,
8:19, 16:8, 21:3,
28:3, 55:4,
55:17, 59:12,
61:3, 64:2,
70:24, 73:13,
88:13, 90:16,
91:2, 91:19,
95:7, 99:24,
100:4, 101:17,
122:16, 122:20,
123:25, 124:2,
125:15, 129:12,
140:25, 141:3,
142:23, 143:5,
143:11, 144:18,
152:9, 152:13,
152:17, 152:18,
152:20
**text** [2] - 80:11,
80:14
**texts** [1] - 32:25
**that'll** [11] - 60:25,
123:12, 139:16,
139:19, 140:23,
146:3, 147:19,
154:18, 160:16,
160:18, 161:20
**THE** [353] - 1:1,
1:1, 1:11, 2:4,
2:19, 3:4, 3:5,
4:4, 4:9, 4:12,
4:14, 5:1, 5:4,
5:7, 5:13, 5:23,
6:2, 6:5, 6:7,
6:13, 6:16, 6:19,
7:4, 7:12, 7:24,
8:16, 8:21, 9:3,
9:13, 9:22, 9:24,
9:25, 10:5, 10:8,

10:9, 10:10,
15:8, 16:4,
16:11, 16:13,
16:18, 16:21,
16:22, 16:23,
17:17, 17:19,
20:23, 21:2,
21:6, 21:9,
21:15, 21:18,
21:23, 22:3,
22:10, 22:13,
22:16, 22:19,
22:23, 23:2,
23:4, 23:7,
23:10, 23:11,
23:13, 30:17,
30:20, 55:3,
55:9, 55:11,
55:14, 55:21,
55:25, 56:4,
56:13, 56:15,
56:19, 56:20,
57:1, 57:4, 57:7,
57:11, 57:15,
58:4, 58:9,
58:11, 58:12,
58:13, 59:2,
59:8, 60:4,
60:20, 60:24,
61:1, 61:9,
61:12, 72:20,
73:10, 73:15,
73:16, 73:19,
73:23, 74:1,
74:4, 74:11,
74:15, 74:18,
74:19, 76:14,
76:17, 78:12,
78:15, 81:17,
81:18, 89:4,
89:11, 90:14,
90:18, 90:19,
90:20, 90:21,
91:1, 91:5,
91:10, 91:14,
91:22, 92:16,
92:18, 93:14,
93:21, 94:1,
94:6, 94:10,
94:17, 94:20,
94:23, 95:3,
95:10, 95:13,
95:15, 95:18,
95:20, 95:23,
96:1, 96:3, 96:5,
96:8, 96:12,
96:19, 96:21,
96:24, 97:2,
97:7, 97:11,
97:16, 97:18,
98:1, 98:4, 98:9,

98:15, 98:25,
99:3, 99:6, 99:9,
99:13, 99:19,
99:22, 100:10,
100:12, 100:16,
100:18, 101:3,
101:8, 101:9,
101:13, 101:24,
102:8, 102:18,
102:20, 102:24,
103:9, 103:15,
103:25, 104:13,
105:9, 106:4,
106:10, 106:13,
107:1, 107:4,
107:7, 107:20,
108:2, 108:6,
108:18, 108:20,
109:9, 109:12,
109:15, 109:16,
109:17, 109:19,
110:4, 110:5,
110:8, 110:10,
110:11, 110:12,
121:19, 122:10,
122:11, 122:14,
122:18, 122:19,
122:24, 123:2,
123:5, 123:12,
125:4, 125:7,
125:13, 125:22,
126:3, 126:9,
126:12, 126:15,
126:16, 126:17,
128:14, 128:17,
129:3, 129:6,
129:8, 130:10,
130:11, 130:14,
130:15, 130:17,
130:19, 130:21,
130:22, 131:3,
131:6, 132:1,
132:3, 132:7,
132:10, 132:14,
133:10, 133:11,
133:25, 134:3,
134:9, 134:14,
134:19, 137:17,
137:19, 138:23,
139:5, 139:7,
139:23, 139:25,
140:11, 140:14,
140:17, 141:12,
141:15, 142:11,
142:13, 142:16,
144:3, 144:5,
144:12, 144:14,
144:25, 145:3,
146:3, 146:6,
146:7, 146:11,
146:13, 146:16,

147:16, 147:19,
148:2, 148:6,
148:17, 148:19,
148:24, 149:5,
149:10, 149:13,
149:17, 149:22,
150:2, 150:11,
150:17, 150:21,
150:23, 151:12,
151:14, 151:24,
152:3, 153:3,
153:5, 153:6,
153:7, 153:18,
153:20, 154:1,
154:8, 154:17,
154:20, 155:6,
155:18, 155:20,
156:7, 156:9,
156:11, 156:17,
156:20, 157:9,
157:12, 157:15,
157:20, 157:23,
158:5, 158:9,
158:24, 159:1,
159:11, 159:15,
159:18, 159:21,
160:2, 160:8,
160:10, 160:11,
160:16, 161:16,
161:20, 161:23,
162:9, 162:19,
164:9, 164:10,
164:16, 164:23,
165:18, 165:21,
166:23, 167:5,
167:9
**themselves** [4] -
28:17, 51:19,
102:15, 142:17
**theory** [1] - 152:9
**therefore** [2] -
130:3, 145:20
**thereof** [2] - 8:7,
65:6
**thereto** [1] - 93:24
**they've** [3] - 6:21,
93:21, 146:18
**thinking** [7] -
108:2, 108:3,
113:3, 119:21,
120:21, 146:13
**third** [2] - 88:9,
88:23
**thoughts** [1] -
165:16
**thousand** [1] -
115:8
**thousands** [2] -
67:9, 67:22
**three** [17] - 25:8,

26:2, 30:9,
35:25, 36:1,
36:9, 40:15,
41:25, 44:7,
46:17, 46:20,
48:3, 55:5,
55:17, 83:15,
89:7, 107:9
**three-quarters** [1]
- 48:3
**throughout** [1] -
64:4
**throw** [1] - 58:4
**Thursday** [3] -
89:8, 108:9,
140:18
**ticket** [1] - 82:4
**tier** [1] - 123:16
**tight** [5] - 35:4,
47:7, 51:17,
51:25, 136:10
**timeframe** [3] -
33:17, 65:6,
112:16
**timestamp** [2] -
42:19, 53:8
**title** [2] - 45:1,
75:1
**titled** [2] - 79:19,
89:7
**TO** [1] - 23:14
**today** [11] - 8:13,
18:12, 26:3,
56:25, 61:16,
73:21, 93:16,
124:22, 129:11,
132:16, 154:25
**together** [6] -
36:12, 113:4,
113:8, 133:20,
138:3, 138:7
**tomorrow** [8] -
106:21, 131:9,
131:10, 132:17,
132:19, 133:6,
140:10, 167:24
**Toohey** [1] -
103:22
**took** [2] - 19:18,
84:25
**top** [7] - 34:8,
34:21, 34:22,
35:3, 35:14,
39:25, 163:11
**topper** [1] - 51:21
**toppers** [1] - 35:3,
51:16
**tops** [1] - 99:15
**total** [2] - 29:25,
88:23

**totality** [6] - 139:15, 139:16, 139:19, 140:23, 141:1, 141:20
**totally** [2] - 151:14, 153:20
**toward** [7] - 39:8, 41:2, 41:13, 43:16, 52:19, 54:9, 54:25
**towards** [1] - 117:17
**Tower** [7] - 26:22, 26:23, 66:14, 66:15, 66:24, 70:3
**tower** [119] - 25:13, 25:14, 26:8, 26:9, 26:15, 26:17, 26:18, 26:19, 26:25, 27:2, 27:3, 27:4, 27:8, 27:9, 27:12, 27:13, 31:16, 31:21, 31:24, 32:2, 32:3, 32:13, 32:14, 32:16, 32:17, 32:18, 32:20, 33:9, 33:10, 34:15, 35:18, 35:22, 35:23, 36:14, 36:15, 36:25, 37:1, 37:16, 37:18, 37:20, 40:12, 40:14, 40:16, 40:20, 41:2, 41:21, 41:23, 41:25, 42:1, 42:2, 43:7, 43:11, 43:18, 43:21, 43:25, 44:1, 46:25, 47:1, 47:4, 47:5, 48:11, 48:12, 51:7, 51:23, 52:2, 52:14, 52:15, 53:22, 53:24, 54:9, 54:17, 54:22, 54:24, 55:13, 55:14, 65:14, 65:15, 66:13, 66:22, 66:23, 67:2, 67:5, 67:10, 67:16, 67:17, 67:20, 67:22, 68:4,

68:5, 68:13, 68:15, 68:18, 69:8, 69:16, 70:7, 70:10, 70:16, 71:5, 71:12, 71:17, 71:19, 71:20, 72:8, 72:9, 73:4, 73:5, 73:6, 151:20
**towers** [17] - 26:21, 27:11, 31:16, 34:3, 34:4, 37:19, 41:10, 41:18, 41:21, 46:2, 46:4, 47:2, 48:8, 50:5, 53:12, 64:3, 73:2
**tracking** [11] - 29:25, 79:23, 80:1, 80:10, 80:13, 80:16, 80:17, 86:9, 86:15, 87:18, 87:22
**traditional** [1] - 34:9
**training** [10] - 24:20, 25:4, 25:25, 27:14, 27:16, 28:6, 30:12, 62:22, 62:23, 152:8
**transcript** [3] - 22:6, 168:17, 168:18
**transcription** [1] - 1:25
**transcripts** [2] - 19:6, 143:3
**traveled** [1] - 52:11
**treat** [2] - 132:11
**tree** [2] - 35:9, 39:13
**Tresvant** [1] - 123:18
**trial** [12] - 8:4, 73:13, 76:2, 104:21, 104:22, 131:11, 132:15, 135:10, 139:13, 146:16, 167:18
**TRIAL** [3] - 1:10, 2:2, 3:2
**trip** [1] - 82:4
**trips** [1] - 117:16
**troubled** [1] - 150:5

**troubleshoot** [1] - 33:11
**true** [6] - 37:17, 70:14, 113:12, 113:14, 150:11, 168:17
**truly** [1] - 34:5
**truth** [1] - 15:22
**truths** [2] - 161:11, 161:17
**try** [17] - 13:16, 17:12, 56:8, 56:9, 57:15, 60:5, 100:2, 108:16, 111:8, 132:17, 136:19, 136:24, 148:10, 150:18, 167:1, 167:23
**trying** [11] - 4:10, 22:13, 55:16, 56:22, 103:12, 103:14, 105:10, 136:9, 159:23, 159:25, 165:12
**tune** [1] - 138:13
**turn** [12] - 37:22, 39:4, 58:22, 59:13, 76:4, 79:5, 80:23, 84:11, 109:5, 109:22, 110:1, 127:14
**turned** [1] - 127:17
**turning** [8] - 77:17, 78:20, 79:8, 82:12, 82:22, 83:4, 83:7, 85:12
**turns** [1] - 166:17
**TV** [2] - 132:24, 132:25
**two** [39] - 11:10, 25:1, 28:12, 34:14, 40:6, 40:12, 41:18, 41:20, 41:21, 41:23, 47:4, 48:6, 48:25, 52:15, 53:20, 64:22, 66:19, 68:24, 69:3, 83:15, 88:12, 91:2, 91:7, 91:8, 92:5, 100:2, 100:3, 102:21, 104:16, 105:18, 107:7, 108:15, 115:21, 115:22,

121:8, 149:17, 149:19
**two-way** [1] - 34:14
**type** [3] - 27:16, 70:15, 112:5
**types** [3] - 25:19, 27:20, 27:25
**typical** [1] - 35:25
**typically** [6] - 25:19, 32:2, 32:10, 34:15, 34:20, 64:21

**U**

**U.S** [1] - 128:9
**U.S.C** [1] - 168:17
**ugly** [1] - 141:24
**ultimately** [5] - 13:22, 19:23, 25:23, 28:10, 29:16
**Ulysse** [6] - 5:6, 44:23, 47:19, 75:15, 94:1, 112:8
**unanimity** [1] - 164:7
**uncomfortable** [1] - 155:13
**uncontradicted** [2] - 140:25, 141:3
**uncorroborated** [1] - 123:25
**under** [21] - 8:1, 28:22, 29:4, 30:21, 31:4, 44:20, 45:15, 59:13, 80:16, 80:18, 88:22, 91:14, 91:24, 92:6, 95:6, 123:8, 123:18, 124:15, 129:21, 145:8, 160:11
**undergraduate** [1] - 24:11
**underlay** [1] - 37:14
**underlined** [2] - 39:9, 41:12
**underlying** [1] - 62:13
**underneath** [3] - 47:23, 47:25, 48:20
**understandable** [2] - 105:19,

105:21
**understood** [2] - 101:8, 130:10
**unfortunately** [1] - 72:3
**ungodly** [1] - 160:21
**unique** [1] - 26:20
**UNITED** [2] - 1:1, 1:3
**United** [12] - 1:13, 1:15, 3:2, 29:9, 30:14, 123:18, 123:20, 123:22, 159:16, 160:5, 168:16, 168:19
**Unites** [1] - 2:1
**University** [5] - 23:24, 23:25, 24:10
**unless** [5] - 59:8, 65:4, 131:21, 149:14, 168:1
**unlikely** [4] - 16:9, 21:4, 73:14, 90:16
**unlimited** [1] - 33:2
**unnecessary** [5] - 60:6, 139:8, 147:24, 155:24, 163:4
**untrue** [2] - 113:15, 113:16
**unusual** [2] - 104:2, 104:3
**up** [65] - 7:6, 13:12, 13:21, 13:24, 14:7, 14:21, 17:25, 18:8, 19:20, 28:25, 30:25, 31:11, 31:12, 33:8, 33:20, 35:25, 37:19, 38:4, 38:10, 38:19, 40:25, 42:14, 44:15, 44:24, 45:6, 45:12, 45:13, 49:15, 49:20, 50:13, 52:12, 57:7, 57:16, 60:8, 61:17, 69:11, 69:23, 70:1, 72:13, 79:9, 80:8, 92:5, 107:14, 110:19, 111:8, 113:25, 114:1, 115:17,

115:23, 119:12, 122:21, 128:14, 131:19, 134:16, 136:16, 139:25, 142:21, 145:5, 147:4, 154:18, 155:1, 158:8, 158:10, 161:15, 166:13
**updated** [1] - 137:5
**UPS** [11] - 18:6, 79:12, 80:2, 86:13, 86:15, 87:22, 88:2, 88:3, 94:25, 99:9, 159:13
**upset** [1] - 122:6
**upwards** [1] - 30:2
**usage** [1] - 33:4
**user** [6] - 44:18, 44:21, 65:24, 67:19, 70:10, 70:24
**username** [1] - 38:15
**uses** [4] - 65:15, 70:13, 70:14, 72:3
**utilize** [1] - 29:14
**utilized** [23] - 26:8, 26:9, 27:1, 27:13, 29:9, 32:16, 32:18, 35:24, 37:21, 40:9, 40:17, 40:20, 41:24, 43:11, 48:8, 52:16, 52:17, 53:23, 54:10, 54:18, 66:24, 68:13
**utilizes** [1] - 27:4
**utilizing** [5] - 33:10, 51:7, 51:11, 67:6, 71:11

**V**

**V's** [1] - 93:18
**V-1** [1] - 93:7
**V-10** [1] - 93:14
**V-11** [2] - 93:15
**V-12** [1] - 93:18
**V-15** [1] - 93:19
**V-2** [1] - 93:7
**V-3A** [1] - 93:7
**V-3B** [1] - 93:7

**V-4** [1] - 93:7
**V-5** [2] - 93:9
**V-6** [1] - 93:10
**V-7** [1] - 93:10
**V-8** [1] - 93:11
**V-9** [1] - 93:14
**V11** [1] - 53:3
**V16** [1] - 49:21
**V7** [1] - 45:6
**variance** [1] - 155:9
**various** [1] - 41:9
**varying** [1] - 116:13
**vehicle** [1] - 77:15
**verbatim** [1] - 147:12
**verbiage** [6] - 136:11, 139:8, 140:2, 147:24, 153:14, 155:24
**verdict** [6] - 131:16, 138:6, 139:12, 164:14, 164:18, 166:5
**Verizon** [2] - 25:11, 28:18
**versus** [3] - 123:18, 123:20, 123:22
**Via** [1] - 2:20
**via** [1] - 110:7
**vicinity** [1] - 52:6
**Victim** [1] - 22:17
**victims** [4] - 7:9, 7:18, 11:16, 60:10
**Video** [3] - 2:10, 2:11, 22:12
**video** [20] - 8:9, 21:10, 21:12, 21:19, 22:4, 22:16, 22:21, 22:22, 57:8, 57:20, 59:9, 60:3, 60:5, 60:9, 63:5, 93:3, 93:5, 96:24, 108:21, 110:2
**videotape** [2] - 9:15, 57:24
**view** [9] - 7:20, 86:5, 130:24, 130:25, 134:24, 139:20, 149:2, 167:2, 167:7
**viewed** [1] - 160:18
**viewing** [1] - 123:15

**violates** [1] - 160:12
**violent** [1] - 25:3
**Virginia** [1] - 24:20
**voice** [4] - 65:17, 65:18, 70:22, 70:24
**voir** [5] - 4:23, 5:10, 5:11, 5:13, 30:17
**VOL** [2] - 2:2, 3:2
**Volume** [1] - 1:10

## W

**wait** [8] - 5:7, 61:9, 99:23, 103:15, 164:8, 164:10, 164:17, 166:15
**waiting** [6] - 9:14, 61:13, 85:21, 86:1, 149:19, 165:15
**waiving** [1] - 59:13
**wants** [4] - 57:17, 103:17, 142:3, 147:18
**Warehouse** [1] - 35:14
**warrant** [1] - 127:7
**Washington** [2] - 1:19, 34:17
**watched** [1] - 132:25
**water** [1] - 22:14
**waves** [2] - 34:13, 37:7
**ways** [2] - 6:22, 66:20
**wedge** [6] - 36:21, 36:22, 37:6, 37:8, 40:13, 51:14
**Wednesday** [3] - 1:8, 4:1, 66:4
**Wednesday's** [1] - 56:7
**week** [3] - 70:2, 88:17, 132:22
**weighing** [1] - 152:13
**weight** [1] - 152:18
**welcome** [1] - 135:2
**west** [2] - 43:16,

80:22
**West** [1] - 85:24
**WhatsApp** [4] - 71:24, 72:1, 72:6, 73:1
**wheelchair** [1] - 16:6
**whole** [8] - 28:7, 36:17, 57:8, 64:18, 135:22, 162:1, 162:23, 163:3
**Wickr** [3] - 63:15, 63:20, 71:23
**wider** [4] - 36:5, 36:11, 36:15, 37:6
**widow** [1] - 10:21
**wife** [1] - 141:23
**wifi** [8] - 70:18, 70:19, 70:20, 71:2, 71:8, 71:13, 71:16, 71:22
**willful** [1] - 158:5
**willfully** [2] - 163:21, 163:22
**Williams** [1] - 93:11
**willing** [1] - 61:3
**Wilson** [1] - 123:22
**wind** [1] - 61:17
**withdrawn** [1] - 93:12
**witness** [64] - 4:22, 4:24, 4:25, 5:9, 5:21, 6:9, 6:14, 7:14, 7:22, 9:6, 9:7, 9:8, 9:16, 9:20, 10:2, 16:9, 16:12, 21:4, 21:9, 21:12, 22:16, 22:24, 31:3, 31:4, 56:15, 56:16, 56:24, 57:2, 58:15, 59:10, 59:11, 59:23, 60:2, 60:16, 61:16, 61:18, 61:20, 73:14, 73:17, 81:15, 89:10, 90:17, 90:21, 91:11, 92:10, 100:9, 100:11, 100:14, 101:6, 101:7, 108:17, 108:21, 109:5,

109:22, 109:23, 110:1, 110:5, 124:1, 125:1, 126:6, 130:6, 145:23, 148:9, 152:21
**Witness** [6] - 2:7, 2:9, 2:15, 2:18, 2:22, 2:24
**WITNESS** [17] - 10:8, 16:11, 16:21, 17:19, 21:6, 23:10, 56:19, 73:15, 74:18, 81:18, 90:18, 90:20, 109:16, 110:10, 122:10, 122:18, 126:15
**witness's** [2] - 143:17, 152:17
**witnesses** [23] - 30:22, 58:7, 60:8, 61:7, 100:6, 124:8, 129:4, 129:5, 129:10, 129:11, 137:25, 140:24, 141:1, 141:3, 142:23, 143:12, 149:1, 149:9, 149:17, 151:5, 151:15, 154:2, 154:23
**WITNESSES** [3] - 2:4, 2:19, 3:4
**witnesses'** [1] - 143:7
**woman** [3] - 104:18, 104:20, 104:21
**word** [5] - 76:25, 143:25, 151:19, 151:20, 158:14
**worded** [1] - 159:2
**wording** [4] - 155:13, 159:23, 160:1, 164:12
**words** [2] - 161:24, 161:25
**wordsmith** [1] - 151:16
**wordy** [5] - 150:8, 150:9, 156:25, 163:3, 163:24
**workable** [2] - 59:18, 136:24
**works** [4] - 66:16, 104:18, 160:7,

166:13
**World** [1] - 14:25
**worry** [3] - 102:11, 102:15, 134:14
**worse** [1] - 166:14
**worth** [1] - 136:18
**writing** [1] - 20:14
**written** [2] - 161:24, 166:4
**wrote** [1] - 20:7

## Y

**Yards** [1] - 35:14
**year** [4] - 111:13, 111:14, 113:2, 119:20
**years** [8] - 10:17, 17:11, 25:1, 25:11, 32:23, 33:3, 104:21, 121:8
**yesterday** [2] - 4:21, 8:20
**York** [5] - 11:3, 127:11, 127:12, 127:13
**young** [5] - 11:21, 12:19, 12:23, 18:24, 19:10
**yourself** [6] - 39:25, 46:12, 119:12, 121:22, 122:15, 158:17

## Z

**zero** [4] - 27:1, 36:25, 37:1, 37:17
**Zo** [1] - 116:21
**Zoom** [2] - 2:20, 110:7
**zoom** [9] - 77:22, 77:23, 79:15, 80:8, 86:7, 86:20, 88:6, 88:8, 88:21
**zoomed** [2] - 48:17, 48:22
**zooming** [1] - 76:23

## §

**§** [1] - 168:17